# UNITED STATES DISTRICT COURT

## *SOUTHERN DISTRICT OF NEW YORK*

Daniel Pocock, Debian Developer
　　　a *joint author* of Debian GNU/Linux
*Pro Se*

- against -

Software in the Public Interest, Inc    (SPI)
Donald Norwood
Debian Project (unincorporated association)
Ariadne Conill
Electronic Frontier Foundation, Inc        (EFF)
Free Software Foundation Europe e.V.    (FSFE is not the FSF)
FOSDEM vzw
GNOME Foundation
Gandi SAS
Alphabet, Inc (Google)
World Intellectual Property Organization   (WIPO)
Canonical Group Ltd (Ubuntu)
W. Scott Blackmer
Joerg Jaspert
Jonathan Wiltshire
Enrico Zini
Chris Lamb
Sam Hartman
Jonathan Carter
Andreas Tille
Jean-Pierre Giraud
Wouter Verhelst
Kurt Roeckx
Luke Faraone
Jacob Hoffman-Andrews

＿＿＿＿＿ CV ＿＿＿＿＿＿＿＿

***COMPLAINT***

***JURY TRIAL DEMANDED***

_Daniel Pocock_, _Debian Developer (Pro Se)_
                                    _v._

_Software in the Public Interest, Inc, Debian Zizians,_
_Electronic Frontier Foundation, Inc,_
_their overlords at Google et al._

**US District Court**
Southern District of New York

_COMPLAINT_

https://community.letsencrypt.org/t/peter-eckersleys-blog-is-back/225042/1        Let's Encrypt = EFF !!!





_Daniel Pocock_, _Debian Developer (Pro Se)_
_v._
_Software in the Public Interest, Inc, Debian Zizians,_
_Electronic Frontier Foundation, Inc,_
_their overlords at Google et al._

**US District Court**
Southern District of New York

**_COMPLAINT_**

# Table of Contents

I. BASIS FOR JURISDICTION........................................................................................7
    I. (A) Federal constitutional and statutory rights.........................................................7
    I. (B) Diversity of Citizenship.....................................................................................8
    I. (C) Venue...............................................................................................................10
II. PARTIES...............................................................................................................11
    II. (A) Plaintiff Information........................................................................................11
    II. (B) Defendant Information....................................................................................12
III. STATEMENT OF CLAIM......................................................................................16
    FACTS.........................................................................................................................16
        Areas of law.............................................................................................................17
        Debian founding, obfuscation strategy at SPI, original agreements between joint authors...........18
        The Shaya Potter affair............................................................................................21
        Edward John M. Brocklesby (hacking, SSH2 package maintainer)................................22
        Resignation from student politics.............................................................................23
        Joel "Espy" Klecker: unpaid terminally ill teenager, fake news reports begin.............................23
        Chris Rutter, long working hours before stepping in front of a car................................24
        Plaintiffs prior exposure to occupational health & safety challenges.............................24
        Founding of Canonical (Ubuntu), some volunteers don't get paid, some do.....................25
        Fatal road accident after 7-day week, overnight drive: Manuel Estrada Sainz and Andres Garcia
        ...............................................................................................................................25
        Unexplained fall from height: Jens Schmalzing............................................................25
        Sweatshop unpaid work weekend in TU Darmstadt, Germany......................................25
        ...............................................................................................................................26
        The promise of recognition, and nothing else, for labor and intellectual property......................26
        US military: experts make tactical withdrawal from Debian mailing lists before suicide cluster
        takes off..................................................................................................................26
        Defendant Debian understood risk from defendant Google for volunteers and project integrity..26
        Violent expulsion, DebConf fight, Ted Walther...........................................................27
        Sven Luther resigns, others follow............................................................................27
        State of fear is documented......................................................................................28
        Future suicide victim comeback reveals beliefs of victims............................................29
        Fatal road accident (unconfirmed) after Christmas Day working, Thiemo Seufer.......................30
        FSFE founder reveals tactics used to recruit unpaid workers and donors to FSF copycat.............30
        Punishments can be made arbitrarily for political reasons............................................31
        Fooled about economics of open source, fake communities: Richard Rothwell confirmed suicide
        in UK......................................................................................................................31
        Word "slave" resonates with future suicide victim......................................................32
        Dissatisfaction with communications platforms, countdown to suicide..........................33

*Daniel Pocock*, Debian Developer (Pro Se)

**US District Court**
Southern District of New York

v.

*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*

***COMPLAINT***

*their overlords at Google et al.*

Suicide note sent as resignation email night before Debian Day project anniversary....................33
Oracle employee sent back to voluntary work, becomes homeless, vanishes................................35
Mystery death in Switzerland on plaintiff's wedding day...............................................................35
Scapegoating of foreign workers, plaintiff, in Switzerland, DebConf venue change pressure......37
"Everyone is welcome" in Diversity statement, but secret list of dissidents censored.................37
Slavery, two-tier system emerges, Daniel Baumann (Switzerland) secret demotion as blackmail 38
Pregnant developer ousts rival from Kde team then uses his name for baby.................................38
Plaintiff begins unpaid work for Google Summer of Code.............................................................39
Employees in tech companies have second loyalty to Debian, social engineering attempted
against OVH....................................................................................................................................40
Libel motives and tactics documented by Russ Allbery, mystery death of Ray Dassen during
expulsion debate.............................................................................................................................40
Faking non-profit creds, huge profit banked in Switzerland after volunteers travel there to wash
dishes..............................................................................................................................................42
Gobbledygook: Code of Conduct gaslighting, practicing law without a license, Linus Torvalds
banned, purge gathers pace............................................................................................................42
Clytie Siddall death, Holger Levsen's musings about suicide........................................................45
Fake scarcity: spouses selectively banned from DebConf.............................................................46
Suicide of founder, Ian Murdock RIP............................................................................................47
Plaintiff questioned written obligations on Google Summer of Code working hours, projects
becoming jobs, mentors becoming unpaid line managers...............................................................47
Violence, vandalism & Debian libel at Dr Appelbaum's home in Berlin. Presumption of
innocence trashed............................................................................................................................48
Elias Diem, FSFE death not verified in Switzerland, membership rort discovered......................52
Interns, relationships, but not the plaintiff....................................................................................52
Fellowship elects the plaintiff........................................................................................................53
Harassment judgment in Switzerland, plaintiff and black cats were victims.................................53
FSFE impersonating FSF and €150,000 bequest questioned, Legal Network as counter-
community.......................................................................................................................................53
Plaintiff documents Albanian scandal, supports harassment victims.............................................54
FSFE considers loaning volunteers in exchange for secret payment.............................................55
Protected whistleblower complaint from plaintiff to Mozilla Foundation about underage victims
........................................................................................................................................................57
CCC: Google-funded FSFE staff punish Google critic, plaintiff, as elected representative, vilified
for defending the victim..................................................................................................................58
Plaintiff signals lower availability for unpaid work in 2018 due to family issues.........................58
FSFE "Join" button questioned by plaintiff as fellows never registered on real membershp roll..59
Keith Raniere arrested, NXIVM cult phenomena, cage, becomes public knowledge...................59
Plaintiff selects outspoken female schoolteacher as intern, Lilie James death predicted..............65
Coercive control: plaintiff questioned Google's influence on budgets...........................................66

<u>Daniel Pocock</u>, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**

Southern District of New York

*COMPLAINT*

Plaintiff's intern grievance: but against another man, never against plaintiff..................................66

Plaintiff wraps up Albanian investigation, female whistleblowers thanked plaintiff....................67

Germans canceled elections again, proves Google afraid of plaintiff's questions.........................71

Google Summer of Code mentor / intern grievances, plaintiff was mediator, not culprit.............75

Plaintiff's resignation misrepresented as part of blackmail tactics evolve.....................................77

Cyberbullying, Cardinal Pell gossip erupts at Christmas, civil rights trampled on.......................85

US Bill of Rights, Debian Social Contract burnt in New Year's Eve bonfire................................88

Defendant FOSDEM: from NXIVM cage to Cat behind bars, female speaker trafficked to
criminal speech jurisdiction..........................................................................................................91

Cardinal George Pell enters prison, death of plaintiff's father, victims forced to make confession
under duress..................................................................................................................................93

Post-censorship: Google $300,000 semi-disclosed, Albanian distanced but not banned...............93

Leaking intern's mental health status: Google Summer of Code mentors list................................94

Female interns offered trip to Brazil, asked to denounce the plaintiff...........................................98

Transgender activists stalking the plaintiff, Zizian mentality........................................................99

Public vilification of the plaintiff continues after death of father................................................100

Conspiracy against Dr Jacob Appelbaum, deception of the media exposed by plaintiff.............101

Berlin police decline to use criminal defamation law against Nazi comparisons for FSFE canceled
elections......................................................................................................................................102

Petition used as vigilantism against Dr Richard Stallman...........................................................102

Plaintiff punished for starting ethics-oriented business during pandemic....................................102

Debianists ignore harassment judgment and start UDRP copy-cat censorship/shaming case,
defendant Google rewards them with more money......................................................................104

Plaintiff acquires Debian-related names to promote his joint authorship status independently…105

British coroner warns about repetitive exposure to negative content from Internet....................106

Promoting technical integrity while mocking general notions of integrity..................................108

Plaintiff gave witness statement to Carabinieri on day Cardinal Pell died in Rome....................109

Debianists use Swiss civil procedure to violate privacy of plaintiff's family, plaintiff exposes
illegal legal fees insurance cover-up known to Geneva bar association for years.......................111

Abraham Raji (DebConf death, drowning) anticipated by plaintiff research into negligent
homicide.....................................................................................................................................115

Nazis used administrative procedures to obfuscate identity of inconvenient authors of technical
works..........................................................................................................................................116

Defendant administrative procedure SLAPPs plaintiff, corruption and LLW in WIPO process..117

WIPO legal panel ignores Scientologie.org precedent, creates malicious denunciation with
obvious bias against unrepresented private individual who publishes blogs about voluntary work
....................................................................................................................................................118

WIPO UDRP procedure could be improved to avoid malicious decisions being rendered in a
single step...................................................................................................................................121

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
                                                                Southern District of New York
                                            *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                          ***COMPLAINT***
*their overlords at Google et al.*

---

Defendant's subsequent use of domain names reveals intention of procedure was for harassment and libel, denouncing plaintiff.......................................................................................123

Deliberate dishonesty and libel during the European elections.....................................124

GNOME Foundation libels Sonny Piers, everybody suffers emotional distress together............126

EFF, home of Blue Ribbon Campaign for free speech online, censors plaintiff's message in their Let's Encrypt forum.......................................................................................127

GNOME removes American staff with public notice, secretly adds Albanian staff....................129

Defendant Google giving prominent positions to libel about plaintiff, formerly an unpaid volunteer for Google's own Summer of Code program...............................................129

Zizian news reports prompt flashbacks for Debian victims and witnesses...................130

GNOME closing bug reports without investigation.......................................................131

Other observations about impact of defendant's harassment of the plaintiff................132

INJURIES.......................................................................................................134

IV. RELIEF......................................................................................................136

V. PLAINTIFF'S CERTIFICATION AND WARNINGS....................................................139

*Daniel Pocock*, *Debian Developer (Pro Se)*
                            *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

# I. BASIS FOR JURISDICTION

## I. (A) Federal constitutional and statutory rights

- first amendment free speech rights
  - EFF claims to defend the *US Bill of Rights* while censoring discussion between developers on their *Let's Encrypt* Discourse forum
  - Debian Social Contract, "we will not hide problems" allusion to first amendment
- bad faith
  - using words like diversity, equity and inclusion (DEI), the promise that "*everyone is welcome*" to promote a culture that reeks of intolerance
- copyright, in particular, works created by a process of joint authorship
- racketeering
- conspiracy
- modern slavery and human trafficking
- Chapter 12, 231(a)(1) teaching techniques for civil disorder
- Code of Conduct *gobbledygook*, akin to the Sovereign Citizen *gobbledygook* that US federal court has called out in recent cases
- *"interpreting the Code of Conduct"*,
  - a.k.a. practicing law without a license, impersonating a federal judge, etc

*Daniel Pocock*, *Debian Developer (Pro Se)*                                        **US District Court**
                    *v.*                                               Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                          ***COMPLAINT***
*their overlords at Google et al.*

---

# I. (B) Diversity of Citizenship

The plaintiff Daniel Pocock is a citizen of Switzerland.

The defendant Software in the Public Interest, Inc (SPI) is incorporated in the State of New York.

The defendant Donald Norwood is an individual in the State of New York

The defendant Debian Project is an unincorporated association harbored by the defendant Software in the Public Interest, Inc which is in turn incorporated in the State of New York.

The defendant Ariadne Conill is an individual in the State of Washington

The defendant Electronic Frontier Foundation, Inc (EFF) is incorporated in the Commonwealth of Massachusetts and has its principle place of business in the State of California.

The defendant Free Software Foundation Europe e.V. (FSFE) is incorporated in Germany and pretending to be affiliated with the FSF in Boston but it is not the same people and they use the name FSFE in bad faith.

The defendant FOSDEM vzw is incorporated in Belgium.

The defendant GNOME Foundation is incorporated in the State of California.

The defendant Gandi SAS is incorporated in the French Republic

The defendant Alphabet, Inc (Google) is incorporated in the State of Delaware and has its principle place of business in the State of California.

The defendant World Intellectual Property Organization is a specialized agency of the United Nations, headquartered in Geneva, Switzerland.

The defendant Canonical Group Ltd (Ubuntu) is incorporated in the United Kingdom

The defendant W. Scott Blackmer is an individual in the State of Utah.

The defendant Joerg Jaspert is an individual in Germany

<u>*Daniel Pocock*</u>, *Debian Developer (Pro Se)*
                                    *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

The defendant Jonathan Wiltshire is an individual in the United Kingdom.

The defendant Enrico Zini is an individual in Italy

The defendant Chris Lamb is an individual in the United Kingdom

The defendant Sam Hartman is an individual in the Commonwealth of Massachusetts

The defendant Jonathan Carter is an individual in South Africa

The defendant Andreas Tille is an individual in Germany

The defendant Jean-Pierre Giraud is an individual in France

The defendant Wouter Verhelst is an individual in Belgium

The defendant Kurt Roeckx is an individual in Belgium

The defendant Luke Faraone is an individual in the State of California

The defendant Jacob Hoffman-Andrews is an individual in the State of California

_Daniel Pocock_, Debian Developer (Pro Se)

v.

_Software in the Public Interest, Inc, Debian Zizians,_
_Electronic Frontier Foundation, Inc,_
_their overlords at Google et al._

**US District Court**
Southern District of New York

***COMPLAINT***

# I. (C) Venue

One of the oldest corporate defendants is Software in the Public Interest, Inc, incorporated in the State of New York

Defamatory spam messages are been sent by Donald Norwood of the "Debian Press Team" who is a resident of the State of New York

*Daniel Pocock*, Debian Developer (Pro Se)                                        **US District Court**
*v.*                                                                Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                              ***COMPLAINT***
*their overlords at Google et al.*

# II. PARTIES

## II. (A) Plaintiff Information

Daniel POCOCK                                                daniel@pocock.pro
c/o Software Freedom Institute LLC
16192 Coastal Highway
Lewes DE 19958
United States of America

*Daniel Pocock, Debian Developer (Pro Se)*                    **US District Court**
                            *v.*                    Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                    ***COMPLAINT***
*their overlords at Google et al.*

# II. (B) Defendant Information

**<u>Software in the Public Interest, Inc</u>** (SPI)
1632 1st Ave #20327
New York NY 10028
United States

**<u>Donald Norwood</u>**
c/o Software in the Public Interest, Inc (SPI)
1632 1st Ave #20327
New York NY 10028
United States

**<u>Debian Project</u>**
c/o Software in the Public Interest, Inc (SPI)
1632 1st Ave #20327
New York NY 10028
United States

**<u>Ariadne Conill</u>**
c/o Edera, Inc
450 Alaskan Way S
Suite 200
Seattle  WA  98104

**<u>Electronic Frontier Foundation, Inc</u>**  (EFF)
815 Eddy Street
San Francisco CA 94109
United States

**<u>Free Software Foundation Europe e.V.</u>** (FSFE *is not the FSF, it is impersonation*)
Schönhauser Allee 6/7
Stairway 2, 5. floor
10119 Berlin
Germany
**<u>FOSDEM vzw</u>**
Guldendelle 9
1930 Zaventem
Belgium

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                        *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

---

**GNOME Foundation**
#117
21c Orinda Way
Orinda  CA  94563

**Gandi SAS**
63-65 boulevard Massena
Paris  75013
FRANCE

**Alphabet, Inc** (Google)
251 Little Falls Drive
City of Wilmington
County of New Castle  DE 19808
United States

**World Intellectual Property Organization**   (WIPO)
34, chemin des Colombettes
CH-1211 Geneva 20
Switzerland

**Canonical Group Ltd** (Ubuntu)
3 More London Riverside
London  SE1 2AQ
United Kingdom

**W. Scott Blackmer**
InfoLawGroup LLP
14466 S Edgemere Dr
Herriman  UT  84096
United States of America

*Daniel Pocock, Debian Developer (Pro Se)*                **US District Court**
                        *v.*                          Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                        *COMPLAINT*
*their overlords at Google et al.*

**Joerg Jaspert**
c/o Software in the Public Interest, Inc (SPI)
1632 1ˢᵗ Ave #20327
New York NY 10028
United States

**Jonathan Wiltshire**
c/o Tiger Computing Ltd
Woodlands, Staunton,
Coleford, GL16 8NU
United Kingdom

**Enrico Zini**
c/o Software in the Public Interest, Inc (SPI)
1632 1ˢᵗ Ave #20327
New York NY 10028
United States

**Chris Lamb**
c/o Software in the Public Interest, Inc (SPI)
1632 1ˢᵗ Ave #20327
New York NY 10028
United States

**Sam Hartman**
c/o Hadron Industries
90 Airport Rd
Concord  NH  03301

**Jonathan Carter**
8 Leoville, Link Road              c/o Software in the Public Interest, Inc
Bellville                          1632 1ˢᵗ Ave #20327
Republic of South Africa           New York NY 10028
                                   United States

*Daniel Pocock, Debian Developer (Pro Se)*
                               *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

---

**Andreas Tille**
Gartenstraße 8
D-38855 Wernigerode
Germany

c/o  Robert Koch Institut
Burgstraße 37
D-38855 Wernigerode
Germany

**Jean-Pierre Giraud**
1 rue El Alamein
31500 Toulouse
France

Ministère de la culture et de la communication
Inspection des patrimoines
France

**Wouter Verhelst**
c/o Linux Belgium
Oude Haachtsesteenweg 75A
1831 Diegem
Belgium

**Kurt Roeckx**, Debian Project Secretary
Mortelstraat 44
3150 Tildonk
Belgium

**Luke Faraone**
c/o Software in the Public Interest, Inc (SPI)
1632 1st Ave #20327
New York NY 10028
United States

**Jacob Hoffman-Andrews**

c/o Electronic Frontier Foundation, Inc     (EFF)
815 Eddy Street
San Francisco CA 94109
United States

_Daniel Pocock_, Debian Developer (Pro Se)                    **US District Court**
v.                                                  Southern District of New York
_Software in the Public Interest, Inc, Debian Zizians,_
_Electronic Frontier Foundation, Inc,_                            **COMPLAINT**
_their overlords at Google et al._

# III. STATEMENT OF CLAIM

Place(s) of occurrence (suspected, based on activities committed online): New York, San Francisco, Toulouse, South Africa, Utah, Geneva and others

Date(s) of occurrence: 3 May 2024 (World Press Freedom Day), 6 May 2024 (Holocaust Remembrance Day), 6 June 2024 (D-Day anniversary), 5 September 2024 and others

# FACTS

*Trigger warning*

*This complaint contains references to the*
***Debian suicide cluster***,
*and references to the*
***abuse*** *in the Google open source software supply chain.*

In short, just remember the *Pro Se* plaintiff in this case resigned from some voluntary tasks at a time of grief. The plaintiff was an unpaid mentor for Google's Summer of Code and other people gained more benefits from this relationship than the plaintiff himself. Google may be the world's largest company, the plaintiff had just started a new business funded out of his own pocket, in the middle of a pandemic too. The leadership figures, now defendants, used their positions to try and manipulate and denounce the former mentor, somebody they had never remunerated anyway. When he was no longer willing or available to work for free, they couldn't stand the thought of him getting paid for his work elsewhere. They can't stand the thought of him getting his equal share of the recognition, nothing more, nothing less, a simple thing that every joint author is entitled to. As a consequence of that selfishness, and only as a consequence of that, all the skeletons have been let out of the closet, including a whole suicide cluster, with one of the casualties in Switzerland deceased the very day the plaintiff got married. The phenomena leaves psychological scars on survivor's lives, just as NXIVM left scars on their victims.

The defendants engage in various shaming and social engineering tactics that are a cybersecurity risk for other volunteers, for the general public and for businesses who employ open source software developers.

--------------

*Daniel Pocock*, *Debian Developer (Pro Se)*                              **US District Court**
                                           *v.*                           Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                    ***COMPLAINT***
*their overlords at Google et al.*

---

## Areas of law

Defamation – libel

Defamation – slander

Defamation Per Se

Trade Libel

Intentional Infliction of Emotional Distress

Stalking

Conspiracy

Copyright (recognition of authors, reporting revenues to authors)

Breach of contract (Debian Social Contract, promises of recognition for work)

*Daniel Pocock*, *Debian Developer (Pro Se)*
<div align="center"><i>v.</i></div>

*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

<div align="right">

**US District Court**
Southern District of New York

***COMPLAINT***

</div>

---

## Debian founding, obfuscation strategy at SPI, original agreements between joint authors

1. In 1983, Dr Richard Stallman (RMS) founded the GNU Project.

2. In 1989, Dr Stallman created the GNU General Public License (GPL), which is an important agreement between developers as much as it is a license to end-users of the software.

3. In 1991, Linus Torvalds began creating the Linux kernel. He chose to use the GNU GPL as a license and agreement between co-authors of the kernel.

4. The plaintiff and some of the defendants are related as *joint authors* of the *Debian GNU/Linux* software. The work was commenced in the United States by Ian Murdock in 1993. The work is created by combining the Linux kernel and other software into a complete operating system. Therefore, Debian GNU/Linux has many characteristics of a collective work and it simultaneously has the characteristics of joint authorship. Both concepts are relevant. It is important not to confuse these two concepts of a collective work and a collaborative work or underestimate the extent to which each of these concepts is applicable.

5. The term Debian Developer has been used since 1993 to refer to somebody who is a *joint author* under copyright law.

6. In 1993, the plaintiff, aged 14, was the youngest person in his city to pass the amateur radio exam. He began doing voluntary work involving both amateur radio and open source software. These things have become a fundamental part of his life, both professionally and personally, since a very early age.

7. In plain English, the term Debian Developer also refers to somebody who has the *skill* of packaging software (creating packages) for a Debian user.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

8.  On 5 July 1997, the joint authors ratifed the Debian Social Contract. This is a contract between joint authors themselves and also between the authors and the wider world. Article (3) in the Debian Social Contract states "We don't hide problems". Most people feel this is aligned with the principles of the first amendment of the US constitution. The joint authors have created intellectual property without receiving any financial remuneration from royalties. Therefore, the free speech rights under the Debian Social Contract are very important because authors don't get anything else in return for their effort.

9.  18 March 1998, Bruce Perens, former leader of Debian, wrote to debian-private about putting the Debian trademark in the public domain.

10. Defendants Debian Project and SPI founders were aware of liability issues and planned from the outset to avoid responsibility. Ironically, in 1998 they were thinking about liability in the context of free speech, they hadn't anticipated the Debian suicide cluster:

```
Subject: SPI and the liability issue
Date: 19 Mar 1998 22:06:21 -0000
From: Bruce Perens <bruce@va.debian.org>
To: dark@xs4all.nl, hamish@rising.com.au
CC: debian-private@lists.debian.org

> > I think Bruce was referring to acts of civil disobedience, such as
> > facing down the US government on free speech issues.
>
> But without a precedent I feel that the comment was totally uncalled for.

There are precedents. Extrapolate from the obscentity issue we dealt
with a while back. This is a really nasty problem in that I would like
to stand up for these issues, but I don't really want Debian to volunteer
me to be the test case so that I can rot in jail while my child grows up.

I can see why you might have found that original statement offensive.
Let me rephrase it:

        SPI is willing to provide Debian developers with a liability
        shield and financial management. We are wary though, given the
        observed tendency of Debian developers to do anything they
        please. There has to be some sort of give-and-take in which we
        provide you with these services in exchange for your promising
        to behave responsibly about issues that could expose SPI to
        financial liability or SPI's officers to criminal prosecution.
```

*Daniel Pocock, Debian Developer (Pro Se)*

           *v.*

*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

---

```
As Tim mentioned, SPI officers can go to jail for stuff that you guys do.
As treasurer and president, he and I are the most likely ones to get
indicted. That is acceptable when we have some control over what is going
on, but it's clear we don't have any control. This doesn't really work for
us.
```

11. 19 March 1998, Ean Schuessler wrote a long message to debian-private revealing that SPI and Debian are the same thing. There are many similar messages about the structure and the conspiracies.

12. 27 October 1998, a newspaper in Melbourne, The Age, publish an article "Students count the cost of Net reforms". The article features a photo of the plaintiff along with two officers of the National Union of Students and includes quotes from three students at the University of Melbourne, Peter Eckersley, Michael Crozier and the plaintiff. Remember, one of the themes in this case is that EFF has censored a message in their forum revealing that their former employee, Peter Eckersley and the plaintiff were collaborators since they started their undergraduate studies in the 1990s.

13. On 2 December 1998, a subset of the joint authors subscribed to the Debian Project constitution, forming an unincorporated association. The constitution was offered to 357 of the joint authors and only 86 of them chose to subscribe by way of a general resolution. The founder of the creative work, Ian Murdock, is one of those who did not subscribe the constitution. The term Debian Developer has a third meaning, in parallel with the previous two definitons, referring to somebody who is a member of the unincorporated association. But the original meaning, somebody who is a joint author, remains no less value.

14. Authors of a joint work are equally entitled to recognition for their work. Using the term Debian Developer signifies that somebody is entitled to recognition. Disputing somebody's use of the term undermines their right to recognition.

15. The Debian constitution, although only signed by 86 people, reminds us that the authors are unpaid volunteers. Therefore, the recognition is the only form of remuneration and it is vital to protect the integrity of that arrangement.

*Daniel Pocock*, *Debian Developer (Pro Se)*                              **US District Court**
                                 *v.*                          Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                 ***COMPLAINT***
*their overlords at Google et al.*

16. Over the years, people have attempted to conflate the status of authorship with the status of membership.  Rights of a joint author can't be extinguished by way of expulsion.  If somebody never subscribed to the unincorporated association then it can not be said that they were ever a member.  Consequently, the people who didn't subscribe or join could not be expelled either. Nonetheless, some among the defendants kick up a stink from time to time, pretening they have power to extinguish rights of their co-authors.

17. Any references to expulsions, as such, are used for the purpose of defamation and libel.

18. The threat of such defamation is used to exact control over people, a form of blackmail that gives rise to white collar modern slavery.

19. A whole new jargon has arisen for this purpose, a system of kangaroo courts under the guise of a "Code of Conduct".

20. Defendants use terms like "Code of Conduct" to borrow from the credibility of such phenomena in professional organizations.  In practice, the processes, procedures and verdicts could be described as witchcraft and gobbledygook meets law of the jungle.


## The Shaya Potter affair

21. In 1998, before the constitution had been adopted, people decided to "expel" Shaya Potter.  As there was no constitution at that point and nobody had subscribed to the unincorporated association, the only relationship between participants was a relationship of joint authorship. Potter was a child prodigy and US Navy intern who had drifted into the world of software piracy.  Nonetheless, the affair was classified.  In more recent times, we see certain people, including the plaintiff, are subject to intense public harassment while other people, like Shaya Potter, were able to leave the Debian cult quietly and get on with their lives.

22. Shortly after Shaya Potter fell out with the co-authors, he resurfaced at the Large Installation System Administration (LISA) Conference 2005 and won the Best Student Paper Award. Attendees at the conference, people concerned with protecting the integrity of computer networks, were blissfully unaware that they were applauding the first joint author supposedly "expelled" from Debian.

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian Zizians,*

*Electronic Frontier Foundation, Inc,*

*their overlords at Google et al.*

**US District Court**

Southern District of New York

***COMPLAINT***

23. The plaintiff resigned from some of his voluntary mentoring activities at a time when he lost two family members. Why was somebody accused of software piracy able to continue his career but a volunteer resigning honorably at a time of grief is subject to intense, ongoing vilification by defendants?

24. Switzerland is known for privacy and secrecy. Debian is known for making strong claims about promoting freedom and transparency. Anybody who demonstrates that transparency claims are only adhered to selectively is revealing a significant lack of integrity by certain people among the defendants. Rather than trying harder to fulfil their promises of freedom and transparency, defendants *nuke the messenger*, by censuring his communications and deliberately sullying his reputation.

## Edward John M. Brocklesby (hacking, SSH2 package maintainer)

25. The next case of somebody being punished was Edward John M. Brocklesby (EJB) from Oxford. In this case, Brocklesby had used administrative privileges in ways that were not expected. Many system administrators and computer security consultants have come to expect Debian will be transparent about such risks but in the case of Brocklesby, much like Shaya Potter, the matter was dealt with very quietly.

26. Of particular note, Brocklesby had taken over the Debian SSH2 package, which is critical to the security of remote access. This is the type of affair the community would have genuinely expected a public alert about. There was no public communication at all.

27. Brocklesby was given a "trial by IRC chat", which is ironic in the circumstances. Yet since the Code of Conduct gobbledygook arrived, there is no attempt at mediations or trials, there are only summary executions on social control media.

28. Despite the secrecy around these security incidents, we see intense public defamation of people like the plaintiff who asked ethical questions about where the money comes from and where it goes.

*Daniel Pocock*, Debian Developer (Pro Se)
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

## Resignation from student politics

29. 10 November 1999, Melbourne newspaper The Age publishes a letter from the plaintiff under the title "Left Out". He reveals that people have resigned or being expelled from the most influential left group in student politics. The plaintiff puts his position on the public record, distancing himself from corruption. In hindsight, the decision to write the letter and the editor's decision to publish it is brilliant: in 2003 the student union went into liquidation with $4 million in debt.

## Joel "Espy" Klecker: unpaid terminally ill teenager, fake news reports begin

30. In July 2000, Joel "Espy" Klecker passed away at age 21. He suffered from Duchenne muscular dystrophy. He spent his last years doing unpaid work on the Debian software. According to his blog, which is captured by the Wayback Machine, Klecker was motivated by the right to free speech, as in the first amendment and the EFF Blue Ribbon Campaign.

31. Given that Klecker worked under those beliefs and received no other remuneration, given that Klecker's work can't be retrospectively untangled from the rest of Debian, it is not acceptable to retrospectively revoke the right to speak or any other rights that authors believed to be intrinsic to their collaboritve agreement.

32. Klecker appears to be the first death in the community.

33. It appears that Klecker had anticipated his imminent death and revealed it using various communication channels.

34. Klecker resided and died in the State of Oregon.

35. The plaintiff has not found any evidence in the email archives about support for people exposed to that death or exposed to details about any subsequent deaths. On the other hand, there is evidence that exposure to cyberbullying, exploitation and death can have some knock-on effect for third parties, right up to the phenomena of copy-cat suicides.

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

36. Public reports about the death of Klecker suggested nobody using his work was aware that he was dying. Messages from debian-private reveal that some people did know. Nobody offered him payment for his work. The Debian logo was placed on his tombstone.

37. Over an extended period of time since it was incorporated, the defendant SPI has accepted payments in relation to the Debian GNU/Linux software. SPI has never provided the joint authors with any detailed account of the payments received. SPI has regularly engaged in expenditures without the unanimous consent of all joint authors.

## Chris Rutter, long working hours before stepping in front of a car

38. In early 2001, Chris Rutter was beginning his undergraduate studies at Cambridge, he had the obligations of a choir scholarship and he was doing unpaid voluntary work on Debian until the early hours of the morning. Emails were sent between 2am and 3am in the weeks before his death. He was out in the street late one evening and hit by a car. The police and coroner did not decide there was any fault on the part of the driver. In the absence of any other evidence, it is possible that fatigue was a factor in the death.

## Plaintiffs prior exposure to occupational health & safety challenges

39. Ironically, during his undergraduate studies, the plaintiff ran an IT services company and his largest and most successful client was in the workplace rehabilitation sector. They strongly advocated early intervention and preventative efforts to reduce the risk of illness, injury and death. One of the directors, a life member of the industry association, was asked to give testimony to a parliamentary inquiry in 2002. Servers based on Debian software enabled the rapid growth of the business with budget predictability. The testimony made to the Employment and Workplace Relations committee are heavily weighted on prevention, casting a long shadow over the Debian graveyard:

> *What is keeping people off work is, in many cases, the relationship between them and their workplace—whether it is their direct boss, their supervisor or issues that they are having at home that mean that they are not being a very good employee at that time.*

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
*v.*                                                          Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                       *COMPLAINT*
*their overlords at Google et al.*

## Founding of Canonical (Ubuntu), some volunteers don't get paid, some do

40. In March 2004, Mark Shuttleworth forms Canonical Ltd and begins producing Ubuntu, an operating system derived from Debian.

41. Some of the Debian Developers receive payments from Mark Shuttleworth to advance the needs of Ubuntu.  Some Debian Developers don't receive any payments or jobs though.

42. Sometimes the Ubuntu-funded contributions are beneficial to Debian as a whole but sometimes they create conflict because they have different priorities and deadlines.

## Fatal road accident after 7-day week, overnight drive:  Manuel Estrada Sainz and Andres Garcia

43. In May 2004, Manuel Estrada Sainz and Andres Garcia drove from Seville to Valencia in Spain for a conference.  They drove back on a Sunday night, a journey of 666km and died in a car accident very close to their destination.

## Unexplained fall from height: Jens Schmalzing

44. In July 2005, Jens Schmalzing went to work on a Saturday.  In Germany, the cause of death is confdential.  All we know is that he fell from a rooftop.

## Sweatshop unpaid work weekend in TU Darmstadt, Germany

45. In September 2005, a group of Debian Developers gathered for a weekend at TU Darmstadt.  Photos from the event show them sleeping on the tables.  The backstory is that they were encouraged to work for free, to give up the most basic comforts, because they believed in the principles and the Debian Social Contract.  One of the participants is Frans Pop, who wrote many emails about his grievances and eventually committed suicide.

*Daniel Pocock*, *Debian Developer (Pro Se)*  **US District Court**
*v.*  Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*  ***COMPLAINT***
*their overlords at Google et al.*



## The promise of recognition, and nothing else, for labor and intellectual property

46. 3 September 2005, David Richard Bell creates a "WhyDebian" page in the wiki where he explains: "The motivations of the authors also are varied, but the coin that they get paid in is often recognition, acclaim in the peer group, or experience that can be traded in in the work place." Similar promises of recognition are repeated elsewhere over the years. Yet this promise of recognition has been renegged upon in certain political dramas. Retrospectively replacing recognition with "Statement on [victim]" type messages is like bouncing a check. Yet if somebody complains the recognition check has bounced, the fraudsters become more hysterical.

## US military: experts make tactical withdrawal from Debian mailing lists before suicide cluster takes off

47. In April 2006 [redacted] the US Army 7th Signal Brigade asked to be removed from debian-private because there was too much noise. America is lucky to have smart people like that, they got out just weeks before the violence and the subsequent Debian suicide cluster.

## Defendant Debian understood risk from defendant Google for volunteers and project integrity

48. 24 May 2006, Ian Jackson sends a message to debian-private warning that defendant Google can't be trusted and people shouldn't keep the debian-private messages in a Google Gmail account.

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

## Violent expulsion, DebConf fight, Ted Walther

49. In May 2006 the annual DebConf was in Mexico. Ted Walther is one of the joint authors and he had nominated in the election for Debian Project Leader. He used the election to raise concerns about the way the group was diverging from it claimed to be. Ted Walther was the first case of somebody being publicly and very visibly ostracized. He had committed no crimes, he was a target of political violence. News reports appeared about a "DebConf fight". His date at the DebConf dinner was a local dentist, yet the email records in the debian-private archive include suggestions that she was a prostitute. People knew they were bad to Walther and they used their control of the archives to write their own narrative and try to justify the unjustifiable.

## Sven Luther resigns, others follow

50. In November 2006 Sven Luther told the community he was resigning around the time his mother died. It was reported as an expulsion and they tried to brainwash Sven to believe he had been expelled. This is what he actually wrote in his own words:

> *Subject: PLEASE HELP ...*

> *This is, probably the last, of my desesperate calls for help.*

> *I will probably be leaving debian fully, because frankly, it is not possible for me to continue working on debian.*

51. 15 March 2007, MJ Ray writes to debian-private to suggest that threats of violence are tolerable because of precedent and habit (note to reader: threats of violence are a crime in many countries):

> *The point is: threats of violence used to be fairly common, even on the mailing lists, let alone the more flammable IRC. Not everyone is going to change all behaviour overnight. Let's deal with it, but not lurch from total tolerance straight to total intolerance.*

52. In March 2007 Jérôme Marant resigned on debian-private:

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

*I must confess the load flamewars over the past months, along with the growing practice of public humiliation, personal attacks and hate campaigns made my last bits of motivation disappear entirely. Debian is no longer fun to me and I'm not interested in doing volunteer work in such a context one usually wouldn't be able to avoid in real life.*

53. In March 2007 Glenn McGrath resigned, debian-private:

*Due to mostly social and some technical aspects of debian i have lost my motivation to contribute directly to debian.*

54. On 17 May 2007 Samuele Giovanni Tonon resigns with a message to debian-private:

*i'm retiring from the project, i don't want to be anymore part of debian, my packages have been all orphaned i hope someone will take care of them*

55. In May 2007 Frans Pop resigned for the first time citing various grievances.

*So, what has made me decide to leave the project. It's a combination of just plain emotional stress over the whole Sven Luther issue, frustration with the inability of the project to deal with that and with some other issues, and frustration with the fact that a fair number of members of the project seem to feel that as long as you don't upload packages with trojans, pretty much anything is OK.*

## State of fear is documented

56. 5 Jun 2007, Andreas Schuldei and Craig Sanders (on debian-private) make some uncanny predictions about the future direction of debianism:

On Mon, Jun 04, 2007 at 07:25:07PM +0200, Andreas Schuldei wrote:
> * Craig Sanders (cas@taz.net.au) [070604 15:09]:
> > **the purge has begun**.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

---

> >
> > the line that shouldn't be crossed was crossed re: Sven L. now it's
> > open season on anyone who pisses someone off (that means everyone).
> >
> i disagree. what we are attempting is changing our mailinglist culture
> for the better.

time will tell.

personally, i don't think it will be for the better. i think we'll end
up with mailing lists where participants are too scared to say anything
even slightly controversial for fear of pissing someone off. i.e. prior
restraint.


## Future suicide victim comeback reveals beliefs of victims

57. On 19 October 2007, Frans Pop decided to come back from retirement.  In the messages, he
reveals how he was motivated/manipulated to work for free alongside the paid employees of
various companies like Google and Canonical:


```
Subject: Revoking retirement from the project
Date: Fri, 19 Oct 2007 13:51:06 +0200
From: Frans Pop <elendil@planet.nl>
To: debian-private@lists.debian.org

On Thursday 31 May 2007 03:55, Frans Pop wrote:
> As already announced in an earlier mail, I am hereby retiring from
the
> project.

Right. We are now almost 3 months after I made my resignation final (or
5 months since I first announced it) and after a lot of soul searching
the past couple of weeks and looking at what I've been doing over the
past few months, I've come to the conclusion that I'm not ready to
abandon the project after all.

As my account is still active (which is probably not completely
surprising), I guess that technically I'm still a DD and thus that this
message should be sufficient. If not, please let me know.

The main factors that have prompted this decision have been two real
life meetings (Sledge's BBQ and a small dinner in AMS) and also
```

_Daniel Pocock_, *Debian Developer (Pro Se)*
                                                    **US District Court**
*v.*                                          Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                **COMPLAINT**
*their overlords at Google et al.*

```
watching the moving "last lecture" from MIT's Randy Pausch [1]. The
first have made me realize the strong ties I've developed with some DDs
and the last has made me reconsider whether I should give up so
"easily".
I also want to thank the many people who sent me a message (either on
d-private or privately) in reply to my resignation mails. Though not an
important factor, they have helped to make me reconsider.

The fact that I want to be a DD again does not mean that I'm ready to
go back to the level of involvement/activity I had before my
resignation.
```

58. Anecdotal evidence suggests many of the unpaid volunteers are spending at least some of their time co-authoring Debain due to similar philosophical motivations.  Sadly, they are building on unstable ground.


## Fatal road accident (unconfirmed) after Christmas Day working, Thiemo Seufer

59. On 25 December 2008 Thiemo Seufer sent his last Debian email.  He was working on Christmas Day.  In Germany there are strict laws about working hours and it is unusual for somebody to work on a Sunday, let alone on Christmas.  Seufer died later that night.  This is another case where no official coroner's report is available.  Social media users have referred to it as a car accident.

60. Germany doesn't provide a public coroner's report with the cause of death.  No news reports have been found about the alleged car accident.


## FSFE founder reveals tactics used to recruit unpaid workers and donors to FSF copycat

61. On 10 March 2009 FSFE publishes "Fellowship interview with Georg Greve", co-founder and then-president, where they discuss the FSFE Fellowship.  Greve comments:

> *The Fellowship is an activity of FSFE, and indeed one of the primary ways to get involved in the organisation. It is a place for community action, collaboration, communication, fun, and recruitment that also helps fund the other activities of FSFE, for example, the political work.*

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                        *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

> *We had been discussing starting this kind of activity since 2002/2003, but it took us a*
> *while to solve the issues that come with it. The balance we sought to find was one where*
> *membership was not related to payment, and influence was not for sale.*

62. Greve's comments suggest that Fellows are members of the association.  Recruiting campaigns and a button on the web site ask people to "Join" the FSFE.  Yet from the creation of the Fellowship in 2005 up until it was abolished in May 2018, the Fellows were never invited to the annual general meeting, fellows could never nominate for president, etc.  FSFE ran the Fellowship as a kind of parallel organization where everybody was a second-class citizen compared to the real voting members of the FSFE e.V.  Only approximately 20 people have ever been real voting members of FSFE e.V. and they are yes-men for the president.  They gave people fellowship cards and FSFE email addresses to fool them into believing they were real members so the victims would do unpaid volunteer work for the president and his friends.

## Punishments can be made arbitrarily for political reasons

63. In June 2009 an Italian co-author defendant Enrico Zini asks candidates in the leadership election to each name five people they would expel.

64. The Italian mafia have two ways of expelling people.  Sometimes the victims disappear, buried in concrete, like the people censored from the Debian mailing lists.  Sometimes the victims are beaten black and blue, their broken bodies dumped in a prominent location, akin to those publicly shamed by statements on the Debian web site and mailing lists.

## Fooled about economics of open source, fake communities: Richard Rothwell confirmed suicide in UK

65. 17 July 2009 Richard Rothwell committed suicide, according to an official report from H.M. Coroner's Service.  Rothwell had worked two decades as a school teacher.  People in the "community" encouraged him to share the work he was doing for Linux in schools.  Eventually, he felt he could quit his job and start a business working entirely with open source software.  According to the report from H.M. Coroner and financial accounts filed on the public record, the business didn't cover its own administration costs.  The parasitic "community" makes a lot of noise praising people who share their work for free but if somebody asks for money to cover

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

their costs, if somebody tries to earn a living in open source, they are surprised at how quickly all the praise disappears and people undermine them or try to trick them to get more unpaid work out of them.

66. H.M. Coroner noted that Rothwell had been alone at the time of his suicide decision because his family was away for a few days.  Through this complaint, we see examples of how the mafias deliberately isolate and exclude developers and then ration their social interactions to gain coercive control over them.


## Word "slave" resonates with future suicide victim

67. 30 July 2009 Marc Haber and Frans Pop express concern that Mark Shuttleworth / Canonical Ltd / Ubuntu is using the voluntary developers as slaves.

```
To: debian-project@lists.debian.org


Subject: Re: Debian decides to adopt time-based release freezes
From: Frans Pop <elendil@planet.nl>
Date: Thu, 30 Jul 2009 09:28:43 +0200

On Thursday 30 July 2009, Marc Haber wrote:
> I don't think that we shouldn't time our releases according to what
> Mark Shuttleworth says. We are not Ubuntu's slave even if they try
> hard to make it look like that.
>
> Our 18-to-24-month release cycle was a nice vehicle to stay
> asynchronous with Ubuntu, which _I_ consider a desireable feature to
> prevent Debian from perishing. We are not only major supplier to
> Ubuntu, we have our end customers ourselves. I'd prefer that it
stayed
> that way.

+1
```

_Daniel Pocock_, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

## Dissatisfaction with communications platforms, countdown to suicide

68. On 12 July 2010 Frans Pop expressed concern about the way censorship was creeping in as a flawed attempt to fix the chronic flaws in the culture of unpaid teleworking:

```
Subject: Re: resignation, effective after debconf
Date: Mon, 12 Jul 2010 18:57:25 +0200
From: Frans Pop <elendil@planet.nl>
To: leader@debian.org, debian-private@lists.debian.org

On Monday 12 July 2010, Stefano Zacchiroli wrote:
> /me, sometimes dreaming of a moderated -private ...
>         ... with /dev/null as moderator!

So you'd prefer inter-developer issues to not be discussed at all?

I find this an extremely inappropriate comment for a DPL.
```

69. On 9 August 2010 various people are forcibly subscribed to a "cut-team" mailing list for a work effort called "CUT".  It appears that Frans Pop was subscribed to CUT.  CUT eventually became the desktop used internally by defendant Google staff in the Google offices around the world.

70. Friday, 13 August 2010, Lars Wirzenius, known to do contract work for defendant Canonical Ltd / Ubuntu, announces he is there to "drive" a new system of form-filling called the DEP-5 machine readable copyright file.  The work is to be done manually by volunteers but the beneficiaries are the largest corporate users of Debian who want to do automated license audits across their IT infrastructure.  Tasks like this spoil the fun in a voluntary activity.  DEP-5 is analogous to asking people to dig their own graves, which is exactly what Frans Pop had on his mind.

## Suicide note sent as resignation email night before Debian Day project anniversary

71. There have been numerous conflicts over the years relating to the rights of the joint authors.  On the night of 15 August 2010, Frans Pop resigned from the project for a second time.  The resignation email was sent the night before the Debian Day software anniversary.  It was subsequently revealed that this resignation was actually a suicide.

```
Subject: Resignation
```

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian Zizians,
Electronic Frontier Foundation, Inc,
their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

```
Date: Sun, 15 Aug 2010 21:41:18 +0200
From: Frans Pop <elendil@planet.nl>
To: debian-private@lists.debian.org

It's time to say goodbye. I don't want to say too much about it,
except that I've been planning this for a long time.

Participating in Debian has been great.
```

72. Frans' parents sent a message to Steve McIntyre, then leader of Debian:

> *"Yesterday morning our son Frans Pop has died. He took his own life, in a well-considered, courageous, and considerate manner. **During the last years his main concern was his work for Debian.** I would like to ask you to inform those members of the Debian community who knew him well."*

73. On 22 August 2010, Cord Beermann commented that Frans Pop had reviewed more than 7,000 messages in the mail archive spam removal effort. Remember April 2006 when somebody from the US Army declared there was too much noise on the Debian mailing lists?

74. Two volunteers who discussed the death with peers on social control media were ostracized for one month by the defendant Joerg Jaspert. This is scary because isolation at a time of grief can increase the risk of more suicides. But for a group with no ethical backstop like the defendant Debian, the risk of one more suicide may seem like a small price to pay to keep people silent about the suicide cluster as a whole.

75. Mark Shuttleworth wrote an email observing that there was an elevated risk of copy cat suicides in groups with a culture like this. He discouraged (debian-private) putting too much attention on Frans Pop.

```
Regardless of religion, there is a proven danger in glorifying those
who commit suicide, it encourages others to do the same:

 http://www.ncbi.nlm.nih.gov/pmc/articles/PMC1732435/pdf/v057p00238.pdf
 http://www.ncbi.nlm.nih.gov/pubmed/19789643

Debian's close-knit culture, and the extent to which many DD's feel a
stronger affiliation to this group than any other, amplifies the danger
```

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

**substantially**.  The need for validation and recognition from this
group,
of this group, is stronger than any comparable organisation I can think
of. Dedicating a release to someone is the highest honour Debian can
offer, we should be extremely thoughtful about what incentives we are
creating when we do so.

As yourself this: if Frans had continued to give as generously of
himself through the release as he did in the past, would you have
wanted
to celebrate that by dedicating the release to him? If not, what are
you
celebrating in dedicating the release to him now?

We are all, rightly, shocked and saddened by the loss of a colleague.
None of us should judge Frans' choices: there are many valid reasons to
choose one's end. But we should be careful not to put others at risk.

Biella may be in a good position to comment on the real human dynamics
for those who are at risk.

76. More emails appeared about volunteers suffering stress and resigning.


## Oracle employee sent back to voluntary work, becomes homeless, vanishes

77. In January 2011, it was reported that William Lee Irwin III, a Debian and Linux kernel
developer, was sacked from Oracle Corporation and went to a homeless shelter in Indianapolis.
He vanished.


## Mystery death in Switzerland on plaintiff's wedding day

78. Adrian Von Bidder, from Basel, Switzerland had become engaged as a joint author of the
software during his studies at ETH Zurich.  He was a former president of the VIS (computer
science students, ETH Zurich) and board member of the Debian.ch "Verein" incorporated under
Swiss law.  He died on 17 April 2011, Palm Sunday, the same day that the plaintiff's wedding
ceremony took place.  The death was discussed in vague terms with references to how happy he
had appeared to be.


79. Photos from the wedding show that Carla clearly had scars from self-harm on her arm prior to
being married.  The snobby people on social media who subsequently got carried away with

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

rumors about "abuse", "harassment" and "behavior" have grossly intruded on the privacy of the plaintiff and his family over many years.

80. If the plaintiff received $1 for every time some snob made a comment on social media then it would easily pay Carla's medical bills. But the opposite happens: the snobs who promote these privacy violations undermine the ability of families to pay for professional assistance with eating disorders and other problems like this.

81. Diana von Bidder, the widow of Adrian von Bidder, is a member of the Basel Burgergemeinderat (municipal authority within Kanton Basel Stadt) where she holds the executive office of Statthalterschaft, similar to an executive director and a cybersecurity expert for Swisspost, an institution that has taken a leading role for identity verification and payment technologies on a national scale. Looking at the email she sent after Adrian von Bidder's death, it seems she did not consider the possibility that he was under the influence of social engineering by those who recruit men like her husband to unpaid work:

```
Subject: Re: condolences for Adrian
Date: Mon, 25 Apr 2011 15:02:18 +0200
From: Diana von Bidder <diana@fortytwo.ch>
To: Stefano Zacchiroli <leader@debian.org>

Dear Stefano
Thank you for your wonderful mail! Yes Debian and people were very
important to Adrian. I was glad that he was not only sitting alone in
front of his computer but to know that there are people out there that
estimate him and are his friends even if most of you did not know each
other personally.
The way you describe him (empathy, calm, insight, ... - just the Adrian
I know) assures me on how good friends of Adrian are out there. And I
will always continue to think of this (in a good way!) when continuing
to use debian (which I became quite fond of because of Adrian).
It's a pity that he couldn't go to Banja Luca anymore which he did so
much look forward to. Anyway, I wish you all the best and hope you
continue your good work.

- Diana
```

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                          *v.*                          Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                    ***COMPLAINT***
*their overlords at Google et al.*

82. The comment that he "seemed happy" was a common refrain when discussing the mysterious death of a man who died at age 32.

```
Subject: Re: Death of Adrian von Bidder
Date: Wed, 27 Apr 2011 17:05:10 +0200
From: Gaudenz Steinlin <gaudenz@debian.org>
To: debian-private <debian-private@lists.debian.org>
CC: community@lists.debian.ch

Hi

This is indeed very shoking news. I remember too well the great
evening we had at my place just some weeks ago when we held the
deian.ch annual meeting. With Adrian live and kicking as our
secretary. He seemd very happy and helped me clean up the place after
all the others had already left. :-(
```

## Scapegoating of foreign workers, plaintiff, in Switzerland, DebConf venue change pressure

83. In 2010, the plaintiff had gone to work on as a contractor in Zurich, the German region of Switzerland.  In November 2012, Ana Guerrero warned the plaintiff that the native Swiss "like blaming things on you".  This is a rather common experience for foreign contractors who work in the region.

84. Out of 1,000 people, defendant Debian has never reached the threshold of even two percent female participation.  Of those women who do participate, many seem to be in relationships with male co-authors.  Of those in Europe, at least three of these women were pregnant in the period 2012/2013 and they applied some pressure to change the DebConf13 venue to be more mother-baby suitable.  However, not everybody was allowed to know about the pregnancies.  At least one of the women was embarassed about being part of a perceived *Debian pregnancy cluster*.  Volunteers being kept in the dark were frustrated about the unexplained pressure to change the venue.

## "Everyone is welcome" in Diversity statement, but secret list of dissidents censored

85. 20 May 2012 approximately 25% of joint authors voted to have a Debian diversity statement. The majority of authors didn't vote at all and so the diversity statement was imposed by default. The diversity statement begins "The Debian Project welcomes and encourages participation by

*Daniel Pocock*, Debian Developer (Pro Se)
                                          v.
Software in the Public Interest, Inc, Debian Zizians,
Electronic Frontier Foundation, Inc,
their overlords at Google et al.

**US District Court**
Southern District of New York

*COMPLAINT*

everyone".  Yet over the years, they keep finding excuses to ostracize some people.  This is another case where there are questions about the integrity of the group.  Obviously, after making the diversity statement "everyone" is welcome, they can't simply exclude somebody for some minor reason.  Therefore, if the cabals want to exclude somebody they have to make up some hysterical lies and deliberately libel the victim.  This is why the subsequent conflicts involve such hysterical examples of libel.

## Slavery, two-tier system emerges, Daniel Baumann (Switzerland) secret demotion as blackmail

86. In March 2013 the defendants Debian Account Managers began the secret shaming of Daniel Baumann in Switzerland.

87. Under copyright law, all joint authors are equal, even if some contribute more or less than others.  Nonetheless, the defendants told Baumann that he was going to be their apprentice and they kept him in this state for a period of four years until they found somebody else to pick on, Dr Norbert Preining.

## Pregnant developer ousts rival from Kde team then uses his name for baby

88. On 28 March 2013 they start the same routine with another co-author, José Manuel Santamaria Lema, "Santa" is libelled and banned from Debian.  The message sent to over 1,000 people on debian-private, behind Santa's back.

> *Subject: Removing a non-DD member of the Qt/KDE team*
> *Date: Thu, 28 Mar 2013 10:00:57 +0100*
> *From: Ana Guerrero <ana@debian.org>*
> *To: debian-private@lists.debian.org, nm@debian.org, leader@debian.org*
>
> *[sorry for the duplicated email if you receive it twice]*
>
> *Hi,*
>
> *This email is about the decision of the Qt/KDE team [1] of banning*
> *José Manuel Santamaria Lema, aka santa, from the team. This means removing*
> *him from the pkg-kde alioth group and removing him from all the group*

*Daniel Pocock, Debian Developer (Pro Se)*                                    **US District Court**
                        *v.*                                    Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                    ***COMPLAINT***
*their overlords at Google et al.*

> *maintained packages.*
> *After that there are only 4 packages maintained only by him, that are KDE*
> *related and you can find plans at [2].*
> *José is also a DM [3], at the moment, he's only allowed ....*

89. The backstory is that everybody is working at different speeds and different deadlines and that leads to conflict situations. There was nothing fundamentally "bad" about Santa. Ana was just about to give birth so she was under pressure and not in a suitable position to work at the same speed as Santa.

90. Ironically, Ana called her son Manuel, like the guy she just denounced.

91. The Santa incident demonstrates the tactics and the culture of using debian-private mailing list to distribute a long defamatory message about somebody to over 1,000 people from all corners of the open source ecosystem without the victim knowing anything about the libel.

92. Over the following six months or so, people would do things to provoke Santa. He didn't know about the discussions they were having behind his back. They tried to convince outside observers that something had randomly and spontaneously occurred. Winding people up to be humiliated and insulted is a common pattern.

93. April 2013, following the social engineering attacks on Daniel Baumann and Santa, more people resign. Quoting John Hasler (debian-private):

> *I've resigned. Your resignation procedure says I must announce that fact to this list. I've sent the requisite message to keyring@rt.debian.org and orphaned my packages. Please notify me if there is anything I've missed. Otherwise please do not respond.*

## Plaintiff begins unpaid work for Google Summer of Code

94. In 2013 the plaintiff began doing unpaid work for the defendants Google, Software in the Public Interest and Debian Project as a recruiter/mentor/manager for the programs Google Summer of

*Daniel Pocock, Debian Developer (Pro Se)*
                                                          **US District Court**
                          *v.*                     Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                           ***COMPLAINT***
*their overlords at Google et al.*

Code and GNOME Outreach Program for Women (OPW).  OPW has subsequently been
renamed Outreachy.

## Employees in tech companies have second loyalty to Debian, social engineering attempted against OVH

95. In May 2013 then Debian leader Lucas Nussbaum sent an email to the debian-private mailing
list about how one of the Debian co-authors tried to use insider contacts at the hosting company
OVH to summarily transfer the domain name debian-multimedia.org without following proper
procedures.

## Libel motives and tactics documented by Russ Allbery, mystery death of Ray Dassen during expulsion debate

96. On 11 May 2013, Thorsten Glaser sent a message on debian-devel about Canonical / Ubuntu
conflicts of interest.  Eugene V. Lyubimkin sent a message on debian-private, linked to the
public discussion, with the title "nomination and call for supporters for expulsion of Josselin
Mouette".  There were hundreds of message replies in different threads and subthreads on
different mailing lists.  The environment was really negative that week.

97. 14 May 2013, Russ Allbery writes a message revealing the motive for making up libel to
ostracize somebody.  Effectively, these elites like being in control of everything and everybody.
They write programs to filter and sort their messages.  But if Russ doesn't want to talk to some
colleague, other people continue talking to the same colleague and the filter program he created
is useless.  Therefore, a little pack is formed and they work together to spread a rumor about the
person.

> *The last one is the one that people have, from the day the first Usenet newsreader
> introduced killfiles (which were a thing on Usenet going back far enough that they give
> procmail a run for its money), wanted to extend to all sorts of other noise problems,
> mostly as an excuse to avoid having to do anything at the server or source ends of the
> protocol. It's always failed. It only works if everyone else is ignoring the person too; in
> other words, they have to already be clearly and completely ostracized and viewed as
> noise unanimously.*

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

98. Back in the days of Usenet software, these conspiracies would be contained to a single group of people. When people use the same tactics on social control media, the rumors spread without control and overflow into other parts of the victims' lives.

99. The tactics described by Russ Allbery are very anti-democratic. A small but very determined group spreading a rumor does not represent the majority.

100. The tactic described in Allbery's email doesn't work unless the libel is strong enough to upset third parties and even set off a conflict where the person targetted feels people acting strangely. The desire of people like Allbery to be in absolute control of conversations reveals the motive for protaganists to create nastier types of libel that involve references to abuse, behavior or hints about a secret complaint from a woman. Libel also works better if two or more people repeat the same lie. If they only used a very weak lie or if only one person spread the lie then the protaganist looks like a backstabber. Then it wouldn't justify ostracizing their target. Allbery's email reveals he has a tactic for ostractizing people that depends on both strong libel and a group effort, a.k.a. conspiracy, to spread the libel to anybody who sympathizes with the victim. It is important to reflect on this concept because we see it being practiced, in the sense of criminal conspiracy, against a range of victims.

101. Once we accept that certain people are operating with a motive to control discussions and the willingness to achieve that by telling strong lies, we can then see the possiblity that all the negative stuff about certain people has been made up, no matter what titles they are using or how many Swiss lawyers they paid to lie with them, we can hold the liars / libellers fully accountable for it.

102. 18 May 2013 was the death of Ray Dassen. A message on debian-private suggested the usual catch-all "heart attack". There was no subsequent confirmation from a coroner. Ray was 40 years old and had spent 19 years collaborating on joint authorship of Debian and GNOME software. The debian-private discussion was more muted than it had been for previous casualties.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

## Faking non-profit creds, huge profit banked in Switzerland after volunteers travel there to wash dishes

103.        1 October 2013, Lucas Nussbaum sends an email to debian-private revealing that after leaning on volunteers to do all the chores like dishwashing at DebConf, they had $42,000 left over in the budget.  There were no subsequent reports about how that money was used.

## Gobbledygook: Code of Conduct gaslighting, practicing law without a license, Linus Torvalds banned, purge gathers pace

104.        In April 2014, through the process of a general resolution, approximately 24% of the joint authors consented to submit themselves to "Code of Conduct" gaslighting.  The 76% of joint authors who did not consent have been persistently bullied to accept it anyway.

105.        The defendant Debian Project unincorporated association publishes a web site about "Interpreting the Debian Code of Conduct" where they describe how they are practicing law without a license, making judgments about people.  They describe a system with no natural justice or due process.  Complaints are secret.  Identities of complainants are secret.  The kangaroo court was created under the name "Anti-Harassment Team (AH)" and anybody who disagreed with their punishments was accused of "harassment".  They renamed themselves to "Community Team (CT)".  They take the secret complaints into their den and make up a verdict and punishment without ever giving the accused an opportunity to respond.  They refuse to disclose information about their conflicts of interest, such as their employment, shareholdings and romantic relationships within the body of joint authors.

106.        August 2014, Linus Torvalds, Linux founder, banned from DebConf.  Remember the lynching of Ted Walther at DebConf6 in Mexico?

107.        August 2014, Wesley J. Landaker resigns from Debian, citing the toxic culture.  It is notable because this was immediately after the bullies started using the Code of Conduct for urinating on the original philosophy (debian-private):

> *Anyway, times, beliefs, and policies have changed, and the easiest path for me right now is just to retire rather than waste precious time fighting for special exemptions or being*

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

---

*forcefully kicked out. I always thought I'd be a Debian Developer until the day I died,*
*but I'd rather retire than be run out of town. ;)*

108.      4 September 2014, more people are noticing that the censorship stuff is going too far,
Thorsten Glaser challenges the decision to censor Zenaan Harkness:

> *Don Armstrong dixit:*
> *> Because of the following messages, I have blocked the posting ability of*
> *> Zenaan Harkness <zen@freedbms.net> to debian-project.*
>
> *I would very much like to know the reason. Posting links to the*
> *messages alone is not enough, especially when said messages do*
> *not appear to contain any inflammatory, ad-hominem attacking, or*
> *otherwise material. Especially when said messages question the*
> ***censorship that is becoming apparent in Debian through both the***
> ***CoC and mailing list bans,*** *recently (Norbert pointed this out*
> *some time ago already, IIRC (if not, sorry about it)).*

109.      22 October 2014, another month, another Code of Conduct terrorist incident is declared
when somebody uses the metaphor "tarred and feathered".  Some people who not use the
metaphor, but in an international community of authors working on a creative project, is it
acceptable that somebody should lose their career for a wayward metaphor like that?

> *If I'm going to get quite this much mail about the COC and how evil it*
> *is or is not, I might as well understand the facts of the situation and*
> *I'd appreciate it if my fellow developers could help me out with this.*
>
> *Is the text that brought the COC into this discussion the following?*
> *>*
> *>> And honestly, the person who thought it would be a good idea to call the*
> *>> smbd and nmbd init scripts from the samba init script deserves to be*
> *>> **tarred and feathered**.*
>
> *>Thanks for your adherence to the Code of Conduct.*
>
> *In particular:*

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

> *1) Is that the issue that is alleged to have been a COC violation?*
> *2) Is that single sentence the only complaint made? Were there any formal actions taken--a mail to listmaster, a warning from someone in authority to enforce the COC? Or was it just that single sentence was written and then we discussed whether that sentence was appropriate? I appreciate your help in addressing my confusion here.*

110.    November 2014: Remco van de Meent resigns (debian-private):

> *I enjoyed it back then, but now I like to formally retire.*

111.    14 November 2014, Amaya admits that she is not competent to judge what other people are saying / writing and resigns from the Anti-Harassment team.  Her resignation admits that the censorship and other nonsense is actually escalating conflict rather than reducing it:

> *Sorry, I seem to have lost the empathy and objectivity needed to hold this position. I used to have it, but I no longer find it in me.*

> *So before I manage to further alienate people and further escalate conflicts, I'd like to be removed from the team (and mail alias).*

112.    November 2014: Richard Hartmann describes Debian culture (debian-private):

> *words can hardly express how exhausted and chaffed I feel from the constant fighting and in-fighting. I feel confused and scared that what I always saw as the foundation of Debian, it's social fabric, is not only tearing at the ends but that some rips are making it into the center, the very core.*

113.    November 2014: Arno Töll calls out debian-private by posting to debian-private:

_Daniel Pocock_, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

> *by looking into my mailbox I seriously wonder what the point of debian-private is supposed to be. None of it's (original) intentions seem to apply to what's currently discussed on this list. Therefore, I seriously wonder, what/how much benefit it gives us as I fail to see why we would need a dedicated place to discuss the evilness involving systemd, or insult and offend each other and then discuss how much insulting those statements were, or whatever else you feel, is currently needed to be discussed on a private mailing list.*

114.    1 December 2014, Holger Levsen writes a long email about "how the CoC has been discussed and abused" and "has made and makes me want to leave the project".

> *Indeed, it sickens me (a lot) to see myself having become negative, bitter, wrongly focussed and neither fun nor interesting. While complaining about "poisonous thoughts and behaviour" I've stopped contributing positivly myself.*

## Clytie Siddall death, Holger Levsen's musings about suicide

115.    3 January 2015, Holger Levsen follows up again.  Admits the whole Code of Conduct thing and Anti-Harassment team is nonsense.  Hints of suicide and suicides past are not unheard of in Holger's emails:

> *since no action has been taken, nothing has happened, I hereby resign from Debian.*
> *Ignoring social issues doesnt work. Having teams who are supposed to work on that but dont, cause more harm than good.*
> *bla,*
> *Holger*
> *p.s.: this is no real resignation. it's more like cutting the venes the stupid way. do you hear me?*
> *and now back to my regular technical fun....*

116.    In January 2015 news appeared about the death of Clytie Siddall.  Clytie had jointly participated in defendants Debian and GNOME.  Clytie had declared a pre-existing health condition, Myalgic Encephalomyelitis/Chronic Fatigue Syndrome, which raises the risk of

*Daniel Pocock*, *Debian Developer (Pro Se)*                              **US District Court**
                                   *v.*                                   Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                    ***COMPLAINT***
*their overlords at Google et al.*

suicide dramatically.  The defendants have never done any risk assessments for the impact of their behavior on people with these conditions.

117.    21 January 2015, Torsten Landschoff writes about the phenomena:

> *[ObPrivate: I am not sure if the amount of retirements currently going on is public knowledge. We should not hide our problems, but I do not want to be the one who makes this public. Also these announcements happen here so this might be the right forum.]*

118.    8 February 2015: Bartosz Fenski resigns because of Women-only MiniDebConf

> *I wasn't too active recently but with the latest activity of our leader and official support for women-mini-debconf I want to retire from the project. I don't want to be part of this anymore. Please hereby approve my retirement statement. See you in project where everyone will be welcome. Not only women.*

## Fake scarcity: spouses selectively banned from DebConf

119.    On 23 July 2015, the Google employee and Debian co-author Margarita Manterola sent an insulting email to the plaintiff telling him that his spouse was banned from using his room or sharing the food at the DebConf in Africa.  Manterola always gets a room with her partner.  These tactics are part of a culture of pretend scarcity that is used to fool people into working for free.  Manterola is one of the women who wanted to change the venue in 2013 due to the *Debian pregnancy cluster* but she vetoes any participation by other families.  So selfish.

120.    14 August 2015, David Moreno writes a resignation on debian-private:

> *Ten years ago today (2005-08-14) my account was created:*
> *https://nm.debian.org/public/person/damog*
> *Today, I don't feel like Debian represents me and neither do I represent the project anymore.*

_Daniel Pocock_, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

121.    23 September 2015, Lucy Wayland has publicly disclosed mental health problems and suicide ideation but as with Clytie Siddall, the defendants don't process that in any meaningful way.

> *This resonates so much – I have tried to explain it to people many times.  I am in my 40s, without children, but have lived with Bipolar II for over 30 years.  "Why are you not dead yet?".  Because there are friends and family who would be hurt by my dying.  Sometimes I curse them, as I want to be let go.*

122.    November 2015, Joachim Breitner (nomeata) expresses concern about Daniel Baumann's welfare with comments on debian-private:

> *There are a few people out there (and maybe in here as well) who see (parts of) this story and draw conclusions about how Debian treats contributors. Conclusions that I hope are in general false, and conclusions that I'd not like to pervade our image.*

123.    Notice the message from Breitner hints at the "us-and-them" mentality of groups like this.  It is a foundation of a persecution complex.


## Suicide of founder, Ian Murdock RIP

124.    In December 2015, the Debian founder Ian Murdock committed suicide.

125.    Murdock had publicized his intentions on social control media so the Debianists were unable to hide this particular case.  San Francisco medical examiner published a report.


## Plaintiff questioned written obligations on Google Summer of Code working hours, projects becoming jobs, mentors becoming unpaid line managers

126.    On 26 April 2016 the plaintiff sent a comment to the Google Summer of Code mentors list raising concerns the new rules, including an obligation to work 40 hours per week, would change the nature of the program from a performance-based project to a time-based

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

employment.  This, in turn, could have consequences under laws for employment and social security rights in some countries.

## Violence, vandalism & Debian libel at Dr Appelbaum's home in Berlin. Presumption of innocence trashed

127.     On 10 June 2016, somebody posts on Twitter about the vandalism "rapist lives here" on Dr Jacob Appelbaum's home in Berlin.

128.     On 17 June 2016, Paul Tagliamonte, then employee of the US Digital Service in the White House, made defamatory comments vilifying the co-author Dr Appelbaum because, in Tagliamonte's words, "*I am not comfortable with him around*".  Sly words like this repeated over and over on the *debian-private* whisper network fed a web of Chinese whispers, up to the point where people vandalised Dr Appelbaum's apartment block with the words "rapist lives here".

129.     18 June 2016, Jeremy "Lunar" Bobbio writes that every time a woman makes a complaint, groups like Debian should treat the suspect as *guilty until proven innocent*.  This logic is then extrapolated to the point that the group should also be willing to repeat the accusation to others, using the name/trademark to lend credibility to the accusation so that accusers don't have the inconvenience of having to prove their gossip.  Theodore Ts'o writes a reply to challenge the nonsense but many people are afraid to challenge the gossips because nobody wants to be the next target.

130.     19 June 2016, Russell Coker doesn't want to publicly announce the punishment of Jacob Appelbaum because Coker lives in Australia and it is very easy to sue somebody for defamation there.  Coker sends an email to Zini trying to encourage somebody else to make the libel public.  Defendant Enrico Zini of the Debian Account Managers team writes an email admitting that he has the power to wreck people's career by publicly denouncing them:

*On Sun, Jun 19, 2016 at 09:43:46PM +1000, Russell Coker wrote:*

*> Are we going to publish this fact as the Tor project did?*

*Daniel Pocock, Debian Developer (Pro Se)*
                                    *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

> *So far we have never announced expulsions publicly. Personally, I've always tried to keep in mind that an expulsion belongs to the here and now, and a public announcement will potentially be googlable forever into the future, and although I feel like I can make a choice about someone's membership at this point in their and the project's life, I don't feel like I can make the choice of publishing something that could, in some faraway future, be a mark of shame haunting a healed person from their sick long gone past, showing up forever in recruiter searches.*

131.    The above email is significant because it is a veiled threat to everybody else and because it hints at the level of thinking about these topics.  They know they are able to hurt people and each time they let the dogs off the leash, it goes a little bit further.

132.    21 June 2016, Australian journalist Sam Varghese publishes an article in ITWire, "Appelbaum banned from Debian events after sexual misconduct charges".  Sam Varghese is a collaborator of Russell Coker.  We can see that Coker was trying to have somebody else make a statement so they could get the journalist to publish a story.  Yet the headline is wrong: there were never any charges.  Nobody even made a report to the police.  This was a giant storm in a teacup based on social media gossips.

133.    In this particular case, there was a lot of parallel gossip about a conspiracy.  Russell Coker is known to work on NSA Security Enhanced Linux while Paul Tagliamonte was working in the White House and subsequently photographed in the Pentagon with the chairman of the joint chiefs.

134.    The target of this gossip was an American citizen living abroad in Berlin.

135.    Conspiracy or not, it demonstrates that Debian is easily manipulated by social engineering attacks, gossip and vendettas.

136.    The way these people collaborated on debian-private to manipulate other people to say the libel in public is a prime example of the phenomena described in Russ Allbery's email from May 2013.

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian Zizians,
Electronic Frontier Foundation, Inc,
their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

137.    Up to now, people have been incredibly strict about hiding the messages on debian-private so it has not been possible for outsiders to see the role of Russell Coker orchestrating a quote from one person and then having a different person, the journalist Varghese, publish the quote.

138.    Looking at the ITWire web site, we can see they have a tag they use for stories where Russell Coker collaborated with the journalist yet Coker didn't want to be quoted personally in relation to Appelbaum accusations.

https://mail.itwire.com/itwire-magazine/tag/Russell Coker.html

139.    The ITWire news report was not the final goal, it was just another stepping stone.  On 27 July 2016, The Washington Post and the NY Times took the bait and published the story.  Both of those newspapers based their reports on a quote about an "internal probe".  The "internal probe" may be a lot like the games on debian-private.

140.    On 22 June 2016, defendant Enrico Zini wrote an email to the editor of ITWire asking them to remove the quotes from other people.  In other words, these close-minded people expect journalists, lawyers, judges and anybody else to publish only one side of the story, in other words, to act as their puppets.

> *Dear Editor in Chief of iTWire,*
> *you may want to do something about this article by Sam Varghese on Debian revoking membership of Jacop Appelbaum:*
> *http://www.itwire.com/business-it-news/open-source/73441-appelbaum-banned-from-debian-events-after-sexual-misconduct-charges.html*
> *While the first part is factually correct in its DPL quote, the article ends with baseless hints of Debian and Tor having fallen victims to manipulations by GCHQ psyops.*
> *I consider that to be psychological violence[1] against the various well known people who came out to report abuse, and I wish that news coverage about this situation could rather contribute to creating a community that encourages victims of abuse to speak up.*

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

141.    In the public Debian mailing lists, they block incoming messages from people who do not agree with the official groupthink on certain topics like this.  They fool the community with the impression that all the developers agree with certain topics and decisions.

142.    On third-party sites like Reddit, they manipulate the administrators for individual topics to hide certain opinions.  The tactics they use are similar to the message sent to the ITWire editor.

143.    The public report from ITWire claims there are "victims" in both Tor project and Debian project.  But they are actually the same people.  The same people are members of both organizations.  The media was easily fooled by this word trick.

144.    Remember when Joel "Espy" Klecker died, many media reports and even a book repeat the story that nobody knew Klecker was bed-ridden and suffering from a terminal illness.  But some people did know and they hid that information from the media.  Therefore, in both the Klecker case (July 2000) and the Appelbaum case (June/July 2016), key Debian people are entirely comfortable deceiving the media and using the media to publish the narrative that is convenient for Debian's agenda.

145.    By looking through this history today, we can see that Debian people have discovered the means to lie and they have motives to lie and when the stars are aligned, they lie and libel.

146.    21 August 2016, long after the libel was published by the NY Times and Washington Post, Ximin Luo reveals he is not a real victim and he "heard it from a friend".  This reduces the number of "first-person stories" that were mentioned in news reports.

> *To nitpick, I did not submit a "first-person" story about Jake. I said that the accusations were from credible people and not anonymous sources or government agents.*

*Daniel Pocock*, Debian Developer (Pro Se)
                                                                    **US District Court**
                                    *v.*                    Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                              ***COMPLAINT***
*their overlords at Google et al.*

## Elias Diem, FSFE death not verified in Switzerland, membership rort discovered

147.　　　August 2016, Elias Diem, an FSFE Fellow, died in Switzerland.  They told us he died on a mountain.  No official coroner's report was provided because the death happened in Switzerland.

148.　　　2-4 September 2016, the plaintiff attended the FSFE Summit in Berlin.  FSFE is a group sponsored by Google.  The FSFE Fellowship coordinator, Erik Albers, confessed to the plaintiff that Fellows had not been properly recorded in the membership rolls of the incorporated association.  Fellows were issued with Fellowship cards, email addresses, an annual election and a recurring membership invoice but Fellows were not being invited to the AGM.  The plaintiff, who had been a Fellow for a number of years, felt that he was deceived and decided to compete in the next election.

## Interns, relationships, but not the plaintiff

149.　　　October 2016, Nicolas Dandrimont proposes his girlfriend Pauline Maria Climent-Pommeret for an Outreachy internship mentored by the plaintiff.  The girl subsequently withdrew her nomination.  People have spread "relationship" rumors about the plaintiff himself but he had nothing to do with this arrangement.

> *From: Nicolas Dandrimont*
>
> *As of today, the person I'm involved with, Pauline Pommeret, is applying to an Outreachy internship in Debian (on the GPG cleanroom environment project – I don't see her mail on the list archive yet, so something must have gone wrong, but it should arrive soon enough).*

150.　　　Notice that the Dandrimont thing happened almost immediately after the Appelbaum scandal.  Nobody published a news story about Dandrimont and his girlfriend.  It feels like some people are protected.

_Daniel Pocock_, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

## Fellowship elects the plaintiff

151.　　25 April 2017, the FSFE in Berlin announced that the plaintiff, an Australian, had been elected by the Fellows.  The Fellows are predominantly of German/Austrian/Swiss origin.  People subsequently realized that 25 April is ANZAC day, Australia's national holiday for veterans who fought fascism.

152.　　June 2017, the plaintiff publishes a blog post telling colleagues that the Albanian group plans to have a FOSSCamp on the island of Syros in Greece.

## Harassment judgment in Switzerland, plaintiff and black cats were victims

153.　　September 2017: the plaintiff prevailed over a far right landlord in the Zurich black cat harassment judgment.  The plaintiff, Carla and black cats were the victims (survivors) of the far right in Zurich.

## FSFE impersonating FSF and €150,000 bequest questioned, Legal Network as counter-community

154.　　During 2017, the plaintiff, in his capacity as the elected representative of the fellowship, discovered that the FSFE was falsely claiming a relationship with the original FSF, a non-profit from Boston.  The FSF Executive Director confirmed the dispute in writing.  The FSFE Executive Director admitted in writing that their original license to use a derivative of the FSF name had not been honored by either side.  One volunteer had left a bequest of EUR 150,000 to the confusingly similar FSFE and the plaintiff, being the elected representative, was concerned this money may have been intended for the real FSF in Boston.

155.　　The FSFE is operating a Legal Network mailing list where the discussions are hidden from the rest of the community.  The existance of mailing lists like this goes against the principles of open source software.  After the fellows elected the plaintiff to represent them, the plaintiff asked to be subscribed to the Legal Network mailing list.  The president of the FSFE refused to provide the necessary access to the list, making it impossible for the plaintiff to fully represent the interests of those who elected him.  The fellows and volunteers who contribute money and time are subsidizing the work of highly paid corporate lawyers in the Legal Network and their annual Legal & Licensing Workshop.  A leaked email from Max Mehl reveals that LLW had a workshop about undermining a prominent open source license, the GNU GPL and

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
*v.*                                              Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                              ***COMPLAINT***
*their overlords at Google et al.*

its proponents, Linus Torvalds and Richard Stallman.  This seems to prove that the secretive FSFE Legal Network is working against the very things that motivate the fellows to contribute their time and money to the FSFE.

## Plaintiff documents Albanian scandal, supports harassment victims

156.    During the middle of 2017 the plaintiff started receiving reports from the Albanian female whistleblowers.  He tried to escalate these concerns and provide support to victims but he received no support from the defendants Debian Project et al.

157.    July 2017, the plaintiff posts a message in the public discussion about the FOSSCamp in Greece.  Many open source software events have free entry but this particular event has a ticket price.  The plaintiff innocently asks what is included in the price because he is trying to work out what additional costs people might face upon arrival:

> *@rskikuli Looking at the page with ticket sales, it is not clear what is included in the price. Does the price include the accommodation or any meals? What other essential costs will people have to pay?*
>
> *For people who take the ferry from Athens, do you know the cost each way?*
>
> *If people are going to ask for financial assistance from Debian or any other project, they need to be able to submit a complete list of all their expenses before purchasing any tickets.*

158.    July 2017, Redon Skikuli replies "If I'm correct, there is nothing included in the FOSSCamp ticket price ; no food, no accommodation, no drink, …"

159.    The Albanian women had been sending requests to other organizations (Debian, Mozilla, Fedora, Wikipedia, etc) asking for those organizations to sponsor their travel using funds from diversity budgets.  These requests asked for both transport costs, accomodation costs and the ticket fees.  But as Redon explained, the ticket fee did not pay for anything.  The plaintiff realized that this ticket fee, being siphoned out of the diversity budgets of US non-profits, was being collected by one of the Albanian men, Elio Qoshi.

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

160.    9 August 2017, Redon Skikuli from the board of the Albanian hackerspace group Open Labs sends a message to the plaintiff asking if he would like to become a member of the association.

161.    21 August 2017, Faidon Liambotis (Debian co-author and Wikimedia employee in Greece) notices the same problems the Albanian female whistleblowers complained about. He writes to the plaintiff and the Debian leader to alert us that one of the Albanian men is using the Debian logo to give credibility to a proposed "FOSScamp" event on the Greek island of Syros.

162.    The plaintiff had promoted the FOSSCamp on his blog in June so he becomes particularly concerned with checking the credibility of the event and deciding whether to withdraw the blog post or not.

## FSFE considers loaning volunteers in exchange for secret payment

163.    22 September 2017, Max Mehl (defendant FSFE) starts a discussion about lending out volunteers from FSFE to do translation work for the Open Knowledge Foundation (OKF). They have the discussion on one of the secret mailing lists and they talk about OKF giving the FSFE some money. It is not clear if they would tell the volunteers about the money or keep it hidden.

164.    October 2017, the plaintiff returns to the public discussion thread about the FOSSCamp and publishes his concerns about how the ticket fee was used. He asks the association's president, Kristi Progri, to publish a financial report.

165.    The Albanian hackerspace had presented themselves as an association controlled by women with a 3/2 female majority on the board. The plaintiff's email asks directly "As chairwoman, could you also confirm all the money from registration fees was put through the Open Labs bank account or managed in a manner approved by the board?"

166.    In the same message, plaintiff asks Redon Skikuli to elaborate on previous excuses about the registration fee: "you wrote that a registration fee was needed because of people canceling at the last minute. I never received any reply to my earlier questions about how the fee would be used and this makes people more suspicious looking at this thread on the Open

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

Labs forum. Why couldn't you simply ask people to pay some of the accommodation in advance if you were concerned about last minute cancelations?"

167.     The plaintiff notices that the web site of the FOSSCamp and the web site of the non-profit association have advertising for Ura Design, a private company run by one of the two men on the board.  In the same email, the plaintiff asks for clarification about the use of Ura Design publicity on the other web sites.

168.     October 2017, Redon Skikuli sends a reply admitting that the private company, Ura Design was actually the organizer of the FOSSCamp.  Therefore, the ticket fee paid the men for their work "helping" the women presenting themselves as junior female developers.

169.     October 2017, in reply to the plaintiff's earlier query, the president of the Open Labs hackerspace, Kristi Progri answers to confirm that she can't produce a financial report because the money didn't go through the non-profit association and she says Elio Qoshi has to explain it because he is the director of the private company Ura Design.  Elio Qoshi is the founder who brought an underage girlfriend to tech conferences.

170.     October 2017, Elio Qoshi goes nuts, answering in capital letters and writing a complaint about the plaintiff to the Debian leader Chris Lamb.

> *I won't take that as an argument as at no point it's mentioned WHO IS*
> *CONCERNED with that apart @pocock.*
> *The way @pocock has been handling this is very inappropriate towards us and*
> *does not put me in a position to do something I am not required to do. Red Hat,*
> *Collabora and various other open source business don't do public financial*
> *reports either, because it's a business, not a non profit NGO. The single source of*
> *concern is Daniel at this point, I haven't seen anyone else expressing this*
> *concern.*

*Daniel Pocock*, *Debian Developer (Pro Se)*                              **US District Court**
*v.*                                                               Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                        ***COMPLAINT***
*their overlords at Google et al.*

___

## Protected whistleblower complaint from plaintiff to Mozilla Foundation about underage victims

171.     12 October 2017, behind the scenes, plaintiff contacted Larissa Shapiro and Emma Irwin at Mozilla Foundation, concerns about money from multinationals creating risks for underage volunteers in Albanian hackerspace.  Mozilla Foundation was one of the sponsors.

172.     23 October 2017, Arjen Kamphuis has been helping organize a trip for some of the Albanians to visit the Netherlands and the Hack42 hackerspace.  He mentions that Redon Skikuli is the source of the problem and this is consistent with the message sent by Anisa Kuci. The plaintiff was not part of the problem, he was a witness and provided support to victims.

> *Been traveling like crazy (conference season) so did not have time to look into other issues. Also don't want to get caught up in internal politics but have noticed some strange events around the Dutch visit I've organised and co-funded for next month. Will have discusson about that with Openlabs and especially **Redon** who seems to put himself in positions of control in cases he should not.*

173.     8 December 2017, Eva Vranici sends a message to the plaintiff on behalf of the board of the Albanian group "Open Labs"

> *We are pleased to inform you that, as of 2017-12-06, your Open Labs Hackerspace membership has been officially approved. You are now acknowledged as member of Open Labs according to its bylaws.  Please find attached and sign the NDA (Non-Disclosure Agreement) as a requirement to be part of our online infrastructure.*

> *We are proud to have you on board, and would like to thank you for all the work you do for Open Labs! Keep up the good work!*

174.     The plaintiff never signed any NDA with any of the associations related to open source software therefore he was never under any obligation of confidentiality.

_Daniel Pocock_, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

## CCC: Google-funded FSFE staff punish Google critic, plaintiff, as elected representative, vilified for defending the victim

175.        4 January 2018 – Erik Albers, FSFE employee, announced the censorship and isolation treatment for Michael Kappes (MajestyX), a volunteer who questioned Google funding at the CCC conference in Berlin, "*Re: [GA] Konsequenzen*"

176.        The plaintiff, as the representative elected by the community, immediately rose to the defence of volunteer Kappes.  The German FSFE staffers deeply resented somebody questioning the heirarchies they were imposing on people.  The plaintiff has a long history of sticking up for the little guy, including his defence of Michael Kappes, Dr Norbert Preining, Dr Jacob Appelbaum, Dr Richard Stallman and the Albanian female whistleblowers.

## Plaintiff signals lower availability for unpaid work in 2018 due to family issues

177.        22 January 2018, Molly de Blanc is signing people up for Google Summer of Code again.  The plaintiff indicates that he can't be fully committed to the program in 2018.  After all, he is not being paid by either Debian or Google.

> *On 22/01/18 02:25, mollydb wrote:*
> *> I mmissed this on the application before! We need 2-5 administrators for*
> *> the application. Who else wants to be one?*
> *>*
> *You can use my name temporarily while looking for other people to help*
> *you in this role.*
> *...*
> *However, I can't officially commit to help with the duties of an*
> *administrator right now.*

178.        Among other things, this was the time when the plaintiff's father had been placed in an aged care facility and it was uncertain how long he would live.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

## FSFE "Join" button questioned by plaintiff as fellows never registered on real membershp roll

179.     2 February 2018, the plaintiff wrote an email to the public FSFE discussion list about the button on the web site that says "Join" and the page "Join the FSFE" being deceptive because the people who click the button and fill in the form are not being added to the real membership roll, they are used as donors but their membership rights are not respected at all.  The FSFE management were furious that their membership fraud was called out publicly like this.

## Keith Raniere arrested, NXIVM cult phenomena, cage, becomes public knowledge

180.     14 February 2018, the FBI arrest warrant for Keith Raniere of NXIVM.  The warranted was unsealed a few weeks later.  The case had a global profile.

181.     In the FBI's sealed complaint, Point (7), "Nxians were often required to sign non-disclosure agreements" – just like the Albanian Open Labs girls.  Look at the signature / footer of messages leaked from debian-private, "this message shall never be disclosed"

182.     The FBI goes on, "a secret society was developed within Nxivm", a lot like the way every "transparent" open source software group seems to have a secret cabal controlling the bank account.  Most Debian authors are never given membership rights in defendant SPI.  Most FSFE Fellows are never given real FSFE e.V. membership.

183.     The FBI explains how the "DOS" slaves had to give collateral.  Looking at the case of Daniel Baumann in Switzerland (2014), the emails about his "demotion" made him a slave and the secrecy of these emails served an equivalent role to the collatoral in NXIVM.  FBI: "Collateral consisted of material or information that the prospective slave would not want revealed because it would be ruinous to the prospective slave herself and/or to someone close to her"

184.     "Some slaves were told that they had to collateralize all aspects of their lives, including signing over any assets, disclaiming their faith, and doing things that would ruin their careers and relationships if the collateral were released" – look at how certain people in the conspiracy against Dr Jacob Appelbaum wanted to have the absolute power to destroy his career and terrify people away from speaking to him.  We see the same phenomena in subsequent victims, the

_Daniel Pocock_, _Debian Developer (Pro Se)_
_v._
_Software in the Public Interest, Inc, Debian Zizians,_
_Electronic Frontier Foundation, Inc,_
_their overlords at Google et al._

**US District Court**
Southern District of New York

*COMPLAINT*

plaintiff, Dr Preining (end of 2018) and the attacks on Sonny Piers in 2024.  The overlords in both NXIVM and the defendants want to have the absolute power to pick somebody out and destroy them at any moment.

185.    "DOS slaves were required to perform "acts of care" for their masters and to pay "tribute" to their masters in various ways... akin to acting as personal assistants ... acts of care provided by a master's slaves, and those slaves' own slaves, should ultimately amount to the master having the work of at least one full time employee".  In open source, we see the big wigs in certain voluntary groups make promises to the Gods of Google and they rely on other volunteers doing the actual work.  Look at how FSFE had an internal discussion about lending their volunteers to do translation work for other organizations.  It is a slippery slope.

186.    "DOS masters received a financial benefit in the form of continued status and participation in DOS".

187.    Notice the word "status" is used in the subject line of emails sent by the defendants Joerg Jaspert, Enrico Zini, Jonathan Wiltshire.  Recall the promise that recognition is the "coin" Debian developers are "paid" with.  In fact, under copyright law, recognition is a right.  Joint authors can give their rights away, they can sell their rights but the notion that the defendants can arbitrarily extinguish somebody's rights and status is crossing a line.  The "status" messages to Baumann were sent with 1,000 other witnesses on debian-private, a giant humiliation.

188.    "Readiness drills along with other aspects of the DOS program resulted in the slaves suffering from severe sleep deprivation" – look at the road accident deaths of Chris Rutter (UK, 2001), Manuel Estrada Sainz and Andres Garcia (Spain 2004), Thiemo Seufer (Christmas Day working, 2008).  It can be difficult to know if fatigue was a factor after somebody has died in a road accident.  In the case of Chris Rutter, the thoroughness of the UK authorities, it appears that many other factors were ruled out.

189.    "Based on information obtained over the course of the investigation, DOS victims have explained that _they believed they had to complete their assignments and comply with readiness drills and acts of self-denial or risk release of their collateral_" – fast forward to 19 March 2025, Luke Faraone sends an email "Community Team FAQ", "There may be some misconceptions as to what the CT means when it writes to someone... _We don't want people to feel intimidated_ that any interaction they have with CT is just a stone's-throw away from an adverse decision by

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

DAM". But people do feel the fear, otherwise they wouldn't periodically send messages like that. Many public messages appeared in December 2018 and January 2019 indicating that a culture of fear has been created, even if people deny it.

190.    Page 11 of the FBI document introduces the NXIVM cage in their point 29. A few months later Molly de Blanc (Open Source Initiative President, GNOME Foundation Strategic Initiatives Manager) goes to the defendant FOSDEM conference and she shows a picture of a cat in a cage and she uses it to refer to the plaintiff. The cage / dungeon stuff became a big feature of the news coverage.

191.    Page 11, section F "Branding" discusses the NXIVM practice of branding victims' pubic regions. In Debian, the branding is psychological rather than physical, nonetheless, it is hideously intrusive. Dr Preining was told he was "expelled" for the second time on his birthday. Imagine having that thought on your mind on your birthday every year. The "abuse" rumors about the plaintiff were circulated on 24 December, Christmas 2018. Outside the Debian cult, Christmas is a festival day people associate with pleasure and family. The defendants Enrico Zini, Joerg Jaspert and Jonathan Wiltshire are responsible for poisoning Christmas. The death of Adrian von Bidder was on the day the plaintiff got married. Imagine having those questions on your mind on your wedding anniversary every year. Remember that Debian guy? Was it a suicide? Did somebody revoke his status before he died?

192.    FBI, page 13, point 35 "Since defecting, several DOS victims have received "cease and desist" letters from a Mexican attorney." – the use of the WIPO UDRP to silence a critic appears to be completely analogous to Keith Raniere's use of the Mexican lawfare.

193.    FBI: "Additionally, the Heiress has made multiple attempts to have criminal charges brought against a former DOS slave, who has discussed her experience in the media" – fast forward to 2021, the FSFE try to have volunteers arrested under German criminal speech laws for talking about the well known fact that the Nazis and FSFE both canceled elections. Axel Beckert of ETH Zurich, a leading Swiss university, on the anniversary of September 11, tries to use the Swiss authorities to beat the plaintiff into silence. The Swiss authorities themselves have a history of using sexual abuse to silence critics. Amnesty International published a report about the whistleblower Trevor Kitchen and others. Therefore, defendant Debian, acting through Axel Beckert, by trying to use Swiss violence, they bring to mind the menace of sexual abuse by proxy.

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

194.    FBI gained access to Raniere's email account.  Page 14, (37), they examine the "collatoral" from one of the first victims to join the "DOS" subgroup of NXIVM.  Attached to an email, the FBI find "a letter addressed to social services alleging abuse to CC-1's nephews".  The FBI suggest elsewhere that letters like this were created with false accusations.  Remember the way people systematically created the false abuse accusations about Dr Jacob Appelbaum?  Defendandt FOSDEM has false abuse accusations against the plaintiff in their mailing list, published by the defendant Wouter Verhelst, on par with the content of Keith Raniere's Yahoo account.

195.    FBI moves on to the forced labor, page 18, point 50, "Jane Doe 1 was tasked by CC-1 with reading and reviewing dense articles" – once again, compare to the confirmed Debian Day suicide victim Frans Pop, he reviewed 7,000 articles as part of a project to remove spam.

196.    "Jane Doe 1 was required to fill out a standardized form after reading each article", compare to the FSFE "REUSE" project and the defendant Debian DEP-5 requirement that was imposed upon volunteers on Friday, 13 August 2010 by Lars Wirzenius and defendant Ubuntu, that was the final piece of pressure before Frans Pop's resignation / suicide note.

197.    "RANIERE also directly tasked Jane Doe 1 with an assignment to befriend and learn information about an ostracized member of the ESP/Nxivm community" – the plaintiff has observed similar tactics around defendants Debian and defendant GNOME, for example, the meetings people had with Dr Norbert Preining and the efforts around Sonny Piers.  Nobody is sure who they can trust any more and who is a friend and who is just a player.

198.    Notice in NXIVM , the FBI document tells us the new recruits were not told that Raniere was the master.  They were told it was a multi-level scheme for women.  In the Debian constitution, we see that the defendants Zini, Jaspert and Wiltshire have the roles of Debian Account Managers but looking at the private emails, we see that these roles are not really independent and they are manipulated or sometimes directed by the Debian Project Leader, a sole dictator.  In the Albanian group, they pretend to be a group run by women but the non-profit group acts as a front for a private company, Ura Design, owned and directed by one of the men on the board.  The president of the Albanian group, a woman, told the plaintiff that the group's bank account was managed by an accountant associated with one of the men.  The FBI had to go to some effort to show who was the real controller of the scheme so he could be held to account.

*Daniel Pocock*, Debian Developer (Pro Se)

*v.*

*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

199.    The difference between the two groups NXIVM & Debian is the manner in which collatoral was collected, in other words, the manner in which some participants gained power over other participants.

200.    In NXIVM, people invested time and money in the public side of the NXIVM program and they became emotionally invested. The victims were asked to make a step into the inner group, "DOS", after already making that investment of time and energy in NXIVM. They were asked to give collatoral in a very direct and deliberate manner.

201.    In Debian, people also make an investment of time and energy before the group gains power over them. Unlike NXIVM, the Debian victims are joint authors so they have an additional bond within the group, their moral rights under copyright law. The Debian ringleaders have tried to usurp copyright law with their notion of expulsions and making negative statements about people. Fundamentally, due to the nature of open source software, the victims can't sell their copyright interest and leave. The open source copyright interest comes with value for the co-author's reputation and earnings capacity but it is illiquid. In some ways, it is like having a university degree, it is of great benefit during your lifetime but you can't leave it to your children.

202.    Open source software development, by its nature, is a highly public activity. For some victims, like the plaintiff, they have done this activity since they were at high school. Everybody who ever worked with the plaintiff throughout his career knows that he is an expert in Linux, Debian and related technologies.

203.    Based on the above, if people realize in advance that they are not going to get on with the guy who has just been elected as leader, they can not simply sell their "share" in Debian and walk away. Once they get tied up in Debian, they are always at the mercy of the defendants to some extent. The only mitigating tactic is to publicly and very loudly resign, but this involves waiving all rights to recognition.

204.    NXIVM explicitly and regularly asked victims to simply give them collatoral. In Debian, defendants took the value of the public recognition and demonstrated that they could replace it with something very negative in the blink of an eye. They did that through the public humiliation of Dr Jacob Appelbaum (2016) and the privately organized shaming of Daniel Baumann (2014). When they chose to attack the plaintiff and Dr Norbert Preining in 2018, they

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

decided to do so secretly because on the one hand, they knew their control over these men was indefensible and on the other hand, they hoped the men would be held in a state of fear at the prospect that their humiliation by the overlords would be disclosed. These tactics and occasional references to their defendants' powers created a state of fear between Debian overlords and all of their co-authors around the world, just as the collateral demanded by NXIVM created a state of fear between slave and master. While NXIVM & Debian both created the state of fear in different ways, they have both achieved a state of fear and obedience.

205.        The NXIVM victims knew they were being asked for collateral. In Debian, the power relationship is created by more subtle means, defendants seek to create a sense of honor, a sense of obligation to the group while simultaneously using games with words, like the "expulsions" narrative, the references to authors as "Project Members" to obfuscate the fact that there is a strong moral right to recognition based on joint authorship. "Project Member" is a transient status as a "Project", by definition, is also transient. An author has rights beyond their death whereas a membership right ends upon death. Looking at the emails from Frans Pop, the 2010 suicide, we find evidence that he was under the influence of these narratives. When Manuel Estrada Sainz and Andres Garcia died in 2004, only the former had been formally registered as a "Project Member" and this resulted in some debate as to whether the latter could be referred to as a real "Debian Developer" in the death notice. Yet if we accept the original definition of Debian Developer from 1993, it is clear both men were co-authors in the sense the term was used originally. The existence of these debates about who is a "real" Debian Developer proves the perception of authorship rights has been undermined and it also demonstrates that an honor-based system of obligation is present.

206.        The defendant Debian and defendant SPI subsequently spends over $120,000 to have the preceding comparisons censored through the UDRP process offered by defendant WIPO. The UDRP legal panel refuses to cite the actual comparisons or look at the merits of each comparison in their report and says that they can't be used at all because NXIVM involved sex and Debian doesn't. The UDRP logic distorts the fact both NXIVM and Debian simultaneously evolved to exploit shame and blackmail while the question of sex was only tangential. Did the defendants spend that money because the NXIVM comparisons are far-fetched or did they spend that money on lawfare censorship because the NXIVM & Debian comparisons are too close to the truth about how this Debian group has evolved over the years?

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
                                     *v.*                              Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                           ***COMPLAINT***
*their overlords at Google et al.*

---

## Plaintiff selects outspoken female schoolteacher as intern, Lilie James death predicted

207.     February 2018, intern selected by the plaintiff wrote a blog post critical of Google Location Tracking service, comments about the risk of being clubbed to death at the slightest resistence. The intern was threatened for speaking up. Lilie James was subsequently clubbed to death and Location Tracking was a factor. See the blog Renata D'Avila, "*The right to be included in the conversation*"

208.     The Anti-Harassment team went nuts. Some time later, they sent a long rambling email to the female intern. They told her they were blocking her funding to attend DebConf18 in Taiwan. The interns were only paid for three month projects but the defendants expected the remote interns in Brazil would want to spend time doing voluntary work to help bring DebConf19 to Brazil in 2019. Message sent to Renata, her prediction of Lilie James' death, although accurate, was not appreciated by some among the defendants:

> *From: Laura Arjona Reina<[larjona@debian.org](mailto:larjona@debian.org)>*
> *Date: On Wed, Jun 13, 2018 at 20:46*
> *Subject: Fwd: Issues related to the MiniDebConf Curitiba 2018*
> *To: <[renatadavila@protonmail.com](mailto:renatadavila@protonmail.com)>*
> *Cc: Anti-harassment <[antiharassment@debian.org](mailto:antiharassment@debian.org)>*

> *Hello Renata*

> *...*

> *Reinforcing positive attitudes and steps that you see in Debian towards women inclusion can also motivate yourself, the other Debian contributors, and possible newcomers, to go on working in that strategy and foster diversity in Debian. This does not mean to **avoid criticism** or **hiding problems**, but providing a more accurate vision of how the Brazilian Debian community works towards our common goals.*

_Daniel Pocock_, *Debian Developer (Pro Se)*
                                *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

---

## Coercive control: plaintiff questioned Google's influence on budgets

209.        16 February 2018, plaintiff, as the representative elected by the fellowship, asked FSFE management to explain how Google influences their budget.

210.        *Subject: Re: [GA] 2018 budget proposal & 2017 results*
            *Date: Fri, 16 Feb 2018 20:45:45 +0100*
            *From: Daniel Pocock <daniel@pocock.pro>*
            *To: ga@lists.fsfe.org*

            *On 12/02/18 14:58, Jonas Oberg wrote:*

            *> While surpassing budget, it's worth noting our regular donations have*
            *> dropped in 2017 compared to earlier years (even if we exclude the*
            *> extraordinary donations), so we would be hoping to see a stronger donor*
            *> activity for 2018.*
            *>*

            *Could this have been a shift from donations (decrease) to supporter*
            *contributions (increase)?*

            *Any comment on the change in Google donations: it is well below budget*
            *(36k < 60k) but for 2018 you forecast it will bounce back even higher to*
            *75k?*

            *Regards,*

            *Daniel*

211.        Google was contributing 20% of the budget.  In other words, if management doesn't obey Google, those funds could be cut in the blink of an eye and the managers of the FSFE non-profit would have to take pay cuts or terminate at least one of their staff.

## Plaintiff's intern grievance: but against another man, never against plaintiff

212.        26 February 2018, Renata D'Avila, the Outreachy intern in Brazil, writes an email indicating that she has a grievance with one of the other mentors, Paulo Henrique de Lima Santana (phls).  The woman never made any complaint against the plaintiff.

*Daniel Pocock*, Debian Developer (Pro Se)                    **US District Court**
                                    v.                    Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                    ***COMPLAINT***
*their overlords at Google et al.*

---

> *I'm sorry for the short notice, but I would like if any other Debian*
> *Women would attend this meeting specially if Paulo finally shows up.*
>
>
> *Renata*


## Plaintiff wraps up Albanian investigation, female whistleblowers thanked plaintiff

213.     March 2018, the plaintiff posted another message in the discussion about the
         FOSSCamp.  Lior Kaplan had posted a message there trying to downplay the extent of the
         wrongdoing.  The plaintiff has seen the private messages with the funding requests and he
         quotes from one of them publicly:

> *@kaplanlior the fundamental point here is that when the funding request was*
> *sent to Debian, it was sent from "We at Open Labs Hackerspace", not "We at*
> *Ura Design". Ura Design was never mentioned in the funding request sent to*
> *Debian. Isn't that unfairly leveraging the good will that exists towards Open*
> *Labs due to the hard work of so many volunteers over so many years?*
>
> *In other communications I have subsequently seen, Ura Design was not referred*
> *to as a for-profit entity but as a "design collective".*
>
> *Further investigation revealed that the three people named in that funding*
> *request were actually employees of Ura Design at the time they sent the funding*
> *request. Each of them asked for the EUR 40 to be paid to their own employer.*
> *The funding request did not declare their obvious conflict of interest.*
>
> *According to Wikimedia guidelines 1, "We support volunteer participation;*
> *participation that is tied to paid work is not eligible for funding.". If @elioqoshi*
> *company wasn't supporting the event on a voluntary basis, isn't that a violation*
> *of the guidelines?*
>
> *They also state in the Wikimedia grant agreement 1 requires people to declare*
> *any conflict of interest. Why did people submitting requests to Wikimedia not*
> *declare their connection with Ura Design?*
>
> *In this thread, people have made comparison to Red Hat, a for-profit company.*
> *But I would ask you @elioqoshi and @rskikuli: do Red Hat write to non-profit*

*Daniel Pocock, Debian Developer (Pro Se)*

v.

*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

> *organizations like Debian, Wikimedia and Mozilla and ask us to pay for their*
> *employees to attend their own summit? Or do companies like that typically waive*
> *the attendance fees for their own staff or charge them internally?*

214.    5 March 2018, Anisa Kuci, one of the Albanian female whistleblowers, writes an email describing the real origins of harassment in Albania and thanks the plaintiff for supporting the victims, the Albanian women who were exploited to pursue diversity grants on behalf of their male gangmasters.  While supporting the Albanian victims, the plaintiff indicated that he was particularly conscious of the risks to underage participants because his second cousin had been in the choir of Cardinal George Pell, the most high profile abuse case in Australia and the Vatican at that time.  This is the email from Miss Kuci, she clearly identifies Elio Qoshi and Redon Skikuli as the source of harassment.  The plaintiff was diligently supporting the victims and received no thanks or support for his efforts.

> *Subject: Re: "free travel"*
> *Date: Mon, 5 Mar 2018 23:51:28 +0100*
> *From: Anisa Kuci <anisakuci9@gmail.com>*
> *To: larjona@debian.org*
> *CC: Chris Lamb <lamby@debian.org>, Daniel Pocock <daniel@pocock.pro>,*
> *leader@debian.org, antiharassment@debian.org*
>
> *Hello Chris, Daniel, Laura,*
>
> *Thank you very much for being so supportive.*
>
> *I read the comments on the thread and to be honest I am really sad that Elio said that. It is*
> *not true at all.*
>
> *They (**Elio & Redon**) pretend to support women but on the other hand their behavior*
> *towards many of us shows the opposite.*
>
> ***Daniel I feel bad because you have encouraged and helped not only me, but so many***
> ***other people, no matter if they are Open Labs members or not, and also all the attendees***
> ***from Kosova to learn new things, to work and improve their skills and knowledge. They***
> ***are doubting your good intentions just to remove the attention from the shady things that***
> ***they are doing.***
>
> *The free travel comment is really offensive to me and i feel it should be offensive to every*

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMMPLAINT*

*woman who is part of the community.*
*I have been contributing and supporting Open Labs since its early days, and I have put a lot of effort and time, I do this because I believe in what it is meant to stand for and without waiting something in exchange, but the situation lately has been not very positive.* **Daniel has been present by chance in few cases where situations have been very hard to go through.**

*I would definitely like to talk to any of you and tell you more about everything that is happening here, its fine to me whether it is a video call, call or just emails.*
*Please tell me what would be more convenient to you.*

*King greetings,*
*Anisa*

215.    That email from Miss Kuci reveals the real reason some gatekeepers and their sponsors are going nuts about the plaintiff.  The plaintiff has a long history of sticking up for the little guy, including his defence of Michael Kappes, Dr Norbert Preining, Dr Jacob Appelbaum, Dr Richard Stallman and the Albanian female whistleblowers.

216.    March 2018, the founder with the underage girlfriend, Elio Qoshi, sends a reply to the plaintiff in the discussion about the FOSSCamp:

> *I will try to keep this short but I'm not sure how much I will succeed in that, as this will definitely be the last reply from my side here. I have reached out to the Debian Project Leader to close this issue once and for all. Having said that, it seems that you feel frustrated with the situation so let me tell you about my frustrations as well:*
> * *you include Members' only discussions in a public thread while being yourself a member*

217.    Qoshi's angry reply reveals the real reason they asked Arjen Kamphuis and the plaintiff to become members of the Open Labs association.  Albanian gangmasters thought these men would sign the NDA and become bound by secrecy.  The plaintiff never signed the NDA and even if he did, it would not have prevented him from exposing the scam at work here.

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

218.     It is important to remember that the women who spoke to the plaintiff did so before he was ever asked to join the association.  Therefore, they were potentially violating the NDA, they are technically whistleblowers.  One of the whistleblowers, Jona Azizaj, was a finalist in the Red Hat Women in Open Source awards.

219.     In other organizations, the identities of people concerned would normally be protected. In open source organizations, publishing names is a common practice.  The Open Labs organization had published a manifesto with a strong commitment to transparency.  The plaintiff felt this was an environment with an American style of discourse, similar to the Debian Social Contract and the first amendment.  Incidentally, the hackerspace is about one hundred meters from the US embassy in Tirana.

220.     The ticket fees under discussion, between EUR 40 and EUR 60 per person, may seem trivial for some of the big organizations.  The real issue for the plaintiff was the coercive control of the women.  Coercive control is typically presented as an element of domestic abuse and a number of jurisdictions have created offences specifically concerned with coercive control in the home.  In this case, rather than finding coercive control in a domestic setting, it was found in a hackerspace, a hobbyist environment.  Ironically, the Albanians and the organizations funding them took many photographs of smiling women, published the photos online and claimed this "community" was evidence their diversity expenditures were having a positive impact.  The private emails from Anisa Kuci and Arjen Kamphuis and others reveal the truth.

221.     Despite decades of voluntary work with free software projects, the plaintiff never saw any group ask him to sign an NDA before encountering the Albanian Open Labs hackerspace. The NDA demands are a strong example of a coercive control problem.  The young women never had any previous experience of a voluntary activity and they accepted that these NDAs were a normal thing.

222.     Another major reason for concern with this situation is the relatively young Albanian group has been born bad because of the Code of Conduct rhetoric and other gobbledygook from larger role models like Debian, Mozilla and FSFE.  Senior developers can remember what the world was like before all this nonsense came about.  Many of the senior developers also have experience in unrelated voluntary groups so they know the open source Code of Conduct gobbledygook is an edge case and not the norm in professional life.  The young people in Albania have grown up glued to mobile phones and social media, the open source communities are their first exposure to the outside world and they have no other point of reference.

*Daniel Pocock*, Debian Developer (Pro Se)
                                    *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

Therefore, when they see the Code of Conduct gobbledygook in their first encounter with the outside world, they are brainwashed by it and they can be exploited more easily. This situation is entirely the fault of the larger groups who fail to realize they have become such bad role models. Some of the developers in the larger groups are simply unaware of the extent to which other groups see them as role models.

## Germans canceled elections again, proves Google afraid of plaintiff's questions

223.     26 May 2018, the defendant FSFE had an Extraordinary General Meeting (EGM) where they resolved to remove the Fellowship elections from their constitution. The last person the community elected was the plaintiff. The defendants don't play fair. The EGM was held in Berlin, Germany. The same person, a German, defendant Matthias Kirschner, has remained president ever since then. The plaintiff's birthday is 9 November, the Kristallnacht, so the experience of Google-funded Germans canceling elections inevitably reminds him of the Holocaust. That smells like a case of Intentional Infliction of Emotional Distress (IIED).

224.     28 May 2018, Armijn Hemel (Tjaldur Software Governance Solutions) writes a lengthy email resignation from the defendant FSFE's Legal Team. The email is lengthy but it is quoted here in full to emphasize the fact the plaintiff was not responsible for the problems in FSFE, the whole FSFE is a scam pretending to be associated with FSF so people will give them money and do work for free.

> *I have decided to leave FSFE's legal team after almost 12 years. This was not an easy decision to make and it has actually been on my mind for many many months.*
>
> *My frustration with FSFE has been growing for the last number of years. When the new leadership team came on board it was to be expected that some things would change but unfortunately it was not the change I had hoped for. While there are many things that have contributed to my decision there are a few core issues that are central. I am going to explain these and hope that FSFE's leadership will (finally) listen and take action.*
>
> *\* Decreased engagement of the legal team*
>
> *Where before the legal team would be consulted for its opinion prior to*

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

*decisions regarding the legal strategy of FSFE or other issues affecting the legal team it now seems that the legal team is merely informed of the decisions made by FSFE's management. This has had profound effects on the motivation of the legal team. While before there used to be a flurry of activity this is no longer the case, and there are very few conversations about real legal issues or discussions about legal questions, and so on.*

*\* Decreased visibility in the outside world regarding legal issues and policy, no vision and forgetting about core goals*

*In the years prior to current management there was quite a bit of work being done to collaborate with Brussels and international business communities. This seems to have completely fallen to the side. Instead FSFE seems to focus much more on short term goals like campaigns, which will create a bit of press for a short time before moving on to the next campaign. While campaigns are good they are short term and have limited value without long term follow up. This part is missing.*

*There is no long term vision ("what do we want to achieve with FSFE in the next 5 years?"), there are no ties being forged in the political arena (apart from fringe parties like the Pirate Party or the Green Party, which contributes to being ignored by others), and core goals seem to be forgotten. Instead of working towards strengthening free software's position in Europe and shaping how free software is perceived (both I would consider core goals) the focus has shifted to goals like gender diversity. While these goals are worthy they seem to have replaced (instead of augmented) FSFE's original objective and I don't think this is the right way forward.*

*\* No knowledge being institutionalized*

*Knowledge about people, events, and political sensitivities, etc. is not institutionalized. Several times when talking to the president and legal coordinator about topics I became aware that we had already discussed these matters before. However the information was treated as new to the other party. Looking through my notes and e-mail archives later, and talking to other people on the legal team, I confirmed that these topics had indeed been covered already (one example was NIPA from Korea).*

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

*Additionally, the executive team and staff seem to be unwilling to learn about the people and organizations active in the field (who is who, what are their goals and motivations, where is their place in the hierarchy and so on), despite being nudged repeatedly to be aware and engaged by several people including me. Without this information it is very difficult to operate effectively.*

*\* Bad organizational management*

*FSFE feels like it is reverting back to being run like a student union, whereas in the past people tried to make it more professional. FSFE's management makes very basic and unnecessary mistakes unworthy of an organization trying to have global influence. This is hurting FSFE. Even though this has been addressed a few times (by some, including myself) nothing seems to be done to rectify these mistakes. A few cases that I am aware of:*

*- everyone taking leave at the same time (post-FOSDEM), meaning the office grinds to a halt*

*- stakeholders not being alerted to key people being absent*

*- e-mails from potential sponsors getting stuck in mailinglist queues for a long time because everyone is on leave at the same time*

*- e-mails about legal cases (France) getting stuck in a mailinglist queue for a long time because there is no monitoring*

*- virtual machines not up and running because of lack of monitoring and so on. I do not want to discuss these cases individually, but what is clear is that there is a pattern: the organizational infrastructure is fragile, there are no fall backs in place and where they are in place they are not working.*

*\* No improvements/personal attacks*

*None of the issues mentioned above are new (and if they are, then QED) and have been mentioned before. What I have noticed when issues are mentioned is that either one of these three things happens:*

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                         *v.*                              Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                        ***COMPLAINT***
*their overlords at Google et al.*

*- they fall on deaf ears*

*- they are acknowledged and then ignored*

*- FSFE gets very defensive, or launches personal attacks. The most glaring case was when the vice-president recently came barging in and arrogantly threw insults left and right without understanding any of the background of the situation, and launched a vicious personal attack on two of the previous legal coordinators.*

*All these things combined have tipped the scales and now the negative far outweighs the positive (because there is very little positive left in my opinion). I no longer feel that FSFE is the right place for me, or that it is advancing free software in Europe (especially the legal field) and it is better to focus my energy somewhere else where I can have a more positive impact.*

*Have I been perfect myself? Of course I haven't and I am very aware of where and when I screwed up. But the difference is that I try to learn from it and prevent the mistakes from happening again.*

*As the next step I will unsubscribe from the mailing list (I will stay on the legal network).*

*Good luck FSFE, as you will need it.*

225.    The resignation email from Armijn Hemel emphasizes the fact that these are immature people who don't solve problems, they just shoot the messenger with personal attacks. That is how they behave towards the plaintiff. He asked good questions about the way the budget depends on Google. He asked good questions about the misleading "Join the FSFE" form. They don't have good answers, they are too immature to admit they got caught doing the wrong thing so they resort to systematic personal attacks, libel of the plaintiff and they even continue to do so after he resigns in disgust.

_Daniel Pocock_, *Debian Developer (Pro Se)*                              **US District Court**
*v.*                                                   Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                              ***COMPLAINT***
*their overlords at Google et al.*

---

## Google Summer of Code mentor / intern grievances, plaintiff was mediator, not culprit

226.        4 August 2018, Deepanshu Gajbhije from Bhopal, India has a problem with his mentor in Google Summer of Code.  He contacts the plaintiff for assistance.

> *I am not sure what should I do here. I have been working hard every day committing 10-12 hours daily trying to the project on my own. I could have said this on the mailing list but it would only make him angry and it could another reason to fail me. So I choose to personally email you to address this issue.*

227.        The emails from interns and other developers demonstrate the plaintiff is a leader in the community who is trusted, professional, accessible and able to get involved and calm things down in situations like this.  It is important to remember the time commitment and emotional commitment of helping all these people.   The plaintiff has received no credit for this effort.

228.        Rather, one of the reasons the defendants deliberately seek to libel the plaintiff is to discourage other people reporting bad behavior to the plaintiff.  Being more specific, some of the larger companies are concerned that their employees do something wrong and the person making a complaint reports the issue to an independent leader such as the plaintiff.

229.        In the end, the matter was escalated to Stephanie Taylor, the responsible manager at Google and the intern still did not receive his final payment despite having logged the hours.

230.        Molly de Blanc asked some of the female interns for feedback.  Kira Obrezkova from Russia sends a very brutal but accurate assessment:

> *Subject: Re: Upcoming Outreachy Round*
> *Date: Sun, 5 Aug 2018 09:49:55 +0000*
> *From: Kira Obrezkova <kiraobrezkova@gmail.com>*
> *To: Molly de Blanc <deblanc@riseup.net>*
> *CC: Debian Outreach Team <outreach@debian.org>*
>
> *Dear Molly,*

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

*I thank you for your job during Outreachy round. At the same time I have some feedback. The main thing I want to note is that you do your work not so good. You haven't responded to me and also during the last round of Outreachy you have provide almost to no response to applicants of Outreachy FSF project. I asked some of them and they said that you haven't helped them: https://lists.fsf.org/archive/html/esd-translators/2018-03/index.html . Though, you were a mentor of this project.*
*At the same time, I can't see where you were useful for me. You haven't answered to me, you haven't answered to applicants. So, it would be great if you can improve your usefulness.*

*At the same time, I want to thank my mentor Thorsten Alteholz. He did a great job helping me and I was able to find a new job that fits my interests well.*

*On Fri, Aug 3, 2018 at 10:16 AM, Molly de Blanc <deblanc@riseup.net> wrote:*
*> Hi Outreachy Alum,*
*>*
*> Next month we start gearing up for the next round of Outreachy. At DC,*
*> I've gotten a lot of feedback about what we've done in the past and what*
*> people would like to see us do in the future. I'm going to be*
*> documenting this and creating some policies / best practices on the*
*> admin/mentor/organizing end for Debian.*
*>*
*> I was curious if you had any specific feedback that you would like to*
*> make sure is included. I'd really appreciate anything you want to share.*

231.    In August 2018, the plaintiff's intern in Google's unpaid Summer of Code informed him that she had just got married.  This is significant because the defendants have spread rumors about a secret mentor/intern relationship.  It seems improbable that the woman was dating her mentor in another country at the same time as organizing a wedding with a fiance in her own country.  The woman has also been defamed by these rumors from the defendants.  The plaintiff's own wedding day was marked by the unexplained death of Adrian von Bidder.  This type of thing seems to happen around Debian people.

*Daniel Pocock*, Debian Developer (Pro Se)                                    **US District Court**
v.                                                    Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                            ***COMPLAINT***
*their overlords at Google et al.*

## Plaintiff's resignation misrepresented as part of blackmail tactics evolve

232.        27 August 2018.  The plaintiff informed defendants that he was resigning from mentoring in Google Summer of Code and would not do so again in 2019.  The defendants were disrespectful towards the plaintiff's family and continued trying to advance the narrative of wrongdoing, they couldn't accept that some people walk away from a voluntary activity.

233.        18 September 2018, Google paid $17,200 to a Debian-related bank account.

234.        On 20 September 2018, defendants Zini, Jaspert and Wiltshire send an insulting message to the plaintiff telling him that he is not a "real" Debian Developer.  This message does not say anything about "expulsion".  They explicitly tell the plaintiff that they want him to continue maintaining packages in Debian.  When a developer is caught hacking or something then their access rights are immediately revoked.  The message subject is "Revoking Debian Developer Status".  In other words, they are stealing his reputation, it is libel and it is about creating a system where some joint authors exercise power over their peers.  What Zini has written:

*"Both Outreachy and Google have raised concerns about your interactions"*

235.        Zini admits that this is punishment for protected speech by the plaintiff and his Outreachy intern Renata D'Avila, the woman who wrote the blog "The right to be included in the conversation", anticipating the death of Lilie James.  Zini admits that defendant Google is exercising the influence to enslave people in Debian.

*236.        "Since there is no issue with your technical skill, your key will be added to the Debian Maintainers keyring. All packages in which you are currently listed as maintainer or uploader will be added to your Debian Maintainer whitelist as soon as possible.  You are welcome to continue to contribute to Debian, but we want to make it clear that, at this point, you are not representing Debian."*

237.        The above comment makes it clear that we are talking about modern slavery by the defendants, acting for the defendant Google.  They want the plaintiff to work and they continue to cherry-pick the benefits of all his previous work but they are retrospectively canceling his right to speak under the Debian Social Contract.  Imagine somebody spends time working in a business, the boss gives them a check and then while they are on the way to the bank to deposit

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

the check, the boss calls his bank and cancels that check.  Point (3) of the Debian Social Contract, "We will not hide problems", with its allusions to the first amendment, is a check that these people have bounced with the words quoted above.

238.     Given that the right to speak was intrinsically associated with the pre-existing rights as a joint author, the censorship by the defendants is even more outrageous than those cases where they censor the communications from a new participant in the group.

239.     Remember in 2017 the Fellowship had elected the plaintiff as their representative. Therefore, his right to speak is even more vital and the defendants' effort to violate that right is a social engineering attack on all the Fellowship, not just the plaintiff.

*240.     "We are sending this email privately, leaving its disclosure as your decision"*

241.     The defendants are signaling that public knowledge of this situation will be embarassing to the plaintiff.  The plaintiff clearly recalls the way the same defendants falsified rape accusations against Dr Appelbaum to undermine his civil rights and his reputation.  That sentence from the defendants nurtures a sense of fear in the relationship, in the same sense that NXIVM periodically reminded people about collatoral to maintain fear in the master/slave relationships.

242.     Nonetheless, despite the promise in the last line of the email that it was sent "privately", defendant Lamb was simultaneously telling other people about the shaming scheme.

243.     This blackmailing was taking place at exactly the same time as the trials of Cardinal Pell in Melbourne.  As mentioned previously, the plaintiff's second cousin was in the choir at the same time Cardinal Pell was the Archbishop of Melbourne.  In fact, the plaintiff's cousin, who is much younger, used to hang out with the plaintiff two or three times per month during the period the plaintiff was at the National Union of Students.  Anybody who has ever been responsible for one of the children in the choir has gone through the public records and reports from the Royal Commission very thoroughly.  The plaintiff immediately realized that the blackmail situation he was exposed to by the defendants was very similar to the situations created by the paedophiles.  Remarkably, one of the paedophiles is called Father Daniel, he has stolen the name of the plaintiff and he used it in bad faith.  A report published by Broken Rites

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

victims' association tells us about a victim 5.  Victim 5 wanted to be a priest.  Father Daniel told the victim BTH that abuse was covered by the "seal of confession" and if victim BTH violated the silence, he could not be a priest (see both Broken Rites and the unredacted report for case study 35).

244.        What we see in both cases is the people exercising coercive control are deliberately exploiting the psychology of shame and silence.  To be a priest or be a "real" Debian Developer based on notions of honor and obedience rather than the simple, well established fact that copyright law gives every Debian Developer an automatic right to recognition immediately upon their participation in the act of authorship.

245.        In the individual cases, the paedophiles are using their psychological tactics to maintain ongoing control of their victims.  The defendants Zini, Jaspert and Wiltshire use these tactics to ensure the developers continue working without pay, advancing the jointly created intellectual property, even when they are in the sin bin.

246.        In the context of society at large, the paedophiles wanted to maintain their God-like image in the community and the defendants want to create the image that Debian is "a family" where everybody is happy and free to speak.  Therefore, using the psychological tactics, blackmail, to hide information from the community is even more important than using those tactics to procure additional services from the victim.

247.        Focussing on the incident at hand, the blackmail of the plaintiff on 20 September 2018, notice how this case differs from the cases of Daniel Baumann (2014) and Dr Jacob Appelbaum (2016).  In the case of Appelbaum, the defendants created a rumor of "harassment" and then they tried to get somebody else to misreport the rumor as "rape".  They wanted publicity at any cost.  In the case of Baumann, the emails to Baumann were not disclosed to all the Internet, they were only sent to the debian-private email list.  There are approximately 1,000 developers subscribed to the list who were complicit with the shaming of Baumann.  In the two cases from 2018, the plaintiff and Dr Norbert Preining, the defendants did not even send any immediate communication to debian-private, so it was even more secretive than the Baumann experiment.

248.        Looking at the difference between these cases, we can see that Dr Appelbaum did most of his work in the form of advocacy and philosophical work.  This type of work is vital for an organization that really wants to be true to its claimed philosophy.  But if Debian is simply a

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

front for defendants Google & Co, they would not want people to effectively challenge the Google worldview and they would want somebody like Dr Appelbaum as far away as possible.

249.     On the other hand, Dr Preining and the plaintiff did a lot more technical work than Dr Appelbaum.  The quality of the work by the plaintiff is very high, as commented in the email from defendant Zini.  Many other users depend on this work.  The external users will not notice if Dr Appelbaum disappears but they do notice if people like the plaintiff are not investigating and fixing important security bugs in the software.  Therefore, the reason they created this new type of punishment for the plaintiff and Dr Preining is so that the defendants could do an experiment, to see if the men would continue working for free.  This appears to be the first motive for the defendants to use the tactic.  The defendants were testing the waters to see if they could be slave masters.

250.     The motive to exploit labor is not new.  High-Tech Employee Antitrust Litigation from 2010, initiated by the Department of Justice (2010) and a civil class action (2013) examined tactics used by a number of large companies to keep salaries down.  Defendant Google was one of the defendants in that previous case.  Bruce Perens, one of the first Debian leaders who laid out the strategy for splitting the assets into a different association with different members in control, was employed at Pixar and Pixar was also a defendant in the High-Tech Employee Antitrust Litigation.  The presence of some volunteers working under slave-like demotions in Debian is not inconsistent with the antitrust case.

251.     In the case of the plaintiff, there is a second motive for the defendants to create this super-secret punishment environment, where both the punished and the punishers pretend to be silent about the situation.  The plaintiff, due to his connection to the choir of the late Cardinal Pell, was very alert to the exploitation of women and youth and he had exchanged written communications with multiple parties indicating a risk of abuse in the open source software supply chain in Albania.  Various multinationals claiming to promote diversity, including Mozilla Foundation, had put the Albanian man Elio Qoshi on a pedestal and reported on the success of the Albanian diversity project in their newsletters and web sites.  Experts suggest it takes the average abuse victim 30 years to reveal themselves.  In other words, there may be victims from Albania who come forward at any time now or in the future.  They did not want the plaintiff to be an obvious point of contact for any victims who are about to speak up next. The plaintiff's knowledge of the Albanian situation could be considered a form of reverse collateral.

*Daniel Pocock*, Debian Developer (Pro Se)

*v.*

*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

252.     Based on these two facts, the extraordinary technical work done by the plaintiff and the fear that the plaintiff has collatoral on the defendants, the email sent to the plaintiff on 20 September 2018 was the first time the defendants appear to be using this more clandestine coercive control technique.  When they used the same technique on Dr Preining, he was the second victim of this technique and it only occured three months later.

253.     On 20 September 2018, Within an hour of this blackmail from the defendants, the plaintiff sent an email resigning from the role as FSFE Fellowship representative.  The resignation email did not immediately appear on the mailing list for the fellows, it was suspended until the next day, 21 September 2018, while the FSFE employees decided if they would try to re-write the resignation in terms that would look like an expulsion.

254.     On 21 September 2018, the FSFE president also sent a very heavy-handed message to the plaintiff to scare him into silence even beyond his resignation.  Remember the FBI report, NXIVM used a Mexican lawyer to scare former members of their cult.

> *[Matthias Kirschner]:*
>
> *Daniel, let us now also solve the problem regarding your publication of internal information. As written before, please remove the data we requested. Please do so within the next 24 hours. Otherwise, you do not leave me a choice and I will have to get our lawyers involved.*

255.     The "internal information" that defendant FSFE is trying to hide concerns the budget documents revealing the influence of defendant Google donations on the staff salaries.  The staff, in turn, were shown to be punishing critics of defendant Google.  This is like the multi-level master-slave-slave relationship created by Keith Raniere at NXIVM.

256.     Keith Raniere did not want women to know that he was at the top of the pyramid in the "DOS" secret society.  Defendants Debian and FSFE do not want their unpaid volunteers to realize the extent to which defendant Google is at the top of the open source ecosystem, influencing both the philosophy and the technical direction of projects, exploting people's work without paying for their effort.  The FBI obtained evidence to prove that Raniere was in fact the

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

controller and the plaintiff published evidence to prove that defendant Google is exercising coercive control.

257.     The FSFE Fellows were relied on to do substantial work without pay for defendant FSFE, an organization deriving 60% of their funds from multinationals like defendant Google. The role of Fellowship representative was their only right to representation in the constitution of the FSFE e.V. The fact that the FSFE managers were willing to tamper with the communications of the representative means that this representative role couldn't function properly and the fellows were being deceived. Given that they were providing their work without pay under this deceptive promise of representation, the overall arrangement was an exploitation of labor. The plan to lend the volunteers to other organizations demonstrates how vital it was to have a responsible adult like the plaintiff involved on behalf of volunteers.

258.     On 20 September 2018 the Debian Project Leader Chris Lamb sent a reply to Elio Qoshi in relation to Qoshi's "complaint" from March. Recall, Qoshi was using Albanian women and the goodwill towards the non-profit Open Labs association to obtain money from diversity budgets and direct the money into his private company Ura Design. The plaintiff discovered this diversity money had gone astray and simultaneously made a protected whistleblower complaint to another sponsor, Mozilla Foundation, about the risk to underage participants. In reprisal, Qoshi had sent a "complaint" about being caught, which he mentioned in the public discussion about FOSSCamp. Lamb had never shared details of Qoshi's "complaint" with the plaintiff. Now, without any discussion between Lamb and the plaintiff, Lamb has replied to Qoshi's "complaint" by denouncing the plaintiff.

259.     Elio Qoshi, the founder who had brought his underage girlfriend to tech conferences, received the libellous reply from Lamb and distributed it to other people as a reprisal for the work the plaintiff did supporting the Albanian female whistleblowers.

260.     The female Albanian whistleblowers who had asked the plaintiff for support were shocked and confused that Lamb, who purports to represent Debian as the leader, was siding with the paedophile who brings an underage girlfriend to tech conferences.

261.     The plaintiff, who used to babysit his cousin around the time the cousin was offered the choir scholarship in Melbourne, has regrets about failing to detect what was allegedly going on there. But he has no regrets about investigating the way women were exploited in this case and

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

would ask the same questions again.  He had a duty to his Debian co-authors to ensure that Debian money was not lost in a scam like that.

262.    Between 20 and 22 September the defendants put offensive changes into the Debian keyring, seeking to discredit the plaintiff.  This was at a very difficult time of grief for the plaintiff and his family.

263.    It appears that Lamb had denounced the plaintiff like this to start a social media scandal. There was no wrongdoing by the plaintiff, quite the opposite, the plaintiff was being punished for being diligent.  Nonetheless, given that Lamb had never given the plaintiff the opportunity to see or respond to any complaints, Lamb was not even aware of the investigation conducted by Mozilla Foundation, therefore Lamb was guilty of negligence in carrying out his responsibility as Debian Project Leader.

264.    Mozilla Foundation regarded the plaintiff as a witness and multiple messages from the women confirm that the plaintiff was a witness, who went there as a volunteer and provided support.  Lamb never thanked the plaintiff for his efforts, he just turned it into a social media scandal for his snobby friends around Cambridge.

265.    Moreover, because Lamb and the Albanian had started distributing these messages about a secret complaint behind the plaintiff's back, it created the situation where the plaintiff had no choice other than putting the facts in public, including the names and emails, so people can see what everybody else had been saying for over a year, the Albanian men Elio Qoshi and Redon Skikuli were the origin of the problem.

266.    This was also entirely consistent with the way other Debian people had distributed the names of Sven Luther and Dr Jacob Appelbaum.  However, in this case, the necessity to publish the names existed because the plaintiff had to rebut the rumors started by Lamb.

267.    If Lamb and other key Debian figures had met in person and discussed the problems earlier in the year it may have been possible to avoid publishing names and other details.

*Daniel Pocock*, Debian Developer (Pro Se)  
*v.*  
*Software in the Public Interest, Inc, Debian Zizians,*  
*Electronic Frontier Foundation, Inc,*  
*their overlords at Google et al.*

**US District Court**  
Southern District of New York

***COMPLAINT***

268.     At the same time, one of the plaintiff's former classmates, a psychiatrist in Australia, really was facing disciplinary action for a relationship with a female patient.  The relationship, admitted before the Victorian Civil and Administrative Tribunal (VCAT), involved getting the patient pregnant, coercing the patient to have an abortion and then deceiving fellow medical professionals about the nature of the relationship during the process of procuring the abortion.  The psychiatrist was given a one year suspension and returned to practice.  The plaintiff, Linus Torvalds, Dr Richard Stallman, Dr Norbert Preining, Dr Jacob Appelbaum, Sonny Piers, Dr Roy Schestowitz, Bryan Lunduke, Sven Luther and others who simply asked ethical questions under protection of the first amendment have been subject to life sentences of vilification by the defendant cyberbullies.

269.     Consider the disparity in outcomes between a real case of misconduct, the psychiatrist suspended for a year while victims of gossip campaigns are vilified for life.  Observing this disparity only adds to the emotional distress suffered by the plaintiff and others who value the long overdue need for ethics in computing.

270.     Since the psychiatrist case became public in 2019, some of the defendants, including Paul Tagliamonte and Hideki Yamane have conducted a campaign of harassment with jibes about mental health directed at the plaintiff.

271.     In October 2018 the defendant Chris Lamb dismissed the plaintiff's concerns about abuse and concerns about the health of his father as "minutiae".  In fact, on the topic of abuse in Albania, Australian citizens are subject to a law about mandatory reporting of abuse-related tourism. The plaintiff has multiple nationalities, including Australia, so discussing what was observed in Albania is anything but "minutiae".  From the Australian government's "Smart Traveller" service: "It's also a crime to not report a child sex offence that you know about."

272.     8 to 9 November 2018, Chris Lamb (Debian) and Matthias Kirschner (FSFE) are both at the SFSCon in Bolzano, Italy.

273.     Kirschner writes a report about the meeting with Lamb at SFSCon where he comments "One general wish -- which I agreed with -- from Debian was to better share information about people".  These tactics violate privacy rights in many countries.  It shows that there is an element of conspiracy and coercive control between the different non-profit foundations funded

*Daniel Pocock*, *Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

by defendant Google. They are trying to herd and coerce the co-authors to be useful to some hidden paymasters.

274. Kirschner and Lamb were both independently funded by defendant Google behind the scenes. Kirschner also admitted he sometimes received speaking fees independently of the Google sponsorship payments to FSFE. This underhanded arrangement between them to control the behavior of fellow authors, deriving revenue for themselves without revealing the revenue to others, simultaneously coordinating punishments across supposedly independent non-profit associations, amounts to conspiracy and racketeering. Remember the plot where FSFE volunteers would do tasks for Open Knowledge Foundation.

## Cyberbullying, Cardinal Pell gossip erupts at Christmas, civil rights trampled on

275. 18 November 2018, Lars Wirzenius writes a public blog post about "Retiring from Debian" for the third time, "*I've had a rough year, and Debian has also stopped being fun for me. There's a number of Debian people saying and doing things that I find disagreeable,* " and he continues "*I'm tired of people who should know better tearing open old wounds. I'm tired of all the unconstructive and aggressive whinging, from Debian contributors and users alike. I'm tired of trying to make things better and running into walls of negativity. (I realise I'm not being the most constructive with this blog post and with my retirement. I'm tired.)*"

276. After all that, wouldn't it be a good idea for the volunteers to have a restful Christmas season?

277. 26 to 28 November 2018, the plaintiff visited the UN Forum on Business and Human Rights in Geneva. At a session on *Safeguarding Human Rights Defenders*, the plaintiff made a brief intervention, reminding the activists in the room that social media bosses are not on their side. The video is available online. It appears that this further enraged some of the defendants who pretend to care about freedom and privacy while simultaneously working for these very influential companies.

> *I'd like to ask you about the responsibilities of tech companies, those in Silicon Valley. They often give activists and human rights defenders a false sense of empowerment but in fact the data being harvested by companies like Facebook and Twitter is extremely*

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

> *convenient for those who don't have the best interests of human rights defenders at heart.*

278.    On 13 December 2018, Cardinal George Pell was convicted of abuse in Australia.  The conviction was subject to reporting restrictions in Australia but widely covered in media reports in the US, Europe and other parts of the world.

279.    17 December 2018, when Dr Norbert Preining's blog was censored by the defendants, the plaintiff rose to the defence of Dr Preining.  The plaintiff has a long history of sticking up for the little guy, including his defence of Michael Kappes, Dr Norbert Preining, Dr Jacob Appelbaum, Dr Richard Stallman and the Albanian female whistleblowers.

280.    18 December 2018, Dr Norbert Preining sends a message to the plaintiff.  Dr Preining had applied for a job in New York and he suspects Lamb used his position as Debian leader to stab Dr Preining in the back.  There are a bunch of misfits who think they are holier-than-thou and look down their noses at everybody else.  This is how the misfits use the reputation of the software as a tool to cause social and economic harm for fellow co-authors.

> *even if, going through a lawsuite like this in the UK is out and above my abilities and financial possibilities.*
> *But I am scared that **Lamb actually also hosed an application for a company in NY, a job related to Debian**. If that has happened, and I can reasonably document it, I would consider a defamation law suite.*
>
> *> Lamb is a resident of the UK and sending emails from the UK*
> *> https://regainyourname.com/news/cyberbullying-cyberstalking-and-online-harassment-a-uk-study/*
>
> *Thanks for the links, I will keep them in mind.*

281.    On 24 December 2018, shortly after the conviction of Cardinal George Pell, on Christmas Eve, the defendants Debian Project, Joerg Jaspert, Jonathan Wiltshire and Enrico Zini spread rumors that the plaintiff was involved in abuse.  These rumors cascaded into social media gossip throughout the Christmas season.  This caused enormous apprehension for the

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
*v.*                                                        Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                    ***COMPLAINT***
*their overlords at Google et al.*

plaintiff as he remembered the way the same snobby people on social media whipped up a mob to vandalize Dr Appelbaum's home.

282.    Simultaneously, he was concerned the misfits were using these privacy violations about abuse to draw attention to his much younger second cousin in the choir and to Carla's medical condition.

283.    On 25 December 2018 Martin Krafft reveals that he is another victim:

> *I know that there's been at least another case, in which DAM and AH have acted outside their mandate, threatening with project expulsion, and choosing very selectively with whom they communicate. I know, because I was being targeted. Neither DAM nor AH (the same people still active today) made a single attempt to hear me. None of my e-mails to either DAM or AH were ever answered. Instead, DAM ruled a verdict, and influenced other people to the point that "because DAM ruled" was given as a reason for other measures. This was an unconstitutional abuse of DAM's powers, and in the case of AH, the whole mess also bordered on libel. Among others, the current DPL Chris Lamb promised a review in due time, but nothing ever happened.*

284.    26 December 2018 Dr Norbert Preining thanks the plaintiff and publishes some of the insults he received, the full message is in the public debian-project archive:

> *From: Norbert Preining <norbert@preining.info>*
>
> *Hi everyone,*
>
> *(please Cc me, I am not subscribed to d-p)*
>
> **first of all thanks to Daniel for bringing this up and standing up for me, this is very much appreciated.**
>
> *For those not aware of the issue, here is \*my\* view onto the events. AH and DAM can answer and provide their own interpretation. I will try to stay as objective as it is possible for me.*

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                                   *v.*                          Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                          *COMPLAINT*
*their overlords at Google et al.*

285.     Please consider the significance of this.  The plaintiff, who used to babysit one of the boys in Cardinal George Pell's choir in the late 1990s, was there for the Albanian female whistleblowers in 2017 and then started a #MeToo movement for men who had been blackmailed and shamed by Google-serving defendants in 2018.  The survivors, people like Martin Krafft and Dr Norbert Preining, had been shamed in secret.  The defendants hoped that shame would prevent the victims from communicating with each other.

286.     Having an effective way to keep people silent, by exploiting the power of shame, is a common theme for both the paedophiles and the defendants.  This is not to say the defendants are paedophiles, but they have created an environment where somebody like that would be able to operate with impunity.

287.     The defendants don't pay the joint authors for their work.  Some of them, like the defendant Enrico Zini, appear to be on much lower salaries than the senior developers. The only way men like Zini can exert influence is through blackmailing.  By helping victims to overcome shame, the plaintiff has blunted the weapon of blackmail.  The defendants resent losing their power.

288.     When you realize the significance of what the plaintiff has done, getting the blackmail victims to overcome shame and reveal themselves in public, you can see why the defendants have such a huge motive for reprisals against the plaintiff.

289.     By bringing all the resignations and shamings into the public sphere, by bringing the skeletons of the suicide cluster out of the closet, the plaintiff has demonstrated that the talk about Debian being a "family" and a "community" is bullshit.

290.     On 31 December 2018 Chris Lamb sends a public report admitting he accepted a large but obfuscated donation from Google.

## US Bill of Rights, Debian Social Contract burnt in New Year's Eve bonfire

291.     On 28 December 2018 the plaintiff expresses public concern about the cyberbullying in a message where he warns "Please take a moment and think about what is the worst that eventually happens when a community (or it's leader) abuses members in this way indefinitely."

_Daniel Pocock_, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

with a link to a cyberbullying and suicide research fact sheet. One month later another joint author, Lucy Wayland, died in the UK. The coroner declared the death to be an accident. Nonetheless, it is clear that vulnerable people were exposed to the culture of shaming and Christmas punishments.

292.     Upon the plaintiff's prediction of more death, Alexander Wirt (formorer) of the Debian mailing list censorship team began censoring messages from the plaintiff. Herr Wirt, who is in Germany, sent a message to the plaintiff explaining that his emails were now subject to censorship:

> *I don't want to get too much into details, but phrases like "sustained this state of hostility" or "wayward" are not acceptable.*

293.     Wirt's explanation reveals the state of hostility, derived from shaming, was a sore point for the overlords. In other words, Wirt's immediate action to censor the plaintiff was not well founded, it was indeed a reprisal. As well as being a reprisal, the censorship was a tactic to undermine the plaintiff's efforts to help more survivors overcome shame and speak up.

294.     The Fellowship community had elected the plaintiff as their representative so these efforts to censor the plaintiff for being a good representative are even more outrageous.

295.     At the same time, the Mozilla Foundation censored the plaintiff's blog from their Planet Mozilla syndication service. The Mozilla manifesto tells us, among other things:

> *The Mozilla project is a global community of people who believe that openness, innovation, and opportunity are key to the continued health of the internet.*

> *...*

> *Transparent community-based processes promote participation, accountability and trust.*

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                    *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

296.    The plaintiff did not receive any explanation from Mozilla.  Remember, the Albanian bringing the underage girlfriend to tech conferences was funded as a Mozilla Tech Speaker and it appears they hoped to bury that story using technical means, contrary to the principles in the Mozilla Manifesto and the first amendment.

297.    People have spent decades collaborating and contributing their work in the belief that the principles of the first amendment are intertwined with some kind of Debian philosophy. The first amendment has limits, for example, it is not acceptable to distribute abuse images. Using the word "wayward" is simply not comparable to that.  What we see here is a word-nazi who is going through every message with a fine-tooth combe and nit-picking about the words that people use in case they might irritate somebody else who gets exposed doing sneaky stuff.

298.    The plaintiff was censored for expressing legitimate concerns about the mental health impact of cyberbullying in Debian.  The rumors about "abuse", "harassment" and "behavior" were totally false and those rumors were started by defendants to cover up the fact they censor people for raising ethical questions about unpaid work.  The concerns expressed by the plaintiff are entirely legitimate first amendment protected speech.

299.    The theme at the UN Forum on Business and Human Rights in November 2018 had been "Stand up for Human Rights".  The evidence in these emails shows very clearly what it looks like when one of the joint authors stands up for the human rights of his peers.  Why does he experience such vicious reprisals?

300.    7 January 2019, Joerg Jaspert makes another reprisal, censoring the blog of the plaintiff in the Debian Planet web site, in violation of the Debian Social Contract and first amendment.

301.    In the same reprisal, Joerg Jaspert includes a libellous comment about abuse in the configuration file for the Debian Planet web site.  The libel is committed to the Git repository. The libel has been constructed to violate the privacy of the plaintiff and his family, to cause distress and to incite others to engage in reprisals against the plaintiff.

302.    January 2019, many more messages are exchanged about censorship.  Scott Kitterman writes

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

> *If censorship isn't the right word (and at best, it's not ideal), what's the right word for the chilling effect on willingness to speak in public due to the risk of being ejected from an organization like Debian? Perhaps if we can get past "it's not censorship" and say what it is, then we can make some progress. ... I'm talking about declining to speak based on concern about disproportionate reaction from our leadership/delegates for doing so (I'm also not arguing that did or didn't happen in any recent situation - I am trying to see if there is some consensus to be found on at least how to talk about it).*

303.     9 January 2019, Ian Jackson, a former leader of Debian, writes a message admitting that they didn't have sufficient reasons for the punishments meted out at Christmas and asking people to "Please search your communications archives" because "it may become necessary to produce a fuller list of incidents, including responses, to justify the recent DAM decision".  In the email, Jackson, a former leader of Debian, explains that he wants to build a dirt file on Dr Preining.

## Defendant FOSDEM: from NXIVM cage to Cat behind bars, female speaker trafficked to criminal speech jurisdiction

304.     Saturday, 2 February 2019 at FOSDEM in Brussels, Molly de Blanc, being president of the Open Source Initiative (OSI) and Strategic Initiative Manager for the GNOME Foundation gives a talk about being an enforcer.  The video is available online.

305.     She singles out the plaintiff for humiliation without naming him.  She uses a slide with a picture of a cat behind bars and repeats the nonsense about being able to "expel" authors, when the extinction of authorship rights is simply not possible.

306.     Molly de Blanc's cat-behind-bars picture triggers NXIVM gossip.  Cat pictures are so common that it is possible de Blanc has chosen it by coincidence.  It is also possible she has either subconsciously or consciously been influenced by the high profile news coverage of the NXIVM cage.  Or maybe people only made the NXIVM connection later in the year as the trial and sentencing got into full swing.  Nonetheless, the cage shown at FOSDEM and the NXIVM cage have converged psychologically.

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
v.                                        Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                    ***COMPLAINT***
*their overlords at Google et al.*

307.    In any case, this was the defendant FOSDEM's Legal and Policy room and they encouraged this cage mentality, the plaintiff was targetted with this just weeks before his father died.  Coincidentally, the birthday of the plaintiff's father is at the beginning of February, the same week as FOSDEM every year.

308.    Of particular interest, she describes how instead of going to law school, she went to Sage Sharp (Otter Tech) "online training for Code of Conduct enforcement skills".  In other words, gobbledygook, or witchcraft.  In her talk, she admits they have abandoned due process, they receive secret complaints from secret victims and every one or two weeks they go to their cubby house and draw up a list of punishments.  At no stage do they present the evidence to the accused or give the accused a right of reply.  They have abandoned every development in natural justice since the creation of the Magna Carta.  This is the stuff of witchcraft indeed. FOSDEM hosted the talk in the so-called "Legal and Policy Issues" track.  Nobody in the audience called her out.  She used slides with cat pictures to humiliate the plaintiff and his family, who also had cats, therefore, this was an incident of Intentional Infliction of Emotional Distress on the part of defendant OSI, defendant GNOME and defendant FOSDEM.

309.    FOSDEM is in Belgium, a country with criminal speech laws and jail terms for those who are convicted.  Therefore, we need to consider that Molly de Blanc is both a perpetrator of defamation and a victim of human trafficking at the same time.  The senior developers are mostly men and they don't want to get caught publicly insulting somebody.  It seems somebody has been whispering things to Miss de Blanc.  As an American, she is more likely to say some offensive things that a Belgian would not say in their own country.  Nonetheless, if other people have booked her flight ticket to Belgium and encouraged her to denounce people while she is in that country then they have used her to do something that would have criminal consequences. Such arrangements are typically considered to be exploitation.  Exploitation, combined with international travel, is the definition of human trafficking.

310.    In the same FOSDEM talk, de Blanc encourages people to use a "whisper network" as a substitute for professional interactions with their colleagues.  This appears to be another attempt at vilification, to create a pandemic of gossip and raise a mob.

311.    18 February 2019 a report by the UK Parliament's Digital, Culture, Media and Sport Committee stated "Companies like Facebook should not be allowed to behave like '***digital gangsters***' in the online world, considering themselves to be ahead of and beyond the law". The committee failed to trademark the term 'digital gangsters' and now it is used far and wide.

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                                        **US District Court**
                                    *v.*                Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                 ***COMPLAINT***
*their overlords at Google et al.*

## Cardinal George Pell enters prison, death of plaintiff's father, victims forced to make confession under duress

312.     26 February 2019 Cardinal George Pell was put into custody.  In March 2019 he was given a six year sentence.

313.     The plaintiff's father and uncle were former employees of the Archdiocese of Melbourne from the Pell era.  The plaintiff discussed the prosecution with his father. His father was clearly disturbed by the scandal.

314.     22 March 2019, in the middle of all that, Dr Preining writes a forced confession email to the public debian-project mailing list.  The plaintiff was reminded of the case of Father James Scannell, a priest who forced boys to make confession after being abused.  "I understand that the criticism of my original blog text was valid" and "I also will take care to listen carefully to advice and corrections" and finally "In cooperation with DAM - and the invaluable help of some fellow DDs - we have reached the agreement about my further status. DAM will write about this in a separate email outlining the agreement and consequences.".  This was obviously an email written under duress.  It follows the pattern described in Russ Allbery's email from May 2013.

315.     On 17 April 2019, the wedding anniversary and the Wednesday of Holy Week, the new Archbishop of Melbourne published an Easter message on Google's Youtube where he acknowledges the grief in the community.  The plaintiff's father died three days later on Easter Saturday.

## Post-censorship: Google $300,000 semi-disclosed, Albanian distanced but not banned

316.     In May 2019 Sam Hartman, the incoming Debian Project Leader, sends an email giving the impression that the magnitude of the obfuscated donation from Google was $300,000.

317.     18 and 19 May, 2019, the annual OSCAL conference in Tirana, Albania.  Elio Qoshi, the man who had the 16 year old girlfriend in 2017, is not in the photos of the organizing team.  But he is still in the big group photo and this time he has his arm around the girl.  We see the defendants are willing to tolerate the guy who brings an underage girlfriend to tech conferences

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

but they want to totally ostracize and libel people like Dr Richard Stallman, Linus Torvalds, Dr Norbert Preining and the plaintiff.  These men who suffer lifetime discrimination never did anything more than asking a few ethical questions.

318.     In the photo gallery, most of the Albanians are wearing t-shirts with sponsors' logos while Elio Qoshi is wearing a black polo shirt without any logos on it.

319.     Recall, Elio Qoshi was a Mozilla Tech Speaker, the plaintiff had tipped off the Mozilla investigation in October 2017 and a few months prior to the OSCAL 2019 conference, Mozilla censored the plaintiff's blog from their syndication service.  Mozilla is a sponsor of the conference again in 2019 and the man is still there.

320.     The reason why the Albanian man can still come to these events is not clear.  As a co-founder of the group, he has the list of every employee of the tech companies who visited the parties in Albania.  There is a perception that he knows how to get girls and this is supported by some of the photos where we see a team of three men with twenty or more female volunteers.

## Leaking intern's mental health status: Google Summer of Code mentors list

321.     On 6 July 2019, the plaintiff sent an email to the Google Summer of Code Mentors mailing list expressing concern that people are sharing medical details receiving from their interns.  The email also points out that this whole problem could be avoided if Google ran an insurance scheme for the remote interns.  Under the existing system, if an intern gets sick or has an accident, they have to negotiate with their mentor to get some special arrangement or get thrown out of the program.  This is very different from a normal internship where the intern simply gives their doctor's letter to HR.  Due to the fact every case is different, the mentors typically relay the intern medical queries on the mailing list and ask people for ideas about whether the medical condition is real or not.

322.     On 8 July 2019 the plaintiff sent an email to the mailing list for Google's unpaid Summer of Code mentors, reminding the mentors that some of them have rights under the GDPR.  Chris DiBona from Google replied:

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
                              *v.*                                      Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                           ***COMPLAINT***
*their overlords at Google et al.*

---

*From: **Chris DiBona** <cdibona@gmail.com>*
*Date: Mon, 8 Jul 2019 at 16:48*
*Subject: Re: [GSoC Mentors] using GDPR to see how Google LLC profiles your GSoC work*
*To: <google-summer-of-code-mentors-list@googlegroups.com>*


*Hi Everyone,*

*Chris DiBona here, I look after open source programs at google. I wanted to mention, while many of you know this, Daniel is not an employee or contractor of google and is not an authority on how to submit gdpr or other legal filings with google. I'd suggest if you'd like to see some information on GDPR, who it applies to and how one might file and what one might expect, that you look at our page on the topic, here: https://privacy.google.com/businesses/compliance/#!?modal_active=none You should also speak with your own, local, lawyer and/or government body as that page is obviously google's legal apparatus and not your own.*

*Thanks for working on the Summer of Code, we really appreciate it and more importantly, I think it is a vitally important program for the ongoing health of free and open source software. I would also say that while we've had a few tricky people over the years, given the vast number of people we've had in the program as mentors and mentees, it's really been an extremely minor part of the summer of code. So thanks again!*

323.     Subsequent actions by the defendants appear to be a reprisal for the plaintiff's interest in privacy topics.


324.     DiBona asserts the Google Summer of Code is "a vitally important program for the ongoing health of free and open source software".  In fact, it is the other way around: remember the bed-ridden Joel "Espy" Klecker doing unpaid work in the 1990s up to the point where he died from Duchenne muscular dystrophy?  Remember Chris Rutter working up to 3am in his dorm room until the night he had an accident and got run over?  That unpaid work was *vitally important* creating the *foundation* for companies like Google and Facebook who only arrived on the scene much later.  Google may not exist in its current form if unpaid teenagers hadn't helped create Linux and related GNU project works back in the 1990s.

<u>*Daniel Pocock*</u>*, Debian Developer (Pro Se)*                    **US District Court**
                                    *v.*                         Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                          ***COMPLAINT***
*their overlords at Google et al.*

325.    By asserting that copyright can be extinguished, asserting that some joint authors have
        no rights to recognition, renegging upon the Debian Social Contract with its allusions to the first
        amendment, the defendants are insulting and rubbing out people who created and advanced the
        creative works under those terms.

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

326.     On 11 August 2019, the president of the Open Source Initiative (OSI), Molly de Blanc, gave a keynote speech at FrOSCon14 in Germany.  She displays a slide showing three people pushing one of the joint authors.  In the world of open source software, Molly and her colleagues don't pay for the work that the authors are publishing.  de Blanc states early in the talk that she has no budget to pay people and goes on to say "We can use our collective power to push others".  The drawing by the former OSI president shows us the Federal felony crime of civil disorder.

*Civil disorder (federal felony) definition: A public disturbance involving acts of violence by assemblages of **three or more persons**, which causes an immediate danger of or results in damage or injury to the property or person of any individual.*



*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian Zizians,
Electronic Frontier Foundation, Inc,
their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

327.    The OSI president is inciting others to commit the crime.  Recalling the harassment of Dr Appelbaum in 2016, the plaintiff felt great apprehension about these narratives.  Chapter 12, 231(a)(1) teaching techniques for civil disorder is a federal felony, even if cyberbully de Blanc did not plan to personally push anybody with her own hands.

328.    In the same talk, at FrOSCon14, the OSI President tells people that she can't write code herself and she has no money to pay people to write code for her so she needs volunteers.  This reflects the motives for all of the defendants who are looking for ways to trick people into doing work for some philosophical motive that ends up on the slippery slope to slavery and exploitation.

## Female interns offered trip to Brazil, asked to denounce the plaintiff

329.    August 2019, some of the Albanian and Kosovan women who thanked the plaintiff for his support are given free trips to DebConf19 in Brazil.  In a telephone call afterwards, one of these women tells the plaintiff that while she was in Brazil, all-expenses-paid trip, she was encouraged to denounce the plaintiff.  Google was one of the sponsors of DebConf.

330.    At the conference dinner, four of these women were sitting at the table with the outgoing leader Chris Lamb.  Aigars Mahinovs, a BMW employee from Germany, went around the room with his camera and photographed the group at that table from every direction.  He published the photos on a Flickr account.

331.    The plaintiff was not present at the conference and had not involvement in the photography or publication.  The defendants have spread rumors that the defendant was responsible for the embarassment but it is very easy to find the photos originated in the Flickr account of Aigars Mahinovs.

332.    Remember, in 2015, Margarita Manterola from Google had told the plaintiff he could not bring his spouse to the dinner or accommodation but in 2019, the outgoing leader, Chris Lamb, had this whole group of Albanian women at his table.  It appears that rules are not created or applied consistently, there are different rules for different people.

_Daniel Pocock_, _Debian Developer (Pro Se)_                    **US District Court**
                                       _v._                     Southern District of New York
_Software in the Public Interest, Inc, Debian Zizians,_
_Electronic Frontier Foundation, Inc,_                          **_COMPLAINT_**
_their overlords at Google et al._

## Transgender activists stalking the plaintiff, Zizian mentality

333.        Between 2019 and 2022, the plaintiff continued to observe associates of the defendants trying to stir up rumors.  By way of example, chat messages were logged by Techrights.  One of the transgender activists, Ariadne Conill (Edera, Alpine Linux), repeatedly visits the Techrights chat channel to spread rumors suggesting the plaintiff was engaged in a relationship with an intern.  Witnesses have suggested Ariadne Conill was also at the DebConf19 in Brazil.

334.        Nonetheless, the women had no problem working with the plaintiff.  The stories were entirely fabricated and offensive to the women.

335.        In October 2019 some of the female Albanian whistleblowers met the plaintiff in Switzerland where they incorporated a new association, _Open Source Diversity_, and opened a Swiss bank account without the involvement of their male overlords from Tirana.

336.        The female Albanian whistleblowers appear to be familiar with the history of all Albanian youth who participated in their hackerspace.  It is telling that the women knowledgable about that history have been given a series of internships and jobs in organizations affiliated with defendants.

337.        December 2019, the young Albanian woman who was photographed sitting closest to the former leader at the DebConf19 dinner was given an Outreachy internship just a few weeks after the conference.

338.        Upon becoming entangled in the financial dependency of employment, the female Albanian whistleblowers ceased giving the plaintiff details about the history of abuse.

339.        21 January 2020, a news report in the Osthessen Zeitung (local newspaper) declares that defendant Joerg Jaspert, who engaged in cyberbullying by creating libellous rumors of abuse the previous Christmas, has been elected as a parent representative on a board for the school district (Stadtelternbeirats) representing Dalbergschule Fulda.

<u>*Daniel Pocock*</u>, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

---

340.     The newspaper features a picture of Jaspert in his Debian t-shirt with two other parents. The Debian logo on the t-shirt is the same as the logo on the tombstones of at least two people who died.


## Public vilification of the plaintiff continues after death of father

341.     On 3 March 2020, it is now more than a year that the plaintiff has been under the psychological strain of this blackmailing / slavery experiment and it gets worse.  The Debian leader Sam Hartman sends another outrageous message calling for vilification of the plaintiff.

> *"I decided to ban someone from the project completely*

> *"The person had already been banned from our lists and expelled from the project as a developer*

342.     If the person has already been banned, why does defendant Hartman have to send another message like this?  How can you ban somebody if they are already banned?  This is what vilification looks like.

> *"If you don't care about the constitutional complexities of Debian, stop reading*

343.     The reference to "constitutional complexities" only confirms there is gaslighting and the crime of coercive control.  What about basic human rights, or the plaintiff's and other victims' rights to ongoing recognition under Copyright law?  Authors can't be "expelled" or "banned".  The plaintiff, defendants and all the other victims are simply equals under the law of Copyright.

344.     Upon seeing Hartman's outburst, the plaintiff felt great aprehension that Sam Hartman's mob would vandalise his home (as in the case of Dr Appelbaum, Berlin) or cause him physical harm (as in the case of Ted Walther, DebConf6).

345.     Hartman was elected in the same month the plaintiff's father died.  Hartman spent the whole year vilifying the plaintiff and encouraging others to do so.

_Daniel Pocock_, _Debian Developer (Pro Se)_                                    **US District Court**
                                        _v._                          Southern District of New York
_Software in the Public Interest, Inc, Debian Zizians,_
_Electronic Frontier Foundation, Inc,_                                      **_COMPLAINT_**
_their overlords at Google et al._

346.    In April 2020, Jonathan Carter was elected Debian Project Leader and he continued the practice of vilifying the plaintiff through the painful years of the Covid pandemic.

## Conspiracy against Dr Jacob Appelbaum, deception of the media exposed by plaintiff

347.    26 August 2020, the plaintiff did a review of correspondence about the libel and vilification of Dr Jacob Appelbaum in 2016. The plaintiff found the harassment rumors appeared to be falsified and published a blog with copies of the debian-private emails. The blog title is "_Debian falsified harassment claims in Appelbaum expulsion_". This enraged some of the people who lied about Dr Appelbaum. Some of the people like going on these crusades and they don't like being exposesd as a bunch of liars and cyberbullies. The plaintiff has a long history of sticking up for the little guy, including his defence of Michael Kappes, Dr Norbert Preining, Dr Jacob Appelbaum, Dr Richard Stallman and the Albanian female whistleblowers.

348.    December 2020, Google puts pressure on the co-head of their Artificial Intelligence ethics department to withdraw a research paper or remove the names of other Google employees from the paper. There was some conflict over whether the paper is pure research or whether it is advocay or a combination of research and advocacy. Timnit Gebru left her job at Google with some ambiguity over whether she resigned or whether Google sacked her. This has awkward similarities to the situations where people resign from Debian or FSFE in objection to something and it is reported with the negativity of an expulsion.

349.    In December 2020, Galia Mancheva wrote a blog post about taking Matthias Kirschner and FSFE to court after he sacked all the women. There were two women, Galia Mancheva and Susan Eiswirt. Galia claims that Kirschner came around to her home to try and take back her laptop. She went on medical leave and she told him that he is not welcome at her home. These groups are cults, they believe the pursuit of their philosophy is above all traditional boundaries, including the personal space and personal time of the employees and volunteers.

350.    January 2021, Dr Norbert Preining becomes the first person to be "expelled" from Debian twice. The defendants refuse to tell anybody what crime he committed, if any.

*Daniel Pocock*, Debian Developer (Pro Se)

**US District Court**
Southern District of New York

v.

*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

*COMPLAINT*

## Berlin police decline to use criminal defamation law against Nazi comparisons for FSFE canceled elections

351.      February 2022, Berlin police decide they will not make criminal speech prosecutions to protected the defendant FSFE from alleged Nazi comparisons after the cancelation of elections.

## Petition used as vigilantism against Dr Richard Stallman

352.      In March 2021, the OSI president, Molly de Blanc, used her former edX email address to start an online mob against her former employer, Dr Richard Stallman.  The mob was thinly disguised as a petition.  The title of the petition "An open letter to remove Richard M. Stallman from all leadership positions".  It includes comments like "Our communities have no space for people like Richard M. Stallman" and "It is time for RMS to step back from the free software, tech ethics, digital rights, and tech communities".  In other words, they seek to create a virtual solitary confinement, sending Dr Stallman to virtual Siberia.  They wrap these words with all kinds of tangential comments about diversity but this obsession with excluding peole is the polar opposite of diversity.  Moreover, it amounts to harassment and it creates an emotional burden for everybody who is exposed to these vigilantees.

353.      Once again, the plaintiff stood up against the mob and asked about Dr Stallman's civil rights.  Molly's mob became even more ferocious seeking to censor and slander everybody who defended civil rights.  One of the larger Linux distributions was systematically locking out every volunteer who mentioned civil rights of Dr Stallman.  The plaintiff has a long history of sticking up for the little guy, including his defence of Michael Kappes, Dr Norbert Preining, Dr Jacob Appelbaum, Dr Richard Stallman and the Albanian female whistleblowers.

## Plaintiff punished for starting ethics-oriented business during pandemic

354.      In April 2021, the plaintiff was entitled to extensive furlough benefits during the pandemic but he chose to start a new company, Software Freedom Institute SA in Switzerland.

355.      5 October 2021 the plaintiff published the blog "Google, FSFE & Child Labor".  Remember, the plaintiff had observed the problems with his own eyes in Albania.  The plaintiff used to babysit his cousin at the time his cousin received the choir scholarship associated with the late Cardinal Pell.  The plaintiff himself had been doing voluntary work since he was 14 years old and the defendants have maliciously sought to undermine the recognition that would

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                                                    **US District Court**
*v.*
                                                          Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
                                                                        ***COMPLAINT***
*their overlords at Google et al.*

normally be given to somebody who had done a lifetime of voluntary work since their childhood.

356.     In November 2021, in reprisal, the defendant Debian Project escalated these attacks by publishing defamation in the form of a "Statement on Daniel Pocock". The defamation was clearly intended to impede the plaintiff's ability to undertake his profession and to cause personal pain to the defendant who had resigned from mentoring at a time of grief.

357.     January 2022, first UDRP case opened. Plaintiff's blog post "Google, FSFE & Child Labor" presented as the sole evidence of "bad faith", which is one of the criteria required to seize a domain name.

358.     January 2022, Elon Musk begins buying shares in Twitter, leading to the takeover in October the same year. Recall this is what the plaintiff predicted in November 2018 in his statement at the UN Forum on Business and Human Rights.

359.     On 5 February 2022, defendant Wouter Verhelst used the FOSDEM bzw mailing list to broadcast more rumors about abuse, violating the privacy of the plaintiff's family and the defamation remains accessible on the Internet.

360.     In March 2022 a UDRP decision was rendered by the ADR Forum stating that the plaintiff was the victim of harassment by a much larger company. The verdict quickly became known throughout the open source community. Anybody subsequently spreading rumors about the plaintiff and his family should have realized that their conduct was also an act of harassment.

361.     Immediately after that, on 21 March 2022 the plaintiff published an Open Letter to the ACM regarding Codes of Conduct impersonating the Code of Ethics. No official response was observed at the time. ACM is one of the leading professional bodies for computer scientists.

_Daniel Pocock_, _Debian Developer (Pro Se)_                    **US District Court**
_v._                    Southern District of New York
_Software in the Public Interest, Inc, Debian Zizians,_
_Electronic Frontier Foundation, Inc,_                    **_COMPLAINT_**
_their overlords at Google et al._

## Debianists ignore harassment judgment and start UDRP copy-cat censorship/shaming case, defendant Google rewards them with more money

362.        On 20 April 2022, immediately before the defendants Debian / SPI started a copy-cat UDRP denunciation attack, one of the members of the trademark committee resigned.  Felix Lechner indicates that there are differences of opinion but despite the fact defendant Debian claims to be transparent, those differences of opinion are not documented publicly:

> _Please accept herewith my resignation as your trademark delegate, effective immediately.... With this step, I hope to make room for someone whose attitudes toward business and legal matters can reflect more closely the preferences of the membership as a whole._

363.        28 April 2022, the Library of Congress web site publishes a guest post from Marilyn Creswell at the University of Michigan Law School about "The Seizure of Jewish Intellectual Property Ahead of World War II".  It discusses the techniques Nazis used to obfuscate the names of Jewish co-authors in important books and, research papers and similar works that they didn't want to destroy.  This is similar to what we see when names are maliciously removed from the list of Debian Developers.

364.        29 April 2022: the defendants SPI and Debian Project attack and censor the debian.community web site through the UDRP denunciation procedure.  Twenty five more developers resign suddenly between March and June 2022: Norbert Tretkowski, Joachim Breitner, Thomas Bushnell, Øystein Gisnås, Torsten Werner, Thorvald Natvig, Stuart Teasdale, Stefan Pfetzing, Shugo Maeda, Pascal Hakim, Michael Schiansky, Jason Thomas, Edelhard Becker, Dima Barsky, Christian Hudon, Andrés Roldán, Adrian Perez, Falk Hueffner, Stephen R. Marenka, Stephen Gran, Rob Bradford, Paul D. Bame, Michael Schlueter, Jeff Teunissen, Dave Beckett.

365.        10 May 2022: immediately after the UDRP denunciation libel dossier is in the WIPO procedure, defendant Google confirms they will be a platinum sponsor for DebConf22 in Kosovo.

366.        Remember, the defendant's emails and blog syndication service were censored by Alexander Wirt and Joerg Jaspert at the end of 2018 and January 2019.  It is revealed that the

*Daniel Pocock*, Debian Developer (Pro Se)
                                    **US District Court**
                          *v.*                   Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*               ***COMPLAINT***
*their overlords at Google et al.*

disputed *debian.community* domain name was only registered ten months after the censorship blockade against the plaintiff.  The *debian.community* domain was only registered in October 2019.  Therefore, when the disputes began at Christmas 2018, the domain and web site debian.community did not exist at all.  From that, we can conclude that the real reason the dispute began in December 2018 can not be related to anything that anybody else published on *debian.community* and other web sites.  The censorship at the end of 2018 is because the Fellowship voted for the plaintiff in 2017 and the plaintiff asked important ethical questions.

367.    July 2022, the two Albanian female whistleblowers are given a trip to GUADEC in Mexico.  They no longer say anything about who did what in Albania.

## Plaintiff acquires Debian-related names to promote his joint authorship status independently

368.    The plaintiff acquires various Debian related domain names to promote the parts of Debian he works on, for example, *debian.finance* and he also obtains domain names like *debian.news* and *debian.video* to promote general content from himself and other co-authors.

369.    The plaintiff believed he had genuine rights and legitimate interests in acquiring the domain names based on his status as a joint author and the precedent from the *Scientologie.org* UDRP decision D2000-0410.

370.    The domain names are purchased from the registrar Gandi SAS.  Registration fees are paid in advance for one or more years at a time.

371.    On the anniversary of the September 11 attacks in 2022, Axel Beckert, one of the Debian joint authors at ETH Zurich signs a complaint to the Swiss authorities claiming that the plaintiff, who is also a joint author, has been banned from receiving recognition for his status as an author and ordered not to speak about health & safety issues such as the Debian suicide cluster.

372.    It may seem odd to somebody in a United States court procedure, but there is intense secrecy about workplace deaths in Switzerland, to the extent that even when something dramatic happens, the police clear the scene and people go back to work without talking about

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

it.  By way of example, an 18-storey scaffolding collapsed right next to venues from the Youth Winter Olympics in Lausanne.  News reports appeared about the collapse but there has not been even one news report about the inquiry after the day of the accident.

373.    People understand that when working for a Swiss employer, it is important to protect secrecy.  Yet the Debian Social Contract is an agreement, an authorisation and an obligation to be transparent.  There are certain contexts in Switzerland, such as nuclear safety, where the internationally agreed standards of transparency override the local custom.  The obligation to expose the risks around the Debian suicide cluster, based on the social contract, is on par with the obligation to prevent the disclosure of banking records, based on local law.

374.    On that basis, those trying to advance a complaint with the Swiss authorities, to retrospectively superimpose Swiss laws over the Debian Social Contract for one private individual is an incredible act of betrayal.  The plaintiff and other co-authors are unable to take back the work they already contributed so why should some Swiss or German bully be able to take back the social contract?

375.    Yet the two-faced betrayal just described, in violation of the first amendment, appears to be funded by the $120,000 "professional fees" and legal fees disclosed by the US-domiciled s503(c) non-profit defendant Software in the Public Interest, Inc, of New York.

376.    Remember the comments from Ana Guerrero in 2012, the German and Swiss have been plotting against the plaintiff for more than a decade and they blame the plaintiff for everything.  They use his work without paying anything but they squeal like stuck pigs when he asks ethical questions.  Switzerland does not have the first amendment and rich people can pay lawyers and judges to control what other people talk about.  Defendant SPI, as an American s503(c) tax deductible non-profit claiming to be aligned with the first amendment has raised $120,000 from people who presumably believe in the philosophy and then SPI diverted the money to lawyerists in a jurisdiction that is contrary to the first amendment.

## British coroner warns about repetitive exposure to negative content from Internet

377.    On 13 October 2022 H.M. Coroner Mr Andrew Walker sent a *Prevention of future deaths report* to various tech companies including the leading social media networks Twitter/X and Facebook.  The report was made subsequent to the conclusion that "Molly Rose Russell

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

died from an act of self-harm whilst suffering from depression and the negative effects of on-line content". The coroner goes on to note "The platform operated in such a way using algorithms as to result, in some circumstances, of binge periods of images, video clips and text some of which were selected and provided without Molly requesting them."

378.        The plaintiff's spouse had began engaging in self harm at a similar age, 14 years. In 2018, the defendants began exposing the plaintiff to unsolicited comments about "harassment", "abuse" and "behavior". They have repeated these rumors through mailing lists, social media and search results and even in conference speeches for seven years at the time of this complaint. They do so through the use of algorithms and through deliberate interventions by the defendants. The exposure to these troublesome terms, in this context, and over such an extended period of time is every bit as harmful as the exposure to graphic images of self-harm. Spreading rumors about these private issues, whether it is through a mailing list, a racist Swiss judge or a corrupt WIPO lawyer, is a deliberate tort and it is Intentional Infliction of Emotional Distress.

379.        The exposure to these privacy violations is even more extreme because the plaintiff has suffered significant financial costs relating to the illness of a family member while the defendant Google doesn't actually pay the plaintiff anything at all. Remember, the defendant Google's employee Margarita Manterola even prohibited the plaintiff's wife from eating at DebConf15.

380.        In the case of Molly Russell, the coroner declared that "It is likely that the above material viewed by Molly, already suffering with a depressive illness and vulnerable due to her age, affected her mental health in a negative way and contributed to her death in a more than minimal way.". The defendants Google and their puppets began deliberately exposing the plaintiff to these "abuse" rumors at a time of grief. This is analogous to the exposure of Molly Russell during a period of illness.

381.        1 November: Twitter's new owner dressed as Satan for Halloween. Halloween originated in Ireland. The plaintiff, who anticipated this outcome at the UN Forum on Business and Human Rights in 2018, has Irish nationality.

## Promoting technical integrity while mocking general notions of integrity

382. 18 December 2022, the journal *IEEE Software* announced that a paper published by two former Debian leaders, Stefano Zacchiroli and Chris Lamb, had won their best paper award. The title of the paper is Reproducible Builds: Increasing the Integrity of Software Supply Chains. At the top of a research paper, the authors normally identify their respective employers. Stefano Zacchiroli has mentioned the institutions Université de Paris and INRIA, France. Chris Lamb has simply written "Reproducible Builds" in the place where other authors would write the name of their employer.

383. Reproducible Builds is the name of the concept they are promoting rather than the name of an organization. Tactics like this are obfuscating Lamb's sources of income.

384. During the two years Lamb served as Debian Project Leader, his personal web site claimed he was a freelancer and provided a list of very small projects he worked on in the past. The Reproducible Builds web site mentions the names of various current and previous sponsors, including the defendant Google. Lamb is obfuscating the extent to which he was influenced by Google during the time he was Debian Project Leader. It is ironic that these obfuscation tactics are perpetuated in a research paper promoting integrity of software supply chains.

385. However, it is quite a serious topic because during the time Lamb claimed to be the leader of Debian, he was arbitrating in disputes with external organizations, without revealing the extent to which he profitted from his personal dealings with those organizations.

386. By way of example, Lamb revealed that he acted in disputes from the defendant Google against other co-authors of Debian, while the Reproducible Builds web site suggests that Google was a sponsor of his personal work at the same point in time.

387. If Lamb's remuneration depended on him exploiting the work of other people to meet the promised goals of Reproducible Builds and if he relied on deception, obfuscation and punishments to achieve commitments to his patrons, all while pretending to be leader on behalf of the Debian Developers, that is a modern slavery situation.

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian Zizians,
Electronic Frontier Foundation, Inc,
their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

## Plaintiff gave witness statement to Carabinieri on day Cardinal Pell died in Rome

388.    On 31 December 2022 the former Pope Benedict died.  Shortly afterwards, the plaintiff saw fresh news reports about the late Cardinal Pell in Rome.  The plaintiff's attention was drawn to the evidence published by previous inquiries.  He discovered that Spotlight investigators in Boston found correspondence from a priest in Melbourne, the priest in question was instrumental to the cover-up and the priest is also connected to the choir at the center of Cardinal Pell's prosecution.  This particular aspect of the case was not explicitly stated in the public documentation, it only became evident based on the plaintiff's contextual knowledge.  The plaintiff considered the weight of the scholarships associated with choir participation and recalled the manner in which the defendants paid for the Albanian women to travel to Brazil, pressured them to withdraw their favorable reports about the plaintiff and then granted an internship to one of the women.

389.    While reading the report of the Royal Commission, plaintiff read more about the tactics and words chosen by abusers for keeping their victims silent and realized that these were very similar to the words used when people are shamed by the Debian "Anti-harassment" team and the Debian Account Managers.  In both cases, the fear of shame is used to maintain silence.  Dr Norbert Preining had published an email in December 2018 revealing that defendant Enrico Zini uses these tactics.  On the afternoon of 10 January 2023, the plaintiff discussed these similarities with the Carabinieri and a few hours later the Cardinal died in Rome.

390.    In more detail, what we see is that some people are simply not fit to be in a position of authority.  The Catholic Church is struggling to recruit priests and the reports suggest they lowered their standards, to a very low level, where they allowed a small number of known paedophiles to work because it was better than no priest at all.  In the exploitative world of open source software development, there is a similar challenge finding people with competence and integrity, therefore, when a role is vacant in a Code of Conduct team, it will be given to the first person who volunteers, regardless of competence or integrity.  Some people have ended up in these roles by chance.  Some people have deliberately sought these roles so that they can push their personal viewpoints on diversity or some other topic.  For some of these people, the power gets to their head.  Whether it is in one of the oldest institutions, the Catholic Church, or in high tech, some people think they are God and they want to ostracize anybody who tells them they are not.  The Catholic Church created the now discredited *Crimen Sollicitationis* document.  It is written in Latin but it is almost identical to the Code of Conduct gobbledygook in open source software, it is simply a tool for ostracizing anybody who calls out real abuse (*Crimen Sollicitationis art. 70*):

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

> *70. All these official communications shall always be made under the secret of the Holy Office; and, since they are of the utmost importance for the common good of the Church, the precept to make them is binding under pain of grave [sin].*

391.    The resignation / suicide note of Frans Pop, like many other messages on debian-private, finishes with this line:

> *All mails I ever sent to d-private (and mails quoting them) shall remain private.*

> *So long,*

> *FJP*

392.    The plaintiff contacted Martin Pop, the brother of Frans Pop and asked him if the family was given a copy of the debian-private messages.  Pop replied that these messages had never been disclosed to the family.

> *Martin Pop:  This is quite shocking to me.* **I did not know anything about this.**

393.    Some people from defendants Debian / Ubuntu / Canonical came and took away Frans' computers after the funeral.  The family thought these people were helping them but they were simultaneously removing evidence.

> *Martin Pop: All of Frans computers are gone too. There was hardly any paper documentation in his home.*

394.    Martin Pop revealed that the convoluted structure of defendants Debian Project and SPI had stymied any thoughts about how to pursue compensation.  This outcome can be traced back to the messages from Bruce Perens in March 1998 about "the liability issue".

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                            *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

> *Martin Pop: I don't know what to say. **And Debian being what it is, a project and not really a company, who or what is liable in a court of law?***

## Debianists use Swiss civil procedure to violate privacy of plaintiff's family, plaintiff exposes illegal legal fees insurance cover-up known to Geneva bar association for years

395.       15 January 2023, the plaintiff publishes a blog "George Pell's file server, three finance ministers & Peter Eckersley". He describes how the file server ended up hosting web sites for local community organizations, political groups and the Yarra Yarra Rowing Club, presenting a picture of the club's Head of the Yarra crew. The man sitting behind the plaintiff in the boat is identified as one of Australia's most distinguished police commanders. The same man is awarded the National Emergency Medal a few weeks after the blog post.

396.       On 17 January 2023 the defendant SPI started a trademark dispute through a civil procedure in the Canton of Vaud. They used the trademark dispute to regurgitate privacy violations about "harassment" and "behavior".

397.       On 4 April 2023 the Swiss financial regulator FINMA rendered a decision liquidating the Swiss legal protection insurance Parreaux, Thiébaud & Partners, also trading as Justicia SA and Justiva SA. The plaintiff's Swiss company had purchased insurance from Parreaux, Thiébaud & Partners and was left empty handed. The plaintiff subsequently discovered that the regulators and Geneva bar association had known about problems in the firm for at least two years. The liquidation of the firm was ordered during the period when the media was preoccupied with the Credit Suisse failure.

398.       Moreover, the firm appointed to liquidate Parreaux, Thiébaud & Partners is Walder Wyss. Walder Wyss is the same firm that was representing the defendant SPI against the plaintiff in a civil procedure. The plaintiff immediately felt that no reliable judgment could be achieved in the trademark dispute given that counsel for the adverse party had gained access to his legal insurer. The plaintiff unilaterally withdrew his Swiss trademark registration.

399.       The judges and greffiers (law clerks) attempted to ignore the irrevocable cancelation of the trademark and ordered the transfer of the trademark. The Swiss Intellectual Property

*Daniel Pocock*, Debian Developer (Pro Se)                    **US District Court**
                         *v.*                    Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                    ***COMPLAINT***
*their overlords at Google et al.*

Institute (IPI), equivalent of the USPTO, rebuked the judge for making an order that was "impossible" to implement.  The judge sent two further letters retracting the order.

400.        In April 2023, GNOME adds one of the Albanian women, Anisa Kuci, to their Code of Conduct committee.  The woman previously worked as a waitress and she has no professional training in law or human rights.  The GNOME transparency report says that she was given the Otter Tech online training in "enforcing" a Code of Conduct.  Remember, Molly de Blanc described the Otter Tech witchdraft in her FOSDEM talk.  People are encouraged to submit anonymous complaints.  The Code of Conduct committee has a secret meeting in a secret channel and without speaking to anybody on either side of a dispute, they make up a verdict and a punishment.  If in doubt, expel somebody.

401.        September 2023, FINMA releases a highly redacted version of the decision shutting down the illegal legal insurance scheme Parreaux, Thiebaud & Partners.  All the names and even the dates are redacted.  The redacted report is released around the same time FINMA announces the resignation of the FINMA CEO.  News reports cover the CEO's resignation but none of the news reports mention that an illegal legal insurance company operated out of Geneva for five years and then vanished in the blink of an eye.

402.        On 7 October 2023, the plaintiff published his first blog post about the illegal legal insurance, bad faith and the FINMA judgment against Parreaux, Thiébaud & Partners.  He did not make this research and publication spontaneously.  In the Swiss procedure started by the defendants on 17 January 2023, they had demanded a publication by the Swiss tribunal rewriting the death of the plaintiff's father.  Such a demand is obscene and the defendants deserved to be tarred and feathered for spreading smears about "behavior" at a time of grief. The plaintiff felt compelled to demonstrate that the secret trial process, including his own legal representation, the bar association and the financial regulator had collectively failed to provide the relevant services when they were needed, throughout the entire period from when he started the company in Canton Vaud, when he purchased insurance, when he notified the jurists that he was being harassed by the defendants, at every step, the jurists failed.  To mitigate any risk that the defendants and the tribunal might denounce his family, as demanded by defendants, he felt it was necessary to publicly expose the Swiss corruption.

403.        From the point where the illegal legal insurance was liquidated, the plaintiff has been an unarmed civilian victim of lawfare while the non-profit defendants, who claim to promote transparency, are obfuscating their sources of funding from some of the world's largest

*Daniel Pocock*, Debian Developer (Pro Se)
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

companies, including defendant Google.  This disparity limits the options available to the plaintiff such that one of the few options available is to publish the evidence, names and all, so observers cross-reference the evidence and names with public sources and see that the plaintiff, rather than the secretive Swiss tribunal, is the most likely source of truth.

404.     Publishing the name of the Swiss jurists was necessary so that observers can cross-reference public records from the bar association, the directorships listed in the corporate registry and facts about their experience and credentials that they voluntarily disclosed through services like LinkedIn.  This, in turn, demonstrated that only one of these people had passed the bar exam and many of them had no legal experience at all.  Most of them only had experience in sales and some administrative work.

405.     In other words, it was a boiler room in Geneva.  One news report noted the founder had never passed the bar exam.  Nonetheless, he had been invited on a weekly talkback radio program where he would answer questions from callers and promote his illegal legal insurance scheme.

406.     Having been exposed to both the cover-up around the institutional abuse and the cover-up around JuristGate, the plaintiff examined the cover-up tactics in some detail and found they are remarkably similar.  During the 2008 financial crisis, there was public concern about revolving doors between the regulators, the banks and the credit ratings agencies.  In Switzerland, the plaintiff found the revolving doors had been removed, leaving the doorways wide open and the same people were *concurrently* working in the illegal legal insurance office, tribunals, the city council, and at least two district attorneys' offices.  Exposure of what is both a boiler room and a massive corruption of the legal and political system is not only embarassing for the individuals who participated, it is also embarassing for all other organs of the justice system where the same people have worked, concurrently with their work in the boiler room.  If these conflicts of interest were discovered in an American or an Australian courtroom then a miscarriage of justice would be declared and the trial would be abandoned or a verdict set aside.

407.     1 November 2023, All Saints Day, the festival of Martyrs, the plaintiff was granted Swiss citizenship.  Nonetheless, the acquisition of citizenship was overshadowed and tainted by the overbearing behavior of the defendants Debian Project and those behind them and the remarkable discoveries the plaintiff had made about the illegal legal insurance.

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                                    v.
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

408.     There is enormous embarassment in the Swiss authorities that after such an extensive period of time spent methodically shutting down the boiler room while everybody was distracted by Credit Suisse, the plaintiff, a former UBS contractor, has picked the insurance scam wide open and published it almost in the same breath as taking the Swiss citizenship oath.

409.     Trevor Kitchen, a British/Swiss citizen, discovered and disclosed the FX scandal ten years prior.  Switzerland tried to extradite Kitchen from Portugal in 2018, just before the EU whistleblower protection directive came into force.  The extradition request was declined, appealed and declined again.  The tribunal in Portugal and various observers commented that Mr Kitchen could not be extradited for exposing a crime and even if Kitchen was extradited, he could not trust any lawyer or judge in Switzerland and he would not have a fair trial.

410.     Mr Kitchen had exposed a scandal in the financial sector and this resulted in the perception that the Swiss judicial system would be rigged against him.  The plaintiff has exposed corruption in the judicial system itself, so the trademark procedure and any other Swiss procedure against the plaintiff is even more likely to be biased, untrustworthy and a vehicle for reprisal.

411.     Gerhard Ulrich (Swiss citizen), founder of "Call to people" and the swiss-corruption.com web site, publishing a list of judicial errors, was pursued by the secretive Swiss "TIGRIS" commando unit and imprisoned for 4 years.  Once again, this is another example of the harsh consequences for anybody who questions the credibility of the Swiss tribunals, as the plaintiff did some weeks before the tribunal decided to try and make an invalid judgment.

412.     The trademark cancelation notice was delivered to the tribunal by registered mail on 10 November 2023, the cancelation was acknowledged by the judge Richard Oulevey on 13 November 2023 and the date stamp on the invalid judgment is 26 November 2023.  This sequence of events proves the judges and the greffier have knowingly stamped an invalid judgment.

413.     Given that the libellous and invalidated judgment being circulated by the defendants was only created several weeks after the plaintiff dramatically put himself at odds with the Swiss legal profession, it is essential to consider the possibility that the tribunal deliberately made an invalid judgment out of reprisal, not simply out of human error, even though they knew the trademark was canceled.

*Daniel Pocock*, Debian Developer (Pro Se)
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

414.     Between 2002 and 2004 there was a significant outcry in the Internet commmunity about the actions of a Swiss magistrate demanding that ISPs sabotage the Internet to censor access to swiss-corruption.com.  Defendants Debian and EFF and their supporters were against the censorship.  One of the judges involved in that controversy was Daniel Hofmann in the Tribunal of Vaud.  Ironically, the invalid judgment paid for with $120,000 of Debian money in 2023 has been signed by a judge Caroline Kuhnlein-Hofmann.  Is the judge Daniel Hofmann her father?  This further emphasizes the fact that the money has been spent contrary to the philosophy that Debian's co-authors believed we were working for over more than three decades.

415.     One of the Debian co-authors in Switzerland, a board member of the Debian.ch association, Didier Raboud is employed at the Swiss IT contractor Liip SA.  The co-founder of Liip SA is Gerhard Andrey, a prominent member of the Swiss parliament.  The judge who signed the invalid order, Caroline Kuhnlein-Hofmann is appointed by the Green party and pays part of her salary to the party.  Records showed a payment of CHF 8,400 in 2022.  The Green party parliamentarian Gerhard Andrey submitted a witness statement in the procedure and the judge did not declare her conflict of interest.

416.     While dealing with the hassle of the Swiss jurists, the plaintiff began researching the corruption, eventually publishing findings on a web site JuristGate.com and acquiring the previously banned domain name swiss-corruption.com

## Abraham Raji (DebConf death, drowning) anticipated by plaintiff research into negligent homicide

417.     At the same time, the plaintiff began looking through the debian-private archives to see if the records could support an investigation into negligent homicide.  The British call it Gross Negligence Manslaughter.  On 9 September 2023, a dossier of approximately 100 pages, mostly from debian-private, was sent to the coroner who investigated two previous deaths in Cambridgeshire, England.  The email included a comment "*Based on my own experience of both Debian culture, the Pell situation and the evidence in these emails, I feel that there is an ongoing risk to the health of people who engage with this culture.*".  Three days after this prediction to the coroner's office, Abraham Raji died at the DebConf23 in India.

418.     Abraham Raji's web site is still available.  His first blog post "Why Debian" includes the comment "Everything in Debian is transparent, all forms of official communication are a matter

*Daniel Pocock*, *Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

of public record, the amount of unresolved bugs, every step taken by debian as an organization, everything is in the open! I appreciate that from my distribution. There is no room for underhand corporate deals, no unfair treatment behind private mails and everything can be reviewed by the public.".

419.    What Raji has written is the way the defendants Debianists try to present themselves. Yet their use of Swiss tribunals harboring conflicts of interest, their conduct in the FSFE Legal Network, shows that there are many opportunities for underhand behavior.


## Nazis used administrative procedures to obfuscate identity of inconvenient authors of technical works

420.    January 2024, the University of Western Australia Law Review published the article Copyright Nazi Plunder - How the Nazis Aryanized Jewish Works (UWALawRw 3; (2024) 51(1) volume 46) by Lior Zemer and Anat Lior.  As in the blog post by Marilyn Creswell from 2022 (Library of Congress), the authors of the paper consider the manner in which the Nazis wanted to gain benefit from some technical books and research documents but they didn't want to recognize the names of some co-authors.

421.    The paper by Zemer and Lior tells us that the Nazis used administrative measures to achieve their aim of obfuscating who deserves recognition for certain intellectual works:

> *Despite the fact that written IP legislation in Nazi Germany did not include specific exclusions for Jewish applicants and authors, **in practice, they were excluded by administrative measures alone** rather than legal ordinances.*

422.    The UDRP at WIPO, which the defendant SPI has chosen as a tool for obfuscating and denouncing the plaintiff, who has rights as a joint author, is an administrative procedure too. What a creepy similarity.  The plaintiff's birthday, 9 November, is the Kristallnacht and the plaintiff is being targetted with underhanded techniques the defendant borrowed from Hitler.

423.    It is suspected that these techniques evolved out of the FSFE Legal Network (LN) mailing list, which is hosted in Berlin.

_Daniel Pocock_, _Debian Developer (Pro Se)_                **US District Court**
_v._                                            Southern District of New York
_Software in the Public Interest, Inc, Debian Zizians,_
_Electronic Frontier Foundation, Inc,_                     _**COMPLAINT**_
_their overlords at Google et al._

## Defendant administrative procedure SLAPPs plaintiff, corruption and LLW in WIPO process

424.       20 February 2024 the defendant SPI submitted a complaint containing libel about the plaintiff through the WIPO UDRP denunciation procedure.

425.       The service DNSlytics finds over 2,600 domain names containing the Debian trademark. The defendants SPI and Debian only made WIPO complaints against 14 domain names / web sites.  Coincidentally, those domain names are all owned by the same person, the plaintiff, who the defenedants have been vilifying with ritual defamation since the death of his father.

426.       Between 4 March and 13 March 2024 the WIPO staff notified the plaintiff they had received the libel from the defendant.

427.       On 7 March 2024 the plaintiff begins the JuristGate.com web site where he analyzes each aspect of the JuristGate affair in separate blog posts with links to evidence.

428.       The WIPO staff member is hiding her full name and signing each message "Stanislava I.".  Defendant WIPO seem to know they are hurting people and they do things like this to avoid accountability and avoid consequences for their gangstering.

429.       At the same time, a libel case appears in the UK's High Court,  KB-2024-003529 Balabhadra Graveley vs Roy Schestowitz of Techrights.  The case is advanced by the firm Brett Wilson LLP.  It may be nothing more than coincidence that people associated with large multinationals are simultaneously trying to silence all the independent technical blogs and news sites.  This is more evidence that these groups are breaking their own promises, the Debian Social Contract and the first amendment are not taken seriously by some of the corporations who get the most benefit out of the software.

430.       1 April 2024, Jonathan Carter sends an email to debian-devel-announce mailing list declaring that the plaintiff is in trouble with the police.  Remember, the police officer who used to row with the plaintiff has just won Australia's National Emergency Medal.

*Daniel Pocock*, Debian Developer (Pro Se)     **US District Court**
                              *v.*                  Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*              ***COMPLAINT***
*their overlords at Google et al.*

431.     Upon seeing the privacy violations about "harassment", the plaintiff contacted the defendant WIPO on 13 April 2024 to ask what assistance defendant WIPO provides to victims and witnesses to abuse who are sucked into these denunciation procedures:

> *The insults that WIPO transmitted to me are very disturbing for me as a witness in relation to real cases of harassment and abuse.*
>
> *Blackmail, defamation, shame and abuse often go together.*
>
> *Please kindly advise me what assistance WIPO provides to victims and witnesses of abuse when you blackmail us to participate in your administrative procedures*

432.     Defendant WIPO did not provide any response about how to prevent more harm from being done in this case.

433.     17 to 19 April 2024, in the middle of the period where the WIPO legal panel was considering the dispute over Debian-related domain names, the defendant FSFE organized the annual Legal & Licensing Workshop (LLW).  The event was in Gothenburg, Sweden.  The participants typically include lawyers associated with intellectual property law and the more significant sponsors of the defendants.  There is a perception in the industry that the LLW and associated FSFE Legal Network (LN) are forums for plotting against the intellectual property rights of individual authors, small businesses and volunteers.  The leaked email from Max Mehl suggests there is good reason to be concerned about LN having a face-to-face meeting during the time the legal panel was considering the UDRP case.

## WIPO legal panel ignores Scientologie.org precedent, creates malicious denunciation with obvious bias against unrepresented private individual who publishes blogs about voluntary work

434.     On 3 May 2024, defendant W. Scott Blackmer signed a UDRP denunciation of the plaintiff ordering the transfer of domain names to one of the defendants, SPI.  Although the date above the signature is 3 May, the document was only relayed to the plaintiff and made public on 6 May 2024.  The day it was signed, 3 May, is World Press Freedom Day and the UDRP denunciation had the effect of censoring web sites like *debian.news*

*Daniel Pocock*, Debian Developer (Pro Se)
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

435.    The document by defendant Blackmer is loaded with libel.  It accuses the plaintiff of bad faith simply for including the plaintiff's business name in a copyright notice at the bottom of a web site.  The opinion defendant Blackmer writes in his role as a legal panel does not fit the definition of bad faith.  He simply doesn't show how the trademark owner or any third party could have suffered any loss due to the presence of these web sites.  The web sites were not used to ask for money and they were not used to distribute substitute products or services.  They simply contained content based on the plaintiff's perspective as a joint author.

436.    The legal panel's written decision acknowledges that the plaintiff has made significant technical contributions to the development of Debian GNU/Linux.  Therefore, it is only logical to find that the plaintiff is one of the joint authors.  There is significant incompetence and negligence on the part of W. Scott Blackmer for failing to note in his UDRP denunciation the fact the plaintiff is a joint author of Debian GNU/Linux, or in the term used by joint authors since 1993, a Debian Developer.

437.    Once it is agreed that the plaintiff is a joint author, it is only logical to conclude that the plaintiff also has legitimate interests in using the trademark that is identitical to the name of the creative work, Debian.

438.    Once the legitimate interests are acknowledged, the UDRP does not require the legal panel to make any determination about bad faith.  W. Scott Blackmer was negligent in ignoring the legitimate interests and this negligence has allowed him to stray into making the far-fetched accusation of bad faith.

439.    Ordinary people like the plaintiff pay $10 or $20 to register a domain name with no idea they could subsequently face staggering legal bills and UDRP denunciation on the WIPO web site.  The gangsters behind UDRP shaming practices seem to know that a lot of people who pay $10 for a domain name will not be able to afford a lawyer for an appeal.

440.    It just doesn't pass the smell test.  How can somebody who has done unpaid voluntary work for decades be accused of bad faith for publishing information about his own unpaid voluntary work and the intellectual property he was encouraged to share as part of Debian philosophy?

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

441.      The plaintiff submitted all of these facts through the UDRP.  The legal panel disparaged the plaintiff's submission with a condescending comment that it was not in the form normally prepared by greedy WIPO lawyers.  The defendant Blackmer could see that the plaintiff was participating *Pro Se* as a private individual and a volunteer forced into multiple acts of UDRP harassment.  He is negligent in failing to take this into account and adapt the lawfare process for an ordinary human being.

442.      The defendant Blackmer wrongly and negligantly suggested the plaintiff's response was late.  In fact, WIPO's case coordinator didn't specify a time zone for the deadline.  The defendant Blackmer appears to be in some indeterminate US time zone and the plaintiff submitted the UDRP response at 23:46 on 10 April 2024 believing that was 14 minutes before the deadline in Blackmer's timezone.  Blackmer didn't make any attempt to clarify this point before making an accusation of lateness, this is more of defendant Blackmer's negligence.  He was in a big rush to criticize and took little interest in the truth.

443.      The defendants SPI and Debian Project submitted defamatory privacy violations in their UDRP case and defendant Blackmer copied-and-pasted the defamation and privacy violations verbatim into his opinion.  Moreover, the libel was placed under the heading "4. Factual Background" when such accusatory nonsense would appear to belong under "5. Parties' Contentions" if it was included at all.  Including the material verbatim and including it under a heading "4. Factual Background" demonstrates negligence, bias and a willful intention to libel.

444.      The domain names were registered in the personal name of the plaintiff, reflecting the fact the plaintiff has collaborated on the joint authorship of Debian since before forming his company.  This registration strategy was chosen based on the previous UDRP decision concerning the scientologie.org domain name.  In the scientologie.org case, the legal panel decided that the authorship interests derived from the rights in the Scientologie book were a legitimate interest and the holder of the copyright could keep the domain name, despite the similarity to the trademark for a well known cult.  Yet the defendant Blackmer has contrived this excuse to include the plaintiff's company name in the UDRP denunciation because the company name was mentioned in the copyright notice.  He is doing that to tarnish the name of the plaintiff's company.  As the plaintiff is the sole member of the LLC, the plaintiff is the victim of any negative impact on the brand, the market position and consequently the revenue of the LLC.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

445.     The plaintiff has served in various representative and voluntary roles where integrity is important.  Most notably, the community had elected the plaintiff as their Fellowship representative in the FSFE elections of 2017.  In that role, the plaintiff had correctly called out the fact that the name FSFE is derived from the name FSF in bad faith and even more disturbing, a fellow who was possibly fooled by this name had left a bequest of EUR 150,000 to the wrong FSFE instead of the real FSF.  The counter-accusations of bad faith concocted by defendant W. Scott Blackmer appear to be part of the pattern of reprisals against the plaintiff ever since he resigned from FSFE in disgust in 2018.

446.     When you consider the FSFE harbors the Legal Network lawyers like W. Scott Blackmer, FSFE was upset that their name/bequest scandal was exposed, it looks like there was a motive for somebody to do a job on the plaintiff.

447.     When you look at the way the UDRP denunciation is biased, for example, copying libel verbatim from one side and using nothing from the plaintiff's case, it adds to the perception that somebody was doing a job on the plaintiff.


## WIPO UDRP procedure could be improved to avoid malicious decisions being rendered in a single step

448.     The defendant WIPO is operating a procedure that is flawed because it asks the legal panel to determine three significant points in one step.  This dramatically increases the burdens on each of the parties.  Each party needs to fully document their attitude to the first question (similarity of domain name to trademark), the second question (legitimate interests) and the third question (bad faith).  Findings of bad faith can be particularly harmful beause they are libellous but the civilian victims of this lawfare may not realize this is a possible outcome.  Nonetheless, it would appear more logical for the legal panels to issue their opinions on each question iteratively and then allow a cooling off period where the parties could choose to appeal the procedure or settle the dispute before the legal panel is asked to rule on the subsequent question.

449.     Being more specific, the legal panel should give their opinion on UDRP rule 3(b)(ix)(2) legitimate interests without completing the evaluation of UDRP rule 3(b)(ix)(3) bad faith.  Upon receiving the intermediate decision on legitimate interests, the parties would have the opportunity to pursue litigation or cancel the domain names or reach a settlement out of court.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

If neither party tries to appeal the decision on legitimate interests, after a delay, the legal panel would then evaluate the claims of bad faith.

450.      On 6 May 2024, defendant WIPO forwarded the UDRP denunciation to the plaintiff and published the libellous UDRP denunciation on their web site. 6 May is the Holocaust Remembrance Day and the UDRP seizure of domain names had the effect of censoring web sites about the Debian suicide cluster victims.

451.      The process of creating and publishing the UDRP denunciations has the hallmarks of a protection racket. The victims, like the plaintiff, pay a small fee, maybe $10, for a domain name. They invest time and money building a web site and promoting it. At some point, a lawyerist can come along and threaten to publicly denounce the victim. They can cut and paste rumors and smears as they please into the web site of WIPO. The victims are effectively blackmailed to give their own money to lawyerists to try and mitigate the defamation attacks. The victims are prevent from spending time with their own employment and their families. In this particular case, the blackmailers at WIPO have including defamation about "harassment", which is even more troubling for the plaintiff, because of family members who may have been exposed to genuine harassment or abuse.

452.      The defendants who prepared and distributed this UDRP document have committed the torts of negligence in various ways, for failing to give the plaintiff a proper hearing, for failing to recognize his status as a joint author and for making an accusation of bad faith where it was not justified. By selectively cutting-and-pasting the most offensive comments from the defendant Debianist into a UDRP document, the defendants have collectively engaged in the torts of libel, calomny and IIED.

453.      Those torts were committed for the purpose of violating a contract, the Debian Social Contract for violating the first amendment rights of the plaintiff and for maintaining fear in the rest of the community.

454.      Given that the plaintiff's first amendment rights had been deliberately reaffirmed by the Debian Social Contract and the Debian Diversity statement and the plaintiff has made substantial contributions of intellectual property based on those affirmations, the violation of first amendment rights is even more outrageous.

*Daniel Pocock*, *Debian Developer (Pro Se)*         **US District Court**
*v.*        Southern District of New York

*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*        ***COMPLAINT***
*their overlords at Google et al.*

---

455.    One of the web sites was at the domain *debian.day* and published the grievances of Frans Pop, the volunteer who submitted his resignation/suicide note the night before the Debian Day.

456.    Another censored web site was running on the domain name *debian.news*, a service that aggregated blog posts from joint authors and published them in simple time order without any algorithmic censorship.

## Defendant's subsequent use of domain names reveals intention of procedure was for harassment and libel, denouncing plaintiff

457.    When the defendant SPI submitted their censorship demands through the UDRP, they signed a declaration that they were not using the UDRP for harassment. After obtaining the domain names, rather than publishing any new content on them, they immediately began using the domain names to publish content denouncing the plaintiff. This shows that some among the defendants have a pathological obsession with undermining the life of the plaintiff, his career, his family life, his relationships with friends and neighbors are all attacked by this blanket defamation. Defendants are seeking to vilify the plaintiff and raise a mob against him.

458.    Publicly naming people, violating the privacy of their families and spreading rumors about them appears to be a key part of the defendants' strategy. Defendant WIPO is effectively making the name of WIPO available to these attackers for a small price and with no adverse consequences. The legal panels are not juries, they are lawyers who have a sympathy for the writings of other lawyers. In this case, the manner in which defendant Blackmer has copied accusations verbatim into the denunciation while not using any equivalent material from the plaintiff contributes to the perception that defendant Blackmer has been more than sympathetic and actually become complicit with the Google racket behind the defendant SPI.

459.    In all the UDRP cases, not one legal panel has found the plaintiff responsible for defamation. The legal panels have classified the plaintiff's writing as "critical commentary", which is similar to the term "inconvenient truth" popularized by former Vice President Al Gore.

460.    The defendants using the UDRP denunciation process have never tried to convene a civil defamation trial to discuss the plaintiff's publications in front of a jury. The defendants are well aware that judges and juries may find at least some of the critical commentary was truthful and

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

in the public interest and publicly confirm that to be so. The defendants are aware that a public trial by jury would create more public debate about people doing unpaid work for Google, the ethical questions on censored web sites and the *Debian suicide cluster*. Therefore, the defendants prefer to slink around in the FSFE Legal Network mailing list, the LLW, the UDRP and secretive Swiss tribunals where there is no trial and no jury. They use these pseudo-legal tricks and their Code of Conduct gobbledygook to take pot shots at victims like the plaintiff who has strong rights to protection under the combined umbrella of the Debian Social Contract and the first amendment.

461.    The combined effect of these libellous pot shots taken at the plaintiff through different procedures and gobbledygook amounts to more than libel, the combined effect of this is the Intentional Infliction of Emotional Distress.

462.    In their own communications, they indicate they are obsessed with controlling the behavior of people who are not actually employees of the defendants. Forcing the co-authors to behave like an employee/servant, whether it is with the menace of violence, the menace of public humiliation, the menace of lawyerism is modern slavery. Remember the defendant Enrico Zini asking leadership candidates to name five people they would like to expel. This is typical of the threat hanging over the heads of the voluntary co-authors.

## Deliberate dishonesty and libel during the European elections

463.    During May 2024, the plaintiff was contesting the European elections as an independent candidate. A number of candidates suffered acts of violence during the campaign, demonstrating the additional risks faced by those who engage in public life. The plaintiff observed that people exposed to the gossip experiments on social media and in search results would sometimes, without any valid reason or provocation, become aggressive or apprehensive. This, in turn, left the plaintiff feeling apprehensive about his own safety.

464.    Social media and the defendant Google prompted people to ask irrelevant questions about harassment rumors, without realizing that this violates the privacy of family members. This distraction from rumors and libel undermined the effort to focus on real issues in people's lives.

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
                               *v.*                                   Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                           ***COMPLAINT***
*their overlords at Google et al.*

465.    On 6 June 2024, defendant Jean-Pierre Giraud placed the invalidated Swiss civil
procedure on the Debian.org web site without explaining that it had been invalidated and
retracted by the judge.   Jean-Pierre Giraud and the defendants Debian Project & SPI are trying
to pass off the invalidated and retracted judgment as if it was fact.

466.    Not only does defendant Giraud, defendant Norwood and defendant SPI try to pass off
the invalidated judgment in bad faith, they go on to elaborate with statements asserting the
plaintiff "has failed to comply with any of the court's orders" while they fully know that the
Swiss judge retracted the order.

467.    The real facts are summarized in documents such as the death certificate of the plaintiff's
father.  That makes it clear the defendant resigned from Google unpaid mentoring activities at a
time of grief.  Attempting to usurp that significant personal loss with the superstitions of
chronically racist Swiss hillbilly lawyers is the real tort.

468.    The defendants knew that the procedure was invalidated by the corruption around
regulation of the illegal legal protection scheme.  They knew that the judge's order was
invalidated by the IPI.  They new that the judge retracted it too.  When the defendants knew
these things and published the document anyway, it is akin to knowing they received a fake fifty
dollar bill and deliberately tried to spend it in a local shop.

469.    The timing of their fraudulent, bad faith publication on 6 June 2024 was a few hours
before the media news moratorium for the European elections.  Had any media outlet reported
on the retracted judgment as if it was fact, there is a strong chance that the plaintiff would not
have been able to have the reporting corrected or issue a reply before the moratorium took
effect at 14:00 that same day.

470.    The plaintiff didn't get a lot of votes in the election and feels that the distorted, libellous
material presented in social control media and defendant Google's search results had
undermined his participation in public life and the voting results are evidence of the negative
impact of libel.

*Daniel Pocock*, Debian Developer (Pro Se)                                    **US District Court**
                                    *v.*                                    Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                                    ***COMPLAINT***
*their overlords at Google et al.*

## GNOME Foundation libels Sonny Piers, everybody suffers emotional distress together

471.    On 8 July 2024 the GNOME Foundation published a message publicly denouncing a former board member Sonny Piers. Sonny published a blog post explaining he had been removed without any reason, without any due process, based on some secret trial.

472.    In other words, Sonny Piers was a victim of the gangstering predicted by the plaintiff in his Open Letter to the ACM. It is a good time to read the open letter again and see how it compares to the facts about the vendetta against Sonny Piers.

473.    The defamatory announcement published by GNOME Foundation mentioned the Code of Conduct gobbledygook. Remember, one of the people on the GNOME Code of Conduct committee is the former waitress from Albania who did the Otter Tech witchcraft course. Therefore, the reports of a Code of Conduct complaint can never be taken too seriously in these groups.

474.    Think about the previous point carefully. Sonny Piers has done two decades of voluntary authorship. The former waitress is not an author at all. She has no competence in copyright law and she has no competence as a software engineer. Yet the sponsors are happy for that woman to sit in judgment over somebody like Sonny and take away his reputation and his career.

475.    The public shaming of Sonny Piers was stressful for all members of the community. The forum thread shows that 18,500 people viewed the defamation. This had a triggering effect for other bullying vicitms, including the plaintiff. The GNOME Foundation board includes Erik Albers from the FSFE, this is the same German who had punished a volunteer in January 2018 because the volunteer questioned funding from Google. The presence of Albers in the GNOME scandal emphasizes the incestuous nature of these groups. The verdicts they pronounce about people don't arise out of any independent and objective inquiry, these defamatory verdicts and judgments are born out of conspiracies, rumors and pillow talk.

476.    The triggering impact of the Sonny Piers humiliation amounts to a tort of Intentional Infliction of Emotional Distress (IIED). It has to be emphasized that the bullyboys at the top of these scandals do these punishments publicly because they want the other volunteers to be kept

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

on their toes.  Therefore, anybody who witnesses the humiliation is stressed and the tort of IIED is proven beyond reasonable doubt.

477.    At the peak of the GNOME crisis on 12 July 2024, Peter De Schrijver (p2), a Debian co-author, passed away in a hospital in Helsinki, Finland.  This death happened at the peak of the Sonny Piers crisis when, once again, a lot of co-authors were feeling incredibly shocked, undervalued and disposable.  Sonny appears had spent close to 20 years collaborating as an unpaid volunteer, it is hard to explain how everybody else feels when he is forced into a disappearance, it is like he had been murdered in broad daylight.  It is not clear if Peter's death is related to the Sonny Piers crisis or if it was pure coincidence. Finland doesn't have a public coroner process and no report is currently available.

## EFF, home of Blue Ribbon Campaign for free speech online, censors plaintiff's message in their Let's Encrypt forum

478.    Later in 2024, the plaintiff created a thread in the EFF Discourse Forum about his relationship with former EFF Chief Computer Scientist Peter Eckersley, the steps he had taken to restore Dr Eckersley's web site after Dr Eckersley's death and the vast amounts of money the defendant SPI had spent on legal fees attacking the plaintiff and his family.  Eckersley's web site has been restored at *https://pde.is*

479.    Dr Eckersley and the plaintiff have known each other since their undergraduate studies at the University of Melbourne in the 1990s.

480.    Dr Eckersley had used his web site to publish comments about Google, the US military and Artificial Intelligence.  At the time of his death, many people in the industry spoke up for his achievements and contributed to a high-profile crowdfunding campaign to preserve Dr Eckersley's brain.  Yet nobody except the plaintiff made any effort to preserve Dr Eckersley's writing.  Why?

481.    Mr Jacob Hoffman-Andrews is a former employee of Twitter and a former employee of defendant Google, now employed at non-profit defendant EFF.  Defendant Google, the former employer of defendant Hoffman-Andrews, was discussed at length in Dr Eckersley's web site.

*Daniel Pocock, Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

482.        On 5 September 2024 defendant Jacob Hoffman-Andrews censored the thread in the EFF Discourse forum.  This was disturbing for the plaintiff because, Dr Eckersley is deceased and they had known each other throughout their entire careers, more than 25 years.  The censorship was disturbing for the plaintiff because the EFF is associated with the Blue Ribbon Campaign against Internet Censorship.  Many software developers have contributed significant time and intellectual property without payment in the belief they have been working for this common cause.  The plaintiff has examined the cases of volunteers who died, including cases of suicide.  One of the first Debian Developers to die, Joel "Espy" Klecker, had prominently supported the Blue Ribbon Campaign on his web site.  Frans Pop, the Debian Day volunteer suicide victim, had resigned once before and then returned to Debianism citing the philosophical appeal.  The disrespect for people like Mr Klecker and Mr Pop by those who renegged on the EFF's values is disturbing for those like the plaintiff who have been equally generous in sharing their time, their skill and their intellectual property.

483.        The EFF is violating the plaintiff's first amendment rights while claiming to be a champion of the first amendment.

484.        The censored post to the EFF forum emphasized the sum of approximately $120,000 the defendants SPI and Debian Project spent on legal fees after the plaintiff's father died to obfuscate the fact of this tragedy and paper over it with their gobbledygook about how joint authors should demonstrate submissive employee-like behavior when defendant Google is around.

485.        Discussion about this money is particularly relevant because the defendant SPI has never accounted fully for revenue related to the Debian intellectual property.  Joint authors have been asked to leave their spouses at home and share rooms at the annual DebConf.  The joint authors are asked to volunteer their time to sell t-shirts and other merchandise at conferences.  When the developers attended DebConf23 in India, they were asked to contribute their own money towards a kayak activity on the day trip.  Abraham Raji, who had designed the logo and done substantial unpaid work organizing the conference, was left alone to swim when the other joint authors paid the kayak fee.  Raji was sucked into a drain and drowned.  The DebConf continued without him.  The fee paid for one hour with a Swiss lawyerist could have paid for all the participants in the kayak trip and Abraham Raji would still be alive.

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                                    *v.*                          Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                          ***COMPLAINT***
*their overlords at Google et al.*

486.     Therefore, there is a compelling public interest in discussing where the money comes from and how it is directed, especially in a group that makes such loud statements about freedom and transparency.

Techrights authors claim harassment by Debian co-author Matthew J . Garrett

487.     6 September 2024 Techrights publishes the article "Why We Are Suing Matthew J. Garrett for Harassment and Why It's Important to Everybody in the Community". Matthew J. Garrett is one of the co-authors of the defendant Debian. Dr Roy Schestowitz and his wife have had to make multiple civil and criminal complaints about certain people.

## GNOME removes American staff with public notice, secretly adds Albanian staff

488.     October 2024, the GNOME Foundation publicly states that two American employees, Caroline Henriksen (Creative Director) and Melissa Wu (Director of Community Development) were made redundant due to a budget shortfall. A few weeks prior to this they had added the Albanian woman to the staff list but they did not make any public comment about her. They only made a public comment about the American women who were removed.

## Defendant Google giving prominent positions to libel about plaintiff, formerly an unpaid volunteer for Google's own Summer of Code program

489.     As a consequence of these vigilantee packs attacking the plaintiff, the defendant Google displays the libel and privacy violations prominently in search results. Facts about the plaintiff's professional achievements, the fact he resigned from Google's own unpaid mentoring program at a time of grief and any attempts to post any right of reply are routinely censored from mailing lists, social media and missing from Google's own search results.

490.     During the Irish General Election in November 2024, Google search results showed a result from the June 2024 European Elections with the heading "ELIMINATED", giving the casual reader the impression that Mr Pocock was eliminated from the November general election, despite the fact no general election candidates had been eliminated.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

491.    The plaintiff observed problems during the general election campaign similar to the European campaign.  People exposed to social media and the defendant Google would behave in ways that were inconsistent with the actions and efforts of the plaintiff, sometimes involving aggression or apprehensive behavior on the part of people who never met the plaintiff before.

492.    The voting results in the general election were also dismal, once again, the plaintiff feels this can be attributed to the impact of libel.

## Zizian news reports prompt flashbacks for Debian victims and witnesses

493.    When the Zizian deaths were reported, the plaintiff recalled the violence against Ted Walther at DebConf6, vandalism at the home of Dr Jacob Appelbaum, the Molly de Blanc "push others" speech, the stalking from Ariadne Conill and felt further apprehension about the way the Debian "Anti-Harassment" Team seeks to vilify independent professionals who ask ethical questions.

494.    Martina Ferrari of the Debian "Anti-Harassment" Team, Rhonda D'Vine of the Debian mailing list censors and Ariadne Conill of Alpine Linux are transgender while Enrico Zini of the Debian Account Managers team publicly spoke about being bisexual.  There are romantic and physical relationships linking these different teams within the organization.  When these groups collaborate to bring somebody down, they are not objective in any way.  Instead of due process, they use pillow talk.

495.    The plaintiff feels there are strong similarities in the way a subculture of queer people have used their free time to take over gatekeeper roles in voluntary groups and use those gatekeeper roles to participate in these vendettas based on their persecution complex.  Up to now, other professionals have been afraid to challenge the blatant and unethical conflicts-of-interest because of the mantras about diversity.

496.    The plaintiff and other victims feel great apprehension, based on what happened to Dr Appelbaum's home, based on the drawings of civil disorder, based on the way the Zizian group behaved, that if these vigilantee tendencies are not constrained then they will again manifest themselves in physical acts of vandalism or violence.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

497.        On 9 January 2025 the plaintiff contacted the investigations team at WIPO, raising concern about the UDRP procedure from 2024 and the LLW event that took place at the same time as the UDRP procedure.  The WIPO investigations unit decided to remove the plaintiff's name from their web site.  It appears that the defendants have seen the UDRP as a low-cost opportunity to shame unpaid volunteers by publishing their names and defamation about them.

498.        Relationship between the defendant Google and the other defendants: Google donations and Google's employees are interacting with all the other corporate defendants.  The other defendants are all much smaller than Google.  Some of the written evidence in emails suggests the smaller organizations received pressure from Google and made decisions based on influence from Google.

499.        On 8 February 2025, Maximilian Snyder from Zizian used the phone in his jail to transmit a statement, reminding me of the way Debian makes statements about people.  Snyder / Zizian assert through the statement "You need to have a crisis of faith about whether animals are people.  It is critical to saving the world."  When I read that, I felt that Zizian wants to replace the laws of man with the law of the jungle, which is on par with the defendants trying to impose their Code of Conduct gobbledygook on everybody they come into contact with.  This smells like another case of Intentional Infliction of Emotional Distress.

## GNOME closing bug reports without investigation

500.        On 21 April 2025 Jeremy Bícha from Canonical Ltd / Ubuntu went and unilaterally closed five of my bug reports about the GNOME desktop.  This is disrespectful of the time I put into investigating the original issues and writing the bug reports for them.  The Debian Social Contract (DSC), point 3 states "We won't hide problems" and the full text of the DSC emphasizes the importance of the bug reports.  Closing bug reports over aggressively obfuscates the issues raised, it creates the impression that the overall number of bugs is lower than it really is and it reduces the motivation of people who spend time testing the software and writing high quality bug reports.  The sudden manner in which Bícha did this is unprofessional.  It may not amount to a tort in its own right but combined with the other incidents in this complaint, it fits in the pattern of events under the umbrella Intentional Infliction of Emotional Distress.

<u>*Daniel Pocock*</u>, *Debian Developer (Pro Se)*                    **US District Court**
*v.*                                        Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                          ***COMPLAINT***
*their overlords at Google et al.*

## Other observations about impact of defendant's harassment of the plaintiff

501.        Ever since the campaign of harassment against the plaintiff, there have been strange incidents with a range of people, both in a social and professional context, including neighbors, friends, subcontractors, clients.

502.        By way of example, a neighbor came and started shouting over the fence on a Sunday. It took five minutes for the neighbor to reveal the real reason he was angry was the libellous rumors on the Debian web site. He had been totally sucked in by it and lost countless hours reading it, without realizing the simple fact that the plaintiff had resigned from Google's unpaid mentoring at a time of grief. Both the neighbor and the plaintiff lost time and energy for no real reason.

503.        Anecdotally, some people have expressed fear that if they talk to the plaintiff, they will be denounced or suffer some adverse consequences too. This is a contagious form of blackmail that exists within cult-like groups. Similar things happen in Scientology, people are told that if they can't recruit their mother they have to stop talking or "disconnect" their mother.

504.        Debian and Open source software started off in the spirit of collaboration analogous to the academic community.

505.        Sadly, some parts of the open source software ecosystem have descended into a racket.

<u>*Daniel Pocock*</u>, *Debian Developer (Pro Se)*
                                 *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

---

Tombstones of Joel "Espy" Klecker and Adrian von Bidder.

The Debian logo is etched into their tombstones for eternity.  The Debian values of transparency and freedom, inspired by the first amendment, have been eroded dramatically in such a short space of time.



*Daniel Pocock, Debian Developer (Pro Se)*
                                *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

## INJURIES

The defendants Debian Project, Paul Tagliamonte and Hideki Yamane have appointed themselves as doctors and written a diagnosis of psychological injury, or is it just more libel?  Nonetheless, if the defendants are so confident in their ability to practice medicine that they distribute these messages to millions of people who access the Debian web site every day then we can accept it as useful for the purposes of determining liability and calculating damages.  If the defendants insist they have injured the plaintiff, if they insist that he does not have the work capacity to do the duties he performed before the death of his father then their admissions, which they have made without any duress, could be more relevant than any other medical evidence.

> *Subject: Re: Open Letter to Debian election candidates about Debian vendettas*
> *Date: Sun, 20 Mar 2022 21:00:02 +0900*
> *From: Hideki Yamane <henrich@iijmio-mail.jp>*
> *To: Daniel Pocock <daniel@pocock.pro>*
> *CC: debian-devel@lists.debian.org*
>
> *Hi,*
>
> *First, if there's a culture problem in the project or not, sending messages*
> *to people they do not want to receive is not good. Of course you have your*
> *opinion, but your such behavior is not acceptable at any communities including*
> *outside of Debian. Please stop it.*
>
> *Before talking, you should get counseling for a while since it seems that*
> *you have some cognitive troubles now. You'd be better to hear about your*
> *opinion and current your mind status from professional 3rd parties, not Debian.*
> *(If they say you're very healthy and good, then that's good. Don't you think so?)*
>
> *Without that, we cannot make a constructive conversation.*
> *As I said in my platform, "Be calm, stay cool, stay safe" - Hope you stay "cool"*
> *a bit with help from professionals, and you would to be able to a "contributor"*
> *to floss again.*
>
>
> *Life is short - to waste our time for fighting. Let's make more values for users.*

_Daniel Pocock_, *Debian Developer (Pro Se)*                                    **US District Court**
                              *v.*                              Southern District of New York
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*                              ***COMPLAINT***
*their overlords at Google et al.*

---

--
*Hideki Yamane <henrich@iijmio-mail.jp>*

Christmas 2019, Paul Tagliamonte spreads a diagnosis or just another libel?  The defendants are
insisting the plaintiff has suffered a psychological injury.


*Subject: Re: Merry Christmas more debian private leaks*
*Date: Tue, 24 Dec 2019 16:02:43 -0500*
*From: Paul R. Tagliamonte <paultag@gmail.com>*
*To: debian-project@lists.debian.org*
*CC: debian-project@lists.debian.org*


*Has anyone who's friends with pocock encouraged him to get help?*

*Very sad and disturbed by all of his behavior. I very much hope he gets the help he needs*
*and gets well soon.*

*Paul*

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

# IV. RELIEF

Special Damages, Presumed Damages, Actual Damages in relation to lost income from the time the vendettas started on 20 September 2018 up to anticipated retirement date, lost value of business share capital.

Special Damages, Presumed Damages, Actual Damages in relation to work performed and intellectual property contributed and created together since 1997.

Punitive damages, based on the extent to which the persistent violation of privacy over such an extended period of time impacts professional and private life, the intrusion at a time of grief, the motives of the organizations violating agreements and avoiding payment for work and weighted based on the relative size of the organizations responsible.

Declaration that the Debian, Ubuntu and GNOME "Codes of Conduct", in their current form and in the way they are applied, amount to bad faith, vigilantism and especially "gobbledygook", the word chosen by District Judge Royce Lamberth when sentencing a proponent of the Sovereign Citizen philosophy.

Order that "interpreting the Code of Conduct", an expression that comes up frequently in these bun fights, is simply code for practicing law without a license and must cease immediately.

Order the defendant Google to cease referring to the plaintiff as a "politician" and to give appropriate weight to his professional credentials as a software engineer and co-author of Debian GNU/Linux.

Order the defendant Google and other monopolistic enterprises to cease censoring, graylisting or down-ranking links to the plaintiff's web site, his business and related web sites, especially where his publishing contains first amendment protected speech about ethical issues in Google's own supply chain.

Declaration that the plaintiff and the defendants are joint authors of the copyrighted software Debian GNU/Linux.

Declaration that all joint authors have a legitimate interest in registering domain names to publish information about their contributions to the joint work.

Declaration that previous rumors about harassment, abuse and behavior were a gross violation of privacy and a libel.

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                        *v.*
*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*COMPLAINT*

Order Defendant Debian Project, using all the communication channels that were used to denounce the plaintiff, to send an acknowledgment that these rumors were offensive, together with a public apology and a retraction.

Order Defendant Debian Project to "rebase" the Debian keyring repository and Debian Planet repository to remove offensive modifications that incited discrimination and vilification of the plaintiff and other victims.

Order Defendant WIPO to remove their documentation about the UDRP case from their web site and replace it with a statement to the effect that it contained libel and it has been removed by order of a court.

Declaration that joint authors can not be retrospectively expected to comply with agreements such as the flawed Code of Conduct, in other words, the Code of Conduct is not binding upon any joint author who did not affirm support for the general resolution.

Order defendant Gandi to reimburse the plaintiff for domain registration fees for the period the domain names have been lost to him.

Order Defendants Gandi, SPI and Debian Project to effect the transfer of the domain names to the plaintiff

Order the equal division of funds between joint authors, including restitution of expenditures that have already been made without consent.

Order The FSFE to remove defamation from meeting minutes and mailing list archives.

Order FOSDEM to remove defamation from the web site, videos and mailing list archives.

In consideration of the manner in which FOSDEM allowed another speaker to insult the plaintiff, order FOSDEM conference organizers to invite the plaintiff as a keynote speaker for the next edition of FOSDEM, in a similar time slot, venue and format as the other keynote speakers

Order all groups that use Code of Conduct gaslighting to cease using these words and narratives that cherry-pick words from a real Code of Ethics for the purpose of shaming political targets.

Defendant Google to pay any and all court costs and legal costs of the plaintiff.
Order all groups that called for discrimination or vilification of the plaintiff or any other party to publicly withdraw those statements, admit that they were wrong and disrespectful to the plaintiff's

_Daniel Pocock_, _Debian Developer (Pro Se)_                                         **US District Court**
                                  _v._                                        Southern District of New York
_Software in the Public Interest, Inc, Debian Zizians,_
_Electronic Frontier Foundation, Inc,_                                             ***COMPLAINT***
_their overlords at Google et al._

family and ask for all participants, including the plaintiff, to be treated with mutual respect going
forward.

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian Zizians,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***COMPLAINT***

# V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

3 May 2025

Daniel Pocock, Debian Developer

16192 Coastal Highway
Lewes DE 19958

Phone: +1 302 319 4514          daniel@pocock.pro

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:     YES