# United States District Court
## Southern District of New York

|  |  |  |  |
|---|---|---|---|
| | Daniel Pocock | APPLICATION FOR EXTENSION OF TIME TO REPLEAD | |
| v. | | | |
| | Software in the Public Interest, Inc, et al. | Case: | 1:25-cv-03883-LTS |

Application is hereby made for a Clerk's Order extending time within which the plaintiff may replead subsequent to the judge's order of 20 August 2025.

No previous extension has been obtained.

The judge's order was received on 21 August 2025.

Time to replead expires on 20 September 2025.

The extension is requested for a further 60 days up to 19 November 2025.

Sincerely,

*[signature: Daniel Pocock]*

Daniel POCOCK