# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

Daniel Pocock, Debian Developer
    a *joint author* of Debian GNU/Linux

*Pro Se*

        - against -

1:25-CV-03883-UA  / 6 May 2025

**COMPLAINT - AMENDED**

Software in the Public Interest, Inc    (SPI)
Donald Norwood
Debian Project (unincorporated association)
Ariadne Conill
Electronic Frontier Foundation, Inc        (EFF)
Free Software Foundation Europe e.V.    (FSFE is not the FSF)
FOSDEM vzw
GNOME Foundation
Gandi SAS
Alphabet, Inc (Google)
World Intellectual Property Organization   (WIPO)
Canonical Group Ltd (Ubuntu)
W. Scott Blackmer
Joerg Jaspert
Jonathan Wiltshire
Enrico Zini
Chris Lamb
Sam Hartman
Jonathan Carter
Andreas Tille
Jean-Pierre Giraud
Wouter Verhelst
Kurt Roeckx
Luke Faraone
Jacob Hoffman-Andrews
Paul Tagliamonte

**JURY TRIAL DEMANDED**

_Daniel Pocock_, _Debian Developer (Pro Se)_
                                            v.
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_
_their overlords at Google et al._

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

https://community.letsencrypt.org/t/peter-eckersleys-blog-is-back/225042/1     Let's Encrypt = EFF !!!





*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

# Table of Contents

I. BASIS FOR JURISDICTION.................................................................................9
    I. (A) Federal constitutional and statutory rights..............................................9
    I. (B) Diversity of Citizenship............................................................................10
    I. (C) Venue........................................................................................................12
II. PARTIES...........................................................................................................13
    II. (A) Plaintiff Information................................................................................13
    II. (B) Defendant Information............................................................................14
III. STATEMENT OF CLAIM................................................................................18
    CASE REVISION HISTORY / CHANGELOG................................................19
    CHRONOLOGICAL HISTORY OF THE FACTS............................................21
        Areas of law............................................................................................22
        Pre-Debian.............................................................................................23
        Debian founding, obfuscation strategy at SPI, original agreements between joint authors...........30
        The Shaya Potter affair.........................................................................37
        Student union representation.................................................................38
        Enron encouraged us to Ask Why?........................................................38
        Edward John M. Brocklesby (hacking, SSH2 package maintainer).................................38
        Resignation from student politics..........................................................39
        Joel "Espy" Klecker: unpaid terminally ill teenager, fake news reports begin................40
        Chris Rutter, long working hours before stepping in front of a car.................................41
        Mr Pocock's prior exposure to occupational health & safety challenges........................41
        Founding of Canonical (Ubuntu), some volunteers don't get paid, some do................................41
        Debian as a political party and influence over elections and democracy........................42
        Fatal road accident after 7-day week, overnight drive: Manuel Estrada Sainz and Andres Garcia ................................................................................................... 42
        Unexplained fall from height: Jens Schmalzing............................................................42
        Sweatshop unpaid work weekend in TU Darmstadt, Germany.....................................43
        ................................................................................................... 43
        The promise of recognition, and nothing else, for labor and intellectual property.......................43
        US military: experts make tactical withdrawal from Debian mailing lists before suicide cluster takes off...........................................................................................................43
        Debianists understood risk from Google for volunteers and project integrity.............................44
        Violent expulsion, DebConf fight, Ted Walther.........................................................44
        Sven Luther resigns, others follow.............................................................................44
        State of fear is documented......................................................................................46
        Fr Paul Pavlou reported to police.............................................................................47
        Uniforms: the Debian tartans (kilts) are created for DebConf7, Edinburgh...................47
        Future suicide victim comeback reveals beliefs of victims.........................................48

*Daniel Pocock*, Debian Developer (Pro Se)

**US District Court**
Southern District of New York

v.

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

Fatal road accident (unconfirmed) after Christmas Day working, Thiemo Seufer........................49
FSFE founder reveals tactics used to recruit unpaid workers and donors to FSF copycat.............49
Punishments can be made arbitrarily for political reasons.................................................50
Fooled about economics of open source, fake communities: Richard Rothwell confirmed suicide in UK......................................................................................................................50
Word "slave" resonates with future suicide victim.........................................................51
Fr Barry Robinson assigned to Easter mass at Healesville..................................................51
Dissatisfaction with communications platforms, countdown to suicide.......................................52
Suicide note sent as resignation email night before Debian Day project anniversary....................53
Oracle employee sent back to voluntary work, becomes homeless, vanishes...................................54
Creation of "Anti-harassment team" to stifle alternative ideas and shield leader form accountability.......................................................................................55
Mystery death in Switzerland on Carla and Daniel's wedding day..............................................55
Scapegoating of foreign workers, Mr Pocock, in Switzerland, DebConf venue change pressure. 57
"Everyone is welcome" in Diversity statement, but secret list of dissidents censored...................58
Maintaining silence by force.................................................................................59
Legal harassment and suicide of Aaron Swartz................................................................59
Slavery, two-tier system emerges, Daniel Baumann (Switzerland) secret demotion as blackmail 60
Pregnant developer ousts rival from Kde team then uses his name for baby.................................60
Mr Pocock begins unpaid work for Google Summer of Code.....................................................61
Employees in tech companies have second loyalty to Debian, social engineering attempted against OVH........................................................................................................61
Archdiocese of Melbourne publishes list of known paedophiles..............................................63
Libel motives and tactics documented by Russ Allbery, mystery death of Ray Dassen during expulsion debate...........................................................................................64
Resignation from Australian Labor Party (ALP) leaked to Crikey..............................................65
Faking non-profit creds, huge profit banked in Switzerland after volunteers travel there to wash dishes......................................................................................................66
Gobbledygook: Code of Conduct gaslighting, practicing law without a license, Linus Torvalds banned, purge gathers pace.................................................................................66
Clytie Siddall death, Holger Levsen's musings about suicide................................................69
Fake scarcity: spouses selectively banned from DebConf.....................................................70
Suicide of founder, Ian Murdock RIP.........................................................................71
Mr Pocock questioned written obligations on Google Summer of Code working hours, projects becoming jobs, mentors becoming unpaid line managers.........................................72
Open Source Conference Albania 2016, women outnumber men...................................................72
Violence, vandalism & Debian libel at Dr Appelbaum's home in Berlin. Presumption of innocence trashed............................................................................................73
Elias Diem, FSFE death not verified in Switzerland, membership rort discovered.........................77
Interns, relationships, but not Mr Pocock..................................................................77

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

Fellowship elects Daniel Pocock...........................................................................78
Harassment judgment in Switzerland, Carla, Daniel and black cats were victims.........................78
FSFE impersonating FSF and €150,000 bequest questioned, Legal Network as counter-community.........................................................................................................79
Mr Pocock documents Albanian scandal, harassment victims ask for his support.......................80
FSFE considers loaning volunteers in exchange for secret payment..............................................81
Red tape & Debian: Arjen Kamphuis asked Mr Pocock for protection.........................................82
Protected whistleblower complaint from Mr Pocock to Mozilla Foundation about underage victims..........................................................................................................83
CCC: Google-funded FSFE staff punish Google critic, Mr Pocock, as elected representative, vilified for defending the victim.......................................................................84
Mr Pocock signals lower availability for unpaid work in 2018 due to family issues.....................84
FSFE "Join" button questioned by Mr Pocock as fellows never registered on real membershp roll ........................................................................................................85
Keith Raniere arrested, NXIVM cult phenomena, cage, becomes public knowledge...................85
Mr Pocock selects outspoken female schoolteacher as intern, Lilie James death predicted..........91
Coercive control: Mr Pocock questioned Google's influence on budgets.......................................92
Mr Pocock's intern grievance: but against another man, never against Mr Pocock.......................93
Mr Pocock wraps up Albanian investigation, female whistleblowers thanked Mr Pocock...........93
FSFE censorship clause in new comms policy.................................................................................97
Albania: OSCAL conference 2018...................................................................................................100
Germans canceled elections again, proves Google afraid of Mr Pocock's questions...................100
Google Summer of Code mentor / intern grievances, Mr Pocock was mediator, not culprit.......104
Mr Pocock's resignation misrepresented as part of blackmail tactics evolve...............................106
Cyberbullying, Cardinal Pell gossip erupts at Christmas, civil rights trampled on......................114
US Bill of Rights, Debian Social Contract burnt in New Year's Eve bonfire...............................118
FOSDEM: from NXIVM cage to Cat behind bars, female speaker trafficked to criminal speech jurisdiction.........................................................................................................121
Ubisoft, Mozilla & Debian linked...................................................................................................122
Cardinal George Pell enters prison, death of Mr Pocock's father, victims forced to make confession under duress.......................................................................................123
Post-censorship: Google $300,000 semi-disclosed, Albanian distanced but not banned.............123
Leaking intern's mental health status: Google Summer of Code mentors list...............................124
Female interns offered trip to Brazil, asked to denounce Mr Pocock...........................................128
Debian.community domain name was only registered long after rumours began.........................129
Transgender activists stalking Mr Pocock and his family, Zizian mentality..................................129
Public vilification of Mr Pocock's family continues after death of father....................................130
Conspiracy against Dr Jacob Appelbaum, deception of the media exposed by Mr Pocock.........131
Redox OS, death of 18 year old volunteer, reports of cyberbullying............................................132
SNES emulator specialist suicide....................................................................................................132

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

Berlin police decline to use criminal defamation law against Nazi comparisons for FSFE canceled elections..................................................................................................................133
Petition used as vigilantism against Dr Richard Stallman............................................................133
Mr Pocock punished for starting ethics-oriented business during pandemic and visiting Australian war graves in Courgent, France...................................................................................................134
Debianists ignore harassment judgment and start UDRP copy-cat censorship/shaming case, Google rewards them with more money....................................................................................136
Mr Pocock acquires Debian-related names to promote his joint authorship status independently ..................................................................................................................................................138
British coroner warns about repetitive exposure to negative content from Internet.....................139
Promoting technical integrity while mocking general notions of integrity...................................140
Mr Pocock gave witness statement to Carabinieri on day Cardinal Pell died in Rome...............141
Debianists use Swiss civil procedure to violate privacy of Mr Pocock's family, Mr Pocock exposes illegal legal fees insurance cover-up known to Geneva bar association for years..........143
Abraham Raji (DebConf death, drowning) anticipated by Mr Pocock's research into negligent homicide................................................................................................................................149
Amandine "cryptie" Jambert reveals use of pseudonym, Conflict of Interest, resigns...............151
Nazis used administrative procedures to obfuscate identity of inconvenient authors of technical works..........................................................................................................................................152
Debianist Cyberbullies administrative procedure SLAPPs Mr Pocock, corruption and LLW in WIPO process.............................................................................................................................152
WIPO legal panel ignores Scientologie.org precedent, creates malicious denunciation with obvious bias against unrepresented private individual who publishes blogs about voluntary work ..................................................................................................................................................154
WIPO UDRP procedure could be improved to avoid malicious decisions being rendered in a single step.....................................................................................................................................157
Debianists' subsequent use of domain names reveals intention of procedure was for harassment and libel, denouncing Mr Pocock..............................................................................................159
Deliberate dishonesty and libel during the European elections....................................................160
GNOME Foundation libels Sonny Piers, everybody suffers emotional distress together............162
Dr Roy Schestowitz of Techrights sued in UK High Court for publishing US court documents about strangulation case.............................................................................................................164
DebConf24, forgetting Abraham Raji, Debian leader confesses swimming outside supervised hours.......................................................................................................................................164
EFF, home of Blue Ribbon Campaign for free speech online, censors Mr Pocock's message in their Let's Encrypt forum.............................................................................................................165
Techrights authors claim harassment by Debian co-author Matthew J . Garrett..........................167
GNOME removes American staff with public notice, secretly adds Albanian staff....................167
Google giving prominent positions to libel about Mr Pocock, formerly an unpaid volunteer for Google's own Summer of Code program...................................................................................167

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

Zizian news reports prompt flashbacks for Debian victims and witnesses...................................168
Presumption of innocence compromised by administrative procedures.....................................169
GNOME closing bug reports, sacking Executive Directors without investigation.....................170
Complaint filed in US federal court...............................................................................................171
Harassment convictions at Ubisoft, cult references........................................................................171
Phil Wyett, a new Debian victim steps up, GNOME and KDE follow suit................................171
Facebook's former regulatory chief, NIck Clegg, on bosses pretending to be victims...............172
GNOME and KDE purge continues................................................................................................172
Other observations about impact of cyberbullies' harassment of Mr Pocock and his family.......174
LEGAL CLAIMS BASED ON THE FACTS ABOVE......................................................................177
Inextricably intertwined disputes..................................................................................................177
Copyright.........................................................................................................................................177
Compilations and works of joint authorship..................................................................................178
Proving joint authorship under US law...........................................................................................178
WIPO panel's assertion that copyright attribution is optional.......................................................180
The promise of recognition.............................................................................................................180
Implying the existance of obligations that are not in any agreement............................................181
Entitlement to first amendment free speech - 42 U.S.C. § 1983...................................................182
Entitlement to first amendment free speech - influence of International bodies...........................184
Entitlement to first amendment free speech...................................................................................186
Methods used to undermine first amendment free speech.............................................................187
Enforcing contracts between collaborators, allusions to the first amendment and the claim against
the Electronic Frontier Foundation..................................................................................................189
Racketeering....................................................................................................................................196
Conspiracy.......................................................................................................................................196
Unauthorized and excessive credit card charges (Gandi SAS)......................................................198
WIPO UDRP appeal ignored, violation of arbitration contract terms............................................199
Defamation.......................................................................................................................................199
18 U.S. Code § 2261A - Stalking and Intentional Infliction of Emotional Distress (IIED).........201
Bad Faith..........................................................................................................................................202
Human trafficking and modern slavery...........................................................................................205
Antitrust behaviour (Google, Ubuntu, but also exercised through the non-profit front groups)..208
Summary of the legal claims...........................................................................................................210
INJURIES.............................................................................................................................................217
IV. RELIEF...........................................................................................................................................219
V. PLAINTIFF'S CERTIFICATION AND WARNINGS.....................................................................228
Exhibits.................................................................................................................................................229
Subject: Re: Comdemn or sympathize?..........................................................................................231
Subject: Re: Privacy of -private list ; missing even one bit of common sense and decency........233
Subject: Re: [VAC] Pillar Of Defense............................................................................................236

*Daniel Pocock, Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

Subject: [VAC] New Job, Chaos, Now -> Month or two?..........................................................240
Subject: Re: [VAC] New Job, Chaos, Now -> Month or two?..................................................242
Subject: Re: Usenix LISA 2015, Washington........................................................................243
Subject: Re: Jacob Appelbaum and harrassement....................................................................245
Subject: Re: Jacob Appelbaum and harrassement....................................................................246
Subject: Re: Jacob Appelbaum and harrassement....................................................................248
Subject: Re: Expulsion of Jacob Appelbaum <error>...............................................................251
Subject: Re: [off-topic] Rant & worry................................................................................256
Subject: Re: Censorship in Debian......................................................................................258
Subject: History doesn't repeat itself, but it often rhymes.........................................................259
Subject: Re: Banning Norbert Preining from planet.d.o...........................................................263
17 April 2011: Our wedding day, Adrian von Bidder-Senn's tombstone and death notice..........265

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

# I. BASIS FOR JURISDICTION

## I. (A) Federal constitutional and statutory rights

- copyright, in particular, works created by a process of joint authorship

- first amendment free speech rights
  - EFF claims to defend the *US Bill of Rights* while censoring discussion between developers on their *Let's Encrypt* Discourse forum
  - Debian Social Contract, "we will not hide problems" allusion to first amendment

- bad faith
  - using words like diversity, equity and inclusion (DEI), the promise that "*everyone is welcome*" to promote a culture that reeks of intolerance

- antitrust behaviour, collusion and anti-competitive practices

- racketeering

- conspiracy

- modern slavery and human trafficking

- Chapter 12, 231(a)(1) teaching techniques for civil disorder

- Code of Conduct *gobbledygook*, akin to the Sovereign Citizen *gobbledygook* that US federal court has called out in recent cases

- *"interpreting the Code of Conduct"*,
  - a.k.a. practicing law without a license, impersonating a federal judge, etc

*Daniel Pocock*, *Debian Developer (Pro Se)*                          **US District Court**
                              *v.*                              Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                          1:25-CV-03883-UA  / 19 September 2025

# I. (B) Diversity of Citizenship

The plaintiff Daniel Pocock is a citizen of Switzerland.

The defendant Software in the Public Interest, Inc (SPI) is incorporated in the State of New York.

The defendant Donald Norwood is an individual in the State of New York

The defendant Debian Project is an unincorporated association harbored by the defendant Software in the Public Interest, Inc which is in turn incorporated in the State of New York.

The defendant Ariadne Conill is an individual in the State of Washington

The defendant Electronic Frontier Foundation, Inc (EFF) is incorporated in the Commonwealth of Massachusetts and has its principle place of business in the State of California.

The defendant Free Software Foundation Europe e.V. (FSFE) is incorporated in Germany and pretending to be affiliated with the FSF in Boston but it is not the same people and they use the name FSFE in bad faith.

The defendant FOSDEM vzw is incorporated in Belgium.

The defendant GNOME Foundation is incorporated in the State of California.

The defendant Gandi SAS is incorporated in the French Republic

The defendant Alphabet, Inc (Google) is incorporated in the State of Delaware and has its principle place of business in the State of California.

The defendant World Intellectual Property Organization is a specialized agency of the United Nations, headquartered in Geneva, Switzerland.

The defendant Canonical Group Ltd (Ubuntu) is incorporated in the United Kingdom

The defendant W. Scott Blackmer is an individual in the State of Utah.

The defendant Joerg Jaspert is an individual in Germany

_Daniel Pocock_, Debian Developer (Pro Se)
v.
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_
_their overlords at Google et al._

**US District Court**
Southern District of New York

**_AMENDED COMPLAINT_**
1:25-CV-03883-UA  / 19 September 2025

The defendant Jonathan Wiltshire is an individual in the United Kingdom.

The defendant Enrico Zini is an individual in Italy

The defendant Chris Lamb is an individual in the United Kingdom

The defendant Sam Hartman is an individual in the Commonwealth of Massachusetts

The defendant Jonathan Carter is an individual in South Africa

The defendant Andreas Tille is an individual in Germany

The defendant Jean-Pierre Giraud is an individual in France

The defendant Wouter Verhelst is an individual in Belgium

The defendant Kurt Roeckx is an individual in Belgium

The defendant Luke Faraone is an individual in the State of California

The defendant Jacob Hoffman-Andrews is an individual in the State of California

The defendant Paul Tagliamonte is a former employee of the US Digital Service in the White House, Washington DC

_Daniel Pocock_, Debian Developer (Pro Se)
                    v.
_Software in the Public Interest, Inc, Debian & Zizianism,_
_Electronic Frontier Foundation, Inc,_
_their overlords at Google et al._

**US District Court**
Southern District of New York

**_AMENDED COMPLAINT_**
1:25-CV-03883-UA  / 19 September 2025

# I. (C) Venue

One of the oldest corporate defendants is Software in the Public Interest, Inc, incorporated in the State of New York

Defamatory spam messages are been sent by Donald Norwood of the "Debian Press Team" who is a resident of the State of New York

*Daniel Pocock*, *Debian Developer (Pro Se)*

**US District Court**
Southern District of New York

*v.*

*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

# II. PARTIES

## II. (A) Plaintiff Information

Daniel POCOCK                                    daniel@pocock.pro
c/o Software Freedom Institute LLC
16192 Coastal Highway
Lewes DE 19958
United States of America

*Daniel Pocock, Debian Developer (Pro Se)*                                    **US District Court**
                                    v.                          Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA / 19 September 2025

# II. (B) Defendant Information

**Software in the Public Interest, Inc** (SPI)
1632 1st Ave #20327
New York NY 10028
United States

**Donald Norwood**
c/o Software in the Public Interest, Inc (SPI)
1632 1st Ave #20327
New York NY 10028
United States

**Debian Project**
c/o Software in the Public Interest, Inc (SPI)
1632 1st Ave #20327
New York NY 10028
United States

**Ariadne Conill**
c/o Edera, Inc
450 Alaskan Way S
Suite 200
Seattle  WA  98104

**Electronic Frontier Foundation, Inc**  (EFF)
815 Eddy Street
San Francisco CA 94109
United States

**Free Software Foundation Europe e.V.** (FSFE *is not the FSF, it is impersonation*)
Schönhauser Allee 6/7
Stairway 2, 5. floor
10119 Berlin
Germany
**FOSDEM vzw**
Guldendelle 9
1930 Zaventem
Belgium

*Daniel Pocock, Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

**GNOME Foundation**
#117
21c Orinda Way
Orinda  CA  94563

**Gandi SAS**
63-65 boulevard Massena
Paris  75013
FRANCE

**Alphabet, Inc** (Google)
251 Little Falls Drive
City of Wilmington
County of New Castle  DE 19808
United States

**World Intellectual Property Organization**  (WIPO)
34, chemin des Colombettes
CH-1211 Geneva 20
Switzerland

**Canonical Group Ltd** (Ubuntu)
3 More London Riverside
London  SE1 2AQ
United Kingdom

**W. Scott Blackmer**
InfoLawGroup LLP
14466 S Edgemere Dr
Herriman  UT  84096
United States of America

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

**Joerg Jaspert**
c/o Software in the Public Interest, Inc (SPI)
1632 1st Ave #20327
New York NY 10028
United States

**Jonathan Wiltshire**
c/o Tiger Computing Ltd
Woodlands, Staunton,
Coleford, GL16 8NU
United Kingdom

**Enrico Zini**
c/o Software in the Public Interest, Inc (SPI)
1632 1st Ave #20327
New York NY 10028
United States

**Chris Lamb**
c/o Software in the Public Interest, Inc (SPI)
1632 1st Ave #20327
New York NY 10028
United States

**Sam Hartman**
c/o Hadron Industries
90 Airport Rd
Concord  NH  03301

**Jonathan Carter**
8 Leoville, Link Road                    c/o Software in the Public Interest, Inc
Bellville                                1632 1st Ave #20327
Republic of South Africa                 New York NY 10028
                                         United States

*Daniel Pocock, Debian Developer (Pro Se)*                    **US District Court**
                                      *v.*                Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                   ***AMENDED COMPLAINT***
*their overlords at Google et al.*           1:25-CV-03883-UA  / 19 September 2025

**Andreas Tille**
Gartenstraße 8                              c/o  Robert Koch Institut
D-38855 Wernigerode                         Burgstraße 37
Germany                                     D-38855 Wernigerode
                                            Germany


**Jean-Pierre Giraud**
1 rue El Alamein                            Ministère de la culture et de la communication
31500 Toulouse                              Inspection des patrimoines
France                                      France

**Wouter Verhelst**
c/o Linux Belgium
Oude Haachtsesteenweg 75A
1831 Diegem
Belgium

**Kurt Roeckx**, Debian Project Secretary
Mortelstraat 44
3150 Tildonk
Belgium

**Luke Faraone**
c/o Software in the Public Interest, Inc (SPI)
1632 1st Ave #20327
New York NY 10028
United States


**Jacob Hoffman-Andrews**
                                            c/o Electronic Frontier Foundation, Inc        (EFF)
                                            815 Eddy Street
                                            San Francisco CA 94109
                                            United States


**Paul Tagliamonte**
c/o Software in the Public Interest, Inc (SPI)
1632 1st Ave #20327
New York NY 10028
United States

*Daniel Pocock, Debian Developer (Pro Se)*                          **US District Court**
                              *v.*                          Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                  1:25-CV-03883-UA  / 19 September 2025

# III. STATEMENT OF CLAIM

Place(s) of occurrence (suspected, based on activities committed online): New York, San Francisco, Toulouse, South Africa, Utah, Geneva and others

Date(s) of occurrence: 3 May 2024 (World Press Freedom Day), 6 May 2024 (Holocaust Remembrance Day), 6 June 2024 (D-Day anniversary), 5 September 2024 and others

_Daniel Pocock_, _Debian Developer (Pro Se)_                          **US District Court**
_v._                                                    Southern District of New York
_Software in the Public Interest, Inc, Debian & Zizianism,_
_Electronic Frontier Foundation, Inc,_                          **AMENDED COMPLAINT**
_their overlords at Google et al._                          1:25-CV-03883-UA / 19 September 2025

# CASE REVISION HISTORY / CHANGELOG

1. 6 May 2025 - original claim filed in NY on eve of conclave, premonitions about sovereign citizen and zizian phenomena
2. 8 May 2025 - conclave elects Pope Leo, first ever US pope
3. 20 August 2025 - dismissal, leave to replead.  The judge kindly provided detailed reasoning.
4. 26 August 2025 - two police killed, another injured while visiting a sovereign citizen in plaintiff's home state of Victoria, Australia (Dezi Freeman)
5. 10 September 2025 - Charlie Kirk assassinated, public references to transgender woke/anti-woke conflict, as forecast in paragraph 496 of original complaint ("Zizian news reports...").
6. 19 September 2025 - the claim is resubmitted.  Chronological history expanded with additional points, references to original sources.  Fundamentally, the plaintiff demonstrates four generations of his family have been in proximity to the real abuse scandal and the vendettas of the social media set have caused undue distress with references to "abuse" and "bad faith" after the conviction of a senior Cardinal.  The plaintiff demonstrates that this is bigger than any single case of abuse, it is about parallels between cultures of abuse and "bad faith" in both the oldest and newest institutions.  The judge noted that some points concern victims other than the plaintiff: this is deliberate, the plaintiff is not pleading on behalf of other victims but he wishes to demonstrate the dispute did not arise from some mistake or inadequacy on the part of the plaintiff, the dispute arises because of the overall culture and the habitual manner in which overlords are snubbing and censoring their co-authors.  A new section has been added, "Legal Claims Based on the Facts Above", drawing together the key points from the history under each area of law.  The plaintiff has added one additional defendant, Paul Tagliamonte, who sought reprisals against another American citizen, Dr Jacob Appelbaum, during the hours of Mr Tagliamonte's employment in the White House during the Obama administration.  The plaintiff understands the first amendment doesn't apply to private parties by default but examines how tax-payer subsidized s501(c)(3) private parties have been formed both to promote first amendment principles and whereby first amendment freedoms, akin to academic liberty, are promoted as a form of consideration for otherwise unpaid acts of joint authorship.  This promise of consideration may be viewed as a contract across jurisdictions and generations of developers and volunteers.  Academic freedom in employment contracts would be disputed in state court but when multiple jurisdictions and copyright law arise, it feels appropriate to raise these contractual themes in federal court.  The plaintiff has rewritten the section on reliefs requested, itemizing reliefs on a per-defendant basis, as requested by the judge's order.  The revised list of reliefs emphasizes some of the defendants only have minor roles in sub-plots of the dispute.  The plaintiff hopes some of the defendants, upon reviewing the reliefs requested, may identify expedient opportunities to avoid litigation.  The plaintiff notes the court declined to consider state law claims and kindly requests an opportunity to replead these claims anyway after the court has reviewed the repleading of federal law claims.  The assertion of joint authorship is a copyright dispute, copyright is federal law and in this case, instead of royalties, we are

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

considering the fact that joint authorship gives rise to "legitimate interest" in the WIPO UDRP. The assertion of joint authorship, federal law, is therefore equally significant with the claims concerning the first amendment.  <u>This was a best attempt within the 30 day time limit to replead and the plaintiff kindly requests a further extension of 30 days to continue elaborating the points under copyright and antitrust.</u>

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

# CHRONOLOGICAL HISTORY OF THE FACTS

***Trigger warning***

*This complaint contains references to the*
***Debian suicide cluster****,*
*and references to the*
***abuse*** *in the Google open source software supply chain.*

In short, just remember the *Pro Se* plaintiff in this case resigned from some voluntary tasks at a time of grief.  The plaintiff was an *unpaid* mentor for Google's Summer of Code and other people gained more benefits from this relationship than the plaintiff himself.  Google may be the world's largest company, the plaintiff had just started a new business funded out of his own pocket, in the middle of a pandemic too.  The leadership figures, now defendants, used their positions to try and manipulate and denounce the former mentor, somebody they had never remunerated anyway.  When he was no longer willing or available to work for free, they couldn't stand the thought of him getting paid for his work elsewhere.  They can't stand the thought of him getting his equal share of the recognition,  nothing more, nothing less, a simple thing that every joint author is entitled to.  As a consequence of that selfishness, and only as a consequence of that, all the skeletons have been let out of the closet, including a whole suicide cluster, with one of the casualties in Switzerland deceased the very day the plaintiff got married.  The phenomena leaves psychological scars on survivor's lives, just as NXIVM left scars on their victims.

The defendants engage in various shaming and social engineering tactics that are a cybersecurity risk for other volunteers, for the general public and for businesses who employ open source software developers.

---------------

_Daniel Pocock_, Debian Developer (Pro Se)

*v.*

*Software in the Public Interest, Inc, Debian & _Zizianism_,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

## Areas of law

Defamation – libel

Defamation – slander

Defamation Per Se

Trade Libel

Intentional Infliction of Emotional Distress

Stalking

Conspiracy

Copyright (recognition of joint authors, reporting revenues to authors)

Breach of contract (Debian Social Contract, promises of recognition for work, free speech, academic liberty)

Antitrust

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
*v.*                                    Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*          1:25-CV-03883-UA / 19 September 2025

## Pre-Debian

1. 21 November 1916, Robert Edward Ernest Pocock (10768), 3 Divisional Train, 22 Company ASC deployed to France because of fascism in Europe. He departed Southampton on the HMS Hunscraft. The arrival port and day is not clear but records for other units indicate the HMS Hunscraft had operated between Southampton and Le Havre. He is the great grandfather of Mr Daniel Pocock. Military records note he was a Baptist.

2. 14 October 1922, Adolf Hitler and his cult take the train to Coburg, Germany to attack socialists. Nazis who participated in this early act of fascism got the Coburg Badge, "MIT HITLER IN COBURG", the first and most prestigious award in the Nazi cult.

3. 1933, Mr Pocock's grandparents marry in the Catholic parish at Clifton Hill. The celebrant, Fr Frank Ryder, is the brother of Mr Pocock's grandmother.

4. 9 November 1938, the Kristallnacht is the launchpad for the Holocaust.

5. 1950, Alan Turing, the famed computer scientist who helped crack German cyphers and read the German leader's emails, publishes the paper Computing Machinery and Intelligence. The paper introduces the concept of the Imitation Game, which we refer to as the Turing Test today. The Turing Test is seen as a challenge to computer scientists to create software that can engage in conversation with a human being and fool the human being to believe they are conversing with another human. While doctors have the hippocratic oath, that is, the oath that they will do "no harm or injustice" to their patients, computer scientists are challenged, by the Turing Test, to deceive people. From fake news to false rumors about sexual impropriety and false rumors about harassment, it has all become par for the course.

6. 1955, Auxiliary Bishop Fox banned the Catholic Worker from the Cathedral, effectively banning in from every parish in the archdiocese. Bishop Fox's activism was fundamental to the creation of the Democratic Labor Party and kept Labor out of power for 17 years. The story of B. A. Santamaria, Archbishop Daniel Mannix, Bishop Fox and attempts to ban the Communist Party is analogous in some ways to the American phenomena of Joseph McCarthy.

*Daniel Pocock*, *Debian Developer (Pro Se)*

v.

*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

7. 1958, Auxiliary Bishop Fox was informed about abuse by Fr Kevin O'Donnell, investigated and did nothing, according to evidence submitted by ex-priest Mr Phil O'Donnell.

8. 1960, Auxiliary Bishop Fox declared that no Catholic could in conscience vote for the Labor party.  As he was an auxiliary bishop, this statement was not binding upon Catholics.

9. 1960, Mr Pocock's grandparents acquire the license for the Westernport Hotel in San Remo, Victoria, the gateway to Philip Island.

10. 1961/1962 - the first allegations against the late Cardinal George Pell, documented in the Southwell inquiry, confirm that a young Fr Pell was at Philip Island in both 1961 and 1962.

<u>Daniel Pocock</u>, Debian Developer (Pro Se)
v.
Software in the Public Interest, Inc, Debian & <u>Zizianism</u>,
Electronic Frontier Foundation, Inc,
their overlords at Google et al.

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

11. 1964, Mr Pocock's grandparents are mentioned in a news article about the Liquor Royal
Commission.  Peter O'Callaghan is the lawyer representing the pubs and hotels.  O'Callaghan
would subsequently become the Church's independent commissioner for abuse.  Many Catholic
groups make visits to Philip Island and given that Mr Pocock's grandmother was the sister of Fr
Ryder, it isn't hard to imagine some of them dropping in at the Westernport Hotel for one of the
meals mentioned in the news report.



_Daniel Pocock_, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian &* _Zizianism_,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

12. 1967, according to a news report, Bishop Arthur Fox officiated at the marriage of Mr Pocock's aunt. Mr Pocock's grandmother is the sister of a Fr Frank Ryder, so Fr Ryder was the uncle of the bride. The groom's cousin, Fr Brian Cosgriff, is a well known priest who appeared regularly on television and radio. We could say Fr Cosgriff was one of the first influencers. Mr Pocock's father John Pocock was a groomsman. The ceremony received a papal blessing.

*Daniel Pocock*, Debian Developer (Pro Se)
        *v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA  / 19 September 2025

---

over the remaining | Makes 1 pinwheel? | Yarra on Thursday, June 8.

## A Papal blessing

A PAPAL blessing was received by Miss Dorothy Denise Pocock and Mr. Gerald Bernard Cosgriff at their marriage, which was celebrated with Nuptial Mass yesterday afternoon.

Bishop A. Fox officiated at Our Lady of Good Counsel Church, Deepdene.

The bride is the younger daughter of Mr. and Mrs. Walter Pocock, of The Hermitage, Narbethong.

Velvet trimmed with guipure lace formed the cuffs and hemline on her georgette gown, which was misted with a long tulle veil. She carried a white prayer book.

Miss Anne O'Connor, Miss Patricia Considine, Miss Dorothea McCleery, Miss Kerry Branagan, a cousin of the bride, and Miss Jane-Maree McEntee, a niece of the bride, were bridesmaids.

The bridegroom is the youngest son of Mr. and Mrs. J. Cosgriff, of Bena.

Mr. Maurice Fitzgerald was best man and Mr. John Pocock and Mr. Patrick Bowler were the groomsmen.

A reception was held at Butleigh Wootton.

## engagements

## "The Age" patterns
## Slim-line dress

A DRESS to flatter the figure and a matching knitted jacket and bag set are featured this week in the pattern service.





KNIT SIZES 10-20

5209

THE knitted jacket and bag feature a flower design which is suitable for either a white or black background.

Pattern No. 5209 has knitting directions for the bas

---

13. 3 July 1972, Daniel Hourigan writes to Bishop Fox, who is now the Bishop for the diocese of Sale.  Hourigan's letter admits he had physically punished boys and the boys had subsequently made accusations of homosexuality.  Within days, Bishop Fox sent a reply recommending Hourigan apply for the seminary.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

14. 1973 Fr Ron Pickering is posted to St Peter's in Clayton.  Corpus Christi seminary was located in the same district.

15. Some of Mr Pocock's older cousins were in the parish and they attended primary school at that time.

16. According to reports, Fr Pickering was very effective at procuring bequests from elderly parishioners who named him in their wills.  In a later scandal, Mr Pocock exposes the FSFE (fake FSF in Germany) receiving a bequest that may have been intended for the real FSF, a s501(c)(3) charity in Boston.

17. 1976, it is alleged in subsequent legal action Bishop Fox had ordained Fr Hourigan, despite Bishop Fox being aware since 1972 that Hourigan had admitted facing abuse accusations before entering the seminary.

18. 1977, Mr Pocock's parents are married at St Patrick's Cathedral in Melbourne.  The celebrant is Fr Bernard (Bernie) Joseph Mackin.

19. 9 November 1978, Mr Pocock is born on the anniversary of the Kristallnacht.  He was born in Coburg, Australia.

20. 1979, Fr Barry Robinson went to Santiago, Chile.

21. 1983, the parishes of St. John's , East Melbourne, St. Joseph 's, Collingwood and All Saints', Fitzroy were merged into a team ministry, with Fr Brian Cosgriff as Parish Priest while Fr Bernie Mackin and Fr. Barry Robinson served as administrators at various times.

22. 1985, Fr Robinson returns from Chile to Melbourne.

23. 1986, the US Congress enacted the Computer Fraud and Abuse Act of 1986 (CFAA), superceding provisions of the Comprehensive Crime Control Act of 1984.  The title of the act

*Daniel Pocock, Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

has confusing conflated fraud and abuse.  The mean average time for an abuse victim to disclose their status is 30 years while most computers become obsolete far more quickly than that.  The title of the act has fuelled conflict within the industry.  At the slightest sign of dissent and in the pettiest disagreements between open source software volunteers, the name-calling quickly turns into highly libellous accusations and counter-accusations of abuse.

24. Research suggests some thirty percent of women have been abused.  Another researcher claims six percent of male religious leaders are engaging in abuse.  For a lot of people, when they see the word abuse out of context, real abuse comes to mind.  We see Germans in the FSFE (fake FSF) using the word abuse when somebody who is not German simply declines to follow their orders.  Social media exacerbates the effect where people see the word "abuse" and they conflate the smallest sign of dissent or a political vendetta conflated with the most serious transgression against an infant.  Sadly, the name of the CFAA has become a catalyst for confusion and libel.

25. 1987, Fr Daniel is assigned a role as an assistant priest under supervision and according to Broken Rites, working part time as a military chaplain for the Royal Australian Air Force (RAAF).  This type of supervised role was typically assigned to priests who the church already had complaints about.

26. 9 Novmber 1989, the Berlin Wall comes down on Mr Pocock's birthday.  The Wikipedia page for Vladimir Putin, who was in Dresden at that time, describes the era: "*Putin reportedly viewed the demonstrators' rage as excessive and confusing. He was skeptical of many of the slogans and claims shouted by the crowd—such as rumors of detention cells beneath the Elbe River where detainees were tortured—which he dismissed as complete fantasies. To Putin, the Stasi officers were colleagues, neighbors, and fellow bureaucrats—ordinary paper-pushers not unlike himself. He found it difficult to reconcile the image of them as brutal oppressors with the individuals he had worked alongside during his time in Dresden.*"  In fact, with the European Arrest Warrant (EAW) system today, we see the same mentality whereby police and prosecutors from different European states are compelled to treat each other like neighbors and cousins, oppressing cult-leavers and political rivals.  The cross-border relationships between police and prosecutors are sadly becoming a lot like the cosy relationship between Russian KGB and German Stasi.  Look at the way the German prosecutors were able to exercise mind control over the French border police and prevent a British doctor who worked in Palestine from entering the Schengen zone to speak to a committee of the French parliament.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

27. Fr Daniel is moved to Healesville.  Fr Daniel is the one to watch, he is in proximity to multiple scandals.

28. Reports tell us that Fr Daniel arrived in Healesville with a porn collection.

29. Reports go on to say that in Healesville, Fr Daniel began training (grooming) a group of 30 altar boys.  Other reports have failed to notice a very odd coincidence: in his previous posting as a military chaplain, a platoon is the same size, 30 soldiers.

30. Mr Pocock moved from Wandong to Bendigo and became an altar boy at St Joseph's church in Quarry Hill.  The parish priest was Fr Timothy (Tim) Scott.

31. Fr Scott was soon to retire and this meant Mr Pocock and his brother, as the altar boys, were trusted and given some autonomy in this minor leadership role at a very early age.

32. No wrongdoing was observed by Mr Pocock at Quarry Hill.

## Debian founding, obfuscation strategy at SPI, original agreements between joint authors

33. In 1983, Dr Richard Stallman (RMS), who is an atheist of Jewish ancestry, founded the GNU Project.

34. In 1989, Dr Stallman created the GNU General Public License (GPL), which is an important agreement between developers as much as it is a license to end-users of the software.

35. One of Mr Pocock's cousins dies.

36. In 1991, Linus Torvalds began creating the Linux kernel.  He chose to use the GNU GPL as a license and agreement between co-authors of the kernel.

*Daniel Pocock*, *Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

37. In 1992, Fr Barry Robinson was sent to Boston, the home of the FSF and Dr Richard Stallman.

38. Another one of Mr Pocock's cousins dies.

39. Richard Stallman of the FSF offers a financial incentive for somebody to create a Linux-based operating system where the principles of free speech and free software are inseparable parts of the philosophy, culture and legal framework for the project.

40. Mr Pocock and some of the Debianists are related as *joint authors* of the *Debian GNU/Linux* software. The work was commenced in the United States by Ian Murdock in 1993. The work is created by combining the Linux kernel and other software into a complete operating system. Therefore, Debian GNU/Linux has many characteristics of a compilation of other works and it simultaneously has the characteristics of joint authorship. Both concepts are relevant. It is important not to confuse these two concepts of a compilation and a collaborative work or underestimate the extent to which each of these concepts is applicable.

41. The term Debian Developer has been used since 1993 to refer to somebody who is a *joint author* under *copyright* law. Some of the oldest email archives from 1994 are using the term Debian Developer many years before the creation of an association or a trademark.

42. In 1993, Mr Pocock, aged 14, was the youngest person in his city, Bendigo, to pass the amateur radio exam. He was trained and passed the exam at the Midland Amateur Radio Club (MARC) which used to meet in the Australian Defence Industry factory in Bendigo. The club subsequently became Bendigo Amateur Radio & Electronics Club (BAREC). He began doing voluntary work involving both amateur radio and open source software. These things have become a fundamental part of his life, both professionally and personally, since a very early age. He had less time for his duties as an altar boy.

43. Mr Pocock, at age 14, may have also been the youngest participant in the Wireless Intstitute Civil Emergency Network (WICEN Vic). WICEN is one of many voluntary organizations in Australia, similar to voluntary firefighters and volunteer coast guard, who complement the ability of the state and the communities to respond to emergencies and disasters.

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

44. All radio amateurs are subject to an exam and must demonstrate a minimum level of competence for emergency communications.  WICEN members train and practice at a higher level than required by the regulations.  At the time, WICEN members maintained their skills and served the community through events like the Southern 80 ski race, which has had a number of fatalaties, the Great Victorian Bike Ride, the Mallee Rally, the Mt Tarrengower Hill Climb and most significantly the Massive Murray Paddle, which was then known as the *Red Cross Murray River Canoe Marathon*.  WICEN voluntary activities were carried out alongside like-minded groups including the Land Rover Owner's Club (LROC) and the Royal Volunteer Coastal Patrol (RVCP).  This experience is significant because one of the Debian deaths, Abraham Raji at DebConf23, involved disappearing and drowning on a canoe trip and Mr Pocock may be the only member of the Debian community with credible water safety experience.  Debianists dismiss the experience of professionals like Mr Pocock as *minutiae* because pretending our work is just a game is inseparable from their mentality of not paying for anything.

45. 1994, Mr Pocock was one of 60 high school students selected for the Spring Engineering School at the Australian Defence Force Academy (ADFA) in Canberra.

46. 1994, Fr Barry Robinson admits to real abuse.  Fr Brian Cosgriff goes to Boston to exfiltrate Fr Barry Robinson.  Fr Cosgriff stays in Boston for about a month and meets with the lawyers representing the Catholic church in the growing crisis.

47. 18 May 1995, Fr Cosgriff writes to Archbishop Little advocating on behalf of Fr Robinson and explaining how Fr Robinson's transgression will not be discovered by the public.  Fr Cosgriff writes that lawyers are "disappointed" about paedophiles being "warehoused".

48. Why do the lawyers worry about convicted abusers from religious institutions being "warehoused" but they spread rumours about innocent volunteers doing "bad faith"?

49. 1996, the Australian Catholic Bishops' Conference issues a letter promising "serious offenders who have abused their power may not be given such power again".

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

50. 2 September 1996, Fr Cosgriff writes to then-Archbishop George Pell, mentioning the work Fr Robinson has done in the parish of Williamstown, St Vincent's private hospital and the Alfred, one of Australia's world reknowned public teaching hospitals.

51. 16 February 1997, Bishop Fox dies in the same month that Mr Pocock joins the Australian Labor Party (ALP) Club at Melbourne University.

52. 1996/1997 summer, having previously rowed at Bendigo and at Xavier, Mr Pocock joins Yarra Yarra Rowing Club (YYRC), where he eventually becomes bar manager and Vice President.

53. Mr Pocock and other members of the community in Coburg join forces to create the Virtual Moreland Community Network.  Carlo Carli, member for Coburg in the Parliament of Victoria, takes an active role in the committee.

54. Around the same time, the Government has launched the Skills.net grant program and Virtual Moreland applies for a grant to facilitate training and web publishing.

55. Virtual Moreland obtained premises on Sydney Road, Coburg, near Pentridge.

56. Mr Pocock's father and Mr Pocock's uncle Walter were both employed at the Catholic Education Office (CEO) in the Archdiocese of Melbourne.  Mr Pocock was able to recycle some of the old computers and servers from the CEO to make a community training lab.

57. Craig Sanders, a Debian Developer working at the State Library of Victoria, assists Mr Pocock to migrate from Slackware Linux to Debian GNU/Linux.

58. Mr Pocock provided his skills and intellectual property on an entirely voluntary basis at Virtual Moreland.  He was not remunerated for these things.

59. In plain English, the term Debian Developer also refers to somebody who has the *skill* of packaging software (creating packages) for other Debian users.

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA / 19 September 2025

60. On 5 July 1997, the joint authors ratifed the Debian Social Contract.  This is a contract between joint authors themselves and also between the authors and the wider world.  Article (3) in the Debian Social Contract states "We don't hide problems".  Most people feel this is aligned with the principles of the first amendment of the US constitution.  The joint authors have created intellectual property without receiving any financial remuneration from royalties.  Therefore, the free speech rights under the Debian Social Contract are very important because authors don't get anything else in return for their effort.

61. On 25 November 1997, Debianists publish an announcement for recruiting people, "BECOME A DEBIAN DEVELOPER" and they open with the promise "Do you want to see your software fly on the Space Shuttle?".  They are promising people recognition and prestige in lieu of monetary payment for the hours worked and intellectual property contributed.  This promise of recognition is repeated even more explicitly in subsequent communications yet they eventually start breaking the promise and removing the names of some co-authors.

62. On 28 November 1997, Global Web Builders (GWB), a far right group publishes a report doxing Kim Beazley, Carlo Carli and Mr Pocock, who was only 19 at the time.  It may have been one of Australia's first doxing incidents.  Mr Beazley subsequently became Australia's ambassador to the United States.  Carlo Carli represented Coburg in the Parliament of Victoria.

63. The doxing report attacks Virtual Moreland for helping migrants.  In fact, Mr Pocock's mother is an Irish migrant, Coburg is named in honour of the first state visit of a foreign prince and Moreland was allegedly named after a plantation where slaves were trafficked.

64. Mr Pocock's work on the Native Title web site was a runner up in the Triple J LOUD Festival.

65. Fr Daniel was reported to police for the first time.  The investigation into the allegations at Healesville was handled by Lilydale Crime Investigation Unit (CIU).

66. 18 March 1998, Bruce Perens, former leader of Debian, wrote to debian-private about putting the Debian trademark in the public domain.

*Daniel Pocock, Debian Developer (Pro Se)*  
*v.*  
*Software in the Public Interest, Inc, Debian & Zizianism,*  
*Electronic Frontier Foundation, Inc,*  
*their overlords at Google et al.*

**US District Court**  
Southern District of New York

**AMENDED COMPLAINT**  
1:25-CV-03883-UA / 19 September 2025

67. Debian Project and SPI founders were aware of liability issues and planned from the outset to avoid responsibility.  Ironically, in 1998 they were thinking about liability in the context of free speech, they hadn't anticipated the Debian suicide cluster:

```
Subject: SPI and the liability issue
Date: 19 Mar 1998 22:06:21 -0000
From: Bruce Perens <bruce@va.debian.org>
To: dark@xs4all.nl, hamish@rising.com.au
CC: debian-private@lists.debian.org

> > I think Bruce was referring to acts of civil disobedience, such as
> > facing down the US government on free speech issues.
>
> But without a precedent I feel that the comment was totally uncalled for.

There are precedents. Extrapolate from the obscentity issue we dealt
with a while back. This is a really nasty problem in that I would like
to stand up for these issues, but I don't really want Debian to volunteer
me to be the test case so that I can rot in jail while my child grows up.

I can see why you might have found that original statement offensive.
Let me rephrase it:

        SPI is willing to provide Debian developers with a liability
        shield and financial management. We are wary though, given the
        observed tendency of Debian developers to do anything they
        please. There has to be some sort of give-and-take in which we
        provide you with these services in exchange for your promising
        to behave responsibly about issues that could expose SPI to
        financial liability or SPI's officers to criminal prosecution.

As Tim mentioned, SPI officers can go to jail for stuff that you guys do.
As treasurer and president, he and I are the most likely ones to get
indicted. That is acceptable when we have some control over what is going
on, but it's clear we don't have any control. This doesn't really work for
us.
```

68. 19 March 1998, Ean Schuessler wrote a long message to debian-private revealing that SPI and Debian are the same thing.  There are many similar messages about the structure and the conspiracies.

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

69. 27 October 1998, a newspaper in Melbourne, The Age, publish an article "Students count the cost of Net reforms".  The article features a photo of Mr Pocock along with two officers of the National Union of Students and includes quotes from three students at the University of Melbourne, Peter Eckersley, Michael Crozier and Mr Pocock.  Remember, one of the themes in this case is that EFF has censored a message in their forum revealing that their former employee, Peter Eckersley and Mr Pocock were collaborators since they started their undergraduate studies in the 1990s.

70. On 2 December 1998, a subset of the joint authors subscribed to the Debian Project constitution, forming an unincorporated association.  The constitution was offered to 357 of the joint authors and only 86 of them chose to subscribe by way of a general resolution.  The founder of the creative work, Ian Murdock, is one of those who did not subscribe the constitution.  The term Debian Developer has a third meaning, in parallel with the previous two definitons, referring to somebody who is a member of the unincorporated association.  But the original meaning, somebody who is a joint author, remains no less value.

71. Authors of a joint work are equally entitled to recognition for their work.  Using the term Debian Developer signifies that somebody is entitled to recognition.  Disputing somebody's use of the term undermines their right to recognition.

72. The Debian constitution, although only signed by 86 people, reminds us that the authors are unpaid volunteers.  Therefore, the recognition is the only form of remuneration and it is vital to protect the integrity of that arrangement.

73. Over the years, people have attempted to conflate the status of authorship with the status of membership.  Rights of a joint author can't be extinguished by way of expulsion.  If somebody never subscribed to the unincorporated association then it can not be said that they were ever a member.  Consequently, the people who didn't subscribe or join could not be expelled either.  Nonetheless, some among the Debianists kick up a stink from time to time, pretening they have power to extinguish rights of their co-authors.

74. Any references to expulsions, as such, are used for the purpose of defamation and libel.

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
*v.*                                                      Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                        1:25-CV-03883-UA / 19 September 2025

75. The threat of such defamation is used to exact control over people, a form of blackmail that gives rise to white collar modern slavery.  Coercive control.

76. A whole new jargon has arisen for this purpose, a system of kangaroo courts under the guise of a "Code of Conduct".  It is Code of Conduct gaslighting, a narrative for coercive control.

77. Debianists and similar groups use terms like "Code of Conduct" to borrow from the credibility of such phenomena in professional organizations.  In practice, the processes, procedures and verdicts could be described as witchcraft and gobbledygook meets law of the jungle.

## The Shaya Potter affair

78. In 1998, before the constitution had been adopted, people decided to "expel" Shaya Potter.  As there was no constitution at that point and nobody had subscribed to the unincorporated association, the only relationship between participants was a relationship of joint authorship. Potter was a child prodigy and US Navy intern who had drifted into the world of software piracy.  Nonetheless, the affair was classified.  In more recent times, we see certain people, including Mr Pocock, are subject to intense public harassment while other people, like Shaya Potter, were able to leave the Debian cult quietly and get on with their lives.

79. Shortly after Shaya Potter fell out with the co-authors, he resurfaced at the Large Installation System Administration (LISA) Conference 2005 and won the Best Student Paper Award. Attendees at the conference, people concerned with protecting the integrity of computer networks, were blissfully unaware that they were applauding the first joint author supposedly "expelled" from Debian.

80. Mr Pocock resigned from some of his voluntary mentoring activities at a time when he lost two family members.  Why was somebody accused of software piracy able to continue his career but a volunteer resigning honourably at a time of grief is subject to intense, ongoing vilification by Debianists?

81. Switzerland is known for privacy and secrecy.  Debian is known for making strong claims about promoting freedom and transparency.  Anybody who demonstrates that transparency claims are only adhered to selectively is revealing a significant lack of integrity by certain people among

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

the Debianists.  Rather than trying harder to fulfil their promises of freedom and transparency, Debianists *nuke the messenger*, by censuring his communications and deliberately sullying his reputation.

## Student union representation

82. 1999: Mr Pocock was elected to serve one term as Environment Officer in the Victorian state branch of the National Union of Students.

83. During his time at university, including the year at NUS and the time when he was a member of a local ALP committee, Mr Pocock was in regular contact with a younger second cousin who had been at St Kevin's on a choir scholarship.

84. A police officer from Lilydale joined the rowing club.  By a bizarre coincidence, Lilydale police were investigating Fr Daniel at Healesville.

## Enron encouraged us to Ask Why?

85. Enron, who had been recognized as they Most Innovative Company In America by Fortune Magazine, began an advertising campaign encouraging people to "Ask Why?".  The videos are still available online.

86. In many of the non-profit associations described here, anybody who notices the "diversity" money is given to the same people every year and dares to "ask why" is accused of abuse.

## Edward John M. Brocklesby (hacking, SSH2 package maintainer)

87. The next case of somebody being punished was Edward John M. Brocklesby (EJB) from Oxford.  In this case, Brocklesby had used administrative privileges in ways that were not expected.  Many system administrators and computer security consultants have come to expect Debian will be transparent about such risks but in the case of Brocklesby, much like Shaya Potter, the matter was dealt with very quietly.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA / 19 September 2025

88. Of particular note,  Brocklesby had taken over the Debian SSH2 package, which is critical to the security of remote access.  This is the type of affair the community would have genuinely expected a public alert about.  There was no public communication at all.

89. Brocklesby was given a "trial by IRC chat", which is ironic in the circumstances.  Yet since the Code of Conduct gobbledygook arrived, there is no attempt at mediations or trials, there are only summary executions on social control media.

90. Despite the secrecy around these security incidents, we see intense public defamation of people like Mr Pocock who asked ethical questions about where the money comes from and where it goes.

## Resignation from student politics

91. 10 November 1999, Melbourne newspaper The Age publishes a letter from Mr Pocock under the title "Left Out".  He reveals that people have resigned or being expelled from the most influential left group in student politics.  Mr Pocock puts his position on the public record, distancing himself from corruption.  In hindsight, the decision to write the letter and the editor's decision to publish it is brilliant: in 2003 the student union went into liquidation with $4 million in debt.  People speculate it was the biggest ever liquidation of a student union.  People ran the student union in the manner that you metaphorically run a student union.  Mr Pocock had been first to call it for the lemon it was.

92. 7 June 2000, Monsignor James Murray admitted abuse of a much younger woman while providing pastoral care to psychiatric patients in the 1970s.  Monsignor Murray made the guilty plea asking the judge not to record a conviction as the conviction would make him ineligible to continue giving ministry.  Recall the pastoral letter of 1996, "serious offenders who have abused their power may not be given such power again".  The judge recorded the conviction anyway.  Despite the 1996 commitment to sideline those who admitted or were convicted of abuse, Archbishop Pell allowed Murray to remain in a very significant position of leadership as Bishop of Geelong (Speak no Evil).

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
                              *v.*                                    Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                                    1:25-CV-03883-UA  / 19 September 2025

## Joel "Espy" Klecker: unpaid terminally ill teenager, fake news reports begin

93. In July 2000, Joel "Espy" Klecker passed away at age 21.  He suffered from Duchenne muscular dystrophy.  He spent his last years doing unpaid work on the Debian software.  According to his blog, which is captured by the Wayback Machine, Klecker was motivated by the right to free speech, as in the first amendment and the EFF Blue Ribbon Campaign.

94. Given that Klecker worked under those beliefs and received no other remuneration, given that Klecker's work can't be retrospectively untangled from the rest of Debian, it is not acceptable to retrospectively revoke the right to speak or any other rights that authors believed to be intrinsic to their collaboritve agreement.

95. Klecker appears to be the first death in the community.

96. It appears that Klecker had anticipated his imminent death and revealed it using various communication channels.

97. Klecker resided and died in the State of Oregon.

98. Mr Pocock has not found any evidence in the email archives about support for people exposed to that death or exposed to details about any subsequent deaths.  On the other hand, there is evidence that exposure to cyberbullying, exploitation and death can have some knock-on effect for third parties, right up to the phenomena of copy-cat suicides.

99. Public reports about the death of Klecker suggested nobody using his work was aware that he was dying.  Messages from debian-private reveal that some people did know.  Nobody offered him payment for his work.  The Debian logo was placed on his tombstone.

100.         Over an extended period of time since it was incorporated, SPI has accepted payments in relation to the Debian GNU/Linux software.  SPI has never provided the joint authors with any detailed account of the payments received.  SPI has regularly engaged in expenditures without the unanimous consent of all joint authors.

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
*v.*                                                      Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                   ***AMENDED COMPLAINT***
*their overlords at Google et al.*              1:25-CV-03883-UA / 19 September 2025

## Chris Rutter, long working hours before stepping in front of a car

101.        In early 2001, Chris Rutter was beginning his undergraduate studies at Cambridge, he
had the obligations of a choir scholarship and he was doing unpaid voluntary work on Debian
until the early hours of the morning.  Emails were sent between 2am and 3am in the weeks
before his death.  He was out in the street late one evening and hit by a car.  The police and
coroner did not decide there was any fault on the part of the driver.  In the absence of any other
evidence, it is possible that fatigue was a factor in the death.

## Mr Pocock's prior exposure to occupational health & safety challenges

102.        Ironically, during his undergraduate studies, Mr Pocock ran an IT services company and
his largest and most successful client was in the workplace rehabilitation sector.  They strongly
advocated early intervention and preventative efforts to reduce the risk of illness, injury and
death.  One of the directors, a life member of the industry association, was asked to give
testimony to a parliamentary inquiry in 2002.  Servers based on Debian software enabled the
rapid growth of the business with budget predictability.  The testimony made to the
Employment and Workplace Relations committee are heavily weighted on prevention, casting a
long shadow over the Debian graveyard:

>           *What is keeping people off work is, in many cases, the relationship between them and
>           their workplace—whether it is their direct boss, their supervisor or issues that they are
>           having at home that mean that they are not being a very good employee at that time.*

## Founding of Canonical (Ubuntu), some volunteers don't get paid, some do

103.        In March 2004, Mark Shuttleworth forms Canonical Ltd and begins producing Ubuntu,
an operating system derived from Debian.

104.        Some of the Debian Developers receive payments from Mark Shuttleworth to advance
the needs of Ubuntu.  Some Debian Developers don't receive any payments or jobs though.

105.        Sometimes the Ubuntu-funded contributions are beneficial to Debian as a whole but
sometimes they create conflict because they have different priorities and deadlines.

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

## Debian as a political party and influence over elections and democracy

106.        14 March 2005, philipuso posts in the Debian User Forums a question about "Why not extend Free Software Movement into political party??".  This vaguely reminds us of the mindset around the Catholic Church relationship and the Democratic Labor Party (DLP) in Australia.  Discussions like this appear from time to time among people who live a significant part of their lives in the online context of the open source software ecosystem.

107.        Related discussions have looked at the role of Debian Developers influencing elections or giving technical assistance to political parties, long before the major scandals of Cambridge Analytica came about.

108.        It demonstrates the mindset of groups who want to go beyond exercising influence and, for better or worse, enforce their way of thinking on other people.

## Fatal road accident after 7-day week, overnight drive:  Manuel Estrada Sainz and Andres Garcia

109.        In May 2004, Manuel Estrada Sainz and Andres Garcia drove from Seville to Valencia in Spain for a conference.  They drove back on a Sunday night, a journey of 666km and died in a car accident very close to their destination.

## Unexplained fall from height: Jens Schmalzing

110.        In July 2005, Jens Schmalzing went to work on a Saturday.  In Germany, the cause of death is confidential.  All we know is that he was a theoretical physicist and he fell from a rooftop at his workplace.

111.        Late 2005, Fr Paul Pavlou, who had already been committed acts of abuse that were undetected, was assigned to be Parish Priest in Healesville, the same parish where Fr Daniel had been reported, investigated and convicted of real abuse.

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

## Sweatshop unpaid work weekend in TU Darmstadt, Germany

112.      In September 2005, a group of Debian Developers gathered for a weekend at TU Darmstadt. Photos from the event show them sleeping on the tables. The backstory is that they were encouraged to work for free, to give up the most basic comforts, because they believed in the principles and the Debian Social Contract. One of the participants is Frans Pop, who wrote many emails about his grievances and eventually committed suicide.



## The promise of recognition, and nothing else, for labor and intellectual property

113.      3 September 2005, David Richard Bell creates a "WhyDebian" page in the wiki where he explains: "The motivations of the authors also are varied, but the coin that they get paid in is often recognition, acclaim in the peer group, or experience that can be traded in in the work place." Similar promises of recognition are repeated elsewhere over the years. Yet this promise of recognition has been reneged upon in certain political dramas. Retrospectively replacing recognition with "Statement on [victim]" type messages is like bouncing a check. Yet if somebody complains the recognition check has bounced, the fraudsters become more hysterical.

## US military: experts make tactical withdrawal from Debian mailing lists before suicide cluster takes off

114.      In April 2006 [redacted] the US Army 7th Signal Brigade asked to be removed from debian-private because there was too much noise. America is lucky to have smart people like that, they got out just weeks before the violence and the subsequent Debian suicide cluster.

*Daniel Pocock*, Debian Developer (Pro Se)                                **US District Court**
                            *v.*                                Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                        1:25-CV-03883-UA / 19 September 2025

## Debianists understood risk from Google for volunteers and project integrity

115.      24 May 2006, Ian Jackson sends a message to debian-private warning that Google can't be trusted and people shouldn't keep the debian-private messages in a Google Gmail account.

## Violent expulsion, DebConf fight, Ted Walther

116.      In May 2006 the annual DebConf was in Mexico. Ted Walther is one of the joint authors and he had nominated in the election for Debian Project Leader. He used the election to raise concerns about the way the group was diverging from it claimed to be. Ted Walther was the first case of somebody being publicly and very visibly ostracized. He had committed no crimes, he was a target of political violence. News reports appeared about a "DebConf fight". His date at the DebConf dinner was a local dentist, yet the email records in the debian-private archive include suggestions that she was a prostitute. People knew they were bad to Walther and they used their control of the archives to write their own narrative and try to justify the unjustifiable.

## Sven Luther resigns, others follow

117.      In November 2006 Sven Luther told the community he was resigning around the time his mother died. It was reported as an expulsion and they tried to brainwash Sven to believe he had been expelled. This is what he actually wrote in his own words:

> *Subject: PLEASE HELP ...*

> *This is, probably the last, of my desesperate calls for help.*

> *I will probably be leaving debian fully, because frankly, it is not possible for me to continue working on debian.*

118.      15 March 2007, MJ Ray writes to debian-private to suggest that threats of violence are tolerable because of precedent and habit (note to reader: threats of violence are a crime in many countries):

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
*v.*                                                            Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA  / 19 September 2025

> *The point is: threats of violence used to be fairly common, even on the mailing lists, let alone the more flammable IRC. Not everyone is going to change all behaviour overnight. Let's deal with it, but not lurch from total tolerance straight to total intolerance.*

119.     In March 2007 Jérôme Marant resigned on debian-private:

> *I must confess the load flamewars over the past months, along with the growing practice of public humiliation, personal attacks and hate campaigns made my last bits of motivation disappear entirely. Debian is no longer fun to me and I'm not interested in doing volunteer work in such a context one usually wouldn't be able to avoid in real life.*

120.     In March 2007 Glenn McGrath resigned, debian-private:

> *Due to mostly social and some technical aspects of debian i have lost my motivation to contribute directly to debian.*

121.     On 17 May 2007 Samuele Giovanni Tonon resigns with a message to debian-private:

> *i'm retiring from the project, i don't want to be anymore part of debian, my packages have been all orphaned i hope someone will take care of them*

122.     In May 2007 Frans Pop resigned for the first time citing various grievances.

> *So, what has made me decide to leave the project. It's a combination of just plain emotional stress over the whole Sven Luther issue, frustration with the inability of the project to deal with that and with some other issues, and frustration with the fact that a fair number of members of the project seem to feel that as long as you don't upload packages with trojans, pretty much anything is OK.*

*Daniel Pocock, Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

## State of fear is documented

123.    5 Jun 2007, on debian-private, Andreas Schuldei and Craig Sanders (State Library of Victoria) make some uncanny predictions about the future direction of debianism:

> On Mon, Jun 04, 2007 at 07:25:07PM +0200, Andreas Schuldei wrote:
> > * Craig Sanders (cas@taz.net.au) [070604 15:09]:
> > > **the purge has begun**.
> > >
> > > the line that shouldn't be crossed was crossed re: Sven L. now it's
> > > open season on anyone who pisses someone off (that means everyone).
> >
> > i disagree. what we are attempting is changing our mailinglist culture
> > for the better.
>
> time will tell.
>
> personally, i don't think it will be for the better. i think we'll end
> up with mailing lists where participants are too scared to say anything
> even slightly controversial for fear of pissing someone off. i.e. prior
> restraint.

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
*v.*                                                 Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                      ***AMENDED COMPLAINT***
*their overlords at Google et al.*                 1:25-CV-03883-UA  / 19 September 2025

## Fr Paul Pavlou reported to police

124.    The mother of a victim in Healesville had reported abuse to the church, she was disappointed by the response from Peter O'Callaghan QC and she went to the police.

125.    Fr Pavlou was investigated by the Lilydale CIU, the same police department who had to investigate Fr Daniel.

## Uniforms: the Debian tartans (kilts) are created for DebConf7, Edinburgh

126.    In the lead up to DebConf7 in Edinburgh, people decided to create a Debian tartan with a unique pattern (*sett*).  The tartan was used to make kilts.  Ever since then, Debianists are often seen wearing the kilts at conferences and events around the world.  Wiki page about the tartan.



Uniform-wearing mentality doesn't confirm that it is a cult but it is a common feature in cults.

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA  / 19 September 2025

## Future suicide victim comeback reveals beliefs of victims

127.     On 19 October 2007, Frans Pop decided to come back from retirement.  In the messages, he reveals how he was motivated/manipulated to work for free alongside the paid employees of various companies like Google and Canonical:

```
Subject: Revoking retirement from the project
Date: Fri, 19 Oct 2007 13:51:06 +0200
From: Frans Pop <elendil@planet.nl>
To: debian-private@lists.debian.org

On Thursday 31 May 2007 03:55, Frans Pop wrote:
> As already announced in an earlier mail, I am hereby retiring from
the
> project.

Right. We are now almost 3 months after I made my resignation final (or
5 months since I first announced it) and after a lot of soul searching
the past couple of weeks and looking at what I've been doing over the
past few months, I've come to the conclusion that I'm not ready to
abandon the project after all.

As my account is still active (which is probably not completely
surprising), I guess that technically I'm still a DD and thus that this
message should be sufficient. If not, please let me know.

The main factors that have prompted this decision have been two real
life meetings (Sledge's BBQ and a small dinner in AMS) and also
watching the moving "last lecture" from MIT's Randy Pausch [1]. The
first has made me realize the strong ties I've developed with some DDs
and the last has made me reconsider whether I should give up so
"easily".
I also want to thank the many people who sent me a message (either on
d-private or privately) in reply to my resignation mails. Though not an
important factor, they have helped to make me reconsider.

The fact that I want to be a DD again does not mean that I'm ready to
go back to the level of involvement/activity I had before my
resignation.
```

128.     Anecdotal evidence suggests many of the unpaid volunteers are spending at least some of their time co-authoring Debain due to similar philosophical motivations.  Sadly, they are building on unstable ground.

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                              *v.*                    Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA / 19 September 2025

## Fatal road accident (unconfirmed) after Christmas Day working, Thiemo Seufer

129.      On 25 December 2008 Thiemo Seufer sent his last Debian email.  He was working on Christmas Day.  In Germany there are strict laws about working hours and it is unusual for somebody to work on a Sunday, let alone on Christmas.  Seufer died later that night.  This is another case where no official coroner's report is available.  Social media users have referred to it as a car accident.

130.      Germany doesn't provide a public coroner's report with the cause of death.  No news reports have been found about the alleged car accident.

## FSFE founder reveals tactics used to recruit unpaid workers and donors to FSF copycat

131.      On 10 March 2009 FSFE publishes "Fellowship interview with Georg Greve", co-founder and then-president, where they discuss the FSFE Fellowship.  Greve comments:

> *The Fellowship is an activity of FSFE, and indeed one of the primary ways to get involved in the organisation. It is a place for community action, collaboration, communication, fun, and recruitment that also helps fund the other activities of FSFE, for example, the political work.*

> *We had been discussing starting this kind of activity since 2002/2003, but it took us a while to solve the issues that come with it. The balance we sought to find was one where membership was not related to payment, and influence was not for sale.*

132.      Greve's comments suggest that Fellows are members of the association.  Recruiting campaigns and a button on the web site ask people to "Join" the FSFE.  Yet from the creation of the Fellowship in 2005 up until it was abolished in May 2018, the Fellows were never invited to the annual general meeting, fellows could never nominate for president, etc.  FSFE ran the Fellowship as a kind of parallel organization where everybody was a second-class citizen compared to the real voting members of the FSFE e.V.  Only approximately 20 people have ever been real voting members of FSFE e.V. and they are yes-men for the president.  They gave

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

people fellowship cards and FSFE email addresses to fool them into believing they were real members so the victims would do unpaid volunteer work for the president and his friends.

## Punishments can be made arbitrarily for political reasons

133.      In June 2009 an Italian co-author Debianist Enrico Zini asks candidates in the leadership election to each name five people they would expel.

134.      The Italian mafia have two ways of expelling people. Sometimes the victims disappear, buried in concrete, like the people censored from the Debian mailing lists. Sometimes the victims are beaten black and blue, their broken bodies dumped in a prominent location, akin to those publicly shamed by statements on the Debian web site and mailing lists.

## Fooled about economics of open source, fake communities: Richard Rothwell confirmed suicide in UK

135.      17 July 2009 Richard Rothwell committed suicide, according to an official report from H.M. Coroner's Service. Rothwell had worked two decades as a school teacher. People in the "community" encouraged him to share the work he was doing for Linux in schools. Eventually, he felt he could quit his job and start a business working entirely with open source software. According to the report from H.M. Coroner and financial accounts filed on the public record, the business didn't cover its own administration costs. The parasitic "community" makes a lot of noise praising people who share their work for free but if somebody asks for money to cover their costs, if somebody tries to earn a living in open source, they are surprised at how quickly all the praise disappears and people undermine them or try to trick them to get more unpaid work out of them.

136.      H.M. Coroner noted that Rothwell had been alone at the time of his suicide decision because his family was away for a few days. Through this complaint, we see examples of how the mafias deliberately isolate and exclude developers and then ration their social interactions to gain coercive control over them.

*Daniel Pocock*, *Debian Developer (Pro Se)*

v.

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

## Word "slave" resonates with future suicide victim

137.     30 July 2009 Marc Haber and Frans Pop express concern that Mark Shuttleworth / Canonical Ltd / Ubuntu is using the voluntary developers as slaves.

```
To: debian-project@lists.debian.org


Subject: Re: Debian decides to adopt time-based release freezes
From: Frans Pop <elendil@planet.nl>
Date: Thu, 30 Jul 2009 09:28:43 +0200

On Thursday 30 July 2009, Marc Haber wrote:
> I don't think that we shouldn't time our releases according to what
> Mark Shuttleworth says. We are not Ubuntu's slave even if they try
> hard to make it look like that.
>
> Our 18-to-24-month release cycle was a nice vehicle to stay
> asynchronous with Ubuntu, which _I_ consider a desireable feature to
> prevent Debian from perishing. We are not only major supplier to
> Ubuntu, we have our end customers ourselves. I'd prefer that it
stayed
> that way.

+1
```

## Fr Barry Robinson assigned to Easter mass at Healesville

138.     After his previous parish had discovered Fr Robinson had confessed to abuse, he had been working as a supply priest when required to fill vacancies.

139.     In 2010, Fr Robinson was asked to say the Easter Mass at Healesville, the same parish that had experienced Fr Daniel and Fr Pavlou.

140.     The parishioners discovered in advance and planned a protest.  The archdiocese canceled the Easter ceremonies in Healesville.  This time, instead of the police from Lilydale having to visit Healesville, the parishioners from Healesville were asked to attend Easter mass in Lilydale.

*Daniel Pocock, Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

141.    It is an odd coincidence, Mr Pocock rowed with the distinguished police commander from Lilydale.  Peter O'Callaghan QC had assisted Mr Pocock's grandfather in the liquor royal commission. Mr Pocock's aunt was married to the cousin of Fr Cosgriff and Mr Pocock's second cousin had received the choir scholarship.  Fr Cosgriff was connected to at least two and maybe all three priests sent to Healesville.

142.    In both the case of Fr Daniel and in the Debian toxic culture, some of the later victims may have been spared if people had spoken up and acted on the behaviour problems even six months earlier.

## Dissatisfaction with communications platforms, countdown to suicide

143.    On 12 July 2010 Frans Pop expressed concern about the way censorship was creeping in as a flawed attempt to fix the chronic flaws in the culture of unpaid teleworking:

```
Subject: Re: resignation, effective after debconf
Date: Mon, 12 Jul 2010 18:57:25 +0200
From: Frans Pop <elendil@planet.nl>
To: leader@debian.org, debian-private@lists.debian.org

On Monday 12 July 2010, Stefano Zacchiroli wrote:
> /me, sometimes dreaming of a moderated -private ...
>       ... with /dev/null as moderator!

So you'd prefer inter-developer issues to not be discussed at all?

I find this an extremely inappropriate comment for a DPL.
```

144.    On 9 August 2010 various people are forcibly subscribed to a "cut-team" mailing list for a work effort called "CUT".  It appears that Frans Pop was subscribed to CUT.  CUT eventually became the desktop used internally by Google staff in the Google offices around the world.

145.    Friday, 13 August 2010, Lars Wirzenius, known to do contract work for Canonical Ltd / Ubuntu, announces he is there to "drive" a new system of form-filling called the DEP-5 machine readable copyright file.  The work is to be done manually by volunteers but the beneficiaries are the largest corporate users of Debian who want to do automated license audits across their IT infrastructure.  Tasks like this spoil the fun in a voluntary activity.  DEP-5 is

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

analogous to asking people to dig their own graves, which is exactly what Frans Pop had on his mind.

## Suicide note sent as resignation email night before Debian Day project anniversary

146.    There have been numerous conflicts over the years relating to the rights of the joint authors.  On the night of 15 August 2010, Frans Pop resigned from the project for a second time.  The resignation email was sent the night before the Debian Day software anniversary.  It was subsequently revealed that this resignation was actually a suicide.

```
Subject: Resignation
Date: Sun, 15 Aug 2010 21:41:18 +0200
From: Frans Pop <elendil@planet.nl>
To: debian-private@lists.debian.org

It's time to say goodbye. I don't want to say too much about it,
except that I've been planning this for a long time.

Participating in Debian has been great.
```

147.    Frans' parents sent a message to Steve McIntyre, then leader of Debian:

*"Yesterday morning our son Frans Pop has died. He took his own life, in a well-considered, courageous, and considerate manner.* ***During the last years his main concern was his work for Debian.*** *I would like to ask you to inform those members of the Debian community who knew him well."*

148.    On 22 August 2010, Cord Beermann commented that Frans Pop had reviewed more than 7,000 messages in the mail archive spam removal effort.  Remember April 2006 when somebody from the US Army declared there was too much noise on the Debian mailing lists?

149.    Two volunteers who discussed the death with peers on social control media were ostracized for one month by the Debianist Joerg Jaspert.  This is scary because isolation at a time of grief can increase the risk of more suicides.  But for a group with no ethical backstop like the Debianists, the risk of one more suicide may seem like a small price to pay to keep people silent about the suicide cluster as a whole.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA / 19 September 2025

150.     Mark Shuttleworth wrote an email observing that there was an elevated risk of copy cat suicides in groups with a culture like this.  He discouraged  (debian-private) putting too much attention on Frans Pop.

```
Regardless of religion, there is a proven danger in glorifying those
who commit suicide, it encourages others to do the same:

 http://www.ncbi.nlm.nih.gov/pmc/articles/PMC1732435/pdf/v057p00238.pdf
 http://www.ncbi.nlm.nih.gov/pubmed/19789643

Debian's close-knit culture, and the extent to which many DD's feel a
stronger affiliation to this group than any other, amplifies the danger
substantially.  The need for validation and recognition from this
group,
of this group, is stronger than any comparable organisation I can think
of. Dedicating a release to someone is the highest honour Debian can
offer, we should be extremely thoughtful about what incentives we are
creating when we do so.

As yourself this: if Frans had continued to give as generously of
himself through the release as he did in the past, would you have
wanted
to celebrate that by dedicating the release to him? If not, what are
you
celebrating in dedicating the release to him now?

We are all, rightly, shocked and saddened by the loss of a colleague.
None of us should judge Frans' choices: there are many valid reasons to
choose one's end. But we should be careful not to put others at risk.

Biella may be in a good position to comment on the real human dynamics
for those who are at risk.
```

151.     More emails appeared about volunteers suffering stress and resigning.

## Oracle employee sent back to voluntary work, becomes homeless, vanishes

152.     In January 2011, it was reported that William Lee Irwin III, a Debian and Linux kernel developer, was sacked from Oracle Corporation and went to a homeless shelter in Indianapolis. He vanished.

*Daniel Pocock, Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

153. In the last photo we have of Irwin, he is wearing a T-shirt that reads "*Smoke crack and worship Satan*".

## Creation of "Anti-harassment team" to stifle alternative ideas and shield leader form accountability

154. At the same time, the wiki page is created for the new Debianist "Anti-Harassment Team". This is a decidely negative name for a team that represents the us-vs-them mentality of cult-like groups.

155. By creating the "Anti-Harassment Team", they are asserting that anybody who doesn't agree with the leader is guilty of harassment. In other words, any alternative viewpoints can be slapped down for any reason and the person expressing an alternative viewpoint can be smeared/libeled with the "harassment" narrative.

156. In groups that have this victimhood mindset, the leaders can operate with impunity.

## Mystery death in Switzerland on Carla and Daniel's wedding day

157. Adrian Von Bidder, from Basel, Switzerland had become engaged as a joint author of the software during his studies at ETH Zurich. He was a former president of the VIS (computer science students, ETH Zurich) and board member of the Debian.ch "Verein" incorporated under Swiss law. He died on 17 April 2011, Palm Sunday, the same day that Mr Pocock's wedding ceremony took place. The death was discussed in vague terms with references to how happy he had appeared to be.

158. Photos from the wedding show that Carla clearly had scars from self-harm on her arm prior to being married. The snobby people on social media who subsequently got carried away with rumors about "abuse", "harassment" and "behavior" have grossly intruded on the privacy of Mr Pocock and his family over many years.

159. If Mr Pocock received $1 for every time some snob made a comment on social media then it would easily pay Carla's medical bills. But the opposite happens: the snobs who

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

promote these privacy violations undermine the ability of families to pay for professional assistance with eating disorders and other problems like this.

160.    Diana von Bidder, the widow of Adrian von Bidder, is a member of the Basel Burgergemeinderat (municipal authority within Kanton Basel Stadt) where she holds the executive office of Statthalterschaft, similar to an executive director and a cybersecurity expert for Swisspost, an institution that has taken a leading role for identity verification and payment technologies on a national scale.  Looking at the email she sent after Adrian von Bidder's death, it seems she did not consider the possibility that he was under the influence of social engineering by those who recruit men like her husband to unpaid work:

```
Subject: Re: condolences for Adrian
Date: Mon, 25 Apr 2011 15:02:18 +0200
From: Diana von Bidder <diana@fortytwo.ch>
To: Stefano Zacchiroli <leader@debian.org>

Dear Stefano
Thank you for your wonderful mail! Yes Debian and people were very
important to Adrian. I was glad that he was not only sitting alone in
front of his computer but to know that there are people out there that
estimate him and are his friends even if most of you did not know each
other personally.
The way you describe him (empathy, calm, insight, ... - just the Adrian
I know) assures me on how good friends of Adrian are out there. And I
will always continue to think of this (in a good way!) when continuing
to use debian (which I became quite fond of because of Adrian).
It's a pity that he couldn't go to Banja Luca anymore which he did so
much look forward to. Anyway, I wish you all the best and hope you
continue your good work.

- Diana
```

161.    The comment that he "seemed happy" was a common refrain when discussing the mysterious death of a man who died at age 32.

```
Subject: Re: Death of Adrian von Bidder
Date: Wed, 27 Apr 2011 17:05:10 +0200
From: Gaudenz Steinlin <gaudenz@debian.org>
```

*Daniel Pocock*, *Debian Developer (Pro Se)*                                                  **US District Court**
                                  *v.*                                              Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism*,
*Electronic Frontier Foundation, Inc,*                                     ***AMENDED COMPLAINT***
*their overlords at Google et al.*                                    1:25-CV-03883-UA / 19 September 2025

```
To: debian-private <debian-private@lists.debian.org>
CC: community@lists.debian.ch

Hi

This is indeed very shoking news. I remember too well the great
evening we had at my place just some weeks ago when we held the
deian.ch annual meeting. With Adrian live and kicking as our
secretary. He seemd very happy and helped me clean up the place after
all the others had already left. :-(
```

## Scapegoating of foreign workers, Mr Pocock, in Switzerland, DebConf venue change pressure

162.      In 2010, Mr Pocock had gone to work on as a contractor in Zurich, the German region of Switzerland.

163.      Ana Guerrero, an employee of Electricité de France (EDF) in High Performance Computing (HPC) and Margarita Manterola of Google are both pregnant with their first children.  They want to change the location for DebConf13 which will occur around they time they give birth.  The DebConf committee had already selected *Le Camp* in Vaumarcus, Switzerland the the women from EDF and Google want the whole conference to move to a venue that is more urban and family-oriented.

164.      Out of 1,000 people, Debian has never reached the threshold of even two percent female participation.  Of those women who do participate, many seem to be in relationships with male co-authors.  Of those in Europe, at least three of these women were pregnant in the period 2012/2013 and they applied some pressure to change the DebConf13 venue to be more mother-baby suitable.

165.      However, not everybody was allowed to know about the pregnancies.  At least one of the women was embarassed about being part of a perceived *Debian pregnancy cluster*.  Volunteers being kept in the dark were frustrated about the unexplained pressure to change the venue.

166.      Women start contacting people privately to try and create a movement, like #MeToo, against the remote Swiss venue.  Guerrero from EDF is contacting Mr Pocock almost every day.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

167.     Carla has significant medical costs due to her eating disorder.  Companies like EDF and Google do not pay Mr Pocock and other Debian volunteers anything for their work or the time volunteers spend with maternity problems of corporate employees.  It is an extraordinarily selfish system.

168.     On 27 November 2012,  Guerrero sends a message to Mr Pocock warning him that the native Swiss are plotting against him:

169.     Ana Guerrero: "*Don't worry too much and keep a low profile. We have almost gotten they postpone the contract signing tomorrow. that's a first step. I'm serious abotu the low profile thing, they like blaming things on you and if you're not active, they cann't.*"

170.     Guerrero's comments represent the general attitude foreign workers experience in Switzerland.  Mr Pocock had moved to Zurich to work as a senior developer at UBS.  Some of the other Debianists work in more junior support roles at the ETH Zurich university.  In Australia we call it the *tall poppy syndrome*.  Guerrero's email reveals the Swiss colleagues engage in a combination of racism, jealousy and scapegoating.  They want to profit from Mr Pocock's skill and experience but they don't want to give him credit.  They want to maintain the illusion that Swiss people do the work without help.

171.     The timing of this email, it was sent in 2012, is significant because it reveals the ingrained vendettas against Mr Pocock and his family have been there for a long time.  The vendettas we see today did not come about because of something that happened in 2018 or 2019.

## "Everyone is welcome" in Diversity statement, but secret list of dissidents censored

172.     20 May 2012 approximately 25% of joint authors voted to have a Debian diversity statement. The majority of authors didn't vote at all and so the diversity statement was imposed by default. The diversity statement begins "The Debian Project welcomes and encourages participation by everyone". Yet over the years, they keep finding excuses to ostracize some people.  This is another case where there are questions about the integrity of the group.  Obviously, after making the diversity statement "everyone" is welcome, they can't simply exclude somebody for some minor reason.  Therefore, if the cabals want to exclude somebody

*Daniel Pocock*, Debian Developer (Pro Se)                **US District Court**
                                     *v.*                          Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                  ***AMENDED COMPLAINT***
*their overlords at Google et al.*          1:25-CV-03883-UA  / 19 September 2025

they have to make up some hysterical lies and deliberately libel the victim.  This is why the subsequent conflicts involve such hysterical examples of libel.

## Maintaining silence by force

173.      Mr Phil O'Donnell, a former Catholic priest in Melbourne, makes a submission to the Victorian Parliament Betrayal of Trust inquiry.  He notes that "***Sadly, I am aware of people who lost their jobs in the Archdiocese of Melbourne because of their role in supporting victims.*** *It is to these and other professionals, who worked so diligently in such difficult circumstances, that we owe a great debt of gratitude.*".  The same phenomena evolves in Debian, abuse victims ask Mr Pocock for support and the gangmasters seek to disparage Mr Pocock to prevent more people giving him evidence.  Anybody who dares to mention the wrongdoing of the gangmasters is subject to rumours of "harassment" and "abuse".

## Legal harassment and suicide of Aaron Swartz

174.      11 January 2013, Aaron Swartz committed suicide after two years of legal disputes about access to academic journals and research papers.

175.      Swartz had been a housemate of Dr Peter Eckersley a notable alumnus of the University of Melbourne and a contemporary of Mr Pocock.

176.      Swartz was subsequently and posthumously inducted into the Internet Hall of Fame.

177.      The death of Aaron Swartz is well known in the open source environment, including groups like Debian and FSFE.  Therefore, when we see these groups toying with lawyers to screw people over, it smells like they are tempting more suicides.

178.      Ironically, US federal prosecutors pursued Swartz to the point of suicide on allegations that he failed to respect the intellectual property rights of the publisher JSTOR.  Yet in Debian and WIPO today, we find the opposite, a total disrespect for the status of joint authorship.  The Debian Account Managers (DAM) simply send emails to people with the subject line "Revoking your status" as an author.  Failing to recognize the status of all authors equally is as unethical as plagiarism.

*Daniel Pocock*, Debian Developer (Pro Se)                    **US District Court**
                                          v.                              Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                          **AMENDED COMPLAINT**
*their overlords at Google et al.*                  1:25-CV-03883-UA / 19 September 2025

## Slavery, two-tier system emerges, Daniel Baumann (Switzerland) secret demotion as blackmail

179.       In March 2013 the Debianist Account Managers (DAM) began the secret shaming of Daniel Baumann in Bern, Switzerland.

180.       Under copyright law, all joint authors are equal, even if some contribute more or less than others.  Nonetheless, the Debianists told Baumann that he was going to be their apprentice and they kept him in this state for a period of four years until they found somebody else to pick on, Dr Norbert Preining.

## Pregnant developer ousts rival from Kde team then uses his name for baby

181.       On 28 March 2013 they start the same routine with another co-author, José Manuel Santamaria Lema, "Santa" is libelled and banned from Debian.  The message sent to over 1,000 people on debian-private, behind Santa's back.

> *Subject: Removing a non-DD member of the Qt/KDE team*
> *Date: Thu, 28 Mar 2013 10:00:57 +0100*
> *From: Ana Guerrero <ana@debian.org>*
> *To: debian-private@lists.debian.org, nm@debian.org, leader@debian.org*
>
> *[sorry for the duplicated email if you receive it twice]*
>
> *Hi,*
>
> *This email is about the decision of the Qt/KDE team [1] of banning*
> *José Manuel Santamaria Lema, aka santa, from the team. This means removing*
> *him from the pkg-kde alioth group and removing him from all the group*
> *maintained packages.*
> *After that there are only 4 packages maintained only by him, that are KDE*
> *related and you can find plans at [2].*
> *José is also a DM [3], at the moment, he's only allowed ....*

182.       The backstory is that everybody is working at different speeds and different deadlines and that leads to conflict situations.  There was nothing fundamentally "bad" about Santa.  Ana

*Daniel Pocock*, Debian Developer (Pro Se)

**US District Court**

*v.*

Southern District of New York

*Software in the Public Interest, Inc, Debian & Zizianism,*

*Electronic Frontier Foundation, Inc,*

***AMENDED COMPLAINT***

*their overlords at Google et al.*

1:25-CV-03883-UA  / 19 September 2025

was just about to give birth so she was under pressure and not in a suitable position to work at the same speed as Santa.

183.        Ironically, Ana called her son Manuel, like the guy she just denounced.

184.        The Santa incident demonstrates the tactics and the culture of using debian-private mailing list to distribute a long defamatory message about somebody to over 1,000 people from all corners of the open source ecosystem without the victim knowing anything about the libel.

185.        Over the following six months or so, people would do things to provoke Santa.  He didn't know about the discussions they were having behind his back.  They tried to convince outside observers that something had randomly and spontaneously occurred.  Winding people up to be humiliated and insulted is a common pattern for the snobby people in the cult world.

186.        April 2013, following the social engineering attacks on Daniel Baumann and Santa, more people resign. Quoting John Hasler (debian-private):

> *I've resigned. Your resignation procedure says I must announce that fact to this list. I've sent the requisite message to keyring@rt.debian.org and orphaned my packages. Please notify me if there is anything I've missed. Otherwise please do not respond.*

## Mr Pocock begins unpaid work for Google Summer of Code

187.        In 2013 Mr Pocock began doing unpaid work for Google, Software in the Public Interest and Debian Project as a recruiter/mentor/manager for the programs Google Summer of Code and GNOME Outreach Program for Women (OPW).  OPW has subsequently been renamed Outreachy.

## Employees in tech companies have second loyalty to Debian, social engineering attempted against OVH

188.        In May 2013 then Debian leader Lucas Nussbaum sent an email to the debian-private mailing list about how one of the Debian co-authors tried to use insider contacts at the hosting

_Daniel Pocock_, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian &* _Zizianism_,

*Electronic Frontier Foundation, Inc,*

*their overlords at Google et al.*

**US District Court**

Southern District of New York

***AMENDED COMPLAINT***

1:25-CV-03883-UA  / 19 September 2025

company OVH to summarily transfer the domain name debian-multimedia.org without following proper procedures.

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

## Archdiocese of Melbourne publishes list of known paedophiles

189.     Archdiocese of Melbourne releases a list of 29 priests found guilty of abuse through internal Church procedures and other inquiries.  Father Bernard (Bernie) Joseph Mackin is on the list.

190.     The marriage certificate of Mr Pocock's parents, at St Patrick's Cathedral, was signed by an abuser and the Debianists, WIPO and the lawyers mock Mr Pocock and his family with rumours of "abuse" and "bad faith":



191.     One of the witnesses to the marriage, Walter Francis Pocock is the brother of John Pocock.  He was a teacher like his father Walter E. Pocock.  Many of the teachers felt they had been taken for fools by the abuse scandal.

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

## Libel motives and tactics documented by Russ Allbery, mystery death of Ray Dassen during expulsion debate

192.    On 11 May 2013, Thorsten Glaser sent a message on debian-devel about Canonical / Ubuntu conflicts of interest.  Eugene V. Lyubimkin sent a message on debian-private, linked to the public discussion, with the title "nomination and call for supporters for expulsion of Josselin Mouette".  There were hundreds of message replies in different threads and subthreads on different mailing lists.  The environment was really negative that week.

193.    14 May 2013, Russ Allbery writes a message revealing the motive for making up libel to ostracize somebody.  Effectively, these elites like being in control of everything and everybody. They write programs to filter and sort their messages.  But if Russ doesn't want to talk to some colleague, other people continue talking to the same colleague and the filter program he created is useless.  Therefore, a little pack is formed and they work together to spread a rumor about the person.

> *The last one is the one that people have, from the day the first Usenet newsreader introduced killfiles (which were a thing on Usenet going back far enough that they give procmail a run for its money), wanted to extend to all sorts of other noise problems, mostly as an excuse to avoid having to do anything at the server or source ends of the protocol. It's always failed. It only works if everyone else is ignoring the person too; in other words, they have to already be clearly and completely ostracized and viewed as noise unanimously.*

194.    Back in the days of Usenet software, these conspiracies would be contained to a single group of people.  When people use the same tactics on social control media, the rumors spread without control and overflow into other parts of the victims' lives.

195.    The tactics described by Russ Allbery are very anti-democratic.  A small but very determined group spreading a rumor does not represent the majority.

196.    The tactic described in Allbery's email doesn't work unless the libel is strong enough to upset third parties and even set off a conflict where the person targetted feels people acting strangely. The desire of people like Allbery to be in absolute control of conversations reveals the motive for protagonists to create nastier types of libel that involve references to abuse,

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

behavior or hints about a secret complaint from a woman.  Libel also works better if two or more people repeat the same lie.  If they only used a very weak lie or if only one person spread the lie then the protagonist looks like a backstabber.  Then it wouldn't justify ostracizing their target.  Allbery's email reveals he has a tactic for ostractizing people that depends on both strong libel and a group effort, a.k.a. conspiracy, to spread the libel to anybody who sympathizes with the victim. It is important to reflect on this concept because we see it being practiced, in the sense of criminal conspiracy, against a range of victims.

197.    Once we accept that certain people are operating with a motive to control discussions and the willingness to achieve that by telling strong lies, we can then see the possiblity that all the negative stuff about certain people has been made up, no matter what titles they are using or how many Swiss lawyers they paid to lie with them, we can hold the liars / libellers / lawyers fully accountable for it.

198.    18 May 2013 was the death of Ray Dassen.  A message on debian-private suggested the usual catch-all "heart attack".  There was no subsequent confirmation from a coroner. Ray was 40 years old and had spent 19 years collaborating on joint authorship of Debian and GNOME software.  The debian-private discussion was more muted than it had been for previous casualties.

## Resignation from Australian Labor Party (ALP) leaked to Crikey

199.    In July 2013, the Australian federal government made a video recording of female migrants without consent and published the video as part of the program of humiliating foreigners.  At the time, Mr Pocock was living as a foreigner in Switzerland, another country known for harsh racism.

200.    News reports had appeared simultaneously about victims of the government who had been raped and then, after being raped, these victims were forced back into the same accommodation with their rapists.

201.    Mr Pocock sent an email comparing the abuse of migrants to the institutional abuse in the Catholic Church.  These strong words were written a long time before the Spotlight

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA  / 19 September 2025

documentary appeared in the cinema, therefore, it can not be speculated that Mr Pocock's concerns were motivated by the documentary.

202.     The email was leaked to Crikey and they published it in full.

203.     Asylum seekers, migrants and various abuse victims who have seen Mr Pocock's sincere and firm approach have reached out to him for support, including people in his own profession.

204.     While various people from the ALP replied and some quietly expressed sympathy for Mr Pocock's principled stance in a very general sense, not one queried Mr Pocock's personal concern for these matters.

## Faking non-profit creds, huge profit banked in Switzerland after volunteers travel there to wash dishes

205.     1 October 2013, Lucas Nussbaum sends an email to debian-private revealing that after leaning on volunteers to do all the chores like dishwashing at DebConf, they had $42,000 left over in the budget.  There were no subsequent reports about who got the money.

## Gobbledygook: Code of Conduct gaslighting, practicing law without a license, Linus Torvalds banned, purge gathers pace

206.     In April 2014, through the process of a general resolution, approximately 24% of the joint authors consented to submit themselves to "Code of Conduct" gaslighting.  The 76% of joint authors who did not consent have been persistently bullied to accept it anyway.

207.     The Debian Project unincorporated association publishes a web site about "Interpreting the Debian Code of Conduct" where they describe how they are practicing law without a license, making judgments about people.  They describe a system with no natural justice or due process.  Complaints are secret.  Identities of complainants are secret.  The kangaroo court was created under the name "Anti-Harassment Team (AH)" and anybody who disagreed with their punishments was accused of "harassment".  They renamed themselves to "Community Team (CT)".  They take the secret complaints into their den and make up a verdict and punishment without ever giving the accused an opportunity to respond.  They refuse to disclose information

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
*v.*                                                      Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                   ***AMENDED COMPLAINT***
*their overlords at Google et al.*                       1:25-CV-03883-UA / 19 September 2025

about their conflicts of interest, such as their employment, shareholdings and romantic relationships within the body of joint authors.

208.      August 2014, Linus Torvalds, Linux founder, banned from DebConf.  Remember the lynching of Ted Walther at DebConf6 in Mexico?

209.      August 2014, Wesley J. Landaker resigns from Debian, citing the toxic culture.  It is notable because this was immediately after the bullies started using the Code of Conduct for urinating on the original philosophy (debian-private):

> *Anyway, times, beliefs, and policies have changed, and the easiest path for me right now is just to retire than waste precious time fighting for special exemptions or being forcefully kicked out. I always thought I'd be a Debian Developer until the day I died, but I'd rather retire than be run out of town. ;)*

210.      4 September 2014, more people are noticing that the censorship stuff is going too far, Thorsten Glaser challenges the decision to censor Zenaan Harkness:

> *Don Armstrong dixit:*
> *> Because of the following messages, I have blocked the posting ability of*
> *> Zenaan Harkness <zen@freedbms.net> to debian-project.*
>
> *I would very much like to know the reason. Posting links to the messages alone is not enough, especially when said messages do not appear to contain any inflammatory, ad-hominem attacking, or otherwise material. Especially when said messages question the **censorship that is becoming apparent in Debian through both the CoC and mailing list bans**, recently (Norbert pointed this out some time ago already, IIRC (if not, sorry about it)).*

211.      22 October 2014, another month, another Code of Conduct terrorist incident is declared when somebody uses the metaphor "tarred and feathered".  Some people who not use the metaphor, but in an international community of authors working on a creative project, is it acceptable that somebody should lose their career for a wayward metaphor like that?

*Daniel Pocock, Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

*If I'm going to get quite this much mail about the COC and how evil it is or is not, I might as well understand the facts of the situation and I'd appreciate it if my fellow developers could help me out with this.*

*Is the text that brought the COC into this discussion the following?*
*>*
*>> And honestly, the person who thought it would be a good idea to call the*
*>> smbd and nmbd init scripts from the samba init script deserves to be*
*>> **tarred and feathered**.*

*>Thanks for your adherence to the Code of Conduct.*

*In particular:*
*1) Is that the issue that is alleged to have been a COC violation?*
*2) Is that single sentence the only complaint made? Were there any formal actions taken--a mail to listmaster, a warning from someone in authority to enforce the COC? Or was it just that single sentence was written and then we discussed whether that sentence was appropriate? I appreciate your help in addressing my confusion here.*

212.       November 2014: Remco van de Meent resigns (debian-private):

*I enjoyed it back then, but now I like to formally retire.*

213.       14 November 2014, Amaya admits that she is not competent to judge what other people are saying / writing and resigns from the Anti-Harassment team.  Her resignation admits that the censorship and other nonsense is actually escalating conflict rather than reducing it:

*Sorry, I seem to have lost the empathy and objectivity needed to hold this position. I used to have it, but I no longer find it in me.*

*So before I manage to further allienate people and further escalate conflicts, I'd like to be removed from the team (and mail alias).*

*Daniel Pocock, Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

214.    November 2014: Richard Hartmann describes Debian culture (debian-private):

> *words can hardly express how exhausted and chaffed I feel from the constant fighting and in-fighting. I feel confused and scared that what I always saw as the foundation of Debian, it's social fabric, is not only tearing at the ends but that some rips are making it into the center, the very core.*

215.    November 2014: Arno Töll calls out debian-private by posting to debian-private:

> *by looking into my mailbox I seriously wonder what the point of debian-private is supposed to be. None of it's (original) intentions seem to apply to what's currently discussed on this list. Therefore, I seriously wonder, what/how much benefit it gives us as I fail to see why we would need a dedicated place to discuss the evilness involving systemd, or insult and offend each other and then discuss how much insulting those statements were, or whatever else you feel, is currently needed to be discussed on a private mailing list.*

216.    1 December 2014, Holger Levsen writes a long email about "how the CoC has been discussed and abused" and "has made and makes me want to leave the project".

> *Indeed, it sickens me (a lot) to see myself having become negative, bitter, wrongly focussed and neither fun nor interesting. While complaining about "poisonous thoughts and behaviour" I've stopped contributing positivly myself.*

## Clytie Siddall death, Holger Levsen's musings about suicide

217.    3 January 2015, Holger Levsen follows up again.  Admits the whole Code of Conduct thing and Anti-Harassment team is nonsense.  Hints of suicide and suicides past are not unheard of in Holger's emails:

> *since no action has been taken, nothing has happened, I hereby resign from Debian.*
> *Ignoring social issues doesnt work. Having teams who are supposed to work on*

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

> *that but dont, cause more harm than good.*
> *bla,*
> *Holger*
> *p.s.: this is no real resignation. it's more like cutting the venes the stupid*
> *way. do you hear me?*
> *and now back to my regular technical fun....*

218.    In January 2015 news appeared about the death of Clytie Siddall.  Clytie had jointly participated in Debian and GNOME.  Clytie had declared a pre-existing health condition, Myalgic Encephalomyelitis/Chronic Fatigue Syndrome, which raises the risk of suicide dramatically.  Despite a number of deaths, the Debianists have never done any risk assessments for the impact of their behavior on people with these conditions.

219.    21 January 2015, Torsten Landschoff writes about the phenomena:

> *[ObPrivate: I am not sure if the amount of retirements currently going on is public knowledge. We should not hide our problems, but I do not want to be the one who makes this public. Also these announcements happen here so this might be the right forum.]*

220.    8 February 2015: Bartosz Fenski resigns because of Women-only MiniDebConf

> *I wasn't too active recently but with the latest activity of our leader and official support for women-mini-debconf I want to retire from the project. I don't want to be part of this anymore. Please hereby approve my retirement statement. See you in project where everyone will be welcome. Not only women.*

## Fake scarcity: spouses selectively banned from DebConf

221.    On 23 July 2015, the Google employee and Debian co-author Margarita Manterola sent an insulting email to Mr Pocock telling him that his spouse was banned from using his room or sharing the food at the DebConf in Africa.  Manterola always gets a room with her partner. These tactics are part of a culture of pretend scarcity that is used to fool people into working for

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

free.  Manterola is one of the women who wanted to change the venue in 2013 due to the *Debian pregnancy cluster* but she vetoes any participation by other families.  So selfish.

222.      14 August 2015, David Moreno writes a resignation on debian-private:

> *Ten years ago today (2005-08-14) my account was created:*
> *https://nm.debian.org/public/person/damog*
> *Today, I don't feel like Debian represents me and neither do I represent the project anymore.*

223.      23 September 2015, Lucy Wayland has publicly disclosed mental health problems and suicide ideation but as with Clytie Siddall, the Debianists don't process that in any meaningful way.

> *This resonates so much – I have tried to explain it to people many times.  I am in my 40s, without children, but have lived with Bipolar II for over 30 years.  "Why are you not dead yet?".  Because there are friends and family who would be hurt by my dying.  Sometimes I curse them, as I want to be let go.*

224.      November 2015, Joachim Breitner (nomeata) expresses concern about Daniel Baumann's welfare with comments on debian-private:

> *There are a few people out there (and maybe in here as well) who see (parts of) this story and draw conclusions about how Debian treats contributors. Conclusions that I hope are in general false, and conclusions that I'd not like to pervade our image.*

225.      Notice the message from Breitner hints at the "us-and-them" mentality of groups like this.  It is a foundation of a persecution complex.

## Suicide of founder, Ian Murdock RIP

226.      In December 2015, the Debian founder Ian Murdock committed suicide.

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

227.    Murdock had publicized his intentions on social control media so the Debianists were unable to hide this particular case.  San Francisco medical examiner published a report.

## Mr Pocock questioned written obligations on Google Summer of Code working hours, projects becoming jobs, mentors becoming unpaid line managers

228.    On 26 April 2016 Mr Pocock sent a comment to the Google Summer of Code mentors list raising concerns the new rules, including an obligation to work 40 hours per week, would change the nature of the program from a performance-based project to a time-based employment.  This, in turn, could have consequences under laws for employment and social security rights in some countries.

## Open Source Conference Albania 2016, women outnumber men

229.    14 and 15 May 2016, a weekend, is the Open Source Conference of Albania (OSCAL) in Tirana.

230.    OSCAL was promoted on a web site of the European Commission and many of the open source software web sites.

231.    Wikimedia Commons published four photo galleries after the conference.

232.    In the team photo, we see six men, one fifteen your old boy and eighteen women in red t-shirts.  This defies the normal gender ratio for the technology sector.

233.    The salaries in Albania are very low.  Young female students earn €10 per day to work as a waitress.  There is a perception that diversity funds were used to pay women to appear at OSCAL or participate in photos with no follow-up about their status in education or employment.

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

## Violence, vandalism & Debian libel at Dr Appelbaum's home in Berlin. Presumption of innocence trashed

234.        On 10 June 2016, somebody posts on Twitter about the vandalism "rapist lives here" on Dr Jacob Appelbaum's home in Berlin.

235.        On 17 June 2016, Paul Tagliamonte, then employee of the US Digital Service in the White House, made defamatory comments vilifying the co-author Dr Appelbaum because, in Tagliamonte's words, "*I am not comfortable with him around*".  Sly words like this repeated over and over on the *debian-private* whisper network fed a web of Chinese whispers, up to the point where people vandalised Dr Appelbaum's apartment block with the words "rapist lives here".

236.        18 June 2016, Jeremy "Lunar" Bobbio writes that every time a woman makes a complaint, groups like Debian should treat the suspect as *guilty until proven innocent*.  This logic is then extrapolated to the point that the group should also be willing to repeat the accusation to others, using the name/trademark to lend credibility to the accusation so that accusers don't have the inconvenience of having to prove their gossip.  Theodore Ts'o writes a reply to challenge the nonsense but many people are afraid to challenge the gossips because nobody wants to be the next target.

237.        19 June 2016, Russell Coker doesn't want to publicly announce the punishment of Jacob Appelbaum because Coker lives in Australia and it is very easy to sue somebody for defamation there.  Coker sends an email to Zini trying to encourage somebody else to make the libel public. Debianist Enrico Zini of the Debian Account Managers team writes an email admitting that he has the power to wreck people's career by publicly denouncing them:

> *On Sun, Jun 19, 2016 at 09:43:46PM +1000, Russell Coker wrote:*

> *> Are we going to publish this fact as the Tor project did?*

> *So far we have never announced expulsions publicly. Personally, I've always tried to keep in mind that an expulsion belongs to the here and now, and a public announcement will potentially be googlable forever into the future, and although*

*Daniel Pocock*, *Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian &* *Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

> *I feel like I can make a choice about someone's membership at this point in their and the project's life, I don't feel like I can make the choice of publishing something that could, in some faraway future, be a mark of shame haunting a healed person from their sick long gone past, showing up forever in recruiter searches.*

238.    The above email is significant because it is a veiled threat to everybody else and because it hints at the level of thinking about these topics.  They know they are able to hurt people and each time they let the dogs off the leash, it goes a little bit further.

239.    21 June 2016, Australian journalist Sam Varghese publishes an article in ITWire, "Appelbaum banned from Debian events after sexual misconduct charges".  Sam Varghese is a collaborator of Russell Coker.  We can see that Coker was trying to have somebody else make a statement so they could get the journalist to publish a story.  Yet the headline is wrong: there were never any charges.  Nobody even made a report to the police.  This was a giant storm in a teacup based on social media gossips.

240.    In this particular case, there was a lot of parallel gossip about a conspiracy.  Russell Coker is known to work on NSA Security Enhanced Linux while Paul Tagliamonte was working in the White House and subsequently photographed in the Pentagon with the chairman of the joint chiefs.

241.    The target of this gossip was an American citizen living abroad in Berlin.

242.    Conspiracy or not, it demonstrates that Debian is easily manipulated by social engineering attacks, gossip and vendettas.

243.    The way these people collaborated on debian-private to manipulate other people to say the libel in public is a prime example of the phenomena described in Russ Allbery's email from May 2013.

244.    Up to now, people have been incredibly strict about hiding the messages on debian-private so it has not been possible for outsiders to see the role of Russell Coker orchestrating a

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

quote from one person and then having a different person, the journalist Varghese, publish the quote.

245.      Looking at the ITWire web site, we can see they have a tag they use for stories where Russell Coker collaborated with the journalist yet Coker didn't want to be quoted personally in relation to Appelbaum accusations.


https://mail.itwire.com/itwire-magazine/tag/Russell Coker.html


246.      The ITWire news report was not the final goal, it was just another stepping stone.  On 27 July 2016, The Washington Post and the NY Times took the bait and published the story.  Both of those newspapers based their reports on a quote about an "internal probe".  The "internal probe" may be a lot like the games on debian-private.


247.      On 22 June 2016, Debianist Enrico Zini wrote an email to the editor of ITWire asking them to remove the quotes from other people.  In other words, these close-minded people expect journalists, lawyers, judges and anybody else to publish only one side of the story, in other words, to act as their puppets.


> *Dear Editor in Chief of iTWire,*
> *you may want to do something about this article by Sam Varghese on*
> *Debian revoking membership of Jacop Appelbaum:*
> *http://www.itwire.com/business-it-news/open-source/73441-appelbaum-*
> *banned-from-debian-events-after-sexual-misconduct-charges.html*
> *While the first part is factually correct in its DPL quote, the article*
> *ends with baseless hints of Debian and Tor having fallen victims to*
> *manipulations by GCHQ psyops.*
> *I consider that to be psycological violence[1] against the various well*
> *known people who came out to report abuse, and I wish that news coverage*
> *about this situation could rather contribute to creating a community*
> *that encourages victims of abuse to speak up.*

_Daniel Pocock_, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* _Zizianism_,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

248.    In the public Debian mailing lists, they block incoming messages from people who do not agree with the official groupthink on certain topics like this.  They fool the community with the impression that all the developers agree with certain topics and decisions.

249.    On third-party sites like Reddit, they manipulate the administrators for individual topics to hide certain opinions.  The tactics they use are similar to the message sent to the ITWire editor.

250.    The public report from ITWire claims there are "victims" in both Tor project and Debian project.  But they are actually the same people.  The same people are members of both organizations.  The media was easily fooled by this word trick.

251.    Remember when Joel "Espy" Klecker died, many media reports and even a book repeat the story that nobody knew Klecker was bed-ridden and suffering from a terminal illness.  But some people did know and they hid that information from the media.  Therefore, in both the Klecker case (July 2000) and the Appelbaum case (June/July 2016), key Debian people are entirely comfortable deceiving the media and using the media to publish the narrative that is convenient for Debian's agenda.

252.    By looking through this history today, we can see that Debian people have discovered the means to lie and they have motives to lie and when the stars are aligned, they lie and libel.

253.    13 August 2016, Andreas Tille and Patrick Matthäi comment on debian-private that the presumption of innocence (everybody is innocent until proven guilty) is being trashed by these online mobs attacking Dr Jacob Appelbaum and they are concerned that Debian has fallen for it.

254.    21 August 2016, long after the libel was published by the NY Times and Washington Post, Ximin Luo reveals he is not a real victim and he "heard it from a friend".  This reduces the number of "first-person stories" that were mentioned in news reports.

> *To nitpick, I did not submit a "first-person" story about Jake. I said that the accusations were from credible people and not anonymous sources or government agents.*

_Daniel Pocock_, _Debian Developer (Pro Se)_  
_v._  
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,  
_Electronic Frontier Foundation, Inc,_  
_their overlords at Google et al._

**US District Court**  
Southern District of New York

**AMENDED COMPLAINT**  
1:25-CV-03883-UA / 19 September 2025

## Elias Diem, FSFE death not verified in Switzerland, membership rort discovered

255.     August 2016, Elias Diem, an FSFE Fellow, died in Switzerland.  They told us he died on a mountain.  No official coroner's report was provided because the death happened in Switzerland.

256.     2-4 September 2016, Mr Pocock attended the FSFE Summit in Berlin.  FSFE is a group sponsored by Google.  The FSFE Fellowship coordinator, Erik Albers, confessed to Mr Pocock that Fellows had not been properly recorded in the membership rolls of the incorporated association.  Fellows were issued with Fellowship cards, email addresses, an annual election and a recurring membership invoice but Fellows were not being invited to the AGM.  Mr Pocock, who had been a Fellow for a number of years, felt that he was deceived and decided to compete in the next election.

## Interns, relationships, but not Mr Pocock

257.     October 2016, Nicolas Dandrimont proposes his girlfriend Pauline Maria Climent-Pommeret for an Outreachy internship mentored by Mr Pocock.  The girl subsequently withdrew her nomination.  People have spread "relationship" rumors about Mr Pocock himself but he had nothing to do with this arrangement.

_From: Nicolas Dandrimont_

_As of today, the person I'm involved with, Pauline Pommeret, is applying to an Outreachy internship in Debian (on the GPG cleanroom environment project – I don't see her mail on the list archive yet, so something must have gone wrong, but it should arrive soon enough)._

258.     Notice that the Dandrimont thing happened almost immediately after the Appelbaum scandal.  Nobody published a news story about Dandrimont and his girlfriend.  It feels like some people are protected.

_Daniel Pocock_, _Debian Developer (Pro Se)_

_v._

_Software in the Public Interest, Inc, Debian & Zizianism,_
_Electronic Frontier Foundation, Inc,_
_their overlords at Google et al._

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA / 19 September 2025

## Fellowship elects Daniel Pocock

259.      25 April 2017, the FSFE in Berlin announced that Mr Pocock, an Australian, had been elected by the Fellows. The Fellows are predominantly of German/Austrian/Swiss origin. People subsequently realized that 25 April is ANZAC day, Australia's national holiday for veterans who fought fascism. Mr Pocock's great grandfather was an ANZAC who served in France.

260.      13 and 14 May 2017, the OSCAL conference in Tirana happens again. Mr Pocock attends the conference for the first time. He published a blog with a summary of his activities there, including a demonstration of amateur radio and Software Defined Radio (SDR).

261.      Chris Lamb, the new leader of Debian, had also attended the conference in Albania. He sent a summary to the debian-project mailing list: "_It was *extremely* remarkable and commendable that not only did the demographic skew of the organisers about 15-20 years younger than a typical conference, I would wager the gender split was around 70-80% female:male. The Albanian open source community is very healthy indeed._"

262.      A lot of the subsequent conflict in open source communities appear to revolve around Albanian issues.

263.      June 2017, Mr Pocock publishes a blog post telling colleagues that the Albanian group plans to have a FOSSCamp on the island of Syros in Greece.

## Harassment judgment in Switzerland, Carla, Daniel and black cats were victims

264.      September 2017: Carla, Daniel and their black cats prevailed over a far right landlord in the Zurich black cat harassment judgment. Carla, Daniel and their two black cats were the victims (survivors) of the far right in Zurich.

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

## FSFE impersonating FSF and €150,000 bequest questioned, Legal Network as counter-community

265.        During 2017, Mr Pocock, in his capacity as the elected representative of the fellowship, discovered that the FSFE was falsely claiming a relationship with the original FSF, a s501(c)(3) non-profit from Boston.

266.        The FSF Executive Director John Sullivan confirmed the dispute in writing.

267.        The FSFE (fake FSF) Executive Director, Jonas Oberg, admitted in writing that their original license to use a derivative of the FSF name had not been honored by either side.  One volunteer had left a bequest of EUR 150,000 to the confusingly similar FSFE.  Mr Pocock, being the representative elected by the Fellowship, was concerned this money may have been intended for the real FSF in Boston.

268.        The FSFE is operating a Legal Network mailing list where the discussions are hidden from the rest of the community.  The existance of mailing lists like this goes against the principles of open source software.  After the fellows elected Mr Pocock to represent them, Mr Pocock asked to be subscribed to the Legal Network mailing list.  The president of the FSFE refused to provide the necessary access to the list, making it impossible for Mr Pocock to fully represent the interests of those who elected him.

269.        The fellows and volunteers who contribute money and time are subsidizing the work of highly paid corporate lawyers in the Legal Network (LN) and their annual Legal & Licensing Workshop (LLW).

270.        A leaked email from Max Mehl reveals that LLW had a workshop about undermining a prominent open source license, the GNU GPL and its proponents, Linus Torvalds and Richard Stallman.  This seems to prove that the secretive FSFE Legal Network is working against the very things that motivate the fellows to contribute their time and money to the FSFE (fake FSF).

_Daniel Pocock_, _Debian Developer (Pro Se)_        **US District Court**
_v._       Southern District of New York
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_     **_AMENDED COMPLAINT_**
_their overlords at Google et al._     1:25-CV-03883-UA / 19 September 2025

## Mr Pocock documents Albanian scandal, harassment victims ask for his support

271.      During the middle of 2017 Mr Pocock started receiving reports from the Albanian female whistleblowers.  He tried to escalate these concerns and provide support to victims but he received no support from Debian Project et al.

272.      July 2017, Mr Pocock posts a message in the public discussion about the FOSSCamp in Greece.  Many open source software events have free entry but this particular event has a ticket price.  Mr Pocock innocently asks what is included in the price because he is trying to work out what additional costs people might face upon arrival:

> _@rskikuli Looking at the page with ticket sales, it is not clear what is included in the price. Does the price include the accommodation or any meals? What other essential costs will people have to pay?_
>
> _For people who take the ferry from Athens, do you know the cost each way?_
>
> _If people are going to ask for financial assistance from Debian or any other project, they need to be able to submit a complete list of all their expenses before purchasing any tickets._

273.      July 2017, Redon Skikuli replies "_If I'm correct, there is nothing included in the FOSSCamp ticket price ; no food, no accommodation, no drink, …_"

274.      The Albanian women had been sending requests to other organizations (Debian, Mozilla, Fedora, Wikipedia, etc) asking for those organizations to sponsor their travel using funds from diversity budgets.  These requests _asked_ for both transport costs, accomodation costs and the ticket fees.  But as Redon explained, the ticket fee did not pay for anything.   Mr Pocock realized that this ticket fee, being siphoned out of the diversity budgets of US non-profits, was being collected by one of the Albanian men, Elio Qoshi.

275.      9 August 2017, Redon Skikuli from the board of the Albanian hackerspace group Open Labs sends a message to Mr Pocock asking if he would like to become a member of the association.

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA / 19 September 2025

276.    21 August 2017, Faidon Liambotis (Debian co-author and Wikimedia employee in Greece) notices the same problems the Albanian female whistleblowers complained about. He writes to Mr Pocock and the Debian leader to alert us that one of the Albanian men is using the Debian logo to give credibility to a proposed "FOSScamp" event on the Greek island of Syros.

277.    Mr Pocock had promoted the FOSSCamp on his blog in June so he becomes particularly concerned with checking the credibility of the event and deciding whether to withdraw the blog post or not.

## FSFE considers loaning volunteers in exchange for secret payment

278.    22 September 2017, Max Mehl (FSFE) starts a discussion about lending out volunteers from FSFE to do translation work for the Open Knowledge Foundation (OKF). They have the discussion on one of the secret mailing lists and they talk about OKF giving the FSFE some money. It is not clear if they would tell the volunteers about the money or keep it hidden.

279.    October 2017, Mr Pocock returns to the public discussion thread about the FOSSCamp and publishes his concerns about how the ticket fee was used. He asks the association's president, Kristi Progri, to publish a financial report.

280.    The Albanian hackerspace had presented themselves as an association controlled by women with a 3/2 female majority on the board. Mr Pocock's email asks directly "As chairwoman, could you also confirm all the money from registration fees was put through the Open Labs bank account or managed in a manner approved by the board?"

281.    In the same message, Mr Pocock asks Redon Skikuli to elaborate on previous excuses about the registration fee: "you wrote that a registration fee was needed because of people canceling at the last minute. I never received any reply to my earlier questions about how the fee would be used and this makes people more suspicious looking at this thread on the Open Labs forum. Why couldn't you simply ask people to pay some of the accommodation in advance if you were concerned about last minute cancelations?"

282.    Mr Pocock notices that the web site of the FOSSCamp and the web site of the non-profit association have advertising for Ura Design, a private company run by one of the two men on

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

the board.  In the same email, Mr Pocock asks for clarification about the use of Ura Design publicity on the other web sites.

283.     October 2017, Redon Skikuli sends a reply admitting that the private company, Ura Design was actually the organizer of the FOSSCamp.  Therefore, the ticket fee paid the men for their work "helping" the women presenting themselves as junior female developers.

284.     October 2017, in reply to Mr Pocock's earlier query, the president of the Open Labs hackerspace, Kristi Progri answers to confirm that she can't produce a financial report because the money didn't go through the non-profit association and she says Elio Qoshi has to explain it because he is the director of the private company Ura Design.  Elio Qoshi is the founder who brought an underage girlfriend to tech conferences.

285.     October 2017, Elio Qoshi goes nuts, answering in capital letters and writing a complaint about Mr Pocock to the Debian leader Chris Lamb.

> *I won't take that as an argument as at no point it's mentioned WHO IS CONCERNED with that apart @pocock.*
> *The way @pocock has been handling this is very inappropriate towards us and does not put me in a position to do something I am not required to do. Red Hat, Collabora and various other open source business don't do public financial reports either, because it's a business, not a non profit NGO. The single source of concern is Daniel at this point, I haven't seen anyone else expressing this concern.*

## Red tape & Debian: Arjen Kamphuis asked Mr Pocock for protection

286.     4 October 2017, in a discussion about finding mentors for the Outreachy diversity program, Arjen Kamphuis replies to Mr Pocock: "*We are a bit concerned about the strict and formal language here: https://www.outreachy.org/mentor/mentor-faq/ **We'd like to agree Daniel will protect us from any Debian project bureaucracy** so all time is spent on actually working the problem. I'm happy to arrange for a trip after November 17th to Amsterdam when Bill is back in town.*"

*Daniel Pocock*, Debian Developer (Pro Se)    **US District Court**
*v.*    Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*    ***AMENDED COMPLAINT***
*their overlords at Google et al.*    1:25-CV-03883-UA  / 19 September 2025

287.    Arjen Kamphuis has joined a long list of people who asked Mr Pocock for support.  In this case, Kamphuis asked for protection less than a year before he disappeared on a canoe trip.

288.    Remember: Mr Pocock had been part of the WICEN amateur radio communications team for the Red Cross Murray River marathon.  They never lost a canoe.  Mr Pocock's grandfather left his job as a teacher because of red tape.

## Protected whistleblower complaint from Mr Pocock to Mozilla Foundation about underage victims

289.    12 October 2017, behind the scenes, Mr Pocock contacted Larissa Shapiro and Emma Irwin at Mozilla Foundation, concerns about money from multinationals creating risks for underage volunteers in Albanian hackerspace.  Mozilla Foundation was one of the sponsors.

290.    23 October 2017, Arjen Kamphuis has been helping organize a trip for some of the Albanians to visit the Netherlands and the Hack42 hackerspace.  He mentions that Redon Skikuli is the source of the problem and this is consistent with the message sent by Anisa Kuci.  Mr Pocock was not part of the problem, he was a witness and provided support to victims.

> *Been traveling like crazy (conference season) so did not have time to look into other issues. Also don't want to get caught up in internal politics but have noticed some strange events around the Dutch visit I've organised and co-funded for next month. Will have discusson about that with Openlabs and especially **Redon** who seems to put himself in positions of control in cases he should not.*

291.    8 December 2017, Eva Vranici sends a message to Mr Pocock on behalf of the board of the Albanian group "Open Labs"

> *We are pleased to inform you that, as of 2017-12-06, your Open Labs Hackerspace membership has been officially approved. You are now acknowledged as member of Open Labs according to its bylaws.  Please find attached and sign the NDA (Non-Disclosure Agreement) as a requirement to be part of our online infrastructure.*

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                                              **US District Court**
*v.*                                                  Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                        ***AMENDED COMPLAINT***
*their overlords at Google et al.*                 1:25-CV-03883-UA / 19 September 2025

> *We are proud to have you on board, and would like to thank you for all the work*
> *you do for Open Labs! Keep up the good work!*

292.  Mr Pocock never signed any NDA with any of the associations related to open source
      software therefore he was never under any obligation of confidentiality.


## CCC: Google-funded FSFE staff punish Google critic, Mr Pocock, as elected representative, vilified for defending the victim

293.  4 January 2018 – Erik Albers, FSFE employee, announced the censorship and isolation
      treatment for Michael Kappes (MajestyX), a volunteer who questioned Google funding at the
      CCC conference in Berlin, "*Re: [GA] Konsequenzen*"


294.  Mr Pocock, as the representative elected by the community, immediately rose to the
      defence of volunteer Kappes.  The German FSFE staffers deeply resented somebody
      questioning the heirarchies they were imposing on people.  Mr Pocock has a long history of
      sticking up for the little guy, including his defence of Michael Kappes, Dr Norbert Preining, Dr
      Jacob Appelbaum, Dr Richard Stallman and the Albanian female whistleblowers.


## Mr Pocock signals lower availability for unpaid work in 2018 due to family issues

295.  22 January 2018, Molly de Blanc is signing people up for Google Summer of Code
      again.  Mr Pocock indicates that he can't be fully committed to the program in 2018.  After all,
      he is not being paid by either Debian or Google.


> *On 22/01/18 02:25, mollydb wrote:*
> *> I mmissed this on the application before! We need 2-5 administrators for*
> *> the application. Who else wants to be one?*
> *>*
> *You can use my name temporarily while looking for other people to help*
> *you in this role.*
> *...*
> *However, I can't officially commit to help with the duties of an*
> *administrator right now.*

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                                              **US District Court**
*v.*                                                    Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*              1:25-CV-03883-UA  / 19 September 2025

296.    Among other things, this was the time when Mr Pocock's father had been placed in an aged care facility and it was uncertain how long he would live.

## FSFE "Join" button questioned by Mr Pocock as fellows never registered on real membershp roll

297.    2 February 2018, Mr Pocock wrote an email to the public FSFE discussion list about the button on the web site that says "Join" and the page "Join the FSFE" being deceptive because the people who click the button and fill in the form are not being added to the real membership roll, they are used as donors but their membership rights are not respected at all.  The FSFE management were furious that their membership fraud was called out publicly like this.

## Keith Raniere arrested, NXIVM cult phenomena, cage, becomes public knowledge

298.    14 February 2018, the FBI arrest warrant for Keith Raniere of NXIVM.  The warranted was unsealed a few weeks later.  The case had a global profile.

299.    In the FBI's sealed complaint, Point (7), "Nxians were often required to sign non-disclosure agreements" – just like the Albanian Open Labs girls.  Look at the signature / footer of messages leaked from debian-private, "this message shall never be disclosed"

300.    The FBI goes on, "a secret society was developed within Nxivm", a lot like the way every "transparent" open source software group seems to have a secret cabal controlling the bank account.  Most Debian authors are never given membership rights in SPI.  Most FSFE Fellows are never given real FSFE e.V. membership.

301.    The FBI explains how the "DOS" slaves had to give collatoral.  Looking at the case of Daniel Baumann in Switzerland (2014), the emails about his "demotion" made him a slave and the secrecy of these emails served an equivalent role to the collatoral in NXIVM.  FBI: "Collateral consisted of material or information that the prospective slave would not want revealed because it would be ruinous to the prospective slave herself and/or to someone close to her"

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

302.      "Some slaves were told that they had to collateralize all aspects of their lives, including signing over any assets, disclaiming their faith, and doing things that would ruin their careers and relationships if the collateral were released" – look at how certain people in the conspiracy against Dr Jacob Appelbaum wanted to have the absolute power to destroy his career and terrify people away from speaking to him.  We see the same phenomena in subsequent victims, Mr Pocock, Dr Preining (end of 2018) and the attacks on Sonny Piers in 2024.  The overlords in both NXIVM and the Debianists want to have the absolute power to pick somebody out and destroy them at any moment.

303.      "DOS slaves were required to perform "acts of care" for their masters and to pay "tribute" to their masters in various ways... akin to acting as personal assistants ... acts of care provided by a master's slaves, and those slaves' own slaves, should ultimately amount to the master having the work of at least one full time employee".  In open source, we see the big wigs in certain voluntary groups make promises to the Gods of Google and they rely on other volunteers doing the actual work.  Look at how FSFE had an internal discussion about lending their volunteers to do translation work for other organizations.  It is a slippery slope.

304.      "DOS masters received a financial benefit in the form of continued status and participation in DOS".

305.      Notice the word "status" is used in the subject line of emails sent by the Debianists Joerg Jaspert, Enrico Zini, Jonathan Wiltshire.  Recall the promise that recognition is the "coin" Debian developers are "paid" with.  In fact, under copyright law, recognition is a right.  Joint authors can give their rights away, they can sell their rights but the notion that the Debianists can arbitrarily extinguish somebody's rights and status is crossing a line.  The "status" messages to Baumann were sent with 1,000 other witnesses on debian-private, a giant humiliation.

306.      "Readiness drills along with other aspects of the DOS program resulted in the slaves suffering from severe sleep deprivation" – look at the road accident deaths of Chris Rutter (UK, 2001), Manuel Estrada Sainz and Andres Garcia (Spain 2004), Thiemo Seufer (Christmas Day working, 2008).  It can be difficult to know if fatigue was a factor after somebody has died in a road accident.  In the case of Chris Rutter, the thoroughness of the UK authorities, it appears that many other factors were ruled out.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

307.      "Based on information obtained over the course of the investigation, DOS victims have explained that *they believed they had to complete their assignments and comply with readiness drills and acts of self-denial or risk release of their collateral*" – fast forward to 19 March 2025, Luke Faraone sends an email "Community Team FAQ", "There may be some misconceptions as to what the CT means when it writes to someone... *We don't want people to feel intimidated* that any interaction they have with CT is just a stone's-throw away from an adverse decision by DAM".  But people do feel the fear, otherwise they wouldn't periodically send messages like that.  Many public messages appeared in December 2018 and January 2019 indicating that a culture of fear has been created, even if people deny it.

308.      Page 11 of the FBI document introduces the NXIVM cage in their point 29.  A few months later Molly de Blanc (Open Source Initiative President, GNOME Foundation Strategic Initiatives Manager) goes to FOSDEM conference and she shows a picture of a cat in a cage and she uses it to refer to Mr Pocock.  The cage / dungeon stuff became a big feature of the news coverage.

309.      Page 11, section F "Branding" discusses the NXIVM practice of branding victims' pubic regions.  In Debian, the branding is psychological rather than physical, nonetheless, it is hideously intrusive.  Dr Preining was told he was "expelled" for the second time on his birthday.  Imagine having that thought on your mind on your birthday every year.  The "abuse" rumors about Mr Pocock were circulated on 24 December, Christmas 2018.  Outside the Debian cult, Christmas is a festival day people associate with pleasure and family.  The Debianists Enrico Zini, Joerg Jaspert and Jonathan Wiltshire are responsible for poisoning Christmas.  The death of Adrian von Bidder was on the day Mr Pocock got married.  Imagine having those questions on your mind on your wedding anniversary every year.  Remember that Debian guy?  Was it a suicide?  Did somebody revoke his status before he died?

310.      FBI, page 13, point 35 "Since defecting, several DOS victims have received "cease and desist" letters from a Mexican attorney."  – the use of the WIPO UDRP to silence a critic appears to be completely analogous to Keith Raniere's use of the Mexican lawfare.

311.      FBI: "Additionally, the Heiress has made multiple attempts to have criminal charges brought against a former DOS slave, who has discussed her experience in the media" – fast forward to 2021,  the FSFE try to have volunteers arrested under German criminal speech laws for talking about the well known fact that the Nazis and FSFE both canceled elections.  Axel Beckert of ETH Zurich, a leading Swiss university, on the anniversary of September 11, tries to

*Daniel Pocock*, *Debian Developer (Pro Se)*

**US District Court**
Southern District of New York

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*

***AMENDED COMPLAINT***

*their overlords at Google et al.*

1:25-CV-03883-UA  / 19 September 2025

use the Swiss authorities to beat Mr Pocock into silence.  The Swiss authorities themselves have a history of using sexual abuse to silence critics. Amnesty International published a report about the whistleblower Trevor Kitchen and others.  Therefore, Debian, acting through Axel Beckert, by trying to use Swiss violence, they bring to mind the menace of sexual abuse by proxy.

312.        FBI gained access to Raniere's email account.  Page 14, (37), they examine the "collatoral" from one of the first victims to join the "DOS" subgroup of NXIVM.  Attached to an email, the FBI find "a letter addressed to social services alleging abuse to CC-1's nephews".  The FBI suggest elsewhere that letters like this were created with false accusations.  Remember the way people systematically created the false abuse accusations about Dr Jacob Appelbaum?  Defendandt FOSDEM has false abuse accusations against Mr Pocock in their mailing list, published by the Debianist Wouter Verhelst, on par with the content of Keith Raniere's Yahoo account.

313.        FBI moves on to the forced labor, page 18, point 50, "Jane Doe 1 was tasked by CC-1 with reading and reviewing dense articles" – once again, compare to the confirmed Debian Day suicide victim Frans Pop, he reviewed 7,000 articles as part of a project to remove spam.

314.        "Jane Doe 1 was required to fill out a standardized form after reading each article", compare to the FSFE "REUSE" project and the Debian DEP-5 requirement that was imposed upon volunteers on Friday, 13 August 2010 by Lars Wirzenius and Ubuntu, that was the final piece of pressure before Frans Pop's resignation / suicide note.

315.        "RANIERE also directly tasked Jane Doe 1 with an assignment to befriend and learn information about an ostracized member of the ESP/Nxivm community" – Mr Pocock has observed similar tactics around Debian and GNOME, for example, the meetings people had with Dr Norbert Preining and the efforts around Sonny Piers.  Nobody is sure who they can trust any more and who is a friend and who is just a player.

316.        Notice in NXIVM , the FBI document tells us the new recruits were not told that Raniere was the master.  They were told it was a multi-level scheme for women.  In the Debian constitution, we see that the Debianists Zini, Jaspert and Wiltshire have the roles of Debian Account Managers but looking at the private emails, we see that these roles are not really independent and they are manipulated or sometimes directed by the Debian Project Leader, a sole dictator.  In the Albanian group, they pretend to be a group run by women but the non-

*Daniel Pocock*, *Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

profit group acts as a front for a private company, Ura Design, owned and directed by one of the men on the board.  The president of the Albanian group, a woman, told Mr Pocock that the group's bank account was managed by an accountant associated with one of the men.  The FBI had to go to some effort to show who was the real controller of the scheme so he could be held to account.

317.    The difference between the two groups NXIVM & Debian is the manner in which collatoral was collected, in other words, the manner in which some participants gained power over other participants.

318.    In NXIVM, people invested time and money in the public side of the NXIVM program and they became emotionally invested.  The victims were asked to make a step into the inner group, "DOS", after already making that investment of time and energy in NXIVM.  They were asked to give collateral in a very direct and deliberate manner.

319.    In Debian, people also make an investment of time and energy before the group gains power over them.  Unlike NXIVM, the Debian victims are joint authors so they have an additional bond within the group, their moral rights under copyright law.  The Debian ringleaders have tried to usurp copyright law with their notion of expulsions and making negative statements about people.  Fundamentally, due to the nature of open source software, the victims can't sell their copyright interest and leave.  The open source copyright interest comes with value for the co-author's reputation and earnings capacity but it is illiquid.  In some ways, it is like having a university degree, it is of great benefit during your lifetime but you can't leave it to your children.

320.    Open source software development, by its nature, is a highly public activity.  For some victims, like Mr Pocock, they have done this activity since they were at high school. Everybody who ever worked with Mr Pocock throughout his career knows that he is an expert in Linux, Debian and related technologies.

321.    Based on the above, if people realize in advance that they are not going to get on with the guy who has just been elected as leader, they can not simply sell their "share" in Debian and walk away.  Once they get tied up in Debian, they are always at the mercy of the Debianists to some extent.  The only mitigating tactic is to publicly and very loudly resign, but this involves waiving all rights to recognition.

*Daniel Pocock*, Debian Developer (Pro Se)                                          **US District Court**
*v.*                                                                        Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                                      ***AMENDED COMPLAINT***
*their overlords at Google et al.*                              1:25-CV-03883-UA  / 19 September 2025

322.    NXIVM explicitly and regularly asked victims to simply give them collateral.  In Debian, Debianists took the value of the public recognition and demonstrated that they could replace it with something very negative in the blink of an eye.  They did that through the public humiliation of Dr Jacob Appelbaum (2016) and the privately organized shaming of Daniel Baumann (2014).  When they chose to attack Mr Pocock and Dr Norbert Preining in 2018, they decided to do so secretly because on the one hand, they knew their control over these men was indefensible and on the other hand, they hoped the men would be held in a state of fear at the prospect that their humiliation by the overlords would be disclosed.  These tactics and occasional references to their Debianists' powers created a state of fear between Debian overlords and all of their co-authors around the world, just as the collateral demanded by NXIVM created a state of fear between slave and master.  While NXIVM & Debian both created the state of fear in different ways, they have both achieved a state of fear and obedience.

323.    The NXIVM victims knew they were being asked for collateral.  In Debian, the power relationship is created by more subtle means, Debianists seek to create a sense of honor, a sense of obligation to the group while simultaneously using games with words, like the "expulsions" narrative, the references to authors as "Project Members" to obfuscate the fact that there is a strong moral right to recognition based on joint authorship.  "Project Member" is a transient status as a "Project", by definition, is also transient.  An author has rights beyond their death whereas a membership right ends upon death.  Looking at the emails from Frans Pop, the 2010 suicide, we find evidence that he was under the influence of these narratives.  When Manuel Estrada Sainz and Andres Garcia died in 2004, only the former had been formally registered as a "Project Member" and this resulted in some debate as to whether the latter could be referred to as a real "Debian Developer" in the death notice.  Yet if we accept the original definition of Debian Developer from 1993, it is clear both men were co-authors in the sense the term was used originally.  The existence of these debates about who is a "real" Debian Developer proves the perception of authorship rights has been undermined and it also demonstrates that an honor-based system of obligation is present.

324.    Debianists and SPI subsequently spend over $120,000 to have the preceding comparisons censored through the UDRP process offered by WIPO.  The UDRP legal panel refuses to cite the actual comparisons or look at the merits of each comparison in their report and says that they can't be used at all because NXIVM involved sex and Debian doesn't.  The UDRP logic distorts the fact both NXIVM and Debian simultaneously evolved to exploit shame and blackmail while the question of sex was only tangential.  Did the Debianists spend that money because the NXIVM comparisons are far-fetched or did they spend that money on lawfare censorship because the NXIVM & Debian comparisons are too close to the truth about how this Debian group has evolved over the years?

*Daniel Pocock*, *Debian Developer (Pro Se)*        **US District Court**
           *v.*                   Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*           ***AMENDED COMPLAINT***
*their overlords at Google et al.*        1:25-CV-03883-UA / 19 September 2025

## Mr Pocock selects outspoken female schoolteacher as intern, Lilie James death predicted

325.     February 2018, intern selected by Mr Pocock wrote a blog post critical of Google Location Tracking service, comments about the risk of being clubbed to death at the slightest resistence. The intern was threatened for speaking up.  Lilie James was subsequently clubbed to death and Location Tracking was a factor.  See the blog Renata D'Avila, "*The right to be included in the conversation*"

326.     The Anti-Harassment team went nuts.  Some time later, they sent a long rambling email to the female intern. They told her they were blocking her funding to attend DebConf18 in Taiwan.  The interns were only paid for three month projects but the Debianists expected the remote interns in Brazil would want to spend time doing voluntary work to help bring DebConf19 to Brazil in 2019.  Message sent to Renata, her prediction of Lilie James' death, although accurate, was not appreciated by some among the Debianists:

> *From: Laura Arjona Reina<larjona@debian.org>*
> *Date: On Wed, Jun 13, 2018 at 20:46*
> *Subject: Fwd: Issues related to the MiniDebConf Curitiba 2018*
> *To: <renatadavila@protonmail.com>*
> *Cc: Anti-harassment <antiharassment@debian.org>*

> *Hello Renata*

> *...*

> *Reinforcing positive attitudes and steps that you see in Debian towards women inclusion can also motivate yourself, the other Debian contributors, and possible newcomers, to go on working in that strategy and foster diversity in Debian. This does not mean to **avoid criticism** or **hiding problems**, but providing a more accurate vision of how the Brazilian Debian community works towards our common goals.*

_Daniel Pocock_, _Debian Developer (Pro Se)_               **US District Court**
                                    _v._                Southern District of New York
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_                  **_AMENDED COMPLAINT_**
_their overlords at Google et al._               1:25-CV-03883-UA  / 19 September 2025

## Coercive control: Mr Pocock questioned Google's influence on budgets

327.        16 February 2018, Mr Pocock, as the representative elected by the fellowship, asked
        FSFE management to explain how Google influences their budget.


_328.        Subject: Re: [GA] 2018 budget proposal & 2017 results_
_Date: Fri, 16 Feb 2018 20:45:45 +0100_
_From: Daniel Pocock <daniel@pocock.pro>_
_To: ga@lists.fsfe.org_

_On 12/02/18 14:58, Jonas Oberg wrote:_

_> While surpassing budget, it's worth noting our regular donations have_
_> dropped in 2017 compared to earlier years (even if we exclude the_
_> extraordinary donations), so we would be hoping to see a stronger donor_
_> activity for 2018._
_>_

_Could this have been a shift from donations (decrease) to supporter_
_contributions (increase)?_

_Any comment on the change in Google donations: it is well below budget_
_(36k < 60k) but for 2018 you forecast it will bounce back even higher to_
_75k?_

_Regards,_

_Daniel_


329.        Google was contributing 20% of the budget.  In other words, if management doesn't
        obey Google, those funds could be cut in the blink of an eye and the managers of the FSFE non-
        profit would have to take pay cuts or terminate at least one of their staff.

*Daniel Pocock, Debian Developer (Pro Se)*                 **US District Court**
*v.*                                          Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                      ***AMENDED COMPLAINT***
*their overlords at Google et al.*            1:25-CV-03883-UA  / 19 September 2025

## Mr Pocock's intern grievance: but against another man, never against Mr Pocock

330.      26 February 2018, Renata D'Avila, the Outreachy intern in Brazil, writes an email
          indicating that she has a grievance with one of the other mentors, Paulo Henrique de Lima
          Santana (phls).  The woman never made any complaint against Mr Pocock.

> *I'm sorry for the short notice, but I would like if any other Debian*
> *Women would attend this meeting specially if Paulo finally shows up.*
>
>
> *Renata*

## Mr Pocock wraps up Albanian investigation, female whistleblowers thanked Mr Pocock

331.      March 2018, Mr Pocock posted another message in the discussion about the
          FOSSCamp.  Lior Kaplan had posted a message there trying to downplay the extent of the
          wrongdoing.  Mr Pocock has seen the private messages with the funding requests and he quotes
          from one of them publicly:

> *@kaplanlior the fundamental point here is that when the funding request was*
> *sent to Debian, it was sent from "We at Open Labs Hackerspace", not "We at*
> *Ura Design". Ura Design was never mentioned in the funding request sent to*
> *Debian. Isn't that unfairly leveraging the good will that exists towards Open*
> *Labs due to the hard work of so many volunteers over so many years?*
>
> *In other communications I have subsequently seen, Ura Design was not referred*
> *to as a for-profit entity but as a "design collective".*
>
> *Further investigation revealed that the three people named in that funding*
> *request were actually employees of Ura Design at the time they sent the funding*
> *request. Each of them asked for the EUR 40 to be paid to their own employer.*
> *The funding request did not declare their obvious conflict of interest.*
>
> *According to Wikimedia guidelines 1, "We support volunteer participation;*
> *participation that is tied to paid work is not eligible for funding.". If @elioqoshi*

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

> *company wasn't supporting the event on a voluntary basis, isn't that a violation of the guidelines?*
>
> *They also state in the* Wikimedia grant agreement 1 *requires people to declare any conflict of interest. Why did people submitting requests to Wikimedia not declare their connection with Ura Design?*
>
> *In this thread, people have made comparison to Red Hat, a for-profit company. But I would ask you* @elioqoshi *and* @rskikuli*: do Red Hat write to non-profit organizations like Debian, Wikimedia and Mozilla and ask us to pay for their employees to attend their own summit? Or do companies like that typically waive the attendance fees for their own staff or charge them internally?*

332.     5 March 2018, Anisa Kuci, one of the Albanian female whistleblowers, writes an email describing the real origins of harassment in Albania and thanks Mr Pocock for supporting the victims, the Albanian women who were exploited to pursue diversity grants on behalf of their male gangmasters.  While supporting the Albanian victims, Mr Pocock indicated that he was particularly conscious of the risks to underage participants because his second cousin had been in the choir of Cardinal George Pell, the most high profile abuse case in Australia and the Vatican at that time.  This is the email from Miss Kuci, she clearly identifies Elio Qoshi and Redon Skikuli as the source of harassment.  Mr Pocock was diligently supporting the victims and received no thanks or support for his efforts.

> *Subject: Re: "free travel"*
> *Date: Mon, 5 Mar 2018 23:51:28 +0100*
> *From: Anisa Kuci <anisakuci9@gmail.com>*
> *To: larjona@debian.org*
> *CC: Chris Lamb <lamby@debian.org>, Daniel Pocock <daniel@pocock.pro>,*
> *leader@debian.org, antiharassment@debian.org*
>
> *Hello Chris, Daniel, Laura,*
>
> *Thank you very much for being so supportive.*
>
> *I read the comments on the thread and to be honest I am really sad that Elio said that. It is not true at all.*
>
> *They (**Elio & Redon**) pretend to support women but on the other hand their behavior towards many of us shows the opposite.*

*Daniel Pocock*, *Debian Developer (Pro Se)*
                  *v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

> ***Daniel I feel bad because you have encouraged and helped not only me, but so many other people, no matter if they are Open Labs members or not, and also all the attendees from Kosova to learn new things, to work and improve their skills and knowledge. They are doubting your good intentions just to remove the attention from the shady things that they are doing.***
>
> *The free travel comment is really offensive to me and i feel it should be offensive to every woman who is part of the community.*
> *I have been contributing and supporting Open Labs since its early days, and I have put a lot of effort and time, I do this because I believe in what it is meant to stand for and without waiting something in exchange, but the situation lately has been not very positive.* ***Daniel has been present by chance in few cases where situations have been very hard to go through.***
>
> *I would definitely like to talk to any of you and tell you more about everything that is happening here, its fine to me whether it is a video call, call or just emails.*
> *Please tell me what would be more convenient to you.*
>
> *King greetings,*
> *Anisa*

333.     That email from Miss Kuci reveals the real reason some gatekeepers and their sponsors are going nuts about Mr Pocock. Mr Pocock has a long history of sticking up for the little guy, including his defence of Michael Kappes, Dr Norbert Preining, Dr Jacob Appelbaum, Dr Richard Stallman and the Albanian female whistleblowers.

334.     March 2018, the founder with the underage girlfriend, Elio Qoshi, sends a reply to Mr Pocock in the discussion about the FOSSCamp:

> *I will try to keep this short but I'm not sure how much I will succeed in that, as this will definitely be the last reply from my side here. I have reached out to the Debian Project Leader to close this issue once and for all. Having said that, it seems that you feel frustrated with the situation so let me tell you about my frustrations as well:*
> - *you include Members' only discussions in a public thread while being yourself a member*

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

335.     Qoshi's angry reply reveals the real reason they asked Arjen Kamphuis and Mr Pocock to become members of the Open Labs association.  Albanian gangmasters thought these men would sign the NDA and become bound by secrecy.  Mr Pocock never signed the NDA and even if he did, it would not have prevented him from exposing the scam at work here.

336.     It is important to remember that the women who spoke to Mr Pocock did so before he was ever asked to join the association.  Therefore, they were potentially violating the NDA, they are technically whistleblowers.  One of the Albanian female whistleblowers, Jona Azizaj, was a finalist in the Red Hat Women in Open Source awards.

337.     In other organizations, the identities of people concerned would normally be protected. In open source organizations, publishing names is a common practice.  The Open Labs organization had published a manifesto with a strong commitment to transparency.  Mr Pocock felt this was an environment with an American style of discourse, similar to the Debian Social Contract and the first amendment.  Incidentally, the hackerspace is about one hundred meters from the US embassy in Tirana.

338.     The ticket fees under discussion, between EUR 40 and EUR 60 per person, may seem trivial for some of the big organizations.  The real issue for Mr Pocock was the coercive control of the women.  Coercive control is typically presented as an element of domestic abuse and a number of jurisdictions have created offences specifically concerned with coercive control in the home.  In this case, rather than finding coercive control in a domestic setting, it was found in a hackerspace, a hobbyist environment.  Ironically, the Albanians and the organizations funding them took many photographs of smiling women, published the photos online and claimed this "community" was evidence their diversity expenditures were having a positive impact.  The private emails from Anisa Kuci and Arjen Kamphuis and others reveal the truth.

339.     Despite decades of voluntary work with free software projects, Mr Pocock never saw any group ask him to sign an NDA before encountering the Albanian Open Labs hackerspace. The NDA demands are a strong example of a coercive control problem.  The young women never had any previous experience of a voluntary activity and they accepted that these NDAs were a normal thing.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

340.    Another major reason for concern with this situation is the relatively young Albanian group has been born bad because of the Code of Conduct rhetoric and other gobbledygook from larger role models like Debian, Mozilla and FSFE.  Senior developers can remember what the world was like before all this nonsense came about.  Many of the senior developers also have experience in unrelated voluntary groups so they know the open source Code of Conduct gobbledygook is an edge case and not the norm in professional life.  The young people in Albania have grown up glued to mobile phones and social media, the open source communities are their first exposure to the outside world and they have no other point of reference.  Therefore, when they see the Code of Conduct gobbledygook in their first encounter with the outside world, they are brainwashed by it and they can be exploited more easily.  This situation is entirely the fault of the larger groups who fail to realize they have become such bad role models.  Some of the developers in the larger groups are simply unaware of the extent to which other groups see them as role models.

## FSFE censorship clause in new comms policy

341.    Heiki Lõhmus, President of the German FSFE (fake FSF) sends an email announcing a censorship regime:

> *Subject: Policy for direct mailings to our Community*
> *Date: Tue, 20 Mar 2018 16:00:56 +0000*
> *From: Heiki Lõhmus <repentinus@fsfe.org>*
> *To: pr@lists.fsfe.org, team@lists.fsfe.org, coordinators@lists.fsfe.org*

> *Dear all,*

> *The Community Coordinator and the Council have come up with the attached policy for directly emailing (a subset of) our community. You will find that many of you can use this powerful tool under the new policy to help you campaign for software freedom. If you have any questions or concerns about your new rights and responsibilities, please contact me. The policy is in effect as of today's announcement.*

> *Yours truly,*
> *--*

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

*Heiki Lõhmus*
*Vice President*
*Free Software Foundation Europe*
*mailto:repentinus@fsfe.org*
*xmpp:repentinus@fsfe.org*

*# Internal Communication Policy*

*This policy determines conditions and rights of the FSFE bodies (staffers, GA members, local and topical teams) or members of the FSFE community to to mass mail registered FSFE community members who have opted in to receive information about FSFE's activities.*

*## Definitions*

*For the purpose of this document:*
 *\* all registered FSFE community members who have opted in to receive information about FSFE's activities are referred to as "recipients".*
 *\* mass emails that we send out to recipients are referred to as "mailings".*
 *\* mailings that are only sent to recipients who live in a certain area (a municipality or a language zone or similar) or that are part of a topical team are referred to as "select mailings" and mails to all recipients of the FSFE are referred to as "overall mailings".*

*## Considerations*

 *\* Mailings should be sent to better integrate our community in important aspects of our work, which can be for example - but is not limited to - information about critical happenings that we need their input or activity for, milestones we have achieved and thank you's, engagement in the inner FSFE processes and fundraising.*
 *\* Mailings should be properly balanced between delivering information and getting to the point.*
 *\* Mailings should contain material/information that can be considered worth of our supporters' interests.*
 *\* Mailings are not to spread general news - that is what we have the newsletter and our news items for.*
 *\* You can find help on editing mailings by reading through our press release guidelines: https://wiki.fsfe.org/Internal/PressReleaseGuide*

*Daniel Pocock, Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

> \* *All community members are invited to use select mailings for evaluations, to inform about certain aspects of FSFE's work, to organise events and activities or other extraordinary purposes.*

> ## Policies

> \* **<u>Mailings must not be against FSFE's interests</u>** *and conform to our Code of Conduct.*
> \* *All overall mailings have to involve the PR team behind pr@lists.fsfe.org for a final edit. In urgent cases, review by the PR team may be skipped with approval of the responsible authority.*
> \* *All select mailings need approval by the relevant country or topical team coordinator or - in absence - by the Community Coordinator or the Executive Council.*
> \* **<u>All overall mailings need the approval of the Executive Council</u>**.
> \* *All mailings need to be reviewed by someone with the authority to approve the mailing.* **<u>Nobody may review or approve a mailing they have prepared on their own</u>**.

342.    As an "internal" policy, it was discussed on an internal mailing list and it was not meant to be shown to the Fellows.

343.    Remember, on ANZAC day, the Fellows had elected me as their representative, to give them reports about how effectively management runs the organization.  I felt the expectation "mailings must not be against FSFE's interests" prevented me from giving honest reports or any reports about incompetence and corruption.

344.    They were expecting me to work like an unpaid public relations intern making shallow comments on social media rather than a real representative.

345.    Fellows had been promised a real representative, so I feel that secretly applying a policy like this to the representative was even stronger evidence that the organization is corrupt.

346.    Fellows, donors and other organizations are told that the FSFE promotes freedom and transparency but the policy contradicts that, therefore, the imposition of such a censorship

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

regime, censoring the elected representative is more severe in this case than it would be in some other organization that wasn't claiming to be a champion of freedom and transparency.

347.         Given that it is a distributed, online community, the impact of the policy is much more severe than it would be in a real-world community.  In a real-world organization, people have meetings from time to time where they can share information about the management and hold people to account.  In a purely online group, like this Google-backed fake FSF, the president can sculpt an image of himself completely at odds with reality.

348.         In a cult, you can only say nice things about the cult.

## Albania: OSCAL conference 2018

349.         19 and 20 May 2018, Mr Pocock attends the annual OSCAL conference in Tirana, Albania.

350.         The conference dinner, on Saturday night, is in a restaurant operated by the parents of Anisa Kuci, one of the Albanian female whistleblowers.

351.         Mr Pocock is seated at a table with Arjen Kamphuis.

## Germans canceled elections again, proves Google afraid of Mr Pocock's questions

352.         26 May 2018, the FSFE (fake FSF) had an Extraordinary General Meeting (EGM) where they resolved to remove the Fellowship elections from their constitution.  The last person the community elected was Mr Pocock.  The fake FSF doesn't play fair.  The EGM was held in Berlin, Germany.  The same person, a German, Matthias Kirschner, has remained president/dictator ever since then.  Mr Pocock's birthday is 9 November, the Kristallnacht, so the experience of Google-funded Germans canceling elections inevitably reminds him of the Holocaust.  That smells like a case of Intentional Infliction of Emotional Distress (IIED).

353.         28 May 2018, Armijn Hemel (Tjaldur Software Governance Solutions) writes a lengthy email resignation from the FSFE's Legal Team.  The email is lengthy but it is quoted here in full

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

to emphasize the fact Mr Pocock was not responsible for the problems in FSFE, the whole FSFE is a scam pretending to be associated with FSF so people will give them money and do work for free.

> *I have decided to leave FSFE's legal team after almost 12 years. This was not an easy decision to make and it has actually been on my mind for many many months.*
>
> *My frustration with FSFE has been growing for the last number of years. When the new leadership team came on board it was to be expected that some things would change but unfortunately it was not the change I had hoped for. While there are many things that have contributed to my decision there are a few core issues that are central. I am going to explain these and hope that FSFE's leadership will (finally) listen and take action.*
>
> *\* Decreased engagement of the legal team*
>
> *Where before the legal team would be consulted for its opinion prior to decisions regarding the legal strategy of FSFE or other issues affecting the legal team it now seems that the legal team is merely informed of the decisions made by FSFE's management. This has had profound effects on the motivation of the legal team. While before there used to be a flurry of activity this is no longer the case, and there are very few conversations about real legal issues or discussions about legal questions, and so on.*
>
> *\* Decreased visibility in the outside world regarding legal issues and policy, no vision and forgetting about core goals*
>
> *In the years prior to current management there was quite a bit of work being done to collaborate with Brussels and international business communities. This seems to have completely fallen to the side. Instead FSFE seems to focus much more on short term goals like campaigns, which will create a bit of press for a short time before moving on to the next campaign. While campaigns are good they are short term and have limited value without long term follow up. This part is missing.*
>
> *There is no long term vision ("what do we want to achieve with FSFE in*

*Daniel Pocock, Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

*the next 5 years?"), there are no ties being forged in the political arena (apart from fringe parties like the Pirate Party or the Green Party, which contributes to being ignored by others), and core goals seem to be forgotten. Instead of working towards strengthening free software's position in Europe and shaping how free software is perceived (both I would consider core goals) the focus has shifted to goals like gender diversity. While these goals are worthy they seem to have replaced (instead of augmented) FSFE's original objective and I don't think this is the right way forward.*

*\* No knowledge being institutionalized*

*Knowledge about people, events, and political sensitivities, etc. is not institutionalized. Several times when talking to the president and legal coordinator about topics I became aware that we had already discussed these matters before. However the information was treated as new to the other party. Looking through my notes and e-mail archives later, and talking to other people on the legal team, I confirmed that these topics had indeed been covered already (one example was NIPA from Korea).*

*Additionally, the executive team and staff seem to be unwilling to learn about the people and organizations active in the field (who is who, what are their goals and motivations, where is their place in the hierarchy and so on), despite being nudged repeatedly to be aware and engaged by several people including me. Without this information it is very difficult to operate effectively.*

*\* Bad organizational management*

*FSFE feels like it is reverting back to being run like a student union, whereas in the past people tried to make it more professional. FSFE's management makes very basic and unnecessary mistakes unworthy of an organization trying to have global influence. This is hurting FSFE. Even though this has been addressed a few times (by some, including myself) nothing seems to be done to rectify these mistakes. A few cases that I am aware of:*

*- everyone taking leave at the same time (post-FOSDEM), meaning the office grinds to a halt*

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

*- stakeholders not being alerted to key people being absent*

*- e-mails from potential sponsors getting stuck in mailinglist queues for a long time because everyone is on leave at the same time*

*- e-mails about legal cases (France) getting stuck in a mailinglist queue for a long time because there is no monitoring*

*- virtual machines not up and running because of lack of monitoring and so on. I do not want to discuss these cases individually, but what is clear is that there is a pattern: the organizational infrastructure is fragile, there are no fall backs in place and where they are in place they are not working.*

*\* No improvements/personal attacks*

*None of the issues mentioned above are new (and if they are, then QED) and have been mentioned before. What I have noticed when issues are mentioned is that either one of these three things happens:*

*- they fall on deaf ears*

*- they are acknowledged and then ignored*

*- FSFE gets very defensive, or launches personal attacks. The most glaring case was when the vice-president recently came barging in and arrogantly threw insults left and right without understanding any of the background of the situation, and launched a vicious personal attack on two of the previous legal coordinators.*

*All these things combined have tipped the scales and now the negative far outweighs the positive (because there is very little positive left in my opinion). I no longer feel that FSFE is the right place for me, or that it is advancing free software in Europe (especially the legal field) and it is better to focus my energy somewhere else where I can have a more positive impact.*

*Have I been perfect myself? Of course I haven't and I am very aware of where and when I screwed up. But the difference is that I try to learn from it and prevent the mistakes from happening again.*

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

> *As the next step I will unsubscribe from the mailing list (I will stay on the legal network).*
>
> *Good luck FSFE, as you will need it.*

354.     The resignation email from Armijn Hemel emphasizes the fact that these are immature people who don't solve problems, they just shoot the messenger with personal attacks.  That is how they behave towards Mr Pocock.  He asked good questions about the way the budget depends on Google.  He asked good questions about the misleading "Join the FSFE" form.  They don't have good answers, they are too immature to admit they got caught doing the wrong thing so they resort to systematic personal attacks, libel of Mr Pocock and they even continue to do so after he resigns in disgust.

## Google Summer of Code mentor / intern grievances, Mr Pocock was mediator, not culprit

355.     4 August 2018, Deepanshu Gajbhije from Bhopal, India has a problem with his mentor in Google Summer of Code.  He contacts Mr Pocock for assistance.

> *I am not sure what should I do here. I have been working hard every day committing 10-12 hours daily trying to the project on my own. I could have said this on the mailing list but it would only make him angry and it could another reason to fail me. So I choose to personally email you to address this issue.*

356.     The emails from interns and other developers demonstrate Mr Pocock is a leader in the community who is trusted, professional, accessible and able to get involved and calm things down in situations like this.  It is important to remember the time commitment and emotional commitment of helping all these people.   Mr Pocock has received no credit for this effort.

357.     Rather, one of the reasons the Debianists deliberately seek to libel Mr Pocock is to discourage other people reporting bad behavior to Mr Pocock.  Being more specific, some of the larger companies are concerned that their employees do something wrong and the person making a complaint reports the issue to an independent leader such as Mr Pocock.

_Daniel Pocock_, _Debian Developer (Pro Se)_                      **US District Court**
_v._                                                Southern District of New York
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_                      **_AMENDED COMPLAINT_**
_their overlords at Google et al._                  1:25-CV-03883-UA / 19 September 2025

358.    In the end, the matter was escalated to Stephanie Taylor, the responsible manager at
        Google and the intern still did not receive his final payment despite having logged the hours.

359.    Molly de Blanc asked some of the female interns for feedback. Kira Obrezkova from
        Russia sends a very brutal but accurate assessment:

> _Subject: Re: Upcoming Outreachy Round_
> _Date: Sun, 5 Aug 2018 09:49:55 +0000_
> _From: Kira Obrezkova <kiraobrezkova@gmail.com>_
> _To: Molly de Blanc <deblanc@riseup.net>_
> _CC: Debian Outreach Team <outreach@debian.org>_
>
> _Dear Molly,_
>
> _I thank you for your job during Outreachy round. At the same time I_
> _have some feedback. The main thing I want to note is that you do your_
> _work not so good. You haven't responded to me and also during the last_
> _round of Outreachy you have provide almost to no response to_
> _applicants of Outreachy FSF project. I asked some of them and they_
> _said that you haven't helped them:_
> _https://lists.fsf.org/archive/html/esd-translators/2018-03/index.html_
> _. Though, you were a mentor of this project._
> _At the same time, I can't see where you were useful for me. You_
> _haven't answered to me, you haven't answered to applicants. So, it_
> _would be great if you can improve your usefulness._
>
> _At the same time, I want to thank my mentor Thorsten Alteholz. He did_
> _a great job helping me and I was able to find a new job that fits my_
> _interests well._
>
> _On Fri, Aug 3, 2018 at 10:16 AM, Molly de Blanc <deblanc@riseup.net> wrote:_
> _> Hi Outreachy Alum,_
> _>_
> _> Next month we start gearing up for the next round of Outreachy. At DC,_
> _> I've gotten a lot of feedback about what we've done in the past and what_
> _> people would like to see us do in the future. I'm going to be_
> _> documenting this and creating some policies / best practices on the_
> _> admin/mentor/organizing end for Debian._

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

> 
> *I was curious if you had any specific feedback that you would like to*
> *make sure is included. I'd really appreciate anything you want to share.*

360.     In August 2018, Mr Pocock's intern in Google's unpaid Summer of Code informed him that she had just got married.  This is significant because the Debianists have spread rumors about a secret mentor/intern relationship.  It seems improbable that the woman was dating her mentor in another country at the same time as organizing a wedding with a fiance in her own country.  The woman has also been defamed by these rumors from the Debianists.  Mr Pocock's own wedding day was marked by the unexplained death of Adrian von Bidder.  This type of thing seems to happen around Debian people.

Arjen Kamphuis

361.     20 August 2018, Arjen Kamphuis left his hotel in Norway.  He was never seen again.

362.     Mr Kamphuis had been a joint author of the book Information Security for Journalists and he was perceived to be an associate of Julian Assange and Wikileaks.  These things made his disappearance particularly interesting for the media and it received global coverage.

363.     Remember, Mr Kamphuis had asked Mr Pocock for protection from red tape & Debian.  Mr Pocock's grandfather left his job in teaching because of red tape.

## Mr Pocock's resignation misrepresented as part of blackmail tactics evolve

364.     27 August 2018.  Mr Pocock informed Debianists that he was resigning from mentoring in Google Summer of Code and would not do so again in 2019.  The Debianists were disrespectful towards Mr Pocock's family and continued trying to advance the narrative of wrongdoing, they couldn't accept that some people walk away from a voluntary activity.

365.     18 September 2018, Google paid $17,200 to a Debian-related bank account.

*Daniel Pocock, Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*

*Electronic Frontier Foundation, Inc,*

*their overlords at Google et al.*

**US District Court**

Southern District of New York

***AMENDED COMPLAINT***

1:25-CV-03883-UA  / 19 September 2025

366.    On 20 September 2018, Debianists Zini, Jaspert and Wiltshire send an insulting message to Mr Pocock telling him that he is not a "real" Debian Developer.  This message does not say anything about "expulsion".  They explicitly tell Mr Pocock that they want him to continue maintaining packages in Debian.  When a developer is caught hacking or something then their access rights are immediately revoked.  The message subject is "Revoking Debian Developer Status".  In other words, they are stealing his reputation, it is libel and it is about creating a system where some joint authors exercise power over their peers.  What Zini has written:

> *"Both Outreachy and Google have raised concerns about your interactions"*

367.    Zini admits that this is punishment for protected speech by Mr Pocock and his Outreachy intern Renata D'Avila, the woman who wrote the blog "The right to be included in the conversation", anticipating the death of Lilie James.  Zini admits that Google is exercising the influence to enslave people in Debian.

*368.    "Since there is no issue with your technical skill, your key will be added to the Debian Maintainers keyring. All packages in which you are currently listed as maintainer or uploader will be added to your Debian Maintainer whitelist as soon as possible.  You are welcome to continue to contribute to Debian, but we want to make it clear that, at this point, you are not representing Debian."*

369.    The above comment makes it clear that we are talking about modern slavery by the Debianists, acting for the Google.  They want Mr Pocock and other victims to work and they continue to cherry-pick the benefits of all their previous work but they are retrospectively canceling their right to speak under the Debian Social Contract.  Imagine somebody spends time working in a business, the boss gives them a check and then while they are on the way to the bank to deposit the check, the boss calls his bank and cancels that check.  Point (3) of the Debian Social Contract, "We will not hide problems", with its allusions to the first amendment, is a check that these people have bounced with the words quoted above.

370.    Given that the right to speak was intrinsically associated with the pre-existing rights as a joint author, the censorship by the Debianists is even more outrageous than those cases where they censor the communications from a new participant in the group.

*Daniel Pocock*, *Debian Developer (Pro Se)*                                      **US District Court**
*v.*                                                                Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                              ***AMENDED COMPLAINT***
*their overlords at Google et al.*                          1:25-CV-03883-UA  / 19 September 2025

371.     Remember in 2017 the Fellowship had elected Mr Pocock as their representative. Therefore, his right to speak is even more vital and the Debianists' effort to violate that right is a social engineering attack on all the Fellowship, not just Mr Pocock.

*372.     "We are sending this email privately, leaving its disclosure as your decision"*

373.     The Debianists are signaling that public knowledge of this situation will be embarassing to Mr Pocock.  Mr Pocock clearly recalls the way the same Debianists falsified rape accusations against Dr Appelbaum to undermine his civil rights and his reputation.  That sentence from the Debianists nurtures a sense of fear in the relationship, in the same sense that NXIVM periodically reminded people about collatoral to maintain fear in the master/slave relationships.

374.     Nonetheless, despite the promise in the last line of the email that it was sent "privately", Debianist Lamb was simultaneously telling other people about the shaming scheme.

375.     This blackmailing was taking place at exactly the same time as the trials of Cardinal Pell in Melbourne.  As mentioned previously, Mr Pocock's second cousin was in the choir at the same time Cardinal Pell was the Archbishop of Melbourne.  In fact, Mr Pocock's cousin, who is much younger, used to hang out with Mr Pocock two or three times per month during the period Mr Pocock was at the National Union of Students.  Anybody who has ever been responsible for one of the children in the choir has gone through the public records and reports from the Royal Commission very thoroughly.  Mr Pocock immediately realized that the blackmail situation he was exposed to by the Debianists was very similar to the situations created by the paedophiles.  Remarkably, one of the paedophiles is called Father Daniel, he has stolen the name of Mr Pocock and he used it in bad faith.  A report published by Broken Rites victims' association tells us about a victim 5.  Victim 5 wanted to be a priest.  Father Daniel told the victim BTH that abuse was covered by the "seal of confession" and if victim BTH violated the silence, he could not be a priest (see both Broken Rites and the unredacted report for case study 35).

376.     What we see in both cases is the people exercizing coercive control are deliberately exploiting the psychology of shame and silence.  To be a priest or be a "real" Debian Developer based on notions of honor and obedience rather than the simple, well established fact that copyright law gives every Debian Developer an automatic right to recognition immediately upon their participation in the act of authorship.

*Daniel Pocock, Debian Developer (Pro Se)*                                    **US District Court**
*v.*                                                          Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                          1:25-CV-03883-UA / 19 September 2025

377.    In the individual cases, the paedophiles are using their psychological tactics to maintain ongoing control of their victims.  The Debianists Zini, Jaspert and Wiltshire use these tactics to ensure the developers continue working without pay, advancing the jointly created intellectual property, even when they are in the sin bin.

378.    In the context of society at large, the paedophiles wanted to maintain their God-like image in the community and the Debianists want to create the image that Debian is "a family" where everybody is happy and free to speak.  Therefore, using the psychological tactics, blackmail, to hide information from the community is even more important than using those tactics to procure additional services from the victim.

379.    Focussing on the incident at hand, the blackmail of Mr Pocock on 20 September 2018, notice how this case differs from the cases of Daniel Baumann (2014) and Dr Jacob Appelbaum (2016).  In the case of Appelbaum, the Debianists created a rumor of "harassment" and then they tried to get somebody else to misreport the rumor as "rape".  They wanted publicity at any cost.  In the case of Baumann, the emails to Baumann were not disclosed to all the Internet, they were only sent to the debian-private email list.  There are approximately 1,000 developers subscribed to the list who were complicit with the shaming of Baumann.  In the two cases from 2018, Mr Pocock and Dr Norbert Preining, the Debianists did not even send any immediate communication to debian-private, so it was even more secretive than the Baumann experiment.

380.    Looking at the difference between these cases, we can see that Dr Appelbaum did most of his work in the form of advocacy and philosophical work.  This type of work is vital for an organization that really wants to be true to its claimed philosophy.  But if Debian is simply a front for Google & Co, they would not want people to effectively challenge the Google worldview and they would want somebody like Dr Appelbaum as far away as possible.

381.    On the other hand, Dr Preining and Mr Pocock did a lot more technical work than Dr Appelbaum.  The quality of the work by Mr Pocock is very high, as commented in the email from Debianist Zini.  Many other users depend on this work.  The external users will not notice if Dr Appelbaum disappears but they do notice if people like Mr Pocock are not investigating and fixing important security bugs in the software.  Therefore, the reason they created this new type of punishment for Mr Pocock and Dr Preining is so that the Debianists could do an experiment, to see if the victims would continue working for free.  This appears to be the first motive for the Debianists to use the tactic.  The Debianists were testing the waters to see if they could be slave masters.

*Daniel Pocock, Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

382.     The motive to exploit labor is not new.  High-Tech Employee Antitrust Litigation from 2010, initiated by the Department of Justice (2010) and a civil class action (2013) examined tactics used by a number of large companies to keep salaries down.  Google was one of the defendants in that previous case.  Bruce Perens, one of the first Debian leaders who laid out the strategy for splitting the assets into a different association with different members in control, was employed at Pixar and Pixar was also a defendant in the High-Tech Employee Antitrust Litigation.  The presence of some volunteers working under slave-like demotions in Debian is not inconsistent with the antitrust case.

383.     In the case of Mr Pocock, there is a second motive for the Debianists to create this super-secret punishment environment, where both the punished and the punishers pretend to be silent about the situation.  Mr Pocock, due to his connection to the choir of the late Cardinal Pell, was very alert to the exploitation of women and youth and he had exchanged written communications with multiple parties indicating a risk of abuse in the open source software supply chain in Albania.  Various multinationals claiming to promote diversity, including Mozilla Foundation, had put the Albanian man Elio Qoshi on a pedestal and reported on the success of the Albanian diversity project in their newsletters and web sites.  Experts suggest it takes the average abuse victim 30 years to reveal themselves.  In other words, there may be victims from Albania who come forward at any time now or in the future.  They did not want Mr Pocock to be an obvious point of contact for any victims who are about to speak up next.  Mr Pocock's knowledge of the Albanian situation could be considered a form of reverse collateral.

384.     Based on these two facts, the extraordinary technical work done by Mr Pocock and the fear that Mr Pocock has collateral on the Debianists, the email sent to Mr Pocock on 20 September 2018 was the first time the Debianists appear to be using this more clandestine coercive control technique.  When they used the same technique on Dr Preining, he was the second victim of this technique and it only occured three months later.

385.     On 20 September 2018, Within an hour of this blackmail from the Debianists, Mr Pocock sent an email resigning from the role as FSFE Fellowship representative.  The resignation email did not immediately appear on the mailing list for the fellows, it was suspended until the next day, 21 September 2018, while the FSFE employees decided if they would try to re-write the resignation in terms that would look like an expulsion.

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
*v.*                                                Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA  / 19 September 2025

386.    On 21 September 2018, the FSFE president also sent a very heavy-handed message to Mr Pocock to scare him into silence even beyond his resignation.  Remember the FBI report, NXIVM used a Mexican lawyer to scare former members of their cult.

> *[Matthias Kirschner]:*
>
> *Daniel, let us now also solve the problem regarding your publication of internal information. As written before, please remove the data we requested. Please do so within the next 24 hours. Otherwise, you do not leave me a choice and I will have to get our lawyers involved.*

387.    The "internal information" that FSFE (fake FSF) is trying to hide concerns the budget documents revealing the influence of Google donations on the staff salaries.  The staff, in turn, were shown to be punishing critics of Google.  This is like the multi-level master-slave-slave relationship created by Keith Raniere at NXIVM.

388.    Keith Raniere did not want women to know that he was at the top of the pyramid in the "DOS" secret society.  Debian and FSFE (fake FSF) do not want their unpaid volunteers to realize the extent to which Google is at the top of the open source ecosystem, influencing both the philosophy and the technical direction of projects, exploting people's work without paying for their effort.  The FBI obtained evidence to prove that Raniere was in fact the controller and Mr Pocock published evidence to prove that Google is exercising coercive control.

389.    The FSFE Fellows were relied on to do substantial work without pay for FSFE (fake FSF), an organization deriving 60% of their funds from multinationals like Google.  The role of Fellowship representative was their only right to representation in the constitution of the FSFE e.V.  The fact that the FSFE managers were willing to tamper with the communications of the representative means that this representative role couldn't function properly and the fellows were being deceived.  Given that they were providing their work without pay under this deceptive promise of representation, the overall arrangement was an exploitation of labor.  The plan to lend the volunteers to other organizations demonstrates how vital it was to have a responsible adult like Mr Pocock involved on behalf of volunteers.

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                          *v.*                              Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                      ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA  / 19 September 2025

390.     On 20 September 2018 the Debian Project Leader Chris Lamb sent a reply to Elio Qoshi in relation to Qoshi's "complaint" from March.  Recall, Qoshi was using Albanian women and the goodwill towards the non-profit Open Labs association to obtain money from diversity budgets and direct the money into his private company Ura Design.  Mr Pocock discovered this diversity money had gone astray and simultaneously made a protected whistleblower complaint to another sponsor, Mozilla Foundation, about the risk to underage participants.  In reprisal, Qoshi had sent a "complaint" about being caught, which he mentioned in the public discussion about FOSSCamp.  Lamb had never shared details of Qoshi's "complaint" with Mr Pocock.  Now, without any discussion between Lamb and Mr Pocock, Lamb has replied to Qoshi's "complaint" by denouncing Mr Pocock.

391.     Elio Qoshi, the founder who had brought his underage girlfriend to tech conferences, received the libellous reply from Lamb and distributed it to other people as a reprisal for the work Mr Pocock did supporting the Albanian female whistleblowers.

392.     The female Albanian whistleblowers who had asked Mr Pocock for support were shocked and confused that Lamb, who purports to represent Debian as the leader, was siding with the paedophile who brings an underage girlfriend to tech conferences.

393.     Mr Pocock, who's cousin was offered the choir scholarship in Melbourne, has regrets about failing to detect what was allegedly going on there.  But he has no regrets about investigating the way women were exploited in this case and would ask the same questions again.  He had a duty to his Debian co-authors to ensure that Debian money was not lost in a scam like that.

394.     Between 20 and 22 September the Debianists put offensive changes into the Debian keyring, seeking to discredit Mr Pocock.  This was at a very difficult time of grief for Mr Pocock and his family.

395.     It appears that Lamb had denounced Mr Pocock like this to start a social media scandal.  There was no wrongdoing by Mr Pocock, quite the opposite, Mr Pocock was being punished for being diligent.  Nonetheless, given that Lamb had never given Mr Pocock the opportunity to see or respond to any complaints, Lamb was not even aware of the investigation conducted by Mozilla Foundation, therefore Lamb was guilty of negligence in carrying out his responsibility as Debian Project Leader.

*Daniel Pocock*, *Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

396.    Mozilla Foundation regarded Mr Pocock as a witness and multiple messages from the women confirm that Mr Pocock was a witness, who went there as a volunteer and provided support.  Lamb never thanked Mr Pocock for his efforts, he just turned it into a social media scandal for his snobby friends around Cambridge.

397.    Moreover, because Lamb and the Albanian had started distributing these messages about a secret complaint behind Mr Pocock's back, it created the situation where Mr Pocock had no choice other than putting the facts in public, including the names and emails, so people can see what everybody else had been saying for over a year, the Albanian men Elio Qoshi and Redon Skikuli were the origin of the problem.

398.    This was also entirely consistent with the way other Debian people had distributed the names of Sven Luther and Dr Jacob Appelbaum.  However, in this case, the necessity to publish the names existed because Mr Pocock had to rebut the rumors started by Lamb.

399.    If Lamb and other key Debian figures had met in person and discussed the problems earlier in the year it may have been possible to avoid publishing names and other details.

400.    At the same time, one of Mr Pocock's former classmates, a psychiatrist in Australia, really was facing disciplinary action for a relationship with a female patient.  The relationship, admitted before the Victorian Civil and Administrative Tribunal (VCAT), involved getting the patient pregnant, coercing the patient to have an abortion and then deceiving fellow medical professionals about the nature of the relationship during the process of procuring the abortion.  The psychiatrist was given a one year suspension and returned to practice.  Mr Pocock, Linus Torvalds, Dr Richard Stallman, Dr Norbert Preining, Dr Jacob Appelbaum, Sonny Piers, Dr Roy Schestowitz, Bryan Lunduke, Sven Luther and others who simply asked ethical questions under protection of the first amendment have been subject to life sentences of vilification by the Debianist cyberbullies.

401.    Consider the disparity in outcomes between a real case of misconduct, the psychiatrist suspended for a year while victims of gossip campaigns are vilified for life.  Observing this disparity only adds to the emotional distress suffered by Mr Pocock and others who value the long overdue need for ethics in computing.

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

402.     Since the psychiatrist case became public in 2019, some of the Debianists, including Paul Tagliamonte and Hideki Yamane have conducted a campaign of harassment with jibes about mental health directed at Mr Pocock.  This is a further example of extreme privacy violation trolling as Carla's eating disorder is actually the most fatal mental health condition.

403.     In October 2018 the Debianist Chris Lamb dismissed Mr Pocock's concerns about abuse and concerns about the health of his father as "minutiae".  In fact, on the topic of abuse in Albania, Australian citizens are subject to a law about mandatory reporting of abuse-related tourism. Mr Pocock has multiple nationalities, including Australia, so discussing what was observed in Albania is anything but "minutiae".  From the Australian government's "Smart Traveller" service: "It's also a crime to not report a child sex offence that you know about."

404.     8 to 9 November 2018, Chris Lamb (Debian) and Matthias Kirschner (FSFE) are both at the SFSCon in Bolzano, Italy.

405.     Kirschner writes a report about the meeting with Lamb at SFSCon where he comments "One general wish -- which I agreed with -- from Debian was to better share information about people".  These tactics violate privacy rights in many countries.  It shows that there is an element of conspiracy and coercive control between the different non-profit foundations funded by Google.  They are trying to herd and coerce the co-authors to be useful to some hidden paymasters.

406.     Kirschner and Lamb were both independently funded by Google behind the scenes. Kirschner also admitted he sometimes received speaking fees independently of the Google sponsorship payments to FSFE.  This underhanded arrangement between them to control the behavior of fellow authors, deriving revenue for themselves without revealing the revenue to others, simultaneously coordinating punishments across supposedly independent non-profit associations, amounts to conspiracy and racketeering.  Remember the plot where FSFE volunteers would do tasks for Open Knowledge Foundation.

## Cyberbullying, Cardinal Pell gossip erupts at Christmas, civil rights trampled on

407.     18 November 2018, Lars Wirzenius writes a public blog post about "Retiring from Debian" for the third time, "*I've had a rough year, and Debian has also stopped being fun for me. There's a number of Debian people saying and doing things that I find disagreeable,* " and

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

he continues "*I'm tired of people who should know better tearing open old wounds. I'm tired of all the unconstructive and aggressive whinging, from Debian contributors and users alike. I'm tired of trying to make things better and running into walls of negativity. (I realise I'm not being the most constructive with this blog post and with my retirement. I'm tired.)*"

408.    After all that, wouldn't it be a good idea for the volunteers to have a restful Christmas season?

409.    26 to 28 November 2018, Mr Pocock visited the UN Forum on Business and Human Rights in Geneva.  At a session on *Safeguarding Human Rights Defenders*, Mr Pocock made a brief intervention, reminding the activists in the room that social media bosses are not on their side.  The video is available online.  It appears that this further enraged some of the Debianists who pretend to care about freedom and privacy while simultaneously working for these very influential companies.

> *I'd like to ask you about the responsibilities of tech companies, those in Silicon Valley. They often give activists and human rights defenders a false sense of empowerment but in fact the data being harvested by companies like Facebook and Twitter is extremely convenient for those who don't have the best interests of human rights defenders at heart.*

410.    On 13 December 2018, Cardinal George Pell was convicted of abuse in Australia.  The conviction was subject to reporting restrictions in Australia but widely covered in media reports in the US, Europe and other parts of the world.

411.    17 December 2018, when Dr Norbert Preining's blog was censored by the Debianists, Mr Pocock rose to the defence of Dr Preining.  Mr Pocock has a long history of sticking up for the little guy, including his defence of Michael Kappes, Dr Norbert Preining, Dr Jacob Appelbaum, Dr Richard Stallman and the Albanian female whistleblowers.

412.    18 December 2018, Dr Norbert Preining sends a message to Mr Pocock.  Dr Preining had applied for a job in New York and he suspects Lamb used his position as Debian leader to stab Dr Preining in the back.  There are a bunch of misfits who think they are holier-than-thou

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
*v.*                                                                   Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                                **AMENDED COMPLAINT**
*their overlords at Google et al.*                                     1:25-CV-03883-UA / 19 September 2025

and look down their noses at everybody else.  This is how the misfits use the reputation of the
software as a tool to cause social and economic harm for fellow co-authors.

> *even if, going through a lawsuite like this in the UK is out and above*
> *my abilities and financial possibilities.*
> *But I am scared that **Lamb actually also hosed an application for a***
> ***company in NY, a job related to Debian**. If that has happened, and I can*
> *reasonably document it, I would consider a defamation law suite.*
>
> *> Lamb is a resident of the UK and sending emails from the UK*
> *> https://regainyourname.com/news/cyberbullying-cyberstalking-and-*
> *online-harassment-a-uk-study/*
>
> *Thanks for the links, I will keep them in mind.*

413.    On 24 December 2018, shortly after the conviction of Cardinal George Pell, on
Christmas Eve, the Debian Project, Debianists Joerg Jaspert, Jonathan Wiltshire and Enrico Zini
spread rumors that Mr Pocock was involved in abuse.  These rumors cascaded into social media
gossip throughout the Christmas season.  This caused enormous apprehension for Mr Pocock as
he remembered the way the same snobby people on social media whipped up a mob to
vandalize Dr Appelbaum's home.

414.    Simultaneously, he was concerned the misfits were using these privacy violations about
abuse to draw attention to his much younger second cousin in the choir and to Carla's medical
condition.

415.    On 25 December 2018 Martin Krafft reveals that he is another victim:

> *I know that there's been at least another case, in which DAM and AH have acted outside*
> *their mandate, threatening with project expulsion, and choosing very selectively with*
> *whom they communicate. I know, because I was being targeted. Neither DAM nor AH*
> *(the same people still active today) made a single attempt to hear me. None of my e-*
> *mails to either DAM or AH were ever answered. Instead, DAM ruled a verdict, and*
> *influenced other people to the point that "because DAM ruled" was given as a reason*
> *for other measures. This was an unconstitutional abuse of DAM's powers, and in the*

*Daniel Pocock, Debian Developer (Pro Se)*                    **US District Court**
                                    *v.*                    Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA / 19 September 2025

> *case of AH, the whole mess also bordered on libel. Among others, the current DPL Chris*
> *Lamb promised a review in due time, but nothing ever happened.*

416.    26 December 2018 Dr Norbert Preining thanks Mr Pocock and publishes some of the
        insults he received, the full message is in the public debian-project archive:

> *From: Norbert Preining <norbert@preining.info>*
>
> *Hi everyone,*
>
> *(please Cc me, I am not subscribed to d-p)*
>
> ***first of all thanks to Daniel for bringing this up and standing up for***
> ***me, this is very much appreciated***.
>
> *For those not aware of the issue, here is \*my\* view onto the events.*
> *AH and DAM can answer and provide their own interpretation. I will try*
> *to stay as objective as it is possible for me.*

417.    Please consider the significance of this.  Mr Pocock, who's cousin in Cardinal George
        Pell's choir in the late 1990s used to hang out with him a couple of times per month, was there
        for the Albanian female whistleblowers in 2017 and then started a #MeToo movement for men
        who had been blackmailed and shamed by Google-serving Debianists in 2018.  The survivors,
        people like Martin Krafft and Dr Norbert Preining, had been shamed in secret.  The Debianists
        hoped that shame would prevent the victims from communicating with each other.

418.    Having an effective way to keep people silent, by exploiting the power of shame, is a
        common theme for both the paedophiles and the Debianists.  This is not to say the Debianists
        are paedophiles, but they have created an environment where somebody like that would be able
        to operate with impunity.

419.    The Debianists don't pay the joint authors for their work.  Some of them, like the
        Debianist Enrico Zini, appear to be on much lower salaries than the senior developers. The only
        way men like Zini can exert influence is through blackmailing.  By helping victims to overcome

*Daniel Pocock, Debian Developer (Pro Se)*                                      **US District Court**
                                   *v.*                                        Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                              1:25-CV-03883-UA  / 19 September 2025

shame, Mr Pocock has blunted the weapon of blackmail.  The Debianists resent losing their power.

420.    When you realize the significance of what Mr Pocock has done, getting the blackmail victims to overcome shame and reveal themselves in public, you can see why the Debianists have such a huge motive for reprisals against Mr Pocock.

421.    By bringing all the resignations and shamings into the public sphere, by bringing the skeletons of the suicide cluster out of the closet, Mr Pocock has demonstrated that the talk about Debian being a "family" and a "community" is bullshit.

422.    On 31 December 2018 Chris Lamb sends a public report admitting he accepted a large but obfuscated donation from Google.


## US Bill of Rights, Debian Social Contract burnt in New Year's Eve bonfire

423.    On 28 December 2018 Mr Pocock expresses public concern about the cyberbullying in a message where he warns "Please take a moment and think about what is the worst that eventually happens when a community (or it's leader) abuses members in this way indefinitely." with a link to a cyberbullying and suicide research fact sheet.

424.    One month later another joint author, Lucy Wayland, died in the UK.  The coroner declared the death to be an accident while recovering from a medical problem.  Nonetheless, it is clear that vulnerable people were exposed to the culture of shaming and Christmas punishments.

425.    Upon Mr Pocock's prediction of more death, Alexander Wirt (formerer) of the Debian mailing list censorship team began censoring messages from Mr Pocock.  Herr Wirt, who is in Germany, sent a message to Mr Pocock explaining that his emails were now subject to censorship:

> *I don't want to get too much into details, but phrases like "sustained this state of hostility" or "wayward" are not acceptable.*

*Daniel Pocock*, *Debian Developer (Pro Se)*                                          **US District Court**
*v.*                                                                       Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                                     ***AMENDED COMPLAINT***
*their overlords at Google et al.*                              1:25-CV-03883-UA  / 19 September 2025

426.    Wirt's explanation reveals the state of hostility, derived from shaming, was a sore point for the gangmasters.  In other words, Wirt's immediate action to censor Mr Pocock was not well founded, it was indeed a reprisal.  As well as being a reprisal, the censorship was a tactic to undermine Mr Pocock's efforts to help more survivors overcome shame and speak up.

427.    The Fellowship community had elected Mr Pocock as their representative so these efforts to censor Mr Pocock for being a good representative are even more outrageous.

428.    At the same time, Mike Hoye at the Mozilla Foundation censored Mr Pocock's blog from their Planet Mozilla syndication service.  The Mozilla manifesto tells us, among other things:

> *The Mozilla project is a global community of people who believe that openness, innovation, and opportunity are key to the continued health of the internet.*
>
> *...*
>
> *Transparent community-based processes promote participation, accountability and trust.*

429.    Mr Pocock did not receive any explanation from Mozilla.  Remember, the Albanian bringing the underage girlfriend to tech conferences was funded as a Mozilla Tech Speaker and it appears they hoped to bury that story using technical means, contrary to the principles in the Mozilla Manifesto and the first amendment.

430.    People have spent decades collaborating and contributing their work in the belief that the principles of the first amendment are intertwined with some kind of Debian philosophy.  The first amendment has limits, for example, it is not acceptable to distribute abuse images.  Using the word "wayward" is simply not comparable to that.  What we see here is a word-nazi who is going through every message with a fine-tooth combe and nit-picking about the words that people use in case they might irritate somebody else who gets exposed doing sneaky stuff.

*Daniel Pocock, Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

431.     Mr Pocock was censored for expressing legitimate concerns about the mental health impact of cyberbullying in Debian.  The rumors about "abuse", "harassment" and "behavior" were totally false and those rumors were started by Debianists to cover up the fact they censor people for raising ethical questions about unpaid work.  The concerns expressed by Mr Pocock are entirely legitimate first amendment protected speech.

432.     The theme at the UN Forum on Business and Human Rights in November 2018 had been "Stand up for Human Rights".  The evidence in these emails shows very clearly what it looks like when one of the joint authors stands up for the human rights of his peers.  Why does he experience such vicious reprisals?

433.     7 January 2019, Joerg Jaspert makes another reprisal, censoring the blog of Mr Pocock in the Debian Planet web site, in violation of the Debian Social Contract and first amendment.

434.     In the same reprisal, Joerg Jaspert includes a libellous comment about abuse in the configuration file for the Debian Planet web site.  The libel is committed to the Git repository.  The libel has been constructed to violate the privacy of Mr Pocock and his family, to cause distress and to incite others to engage in reprisals against Mr Pocock.

435.     January 2019, many more messages are exchanged about censorship.  Scott Kitterman writes

> *If censorship isn't the right word (and at best, it's not ideal), what's the right word for the chilling effect on willingness to speak in public due to the risk of being ejected from an organization like Debian? Perhaps if we can get past "it's not censorship" and say what it is, then we can make some progress. ... I'm talking about declining to speak based on concern about disproportionate reaction from our leadership/delegates for doing so (I'm also not arguing that did or didn't happen in any recent situation - I am trying to see if there is some consensus to be found on at least how to talk about it).*

436.     9 January 2019, Ian Jackson, a former leader of Debian, writes a message admitting that they didn't have sufficient reasons for the punishments meted out at Christmas and asking people to "Please search your communications archives" because "it may become necessary to

*Daniel Pocock*, *Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

produce a fuller list of incidents, including responses, to justify the recent DAM decision". In the email, Jackson, a former leader of Debian, explains that he wants to build a dirt file on Dr Preining.

## FOSDEM: from NXIVM cage to Cat behind bars, female speaker trafficked to criminal speech jurisdiction

437.        Saturday, 2 February 2019 at FOSDEM in Brussels, Molly de Blanc, being president of the Open Source Initiative (OSI) and Strategic Initiative Manager for the GNOME Foundation gives a talk about being an enforcer. The video is available online.

438.        She singles out Mr Pocock for humiliation without naming him. She uses a slide with a picture of a cat behind bars and repeats the nonsense about being able to "expel" authors, when the extinction of authorship rights is simply not possible.

439.        Molly de Blanc's cat-behind-bars picture triggers NXIVM gossip. Cat pictures are so common that it is possible de Blanc has chosen it by coincidence. It is also possible she has either subconsciously or consciously been influenced by the high profile news coverage of the NXIVM cage. Or maybe people only made the NXIVM connection later in the year as the trial and sentencing got into full swing. Nonetheless, the cage shown at FOSDEM and the NXIVM cage have converged psychologically.

440.        In any case, this was the FOSDEM's Legal and Policy room and they encouraged this cage mentality, Mr Pocock was targetted with this just weeks before his father died. Coincidentally, the birthday of Mr Pocock's father is at the beginning of February, the same week as FOSDEM every year.

441.        Of particular interest, she describes how instead of going to law school, she went to Sage Sharp (Otter Tech) "online training for Code of Conduct enforcement skills". In other words, gobbledygook, or witchcraft. In her talk, she admits they have abandoned due process, they receive secret complaints from secret victims and every one or two weeks they go to their cubby house and draw up a list of punishments. At no stage do they present the evidence to the accused or give the accused a right of reply. They have abandoned every development in natural justice since the creation of the Magna Carta. This is the stuff of witchcraft indeed. FOSDEM hosted the talk in the so-called "Legal and Policy Issues" track. Nobody in the

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
*v.*                                                   Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                                   **AMENDED COMPLAINT**
*their overlords at Google et al.*                            1:25-CV-03883-UA  / 19 September 2025

audience called her out. She used slides with cat pictures to humiliate Mr Pocock and his family, who also had cats, therefore, this was an incident of Intentional Infliction of Emotional Distress on the part of OSI, GNOME and FOSDEM.

442.     FOSDEM is in Belgium, a country with criminal speech laws and jail terms for those who are convicted. Therefore, we need to consider that Molly de Blanc is both a perpetrator of defamation and a victim of human trafficking at the same time. The senior developers are mostly men and they don't want to get caught publicly insulting somebody. It seems somebody has been whispering things to Miss de Blanc. As an American, she is more likely to say some offensive things that a Belgian would not say in their own country. Nonetheless, if other people have booked her flight ticket to Belgium and encouraged her to denounce people while she is in that country then they have used her to do something that would have criminal consequences. Such arrangements are typically considered to be exploitation. Exploitation, combined with international travel, is the definition of human trafficking.

443.     In the same FOSDEM talk, de Blanc encourages people to use a "whisper network" as a substitute for professional interactions with their colleagues. This appears to be another attempt at vilification, to create a pandemic of gossip and raise a mob.

444.     18 February 2019 a report by the UK Parliament's Digital, Culture, Media and Sport Committee stated "Companies like Facebook should not be allowed to behave like '***digital gangsters***' in the online world, considering themselves to be ahead of and beyond the law". The committee failed to trademark the term 'digital gangsters' and now it is used far and wide.

## Ubisoft, Mozilla & Debian linked

445.     Sylvestre Ledru, a Mozilla employee and Debian Developer had previously been an administrator in the Google Summer of Code internships. In his role with Mozilla, he publishes a blog post about Mozilla and Ubisoft working together on Clever-Commit, an Artificial Intelligence coding assistant from Ubisoft La Forge. This is significant because Ubisoft executives were subsequently found guilty on charges of real abuse and harassment, as opposed to the fake rumors of abuse and harassment we see in so many of these cult-like groups. Notice the pattern: executives with money have impunity and people fawn in front of them but when independent community representatives like Mr Pocock speak up for women, they are subject to reprisals and counter-accusations.

*Daniel Pocock*, Debian Developer (Pro Se)                    **US District Court**
*v.*                                                        Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                        **AMENDED COMPLAINT**
*their overlords at Google et al.*                    1:25-CV-03883-UA  / 19 September 2025

## Cardinal George Pell enters prison, death of Mr Pocock's father, victims forced to make confession under duress

446.     26 February 2019 Cardinal George Pell was put into custody.  In March 2019 he was given a six year sentence.

447.     Mr Pocock's father and uncle were former employees of the Archdiocese of Melbourne from the Pell era.  Mr Pocock discussed the prosecution with his father. His father was clearly disturbed by the scandal.

448.     22 March 2019, in the middle of all that, Dr Preining writes a forced confession email to the public debian-project mailing list.  Mr Pocock was reminded of the case of Father James Scannell, a priest who forced boys to make confession after being abused.  "I understand that the criticism of my original blog text was valid" and "I also will take care to listen carefully to advice and corrections" and finally "In cooperation with DAM - and the invaluable help of some fellow DDs - we have reached the agreement about my further status. DAM will write about this in a separate email outlining the agreement and consequences.".  This was obviously an email written under duress.  It follows the pattern described in Russ Allbery's email from May 2013.

449.     On 17 April 2019, the wedding anniversary and the Wednesday of Holy Week, the new Archbishop Comensoli of the Melbourne diocese published an Easter message on Google's Youtube where he acknowledges the grief in the community.  Mr Pocock's father died three days later on Easter Saturday, which was also the birthday of Hitler.

450.     After the death of Mr Pocock's father, the priest was uncontactable and didn't return calls.

## Post-censorship: Google $300,000 semi-disclosed, Albanian distanced but not banned

451.     In May 2019 Sam Hartman, the incoming Debian Project Leader, sends an email giving the impression that the magnitude of the obfuscated donation from Google was $300,000.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

452.      18 and 19 May, 2019, the annual OSCAL conference in Tirana, Albania.  Elio Qoshi, the man who had the 16 year old girlfriend in 2017, is not in the photos of the organizing team.  But he is still in the big group photo and this time he has his arm around the girl.  We see the Debianists are willing to tolerate the guy who brings an underage girlfriend to tech conferences but they want to totally ostracize and libel people like Dr Richard Stallman, Linus Torvalds, Dr Norbert Preining and Mr Pocock.  These men who suffer lifetime discrimination never did anything more than asking a few ethical questions.

453.      In the photo gallery, most of the Albanians are wearing t-shirts with sponsors' logos while Elio Qoshi is wearing a black polo shirt without any logos on it.

454.      Recall, Elio Qoshi was a Mozilla Tech Speaker, Mr Pocock had tipped off the Mozilla investigation in October 2017 and a few months prior to the OSCAL 2019 conference, Mozilla censored Mr Pocock's blog from their syndication service.  Mozilla is a sponsor of the conference again in 2019 and the man is still there.

455.      The reason why the Albanian man can still come to these events is not clear.  As a co-founder of the group, he has the list of every employee of the tech companies who visited the parties in Albania.  There is a perception that he knows how to get girls and this is supported by some of the photos where we see a team of three men with twenty or more female volunteers.

## Leaking intern's mental health status: Google Summer of Code mentors list

456.      On 6 July 2019, Mr Pocock sent an email to the Google Summer of Code Mentors mailing list expressing concern that people are sharing medical details receiving from their interns.  The email also points out that this whole problem could be avoided if Google ran an insurance scheme for the remote interns.  Under the existing system, if an intern gets sick or has an accident, they have to negotiate with their mentor to get some special arrangement or get thrown out of the program.  This is very different from a normal internship where the intern simply gives their doctor's letter to HR.  Due to the fact every case is different, the mentors typically relay the intern medical queries on the mailing list and ask people for ideas about whether the medical condition is real or not.

*Daniel Pocock*, *Debian Developer (Pro Se)*                **US District Court**
*v.*                                            Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism,*
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                  1:25-CV-03883-UA  / 19 September 2025

457.    On 8 July 2019 Mr Pocock sent an email to the mailing list for Google's unpaid Summer
of Code mentors, reminding the mentors that some of them have rights under the GDPR.  Chris
DiBona from Google replied:

> *From:* **Chris DiBona** <*cdibona@gmail.com*>
> *Date: Mon, 8 Jul 2019 at 16:48*
> *Subject: Re: [GSoC Mentors] using GDPR to see how Google LLC profiles your GSoC work*
> *To:* <*google-summer-of-code-mentors-list@googlegroups.com*>
>
> *Hi Everyone,*
>
> *Chris DiBona here, I look after open source programs at google. I wanted to mention, while many of you know this, Daniel is not an employee or contractor of google and is not an authority on how to submit gdpr or other legal filings with google. I'd suggest if you'd like to see some information on GDPR, who it applies to and how one might file and what one might expect, that you look at our page on the topic, here:* *https://privacy.google.com/businesses/compliance/#!?modal_active=none* *You should also speak with your own, local, lawyer and/or government body as that page is obviously google's legal apparatus and not your own.*
>
> *Thanks for working on the Summer of Code, we really appreciate it and more importantly, I think it is a vitally important program for the ongoing health of free and open source software. I would also say that while we've had a few tricky people over the years, given the vast number of people we've had in the program as mentors and mentees, it's really been an extremely minor part of the summer of code. So thanks again!*

458.    Subsequent actions by the cyberbullies appear to be a reprisal for Mr Pocock's interest in
privacy topics.

459.    By asserting that copyright can be extinguished, asserting that some joint authors have
no rights to recognition, reneging upon the Debian Social Contract with its allusions to the first
amendment, the Debianists are insulting and rubbing out people who created and advanced the
creative works under those terms.

*Daniel Pocock*, *Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

460.     DiBona asserts the Google Summer of Code is "a vitally important program for the ongoing health of free and open source software".  In fact, it is the other way around: remember the bed-ridden Joel "Espy" Klecker doing unpaid work in the 1990s up to the point where he died from Duchenne muscular dystrophy?  Remember Chris Rutter working up to 3am in his dorm room until the night he had an accident and got run over?  That unpaid work was *vitally important* creating the *foundation* for companies like Google and Facebook who only arrived on the scene much later.  Google may not exist in its current form if unpaid teenagers hadn't helped create Linux and related GNU project works back in the 1990s.

*Daniel Pocock*, Debian Developer (Pro Se)
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

461.    On 11 August 2019, the president of the Open Source Initiative (OSI), Molly de Blanc, gave a keynote speech at FrOSCon14 in Germany.  She displays a slide showing three people pushing one of the joint authors.  In the world of open source software, Molly and her colleagues don't pay for the work that the authors are publishing.  de Blanc states early in the talk that she has no budget to pay people and goes on to say "We can use our collective power to push others".  The drawing by the former OSI president shows us the Federal felony crime of civil disorder.

*Civil disorder (federal felony) definition: A public disturbance involving acts of violence by assemblages of **three or more persons**, which causes an immediate danger of or results in damage or injury to the property or person of any individual.*



*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

462.    The OSI president is inciting others to commit the crime.  Recalling the harassment of Dr Appelbaum in 2016, Mr Pocock felt great apprehension about these narratives.  Chapter 12, 231(a)(1) teaching techniques for civil disorder is a federal felony, even if cyberbully de Blanc did not plan to personally push anybody with her own hands.

463.    In the same talk, at FrOSCon14, the OSI President tells people that she can't write code herself and she has no money to pay people to write code for her so she needs volunteers.  This reflects the motives for all of the Debianists and other freeloader organizations who are looking for ways to trick people into doing work for some philosophical motive that ends up on the slippery slope to slavery and exploitation.

## Female interns offered trip to Brazil, asked to denounce Mr Pocock

464.    August 2019, some of the Albanian and Kosovan women who thanked Mr Pocock for his support are given free trips to DebConf19 in Brazil.  In a telephone call afterwards, one of these women tells Mr Pocock that while she was in Brazil, all-expenses-paid trip, she was encouraged to denounce Mr Pocock.  Google was one of the sponsors of DebConf.

465.    At the conference dinner, four of these women were sitting at the table with the outgoing leader Chris Lamb.  Aigars Mahinovs, a BMW employee from Germany, went around the room with his camera and photographed the group at that table from every direction.  He published the photos on a Flickr account.

466.    Mr Pocock was not present at the conference and had not involvement in the photography or publication.  The Debianists have spread rumors that Mr Pocock was responsible for the embarassment of the women but it is very easy to find the photos originated in the Flickr account of Aigars Mahinovs.

467.    Remember, in 2015, Margarita Manterola from Google had told Mr Pocock he could not bring his spouse to the dinner or accommodation but in 2019, the outgoing leader, Chris Lamb, had this whole group of Albanian women at his table.  It appears that rules are not created or applied consistently, there are different rules for different people.

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
*v.*                                                     Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                   *AMENDED COMPLAINT*
*their overlords at Google et al.*                  1:25-CV-03883-UA / 19 September 2025

## Debian.community domain name was only registered long after rumours began

468.     23 October 2019, the debian.community Internet domain name was registered for the first time but it was not used immediately.

469.     This is significant because the rogue Debianists frequently claim the dispute arose because of the dissenting opinions and leaks published on the now-censored debian.community web site.

470.     As we can see from the chronological history, the vendettas to censor ethical questions and discredit the people asking ethical questions had started between 2016 and 2018. The censorship had all started long before the registration of the domain name for an independent debian.community site in October 2019.

471.     The rogue Debianists claim in their public defamation that the content of the debian.community web site is the origin of the dispute.

472.     The real reason the FSFE (fake FSF) and rogue Debianists started censoring ethical questions in 2018 has been hidden from us and the references to the debian.community dispute and other domain name/trademark nit-picking disputes are an attempt to divert attention from the fact the most severe violations of the first amendment began in 2018.

## Transgender activists stalking Mr Pocock and his family, Zizian mentality

473.     Between 2019 and 2022, Mr Pocock continued to observe associates of the Debianists trying to stir up rumors. By way of example, chat messages were logged by Techrights. One of the transgender activists, Ariadne Conill (Edera, Alpine Linux), repeatedly visits the Techrights chat channel to spread rumors suggesting Mr Pocock was engaged in a relationship with an intern. Witnesses have suggested Ariadne Conill was also at the DebConf19 in Brazil.

474.     Nonetheless, the women had no problem working with Mr Pocock. The stories were entirely fabricated and offensive to the women.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

475.  In October 2019 some of the female Albanian whistleblowers met Mr Pocock in Switzerland where they incorporated a new association, *Open Source Diversity,* and opened a Swiss bank account without the involvement of their male overlords from Tirana.

476.  The female Albanian whistleblowers appear to be familiar with the history of all Albanian youth who participated in their hackerspace.  It is telling that the women knowledgable about that history have been given a series of internships and jobs in organizations affiliated with Debianists and other cyberbullies.

477.  December 2019, the young Albanian woman who was photographed sitting closest to the former leader at the DebConf19 dinner was given an Outreachy internship just a few weeks after the conference.

478.  Upon becoming entangled in the financial dependency of employment, the female Albanian whistleblowers ceased giving Mr Pocock details about the history of abuse.

479.  21 January 2020, a news report in the Osthessen Zeitung (local newspaper) declares that Debianist Joerg Jaspert, who engaged in cyberbullying by creating libellous rumors of abuse the previous Christmas, has been elected as a parent representative on a board for the school district (Stadtelternbeirats) representing Dalbergschule Fulda.

480.  The newspaper features a picture of Jaspert in his Debian t-shirt with two other parents. The Debian logo on the t-shirt is the same as the logo on the tombstones of at least two people who died.


## Public vilification of Mr Pocock's family continues after death of father

481.  On 3 March 2020, it is now more than a year that Mr Pocock has been under the psychological strain of this blackmailing / slavery experiment and it gets worse.  The Debian leader Sam Hartman sends another outrageous message calling for vilification of Mr Pocock.

*"I decided to ban someone from the project completely*

*Daniel Pocock, Debian Developer (Pro Se)*  
*v.*  
*Software in the Public Interest, Inc, Debian & Zizianism,*  
*Electronic Frontier Foundation, Inc,*  
*their overlords at Google et al.*

**US District Court**  
Southern District of New York

**AMENDED COMPLAINT**  
1:25-CV-03883-UA / 19 September 2025

*"The person had already been banned from our lists and expelled from the project as a developer*

482.    If the person has already been banned, why does Debianist Hartman have to send another message like this?  How can you ban somebody if they are already banned?  This is what vilification looks like.

*"If you don't care about the constitutional complexities of Debian, stop reading*

483.    The reference to "constitutional complexities" only confirms there is gaslighting and the crime of coercive control.  What about basic human rights, or Mr Pocock's and other victims' rights to ongoing recognition under Copyright law?  Authors can't be "expelled" or "banned".  Mr Pocock, Debianists and all the other victims are simply equals under the law of Copyright.

484.    Upon seeing Hartman's outburst, Mr Pocock felt great aprehension that Sam Hartman's mob would vandalise his home (as in the case of Dr Appelbaum, Berlin) or cause him physical harm (as in the case of Ted Walther, DebConf6).

485.    Hartman was elected in the same month Mr Pocock's father died.  Hartman spent the whole year vilifying Mr Pocock and encouraging others to do so.

486.    In April 2020, Jonathan Carter was elected Debian Project Leader and he continued the practice of vilifying Mr Pocock through the painful years of the Covid pandemic.

## Conspiracy against Dr Jacob Appelbaum, deception of the media exposed by Mr Pocock

487.    26 August 2020, Mr Pocock did a review of correspondence about the libel and vilification of Dr Jacob Appelbaum in 2016.  Mr Pocock found the harassment rumors appeared to be falsified and published a blog with copies of the debian-private emails.  The blog title is "*Debian falsified harassment claims in Appelbaum expulsion*".  This enraged some of the people who lied about Dr Appelbaum.  Some of the people like going on these crusades and they don't like being exposesd as a bunch of liars and cyberbullies.  Mr Pocock has a long

*Daniel Pocock, Debian Developer (Pro Se)*                                    **US District Court**
*v.*                                                        Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                              ***AMENDED COMPLAINT***
*their overlords at Google et al.*                        1:25-CV-03883-UA / 19 September 2025

history of sticking up for the little guy, including his defence of Michael Kappes, Dr Norbert Preining, Dr Jacob Appelbaum, Dr Richard Stallman and the Albanian female whistleblowers.

488.        December 2020, Google puts pressure on the co-head of their Artificial Intelligence ethics department to withdraw a research paper or remove the names of other Google employees from the paper.  There was some conflict over whether the paper is pure research or whether it is advocacy or a combination of research and advocacy.  Timnit Gebru left her job at Google with some ambiguity over whether she resigned or whether Google sacked her.  This has awkward similarities to the situations where people resign from Debian or FSFE in objection to something and it is reported with the negativity of an expulsion.

489.        In December 2020, Galia Mancheva wrote a blog post about taking Matthias Kirschner and FSFE to court after he sacked all the women.  There were two women, Galia Mancheva and Susan Eiswirt.  Galia claims that Kirschner came around to her home to try and take back her laptop.  She went on medical leave and she told him that he is not welcome at her home.  These groups are cults, they believe the pursuit of their philosophy is above all traditional boundaries, including the personal space and personal time of the employees and volunteers.

490.        January 2021, Dr Norbert Preining becomes the first person to be "expelled" from Debian twice.  The Debianists refuse to tell anybody what crime he committed, if any.

## Redox OS, death of 18 year old volunteer, reports of cyberbullying

491.        March 2021, another death is discussed publicly.  jd91mzm2 / LEGOlord208 (Samuel) was a Redox OS developer and participant in their Summer of Code as a teenager on three consecutive summers.  His death in March 2021, age 18, has been discussed as a suicide.  His real name has not been presented.  Although the death is discussed widely, it hasn't been possible to obtain an official report of cause of death.  The journal SegmentFault published a report claiming they confirmed his real name, date of birth, the death and links to cyberbullying.

492.        Remember, many of the volunteers started as child prodigies.

## SNES emulator specialist suicide

493.        27 June 2021, suicide of non-binary developer David Kirk Ginder in Tokyo, Japan.  He used the pseudonyms Near and Byuu.

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

494.    The suicide is documented on Wikipedia.

495.    The wikipedia report notes that he was another child prodigy who started programming at age 14.  He was 38 years old when he died.

496.    Cyberbullying and harassment is mentioned in the reports.

## Berlin police decline to use criminal defamation law against Nazi comparisons for FSFE canceled elections

497.    February 2022, Berlin police decide they will not make criminal speech prosecutions to protect the FSFE (fake FSF) from alleged Nazi comparisons after the cancelation of elections.

## Petition used as vigilantism against Dr Richard Stallman

498.    In March 2021, the OSI president, Molly de Blanc, used her former edX email address to start an online mob against her former employer, Dr Richard Stallman.  The mob was thinly disguised as a petition.  The title of the petition "An open letter to remove Richard M. Stallman from all leadership positions".  It includes comments like "Our communities have no space for people like Richard M. Stallman" and "It is time for RMS to step back from the free software, tech ethics, digital rights, and tech communities".  In other words, they seek to create a virtual solitary confinement, sending Dr Stallman to virtual Siberia.  They wrap these words with all kinds of tangential comments about diversity but this obsession with excluding peole is the polar opposite of diversity.  Moreover, it amounts to harassment and it creates an emotional burden for everybody who is exposed to these vigilantees.

499.    Once again, Mr Pocock stood up against the mob and asked about Dr Stallman's civil rights.  Molly's mob became even more ferocious seeking to censor and slander everybody who defended civil rights.  One of the larger Linux distributions was systematically locking out every volunteer who mentioned civil rights of Dr Stallman.  Mr Pocock has a long history of sticking up for the little guy, including his defence of Michael Kappes, Dr Norbert Preining, Dr Jacob Appelbaum, Dr Richard Stallman and the Albanian female whistleblowers.

*Daniel Pocock*, Debian Developer (Pro Se)
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA / 19 September 2025

## Mr Pocock punished for starting ethics-oriented business during pandemic and visiting Australian war graves in Courgent, France

500.      In 2020, the Ecole Polytechnique Federal Lausanne (EPFL), which has a status similar to the University of Melbourne, announced that Switzerland didn't have the capacity to run a private equivalent to services like Zoom.  After that, Swiss institutions trusted the American companies with all their communications.

501.      In April 2021, Mr Pocock was entitled to extensive furlough benefits during the pandemic but he chose to start a new company, Software Freedom Institute SA in the Canton of Vaud, Switzerland.  Given his extensive experience in real-time communications technology, he hoped to help improve on the problem of private alternatives to Zoom and Teams.

502.      During World War 2, a former student of Xavier College, Flying Officer Philip Wyatt Ryan, had send many letters back to his family in Australia.  He was the pilot of a bomber LM338 PO-U that crashed in Courgent, France.  Many years later, the residents of the village began building a museum dedicated to the allied aviators.  Mr Pocock began a discussion about this with Xavier College and the school decided to donate an original copy of the yearbook from 1945, The Xaverian, containing all of Flying Officer Ryan's writing, to the museum in Courgent.  18 September 2021, when travel restrictions had been lifted, Mr Pocock traveled to Courgent to attend a ceremony and present the gift.

503.      Mr Pocock published a blog post together with a video of the ceremony for the alumni community.  At this point, the Debianist social media addicts had spent years creating the image that Mr Pocock was some kind of a neanderthal.  The image of him wearing a tie and engaging in a voluntary activity to honour veterans was completely at odds with the image the cyberbullies had been trying to superimpose on his life ever since the death of Mr Pocock's father.

504.      5 October 2021 Mr Pocock published the blog "Google, FSFE & Child Labor".  Remember, Mr Pocock had observed the problems with his own eyes in Albania.  Mr Pocock's cousin received the choir scholarship associated with the late Cardinal Pell.  Mr Pocock himself had been doing voluntary work since he was 14 years old and the Debianists have maliciously sought to undermine the recognition that would normally be given to somebody who had done a lifetime of voluntary work since their childhood.

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                                *v.*                              Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                              1:25-CV-03883-UA / 19 September 2025

505.     In November 2021, outraged that Mr Pocock had been part of a ceremony at the war graves and in reprisal for his evidence about Google, the Debianists escalated these attacks by publishing defamation in the form of a "Statement on Daniel Pocock".  The defamation was clearly intended to sabotage Mr Pocock's involvement in future events, impede Mr Pocock's ability to undertake his profession and to cause personal pain to Mr Pocock and his family after Mr Pocock had resigned from mentoring at a time of grief.

506.     Remember, the German FSFE (fake FSF) had elected Mr Pocock on ANZAC Day, 25 April 2017 and when they realized the significance, they had canceled future elections and censored mailing lists.  Mr Pocock's birthday, 9 November, was the Kristallnacht.  Mr Pocock's father died on Hitler's birthday.  Mr Pocock's great grandfather was one of the ANZACs who landed in France during World War One.  There is no doubt the Debianists and FSFE people have some obsession with Mr Pocock's visits to Australian war graves in France and that is a big factor in the fierce acts of libel.

507.     On 15 December 2021, Techrights editor Dr Roy Schestowitz publishes a document allegedly obtained from the Lakeway Police Department "Offense / incident report" concerning Graveley, Balabhadra, incident #21-01655.  The police officer J Alonzo #730 reports arresting Mr Graveley on allegations of Assault-Strangulation.  No further information is provided about the progress of the prosecution or the role of Mr Graveley in the open source software "communities".

508.     Strangling girlfriends is a lot like using lawyers to censor volunteers.

509.     The hysterical attacks against Mr Pocock and his family, which had resurfaced in November 2021, appear to be convenient for those seeking to distract attention from the genuine allegations against Mr Graveley.  There are more attempts to silence Mr Pocock and Dr Schestowitz from talking about real perpetrators, we will get to that.

510.     January 2022, first UDRP case opened.  Mr Pocock's blog post "Google, FSFE & Child Labor" presented as the sole evidence of "bad faith", which is one of the criteria required to seize a domain name.

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
                                              *v.*                                        Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                                1:25-CV-03883-UA / 19 September 2025

511.    January 2022, Elon Musk begins buying shares in Twitter, leading to the takeover in October the same year.  Recall this is what Mr Pocock predicted in November 2018 in his statement at the UN Forum on Business and Human Rights.

512.    On 5 February 2022, Debianist Wouter Verhelst used the FOSDEM bzw mailing list to broadcast more rumors about abuse, violating the privacy of Mr Pocock's family and the defamation remains accessible on the Internet.

513.    In March 2022 a UDRP decision was rendered by the ADR Forum stating that Mr Pocock was the victim of harassment by a much larger company.  The verdict quickly became known throughout the open source community.  Anybody subsequently spreading rumors about Mr Pocock and his family should have realized that their conduct was also an act of harassment.

514.    Immediately after that, on 21 March 2022 Mr Pocock published an Open Letter to the ACM regarding Codes of Conduct impersonating the Code of Ethics.  No official response was observed at the time.  ACM is one of the leading professional bodies for computer scientists.

## Debianists ignore harassment judgment and start UDRP copy-cat censorship/shaming case, Google rewards them with more money

515.    On 20 April 2022, immediately before Debian / SPI started a copy-cat UDRP denunciation attack, one of the members of the trademark committee resigned.  Felix Lechner indicates that there are differences of opinion but despite the fact Debianists claim to be transparent, those differences of opinion are not documented publicly:

> *Please accept herewith my resignation as your trademark delegate, effective immediately.... With this step, I hope to make room for someone whose attitudes toward business and legal matters can reflect more closely the preferences of the membership as a whole.*

516.    28 April 2022, the Library of Congress web site publishes a guest post from Marilyn Creswell at the University of Michigan Law School about "The Seizure of Jewish Intellectual Property Ahead of World War II".  It discusses the techniques Nazis used to obfuscate the names of Jewish co-authors in important books and, research papers and similar works that they

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

didn't want to destroy.  This is similar to what we see when names are maliciously removed from the list of Debian Developers.

517.        29 April 2022: the SPI and Debian Project attack and censor the debian.community web site through the UDRP denunciation procedure.  Twenty five more developers resign suddenly between March and June 2022: Norbert Tretkowski, Joachim Breitner, Thomas Bushnell, Øystein Gisnås, Torsten Werner, Thorvald Natvig, Stuart Teasdale, Stefan Pfetzing, Shugo Maeda, Pascal Hakim, Michael Schiansky, Jason Thomas, Edelhard Becker, Dima Barsky, Christian Hudon, Andrés Roldán, Adrian Perez, Falk Hueffner, Stephen R. Marenka, Stephen Gran, Rob Bradford, Paul D. Bame, Michael Schlueter, Jeff Teunissen, Dave Beckett.

518.        10 May 2022: immediately after the UDRP denunciation libel dossier is in the WIPO procedure, Google confirms they will be a platinum sponsor for DebConf22 in Kosovo.

519.        Remember, the Debianist's emails and blog syndication service were censored by Alexander Wirt and Joerg Jaspert at the end of 2018 and January 2019.  It is revealed that the disputed *debian.community* domain name was only registered ten months after the censorship blockade against Mr Pocock.  The *debian.community* domain was only registered in October 2019.  Therefore, when the disputes began at Christmas 2018, the domain and web site debian.community did not exist at all.  From that, we can conclude that the real reason the dispute began in December 2018 can not be related to anything that anybody else published on *debian.community* and other web sites.  The censorship at the end of 2018 is because the Fellowship voted for Mr Pocock in 2017 and Mr Pocock asked important ethical questions.

520.        19 June 2022, Michael Anthony Bordlee, a respected open source virtual reality (VR) artist, died in New Orleans, Louisiana, age 29.  He was a graduate of Christian Brothers and Jesuit New Orleans (2012) and worked as part of the Parallax Visions collective.  One of his final projects was a VR simulator to help people understand depression (news report).  The cause of death has not been disclosed.

521.        1 July 2022, Dr Roy Schestowitz publishes a report stating that Balabhadra (Alex) Graveley has entered a guilty plea (US-style plea bargain) to get deferred sentence on a real sexual harassment / assault strangling charge.  Notice how somebody who pleas guilty to real harassment and abuse can continue working in open source software "communities" while fake harassment and abuse rumors are used to silence people who raise concerns.

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian & Zizianism,
Electronic Frontier Foundation, Inc,
their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

522.    July 2022, the two Albanian female whistleblowers are given a trip to GUADEC in Mexico.  They no longer say anything about who did what in Albania.

## Mr Pocock acquires Debian-related names to promote his joint authorship status independently

523.    Mr Pocock acquires various Debian related domain names to promote the parts of Debian he works on, for example, *debian.finance* and he also obtains domain names like *debian.news* and *debian.video* to promote general content from himself and other co-authors.

524.    Mr Pocock believed he had genuine rights and legitimate interests in acquiring the domain names based on his status as a joint author and the precedent from the *Scientologie.org* UDRP decision D2000-0410.

525.    The domain names are purchased from the registrar Gandi SAS.  Registration fees are paid in advance for one or more years at a time.

526.    On the anniversary of the September 11 attacks in 2022, Axel Beckert, one of the Debian joint authors at ETH Zurich signs a complaint to the Swiss authorities claiming that Mr Pocock, who is also a joint author, has been banned from receiving recognition for his status as an author and ordered not to speak about health & safety issues such as the Debian suicide cluster.

527.    It may seem odd to somebody in a United States court procedure, but there is intense secrecy about workplace deaths in Switzerland, to the extent that even when something dramatic happens, the police clear the scene and people go back to work without talking about it.  By way of example, an 18-storey scaffolding collapsed right next to venues from the Youth Winter Olympics in Lausanne.  News reports appeared about the collapse but there has not been even one news report about the inquiry after the day of the accident.

528.    People understand that when working for a Swiss employer, it is important to protect secrecy.  Yet the Debian Social Contract is an agreement, an authorisation and an obligation to be transparent.  There are certain contexts in Switzerland, such as nuclear safety, where the internationally agreed standards of transparency override the local custom.  The obligation to

*Daniel Pocock*, Debian Developer (Pro Se)                                    **US District Court**
*v.*                                                                          Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                                        ***AMENDED COMPLAINT***
*their overlords at Google et al.*                                            1:25-CV-03883-UA / 19 September 2025

expose the risks around the Debian suicide cluster, based on the social contract, is on par with the obligation to prevent the disclosure of banking records, based on local law.

529.    On that basis, those trying to advance a complaint with the Swiss authorities, to retrospectively superimpose Swiss laws over the Debian Social Contract for one private individual is an incredible act of betrayal.  Mr Pocock and other co-authors are unable to take back the work they already contributed so why should some Swiss or German bully be able to take back the social contract?

530.    Yet the two-faced betrayal just described, in violation of the first amendment, appears to be funded by the $120,000 "professional fees" and legal fees disclosed by the US-domiciled s503(c) "charitable" non-profit Software in the Public Interest, Inc, of New York.

531.    Remember the comments from Ana Guerrero in 2012, the German and Swiss have been plotting against Mr Pocock for more than a decade and they blame Mr Pocock for everything. They use his work without paying anything but they squeal like stuck pigs when he asks ethical questions.  Switzerland does not have the first amendment and rich people can pay lawyers and judges to control what other people talk about.  SPI, as an American s503(c) tax deductible non-profit claiming to be aligned with the first amendment has raised $120,000 from people who presumably believe in the philosophy and then SPI diverted the money to lawyers in a jurisdiction that is contrary to the first amendment.

## British coroner warns about repetitive exposure to negative content from Internet

532.    On 13 October 2022 H.M. Coroner Mr Andrew Walker sent a *Prevention of future deaths report* to various tech companies including the leading social media networks Twitter/X and Facebook.  The report was made subsequent to the conclusion that "Molly Rose Russell died from an act of self-harm whilst suffering from depression and the negative effects of on-line content".  The coroner goes on to note "The platform operated in such a way using algorithms as to result, in some circumstances, of binge periods of images, video clips and text some of which were selected and provided without Molly requesting them."

533.    Mr Pocock's spouse had began engaging in self harm at a similar age, 14 years.  In 2018, the Debianists began exposing Mr Pocock to unsolicited comments about "harassment", "abuse" and "behavior".  They have repeated these rumors through mailing lists, social media

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                                                    **US District Court**
*v.*                                                        Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                      **AMENDED COMPLAINT**
*their overlords at Google et al.*                    1:25-CV-03883-UA / 19 September 2025

and search results and even in conference speeches for seven years at the time of this complaint. They do so through the use of algorithms and through deliberate interventions by the cyberbullies. The exposure to these troublesome terms, in this context, and over such an extended period of time is every bit as harmful as the exposure to graphic images of self-harm. Spreading rumors about these private issues, whether it is through a mailing list, a racist Swiss judge or a corrupt WIPO lawyer, is a deliberate tort and it is Intentional Infliction of Emotional Distress.

534.    The exposure to these privacy violations is even more extreme because Mr Pocock has suffered significant financial costs relating to the illness of a family member while Google doesn't actually pay Mr Pocock anything at all. Remember, Google's employee Margarita Manterola even prohibited Mr Pocock's wife from eating at DebConf15.

535.    In the case of Molly Russell, the coroner declared that "It is likely that the above material viewed by Molly, already suffering with a depressive illness and vulnerable due to her age, affected her mental health in a negative way and contributed to her death in a more than minimal way.". Google and their puppets began deliberately exposing Mr Pocock to these "abuse" rumors at a time of grief. This is analogous to the exposure of Molly Russell during a period of illness.

536.    1 November: Twitter's new owner dressed as Satan for Halloween. Halloween originated in Ireland. Mr Pocock, who anticipated this outcome at the UN Forum on Business and Human Rights in 2018, has Irish nationality.

## Promoting technical integrity while mocking general notions of integrity

537.    18 December 2022, the journal *IEEE Software* announced that a paper published by two former Debian leaders, Stefano Zacchiroli and Chris Lamb, had won their best paper award. The title of the paper is Reproducible Builds: Increasing the Integrity of Software Supply Chains. At the top of a research paper, the authors normally identify their respective employers. Stefano Zacchiroli has mentioned the institutions Université de Paris and INRIA, France. Chris Lamb has simply written "Reproducible Builds" in the place where other authors would write the name of their employer.

*Daniel Pocock*, *Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

538.    Reproducible Builds is the name of the concept they are promoting rather than the name of an organization.  Tactics like this are obfuscating Lamb's sources of income.

539.    During the two years Lamb served as Debian Project Leader, his personal web site claimed he was a freelancer and provided a list of very small projects he worked on in the past. The Reproducible Builds web site mentions the names of various current and previous sponsors, including Google.  Lamb is obfuscating the extent to which he was influenced by Google during the time he was Debian Project Leader.  It is ironic that these obfuscation tactics are perpetuated in a research paper promoting integrity of software supply chains.

540.    However, it is quite a serious topic because during the time Lamb claimed to be the leader of Debian, he was arbitrating in disputes with external organizations, without revealing the extent to which he profitted from his personal dealings with those organizations.

541.    By way of example, Lamb revealed that he acted in disputes from Google against other co-authors of Debian, while the Reproducible Builds web site suggests that Google was a sponsor of his personal work at the same point in time.

542.    If Lamb's remuneration depended on him exploiting the work of other people to meet the promised goals of Reproducible Builds and if he relied on deception, obfuscation and punishments to achieve commitments to his patrons, all while pretending to be leader on behalf of the Debian Developers, that is a modern slavery situation.

## Mr Pocock gave witness statement to Carabinieri on day Cardinal Pell died in Rome

543.    On 31 December 2022 the former Pope Benedict died.  Shortly afterwards, Mr Pocock saw fresh news reports about the late Cardinal Pell in Rome.  Mr Pocock's attention was drawn to the evidence published by previous inquiries.  He discovered that Spotlight investigators in Boston found correspondence from a priest in Melbourne, the priest in question was instrumental to the cover-up and the priest is also connected to the choir at the center of Cardinal Pell's prosecution.  This particular aspect of the case was not explicitly stated in the public documentation, it only became evident based on Mr Pocock's contextual knowledge.  Mr Pocock considered the weight of the scholarships associated with choir participation and recalled the manner in which the Debianists paid for the Albanian women to travel to Brazil,

_Daniel Pocock_, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & _Zizianism_,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA  / 19 September 2025

pressured them to withdraw their favorable reports about Mr Pocock and then granted an internship to one of the women.

544.　　While reading the report of the Royal Commission, Mr Pocock read more about the tactics and words chosen by abusers for keeping their victims silent and realized that these were very similar to the words used when people are shamed by the Debian "Anti-harassment" team and the Debian Account Managers.  In both cases, the fear of shame is used to maintain silence. Dr Norbert Preining had published an email in December 2018 revealing that Debianist Enrico Zini uses these tactics.  On the afternoon of 10 January 2023, Mr Pocock discussed these similarities with the Carabinieri and a few hours later the Cardinal died in Rome.

545.　　In more detail, what we see is that some people are simply not fit to be in a position of authority.  The Catholic Church is struggling to recruit priests and the reports suggest they lowered their standards, to a very low level, where they allowed a small number of known paedophiles to work because it was better than no priest at all.  In the exploitative world of open source software development, there is a similar challenge finding people with competence and integrity, therefore, when a role is vacant in a Code of Conduct team, it will be given to the first person who volunteers, regardless of competence or integrity.  Some people have ended up in these roles by chance.  Some people have deliberately sought these roles so that they can push their personal viewpoints on diversity or some other topic.  For some of these people, the power gets to their head.  Whether it is in one of the oldest institutions, the Catholic Church, or in high tech, some people think they are God and they want to ostracize anybody who tells them they are not.  The Catholic Church created the now discredited *Crimen Sollicitationis* document.  It is written in Latin but it is almost identical to the Code of Conduct gobbledygook in open source software, it is simply a tool for ostracizing anybody who calls out real abuse (*Crimen Sollicitationis art. 70*):

> 70. All these official communications shall always be made under the secret of the Holy Office; and, since they are of the utmost importance for the common good of the Church, the precept to make them is binding under pain of grave [sin].

546.　　The resignation / suicide note of Frans Pop, like many other messages on debian-private, finishes with this line:

> All mails I ever sent to d-private (and mails quoting them) shall remain private.

*Daniel Pocock*, *Debian Developer (Pro Se)*          **US District Court**
*v.*        Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*     ***AMENDED COMPLAINT***
*their overlords at Google et al.*     1:25-CV-03883-UA / 19 September 2025

*So long,*

*FJP*

547.      Mr Pocock contacted Martin Pop, the brother of Frans Pop and asked him if the family was given a copy of the debian-private messages. Pop replied that these messages had never been disclosed to the family.

> *Martin Pop: This is quite shocking to me.* ***I did not know anything about this.***

548.      Some people from Debian / Ubuntu / Canonical came and took away Frans' computers after the funeral. The family thought these people were helping them but they were simultaneously removing evidence.

> *Martin Pop: All of Frans computers are gone too. There was hardly any paper documentation in his home.*

549.      Martin Pop revealed that the convoluted structure of Debian Project and SPI had stymied any thoughts about how to pursue compensation. This outcome can be traced back to the messages from Bruce Perens in March 1998 about "the liability issue".

> *Martin Pop: I don't know what to say.* ***And Debian being what it is, a project and not really a company, who or what is liable in a court of law?***

## Debianists use Swiss civil procedure to violate privacy of Mr Pocock's family, Mr Pocock exposes illegal legal fees insurance cover-up known to Geneva bar association for years

550.      15 January 2023, Mr Pocock publishes a blog "George Pell's file server, three finance ministers & Peter Eckersley". He describes how the file server ended up hosting web sites for local community organizations, political groups and the Yarra Yarra Rowing Club, presenting a picture of the club's Head of the Yarra crew. The man sitting behind Mr Pocock in the boat is

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

identified as one of Australia's most distinguished police commanders.  The same man is awarded the National Emergency Medal a few weeks after the blog post.

551.       On 17 January 2023 the SPI started a trademark dispute through a civil procedure in the Canton of Vaud.  They used the trademark dispute to regurgitate privacy violations about "harassment" and "behavior".

552.       On 4 April 2023 the Swiss financial regulator FINMA rendered a decision liquidating the Swiss legal protection insurance Parreaux, Thiébaud & Partners, also trading as Justicia SA and Justiva SA. Mr Pocock's Swiss company had purchased insurance from Parreaux, Thiébaud & Partners and was left empty handed.  Mr Pocock subsequently discovered that the regulators and Geneva bar association had known about problems in the firm for at least two years.  The liquidation of the firm was ordered during the period when the media was preoccupied with the Credit Suisse failure.

553.       Moreover, the firm appointed to liquidate Parreaux, Thiébaud & Partners is Walder Wyss.  Walder Wyss is the same firm that was representing SPI against Mr Pocock in a civil procedure.  Mr Pocock immediately felt that no reliable judgment could be achieved in the trademark dispute given that counsel for the adverse party had gained access to his legal insurer.  Mr Pocock unilaterally withdrew his Swiss trademark registration.

554.       The judges and greffiers (law clerks) attempted to ignore the irrevocable cancelation of the trademark and ordered the transfer of the trademark.  The Swiss Intellectual Property Institute (IPI), equivalent of the USPTO, rebuked the judge for making an order that was "impossible" to implement.  The judge sent two further letters retracting the order.

555.       In April 2023, GNOME adds one of the Albanian women, Anisa Kuci, to their Code of Conduct committee.  The woman previously worked as a waitress and she has no professional training in law or human rights.  The GNOME transparency report says that she was given the Otter Tech online training in "enforcing" a Code of Conduct.  Remember, Molly de Blanc described the Otter Tech witchdraft in her FOSDEM talk.  People are encouraged to submit anonymous complaints.  The Code of Conduct committee has a secret meeting in a secret channel and without speaking to anybody on either side of a dispute, they make up a verdict and a punishment.  If in doubt, expel somebody.

*Daniel Pocock*, *Debian Developer (Pro Se)*                **US District Court**
*v.*                                                Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                    **AMENDED COMPLAINT**
*their overlords at Google et al.*                    1:25-CV-03883-UA / 19 September 2025

556.    September 2023, FINMA releases a highly redacted version of the decision shutting down the illegal legal insurance scheme Parreaux, Thiebaud & Partners.  All the names and even the dates are redacted.  The redacted report is released around the same time FINMA announces the resignation of the FINMA CEO.  News reports cover the CEO's resignation but none of the news reports mention that an illegal legal insurance company operated out of Geneva for five years and then vanished in the blink of an eye.

557.    On 7 October 2023, Mr Pocock published his first blog post about the illegal legal insurance, bad faith and the FINMA judgment against Parreaux, Thiébaud & Partners.  He did not make this research and publication spontaneously.  In the Swiss procedure started by the Debianists on 17 January 2023, they had demanded a publication by the Swiss tribunal rewriting the death of Mr Pocock's father.  Such a demand is obscene and the Debianists deserved to be tarred and feathered for spreading smears about "behavior" at a time of grief. Mr Pocock felt compelled to demonstrate that the secret trial process, including his own legal representation, the bar association and the financial regulator had collectively failed to provide the relevant services when they were needed, throughout the entire period from when he started the company in Canton Vaud, when he purchased insurance, when he notified the jurists that he was being harassed by the Debianists, at every step, the jurists failed.  To mitigate any risk that the Debianists and the tribunal might denounce his family, as demanded by Debianists, he felt it was necessary to publicly expose the Swiss corruption.

558.    From the point where the illegal legal insurance was liquidated, Mr Pocock has been an unarmed civilian victim of lawfare while the non-profit Debianists, who claim to promote transparency, are obfuscating their sources of funding from some of the world's largest companies, including Google.  This disparity limits the options available to Mr Pocock such that one of the few options available is to publish the evidence, names and all, so observers cross-reference the evidence and names with public sources and see that Mr Pocock, rather than the secretive Swiss tribunal, is the most likely source of truth.

559.    Publishing the name of the Swiss jurists was necessary so that observers can cross-reference public records from the bar association, the directorships listed in the corporate registry and facts about their experience and credentials that they voluntarily disclosed through services like LinkedIn.  This, in turn, demonstrated that only one of these people had passed the bar exam and many of them had no legal experience at all.  Most of them only had experience in sales and some administrative work.

*Daniel Pocock, Debian Developer (Pro Se)*

**US District Court**
Southern District of New York

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

*v.*

**AMENDED COMPLAINT**
1:25-CV-03883-UA / 19 September 2025

560.   In other words, it was a boiler room in Geneva. One news report noted the founder had never passed the bar exam. Nonetheless, he had been invited on a weekly talkback radio program where he would answer questions from callers and promote his illegal legal insurance scheme.

561.   Having been exposed to both the cover-up around the institutional abuse and the cover-up around JuristGate, Mr Pocock examined the cover-up tactics in some detail and found they are remarkably similar. During the 2008 financial crisis, there was public concern about revolving doors between the regulators, the banks and the credit ratings agencies. In Switzerland, Mr Pocock found the revolving doors had been removed, leaving the doorways wide open and the same people were *concurrently* working in the illegal legal insurance office, tribunals, the city council, and at least two district attorneys' offices. Exposure of what is both a boiler room and a massive corruption of the legal and political system is not only embarassing for the individuals who participated, it is also embarassing for all other organs of the justice system where the same people have worked, concurrently with their work in the boiler room. If these conflicts of interest were discovered in an American or an Australian courtroom then a miscarriage of justice would be declared and the trial would be abandoned or a verdict set aside.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

562.    1 November 2023, All Saints Day, the festival of Martyrs, Mr Pocock was granted Swiss citizenship.  Nonetheless, the acquisition of citizenship was overshadowed and tainted by the overbearing behavior of the Debian Project and those behind them and the remarkable discoveries Mr Pocock had made about the illegal legal insurance (JuristGate).



563.    There is enormous embarrassment in the Swiss authorities that after such an extensive period of time spent methodically shutting down the boiler room while everybody was distracted by Credit Suisse, Mr Pocock, a former UBS contractor, has picked the insurance scam wide open and published it almost in the same breath as taking the Swiss citizenship oath.

*Daniel Pocock*, *Debian Developer (Pro Se)*                                **US District Court**
                                                v.                    Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                        ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA / 19 September 2025

564.    Trevor Kitchen, a British/Swiss citizen, discovered and disclosed the FX scandal ten
years prior.  Switzerland tried to extradite Kitchen from Portugal in 2018, just before the EU
whistleblower protection directive came into force.  The extradition request was declined,
appealed and declined again.  The tribunal in Portugal and various observers commented that
Mr Kitchen could not be extradited for exposing a crime and even if Kitchen was extradited, he
could not trust any lawyer or judge in Switzerland and he would not have a fair trial.

565.    Mr Kitchen had exposed a scandal in the financial sector and this resulted in the
perception that the Swiss judicial system would be rigged against him.  Mr Pocock has exposed
corruption in the judicial system itself, so the trademark procedure and any other Swiss
procedure against Mr Pocock is even more likely to be biased, untrustworthy and a vehicle for
reprisal.

566.    Gerhard Ulrich (Swiss citizen), founder of "Call to people" and the swiss-
corruption.com web site, publishing a list of judicial errors, was pursued by the secretive Swiss
"TIGRIS" commando unit and imprisoned for 4 years.  Once again, this is another example of
the harsh consequences for anybody who questions the credibility of the Swiss tribunals, as Mr
Pocock did some weeks before the tribunal decided to try and make an invalid judgment.

567.    The trademark cancelation notice was delivered to the tribunal by registered mail on 10
November 2023, the cancelation was acknowledged by the judge Richard Oulevey on 13
November 2023 and the date stamp on the invalid judgment is 26 November 2023.  This
sequence of events proves the judges and the greffier have knowingly stamped an invalid
judgment.

568.    Given that the libellous and invalidated judgment being circulated by the Debianists was
only created several weeks after Mr Pocock dramatically put himself at odds with the Swiss
legal profession, it is essential to consider the possibility that the tribunal deliberately made an
invalid judgment out of reprisal, not simply out of human error, even though they knew the
trademark was canceled.

569.    Between 2002 and 2004 there was a significant outcry in the Internet commmunity
about the actions of a Swiss magistrate demanding that ISPs sabotage the Internet to censor
access to swiss-corruption.com.  Debian and EFF and their supporters were against the
censorship.  One of the judges involved in that controversy was Daniel Hofmann in the Tribunal

*Daniel Pocock, Debian Developer (Pro Se)*

v.

*Software in the Public Interest, Inc, Debian & Zizianism,
Electronic Frontier Foundation, Inc,
their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

of Vaud.  Ironically, the invalid judgment paid for with $120,000 of Debian money in 2023 has been signed by a judge Caroline Kuhnlein-Hofmann.  Is the judge Daniel Hofmann her father? This further emphasizes the fact that the money has been spent contrary to the philosophy that Debian's co-authors believed we were working for over more than three decades.

570.     One of the Debian co-authors in Switzerland, a board member of the Debian.ch association, Didier Raboud is employed at the Swiss IT contractor Liip SA.  The co-founder of Liip SA is Gerhard Andrey, a prominent member of the Swiss parliament.  The judge who signed the invalid order, Caroline Kuhnlein-Hofmann is appointed by the Green party and pays part of her salary to the party.  Records showed a payment of CHF 8,400 in 2022.  The Green party parliamentarian Gerhard Andrey submitted a witness statement in the procedure and the judge did not declare her conflict of interest.

571.     While dealing with the hassle of the Swiss jurists, Mr Pocock began researching the corruption, eventually publishing findings on a web site JuristGate.com and acquiring the previously banned domain name swiss-corruption.com

## Abraham Raji (DebConf death, drowning) anticipated by Mr Pocock's research into negligent homicide

572.     At the same time, Mr Pocock began looking through the debian-private archives to see if the records could support an investigation into negligent homicide.  The British call it Gross Negligence Manslaughter.  On 9 September 2023, a dossier of approximately 100 pages, mostly from debian-private, was sent to the coroner who investigated two previous deaths in Cambridgeshire, England.  The email included a comment "*Based on my own experience of both Debian culture, the Pell situation and the evidence in these emails, I feel that there is an ongoing risk to the health of people who engage with this culture.*".

573.     12 September 2023, three days after the prediction sent to the coroner's office, Abraham Raji died at the DebConf23 in India.

574.     Abraham Raji was a local resident of India, the host country for DebConf23 and he had done a lot of unpaid work to prepare for the conference.  This included the design of the conference logo.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

575.     On the conference day trip, people went to a beach and then a canoe / kayak expedition. "Energizing Day: Cherai Beach Fun and Kayaking"

576.     Participants were asked to contribute some of their own money for the activity in the kayaks.

577.     Mr Raji was left alone to swim unsupervised while other participants went in the kayaks.

578.     A search and rescue mission failed to find Mr Raji.  According to news reports, everybody else went back to the conference venue and locals found the body in the evening.

579.     Remember, Mr Pocock's first voluntary activities, beginning in 1993, included the Southern 80 ski race and the Red Cross Murray River Canoe Marathon, where he was part of the WICEN amateur radio group in the water safety team.  Mr Pocock had participated in multiple rowing clubs, he had been a member of the committee and even rowed with the police officer who won the National Emergency Medal.  He had been dining with Arjen Kamphuis before Kamphuis disappeared in a canoe excursion.  Mr Pocock had anticipated a health and safety risk in an email to the coroner just days before the death of Abraham Raji.  In the twelve months before the drowning of Abraham Raji, stubborn people at Debian had paid $120,000 in legal fees to censor the one colleague they should have listened to before going out in the water.

580.     The DebConf23 budget approval email tells us that the total budget for the conference was $226,500.  The legal fees spent to censor Mr Pocock, the Australian volunteer elected by the Fellowship on ANZAC day, was over half of the budget for a fifteen day conference.

581.     Abraham Raji's web site is still available.  His first blog post "*Why Debian*" includes the comment "*Everything in Debian is transparent, all forms of official communication are a matter of public record, the amount of unresolved bugs, every step taken by debian as an organization, everything is in the open! I appreciate that from my distribution. There is no room for underhand corporate deals, no unfair treatment behind private mails and everything can be reviewed by the public.*".

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                         **US District Court**
                        *v.*               Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*          ***AMENDED COMPLAINT***
*their overlords at Google et al.*        1:25-CV-03883-UA  / 19 September 2025

582.     What Raji has written is the way the Debianists try to present themselves. Yet their use of Swiss tribunals harboring conflicts of interest, their conduct in the FSFE Legal Network, eighty thousand emails hidden in debian-private archives, all shows that there are many opportunities for underhand behavior.

## Amandine "cryptie" Jambert reveals use of pseudonym, Conflict of Interest, resigns

583.     On 10 October 2023, the FSFE (fake FSF) conducted their annual general meeting at the Linuxhotel, Essen-Horst, Germany.

584.     The minutes of the meeting include the resignation of Amandine "cryptie" Jambert.

585.     Jambert reveals she has been participating and voting under a pseudonym "cryptie". Notice that when men use a pseudonym they are accused of trolling but women are given the benefit of the doubt.

586.     Jambert states that her new job at the European Data Protection Board creates a conflict of interest.

587.     She does not mention that her previous job at the French data protection agency CNIL also created a conflict of interest.

588.     She does not mention that the prior conflict of interest was obfuscated by her use of the pseudonym "cryptie".

589.     Remember, in some years Google has been the biggest sponsor of the FSFE and their events while Jambert's previous employer, CNIL, was responsible for investigations into Google and in fact penalized Google with the biggest ever fine for GDPR violation in 2019. How could Jambert simultaneously investigate Google while being part of a pro-Google lobbyist like FSFE?

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA  / 19 September 2025

590.     Because Jambert is a woman, people tell us we have to turn a blind eye to the conflict of interest and put her "privacy" first.

## Nazis used administrative procedures to obfuscate identity of inconvenient authors of technical works

591.     January 2024, the University of Western Australia Law Review published the article Copyright Nazi Plunder - How the Nazis Aryanized Jewish Works (UWALawRw 3; (2024) 51(1) volume 46) by Lior Zemer and Anat Lior.  As in the blog post by Marilyn Creswell from 2022 (Library of Congress), the authors of the paper consider the manner in which the Nazis wanted to gain benefit from some technical books and research documents but they didn't want to recognize the names of some co-authors.

592.     The paper by Zemer and Lior tells us that the Nazis used administrative measures to achieve their aim of obfuscating who deserves recognition for certain intellectual works:

> *Despite the fact that written IP legislation in Nazi Germany did not include specific exclusions for Jewish applicants and authors,* **in practice, they were excluded by administrative measures alone** *rather than legal ordinances.*

593.     The UDRP at WIPO, which SPI has chosen as a tool for obfuscating and denouncing Mr Pocock and his family, who has rights as a joint author, is an administrative procedure too. What a creepy similarity.  Mr Pocock's birthday, 9 November, is the Kristallnacht and Mr Pocock is being targetted with underhanded techniques the Debianist borrowed from Hitler.

594.     It is suspected that these techniques evolved out of the FSFE Legal Network (LN) mailing list, which is hosted in Berlin.

## Debianist Cyberbullies administrative procedure SLAPPs Mr Pocock, corruption and LLW in WIPO process

595.     20 February 2024 SPI submitted a complaint containing libel about Mr Pocock and his family through the WIPO UDRP denunciation procedure.

*Daniel Pocock*, *Debian Developer (Pro Se)*                           **US District Court**
*v.*                                                                Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                              *AMENDED COMPLAINT*
*their overlords at Google et al.*                                 1:25-CV-03883-UA  / 19 September 2025

596.    The service DNSlytics finds over 2,700 domain names containing the Debian trademark. SPI and Debian only made WIPO complaints against 14 domain names / web sites. Coincidentally, those domain names are all owned by the same person, Mr Pocock, who the defendants have been vilifying with ritual defamation since the death of his father.

597.    Between 4 March and 13 March 2024 the WIPO staff notified Mr Pocock they had received the libel from the Debianists.

598.    On 7 March 2024 Mr Pocock begins the JuristGate.com web site where he analyzes each aspect of the JuristGate affair in separate blog posts with links to evidence.

599.    The WIPO staff member is hiding her full name and signing each message "Stanislava I.".  WIPO seem to know they are hurting people and they do things like this to avoid accountability and avoid consequences for their gangstering.

600.    At the same time, a libel case appears in the UK's High Court,  KB-2024-003529 Balabhadra Graveley vs Roy Schestowitz of Techrights.  The case is advanced by the firm Brett Wilson LLP.  It may be nothing more than coincidence that people associated with large multinationals are simultaneously trying to silence all the independent technical blogs and news sites.  This is more evidence that these groups are breaking their own promises, the Debian Social Contract and the first amendment are not taken seriously by some of the corporations who get the most benefit out of the software.

601.    1 April 2024, Jonathan Carter sends an email to debian-devel-announce mailing list declaring that Mr Pocock is in trouble with the police.  Remember, the police officer who used to row with Mr Pocock has just won Australia's National Emergency Medal.

602.    Upon seeing the privacy violations about "harassment", Mr Pocock contacted WIPO on 13 April 2024 to ask what assistance WIPO provides to victims and witnesses to abuse who are sucked into these denunciation procedures:

> *The insults that WIPO transmitted to me are very disturbing for me as a witness in relation to real cases of harassment and abuse.*

*Daniel Pocock*, *Debian Developer (Pro Se)*

v.

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA  / 19 September 2025

> *Blackmail, defamation, shame and abuse often go together.*
>
> *Please kindly advise me what assistance WIPO provides to victims and witnesses of abuse when you blackmail us to participate in your administrative procedures*

603.　　WIPO did not provide any response about how to prevent more harm from being done in this case.

604.　　17 to 19 April 2024, in the middle of the period where the WIPO legal panel was considering the dispute over Debian-related domain names, the FSFE (fake FSF) organized the annual Legal & Licensing Workshop (LLW).  The event was in Gothenburg, Sweden.  The participants typically include lawyers associated with intellectual property law and the more significant sponsors of the cyberbullies and fake non-profits.  There is a perception in the industry that the LLW and associated FSFE Legal Network (LN) are forums for plotting against the intellectual property rights of individual authors, small businesses and volunteers.  The leaked email from Max Mehl suggests there is good reason to be concerned about LN having a face-to-face meeting during the time the legal panel was considering the UDRP case.

## WIPO legal panel ignores Scientologie.org precedent, creates malicious denunciation with obvious bias against unrepresented private individual who publishes blogs about voluntary work

605.　　On 3 May 2024, W. Scott Blackmer signed a UDRP denunciation of Mr Pocock ordering the transfer of domain names to one of the cyberbully organizations, SPI.  Although the date above the signature is 3 May, the document was only relayed to Mr Pocock and made public on 6 May 2024.  The day it was signed, 3 May, is World Press Freedom Day and the UDRP denunciation had the effect of censoring web sites like *debian.news*.  (A new web site, *deb.news* appeared immediately after the WIPO Debianist censorship)

606.　　The document by lawyer Blackmer is loaded with libel.  It accuses Mr Pocock of bad faith simply for including Mr Pocock's business name in a copyright notice at the bottom of a web site.  The opinion lawyer Blackmer writes in his role as a legal panel does not fit the definition of bad faith.  He simply doesn't show how the trademark owner or any third party could have suffered any loss due to the presence of these web sites.  The web sites were not

*Daniel Pocock*, Debian Developer (Pro Se)                                    **US District Court**
                                    *v.*                                    Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                                    *AMENDED COMPLAINT*
*their overlords at Google et al.*                                    1:25-CV-03883-UA / 19 September 2025

used to ask for money and they were not used to distribute substitute products or services. They simply contained content based on Mr Pocock's perspective as a joint author.

607.      The legal panel's written decision acknowledges that Mr Pocock has made significant technical contributions to the development of Debian GNU/Linux. Therefore, it is only logical to find that Mr Pocock is one of the joint authors. There is significant incompetance and negligence on the part of W. Scott Blackmer for failing to note in his UDRP denunciation the fact Mr Pocock is a joint author of Debian GNU/Linux, or in the term used by joint authors since 1993, a Debian Developer.

608.      Once it is agreed that Mr Pocock is a joint author, it is only logical to conclude that Mr Pocock also has legitimate interests in using the trademark that is identitical to the name of the creative work, Debian.

609.      Once the legitimate interests are acknowledged, the UDRP does not require the legal panel to make any determination about bad faith. W. Scott Blackmer was negligent in ignoring the legitimate interests and this negligence has allowed him to stray into making the far-fetched accusation of bad faith.

610.      Ordinary people like Mr Pocock pay $10 or $20 to register a domain name with no idea they could subsequently face staggering legal bills and UDRP denunciation on the WIPO web site. The gangsters behind UDRP shaming practices seem to know that a lot of people who pay $10 for a domain name will not be able to afford a lawyer for an appeal.

611.      It just doesn't pass the smell test. How can somebody who has done unpaid voluntary work for decades be accused of bad faith for publishing information about his own unpaid voluntary work and the intellectual property he was encouraged to share as part of Debian philosophy?

612.      Mr Pocock submitted all of these facts through the UDRP. The legal panel disparaged Mr Pocock's submission with a condescending comment that it was not in the form normally prepared by greedy WIPO lawyers. The lawyer Blackmer could see that Mr Pocock was participating *Pro Se* as a private individual and a volunteer forced into multiple acts of UDRP

*Daniel Pocock*, *Debian Developer (Pro Se)*

v.

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

harassment. He is negligent in failing to take this into account and adapt the lawfare process for an ordinary human being.

613.    The lawyer Blackmer wrongly and negligantly suggested Mr Pocock's response was late. In fact, WIPO's case coordinator didn't specify a time zone for the deadline. The lawyer Blackmer appears to be in some indeterminate US time zone and Mr Pocock submitted the UDRP response at 23:46 on 10 April 2024 believing that was 14 minutes before the deadline in Blackmer's timezone. Blackmer didn't make any attempt to clarify this point before making an accusation of lateness, this is more of lawyer Blackmer's negligence. He was in a big rush to criticize and took little interest in the truth.

614.    The cyberbullies SPI and Debian Project submitted defamatory privacy violations in their UDRP case and lawyer Blackmer copied-and-pasted the defamation and privacy violations verbatim into his opinion. Moreover, the libel was placed under the heading "4. Factual Background" when such accusatory nonsense would appear to belong under "5. Parties' Contentions" if it was included at all. Including the material verbatim and including it under a heading "4. Factual Background" demonstrates negligence, bias and a willful intention to libel.

615.    The domain names were registered in the personal name of Mr Pocock, reflecting the fact Mr Pocock has collaborated on the joint authorship of Debian since before forming his company. This registration strategy was chosen based on the previous UDRP decision concerning the scientologie.org domain name. In the scientologie.org case, the legal panel decided that the authorship interests derived from the rights in the Scientologie book were a legitimate interest and the holder of the copyright could keep the domain name, despite the similarity to the trademark for a well known cult. Yet the lawyer Blackmer has contrived this excuse to include Mr Pocock's company name in the UDRP denunciation because the company name was mentioned in the copyright notice. He is doing that to tarnish the name of Mr Pocock's company. As Mr Pocock is the sole member of the LLC, Mr Pocock is the victim of any negative impact on the brand, the market position and consequently the revenue of the LLC.

616.    Mr Pocock has served in various representative and voluntary roles where integrity is important. Most notably, the community had elected Mr Pocock as their Fellowship representative in the FSFE elections of 2017. In that role, Mr Pocock had correctly called out the fact that the name FSFE is derived from the name FSF in bad faith and even more disturbing, a fellow who was possibly fooled by this name had left a bequest of EUR 150,000 to

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

the wrong FSFE instead of the real FSF.  The counter-accusations of bad faith concocted by lawyer W. Scott Blackmer appear to be part of the pattern of reprisals against Mr Pocock ever since he resigned from FSFE in disgust in 2018.

617.      When you consider the FSFE harbors the Legal Network lawyers like W. Scott Blackmer, FSFE was upset that their name/bequest scandal was exposed, it looks like there was a motive for somebody to do a job on Mr Pocock.

618.      When you look at the way the UDRP denunciation is biased, for example, copying libel verbatim from one side and using nothing from Mr Pocock's case, it adds to the perception that somebody was doing a job on Mr Pocock.

## WIPO UDRP procedure could be improved to avoid malicious decisions being rendered in a single step

619.      WIPO is operating a procedure that is flawed because it asks the legal panel to determine three significant points in one step.  This dramatically increases the burdens on each of the parties.  Each party needs to fully document their attitude to the first question (similarity of domain name to trademark), the second question (legitimate interests) and the third question (bad faith).  Findings of bad faith can be particularly harmful beause they are libellous but the civilian victims of this lawfare may not realize this is a possible outcome. Nonetheless, it would appear more logical for the legal panels to issue their opinions on each question iteratively and then allow a cooling off period where the parties could choose to appeal the procedure or settle the dispute before the legal panel is asked to rule on the subsequent question.

620.      Being more specific, the legal panel should give their opinion on UDRP rule 3(b)(ix)(2) legitimate interests without completing the evaluation of UDRP rule 3(b)(ix)(3) bad faith. Upon receiving the intermediate decision on legitimate interests, the parties would have the opportunity to pursue litigation or cancel the domain names or reach a settlement out of court. If neither party tries to appeal the decision on legitimate interests, after a delay, the legal panel would then evaluate the claims of bad faith.

621.      On 6 May 2024, WIPO forwarded the UDRP denunciation to Mr Pocock and published the libellous UDRP denunciation on their web site.  6 May is the Holocaust Remembrance Day

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA  / 19 September 2025

and the UDRP seizure of domain names had the effect of censoring web sites about the Debian suicide cluster victims.

622.    The process of creating and publishing the UDRP denunciations has the hallmarks of a protection racket.  The victims, like Mr Pocock, pay a small fee, maybe $10, for a domain name.  They invest time and money building a web site and promoting it.  At some point, a lawyer can come along and threaten to publicly denounce the victim.  They can cut and paste rumors and smears as they please into the web site of WIPO.  The victims are effectively blackmailed to give their own money to lawyers to try and mitigate the defamation attacks.  The victims are prevent from spending time with their own employment and their families.  In this particular case, the blackmailers at WIPO have including defamation about "harassment", which is even more troubling for Mr Pocock, because of family members who may have been exposed to genuine harassment or abuse.

623.    The cyberbullies who prepared and distributed this UDRP document have committed the torts of negligence in various ways, for failing to give Mr Pocock a proper hearing, for failing to recognize his status as a joint author and for making an accusation of bad faith where it was not justified.  By selectively cutting-and-pasting the most offensive comments from the Debianists into a UDRP document, the cyberbullies have collectively engaged in the torts of libel, calomny and IIED.

624.    Those torts were committed for the purpose of violating a contract, the Debian Social Contract for violating the first amendment rights of Mr Pocock and for maintaining fear in the rest of the community.

625.    Given that Mr Pocock's first amendment rights had been deliberately reaffirmed by the Debian Social Contract and the Debian Diversity statement and Mr Pocock has made substantional contributions of intellectual property based on those affirmations, the violation of first amendment rights is even more outrageous.

626.    One of the web sites was at the domain *debian.day* and published the grievances of Frans Pop, the volunteer who submitted his resignation/suicide note the night before the Debian Day.

*Daniel Pocock*, Debian Developer (Pro Se)
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

627.     Another censored web site was running on the domain name *debian.news*, a service that aggregated blog posts from joint authors and published them in simple time order without any algorithmic censorship.

## Debianists' subsequent use of domain names reveals intention of procedure was for harassment and libel, denouncing Mr Pocock

628.     When SPI submitted their censorship demands through the UDRP, they signed a declaration that they were not using the UDRP for harassment.  After obtaining the domain names, rather than publishing any new content on them, they immediately began using the domain names to publish content denouncing Mr Pocock and his family.  This shows that some among the Debianists have a pathological obsession with undermining the life of Mr Pocock, his career, his family life, his relationships with friends and neighbors are all attacked by this blanket defamation.  Debianists are seeking to vilify Mr Pocock and his family and raise a mob against them.

629.     Publicly naming people, violating the privacy of their families and spreading rumors about them appears to be a key part of the Debianists' strategy.  WIPO is effectively making the name of WIPO available to these attackers for a small price and with no adverse consequences.  The legal panels are not juries, they are lawyers who have a sympathy for the writings of other lawyers.  In this case, the manner in which lawyer Blackmer has copied accusations verbatim into the denunciation while not using any equivalent material from Mr Pocock contributes to the perception that lawyer Blackmer has been more than sympathetic and actually become complicit with the Google racket propping up the non-profit SPI.

630.     In all the UDRP cases, not one legal panel has found Mr Pocock responsible for defamation.  The legal panels have classified Mr Pocock's writing as "critical commentary", which is similar to the term "inconvenient truth" popularized by former Vice President Al Gore.

631.     The Debianists using the UDRP denunciation process have never tried to convene a civil defamation trial to discuss Mr Pocock's publications in front of a jury.  The Debianists are well aware that judges and juries may find at least some of the critical commentary was truthful and in the public interest and publicly confirm that to be so.  The Debianists are aware that a public trial by jury would create more public debate about people doing unpaid work for Google, the ethical questions on censored web sites and the *Debian suicide cluster*.  Therefore, the Debianists prefer to slink around in the FSFE Legal Network mailing list, the LLW, the UDRP

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                                                              Southern District of New York
                                    *v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                         ***AMENDED COMPLAINT***
*their overlords at Google et al.*                             1:25-CV-03883-UA  / 19 September 2025

and secretive Swiss tribunals where there is no trial and no jury.  They use these pseudo-legal tricks and their Code of Conduct gobbledygook to take pot shots at victims like Mr Pocock who has strong rights to protection under the combined umbrella of the Debian Social Contract and the first amendment.

632.        The combined effect of these libellous pot shots taken at Mr Pocock through different procedures and gobbledygook amounts to more than libel, the combined effect of this is the Intentional Infliction of Emotional Distress.

633.        In their own communications, they indicate they are obsessed with controlling the behavior of people who are not actually employees of the Debianists.  Forcing the co-authors to behave like an employee/servant, whether it is with the menace of violence, the menace of public humiliation, the menace of lawyerism is modern slavery.  Remember the Debianist Enrico Zini asking leadership candidates to name five people they would like to expel.  This is typical of the threat hanging over the heads of the voluntary co-authors.

## Deliberate dishonesty and libel during the European elections

634.        During May 2024, Mr Pocock was contesting the European elections as an independent candidate.  A number of candidates suffered acts of violence during the campaign, demonstrating the additional risks faced by those who engage in public life.  Mr Pocock observed that people exposed to the gossip experiments on social media and in search results would sometimes, without any valid reason or provocation, become aggressive or apprehensive.  This, in turn, left Mr Pocock feeling apprehensive about his own safety.

635.        Social media and Google prompted people to ask irrelevant questions about harassment rumors, without realizing that this violates the privacy of family members.  This distraction from rumors and libel undermined the effort to focus on real issues in people's lives.

636.        On 6 June 2024, Debianist Jean-Pierre Giraud placed the invalidated Swiss civil procedure on the Debian.org web site without explaining that it had been invalidated and retracted by the judge.  Jean-Pierre Giraud and Debian Project & SPI are trying to pass off the invalidated and retracted judgment as if it was fact.

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian & Zizianism,
Electronic Frontier Foundation, Inc,
their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

637.  Not only do Giraud, Norwood and SPI try to pass off the invalidated judgment in bad faith, they go on to elaborate with statements asserting Mr Pocock "has failed to comply with any of the court's orders" while they fully know that the Swiss judge retracted the order.

638.  The real facts are summarized in documents such as the death certificate of Mr Pocock's father.  That makes it clear Mr Pocock resigned from Google unpaid mentoring activities at a time of grief.  Attempting to usurp that significant personal loss with the superstitions of chronically racist Swiss hillbilly lawyers is the real tort.

639.  The Debianists knew that the procedure was invalidated by the corruption around regulation of the illegal legal protection scheme.  They knew that the judge's order was invalidated by the IPI.  They new that the judge retracted it too.  When the Debianists knew these things and published the document anyway, it is akin to knowing they received a fake fifty dollar bill and deliberately tried to spend it in a local shop.

640.  The timing of their fraudulent, bad faith publication on 6 June 2024 was a few hours before the media news moratorium for the European elections.  Had any media outlet reported on the retracted judgment as if it was fact, there is a strong chance that Mr Pocock would not have been able to have the reporting corrected or issue a reply before the moratorium took effect at 14:00 that same day.

641.  Mr Pocock didn't get a lot of votes in the election and feels that the distorted, libellous material presented in social control media and Google's search results had undermined his participation in public life and the voting results are evidence of the negative impact of libel.

642.  24 June 2024, an IBM Red Hat employee died age 37.  Daniel Bristot de Oliveira was a Brazilian, residing in Italy, where he had obtained his PhD.

643.  Throughout his career and long relationship with Red Hat and Fedora, de Oliveira had given promises to friends, family, colleagues and the community at large about the open nature of Red Hat Linux.  Some of these commitments were captured in videos available online.

*Daniel Pocock*, *Debian Developer (Pro Se)*
                                                    **US District Court**
                                              Southern District of New York
*v.*

*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                  ***AMENDED COMPLAINT***
*their overlords at Google et al.*              1:25-CV-03883-UA  / 19 September 2025

644.     Not only was de Oliveira himself tricked by the promise of open source, he may have felt that he had been used to trick other people who trusted him.

645.     He died exactly 12 months after IBM Red Hat made their decision to break the compact with the community and restrict redistribution of the RHEL source code.

## GNOME Foundation libels Sonny Piers, everybody suffers emotional distress together

646.     On 8 July 2024 the GNOME Foundation published a message publicly denouncing a former board member Sonny Piers.  Sonny published a blog post explaining he had been removed without any reason, without any due process, based on some secret trial.

647.     In other words, Sonny Piers was a victim of the gangstering predicted by Mr Pocock in his Open Letter to the ACM.  It is a good time to read the open letter again and see how it compares to the facts about the vendetta against Sonny Piers.

648.     The defamatory announcement published by GNOME Foundation mentioned the Code of Conduct gobbledygook.  Remember, one of the people on the GNOME Code of Conduct committee is the former waitress from Albania who did the Otter Tech witchcraft course.  Therefore, the reports of a Code of Conduct complaint can never be taken too seriously in these groups.

649.     Think about the previous point carefully.  Sonny Piers has done two decades of voluntary authorship.  The former waitress is not an author at all.  She has no competence in copyright law and she has no competence as a software engineer.  Yet the sponsors are happy for that woman to sit in judgment over somebody like Sonny and take away his reputation and his career.

650.     The public shaming of Sonny Piers was stressful for all members of the community.  The forum thread shows that 18,500 people viewed the defamation.  This had a triggering effect for other bullying vicitms, including Mr Pocock.  The GNOME Foundation board includes Erik Albers from the FSFE, this is the same German who had punished a volunteer in January 2018 because the volunteer questioned funding from Google.  The presence of Albers in the GNOME

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

scandal emphasizes the incestuous nature of these groups.  The verdicts they pronounce about people don't arise out of any independent and objective inquiry, these defamatory verdicts and judgments are born out of conspiracies, rumors and pillow talk.

651.      The triggering impact of the Sonny Piers humiliation amounts to a tort of Intentional Infliction of Emotional Distress (IIED).  It has to be emphasized that the bullyboys at the top of these scandals do these punishments publicly because they want the other volunteers to be kept on their toes.  Therefore, anybody who witnesses the humiliation is stressed and the tort of IIED is proven beyond reasonable doubt.

652.      12 July 2024, four days after the shaming of Sonny Piers, the GNOME Foundation publishes an announcement that their Executive Director, Holly Millions is leaving.  They don't reveal if she resigned in disgust or if she was sacked.

653.      Millions had been in the job for nine months.  During this period, M. Millions would have come to realize that the Executive Director title is symbolic but she didn't have any real managerial powers.  The budgets and staffing decisions appear to be made by the board.

654.      The GNOME Foundation web site contains minutes of board meetings that have been held in camera and the critical sections of the minutes are suppressed.

655.      While GNOME and other groups loudly make claims about diversity, Millions may have come to realize the two Albanian female whistleblowers had been given jobs at GNOME Foundation and these jobs had facilitated silence.  Millions may have felt uncomfortable supervising employees if they were there under a hushing agreement funded by a corporate sponsor.  Such a hushing agreement is even more ludicrous when the organization is openly claiming to promote diversity while it is paying women to stay silent about Albanian men who hijacked the diversity funding gravy train.

656.      It is not clear if Millions personally posted the libel about Sonny Piers the week before her resignation or if some of the staff and board members worked around her and did it of their own will.  The Executive Director title sounds impressive but in reality, there are different people in these organizations who are protected by the corporate sponsors, they are not really managed by the Executive Director and they do as they please.  M. Millions may have realized

*Daniel Pocock*, Debian Developer (Pro Se)
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

she had no authority over those people and maybe she wanted nothing to do with the defamation tactics.

657.     At the peak of the GNOME crisis on 12 July 2024, Peter De Schrijver (p2), a Debian co-author, passed away in a hospital in Helsinki, Finland.  This death happened at the peak of the Sonny Piers / Holly Millions crisis when, once again, a lot of co-authors were feeling incredibly shocked, undervalued and disposable.  Sonny appears had spent close to 20 years collaborating as an unpaid volunteer, it is hard to explain how everybody else feels when he is forced into a disappearance, it is like he had been murdered in broad daylight.  It is not clear if Peter's death is related to the Sonny Piers crisis or if it was pure coincidence. Finland doesn't have a public coroner process and no report is currently available.

## Dr Roy Schestowitz of Techrights sued in UK High Court for publishing US court documents about strangulation case

658.     On 23 October 2024, the UK law firm Brett Wilson LLP, acting for Balabhadra (Alex) Graveley files a UK High Court defamation claim against Dr Roy Schestowitz for his publications about the arrest of Mr Graveley on strangulation charges.  Graveley v Schestowitz, Case no. KB-2024-003529.  Notice that the court documents obtained from the US courts are public documents and the UK web site is free to publish them and write comments about them.  Techrights claims in a series of reports that Matthew Garrett and Microsoft are involved in the legal action to bring down the Techrights web site in its entirety.  There is no allegation that any other party was involved in the assault however.

## DebConf24, forgetting Abraham Raji, Debian leader confesses swimming outside supervised hours

659.     In July 2024, the DebConf24 is in South Korea.  People start a discussion about swimming at a local beach.  The beach is only supervised from 9am to 6pm and this conflicts with the hours of the conference itself.  Andreas Tille, the leader of Debian, another German, admits swimming illegally at 7am.  Remember, Abraham Raji drowned at DebConf23 the previous year.  Mr Pocock, the volunteer who has thousands of hours experience of water safety at events like the Murray River Canoe Marathon, Southern 80 and rowing is censored from commenting on this mailing list.

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
                                        *v.*                                  Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                           ***AMENDED COMPLAINT***
*their overlords at Google et al.*                          1:25-CV-03883-UA / 19 September 2025

660.    Andreas Tille: *"My guess is that neither police nor other patrol was awake at 7:00 when Pollo and I where there on Wednesday.  Or they were afraid about the rain?  No idea, nice to know we were lucky and thanks in any case for the warning to be carefully."*

661.    Remember when Abraham Raji died, the announcement included the words: *"Abraham's contributions will not be forgotten"*

## EFF, home of Blue Ribbon Campaign for free speech online, censors Mr Pocock's message in their Let's Encrypt forum

662.    Later in 2024, Mr Pocock created a thread in the EFF Discourse Forum about his relationship with former EFF Chief Computer Scientist Peter Eckersley, the steps he had taken to restore Dr Eckersley's web site after Dr Eckersley's death and the vast amounts of money SPI had spent on legal fees attacking Mr Pocock and his family.  Eckersley's web site has been restored at *https://pde.is*

663.    Dr Eckersley and Mr Pocock have known each other since their undergraduate studies at the University of Melbourne in the 1990s.

664.    Dr Eckersley had used his web site to publish comments about Google, the US military and Artificial Intelligence.  At the time of his death, many people in the industry spoke up for his achievements and contributed to a high-profile crowdfunding campaign to preserve Dr Eckersley's brain.  Yet nobody except Mr Pocock made any effort to preserve Dr Eckersley's writing.  Why?

665.    Mr Jacob Hoffman-Andrews is a former employee of Twitter and a former employee of Google, now employed at non-profit EFF.  Google, the former employer of Hoffman-Andrews, was discussed at length in Dr Eckersley's web site.

666.    On 5 September 2024 Jacob Hoffman-Andrews censored the thread in the EFF Discourse forum.  This was disturbing for Mr Pocock because, Dr Eckersley is deceased and they had known each other throughout their entire careers, more than 25 years.  The censorship was disturbing for Mr Pocock because the EFF is associated with the Blue Ribbon Campaign against Internet Censorship.  Many software developers have contributed significant time and

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*

*Electronic Frontier Foundation, Inc,*

*their overlords at Google et al.*

**US District Court**

Southern District of New York

***AMENDED COMPLAINT***

1:25-CV-03883-UA  / 19 September 2025

intellectual property without payment in the belief they have been working for this common cause.  Mr Pocock has examined the cases of volunteers who died, including cases of suicide. One of the first Debian Developers to die, Joel "Espy" Klecker, had prominently supported the Blue Ribbon Campaign on his web site.  Frans Pop, the Debian Day volunteer suicide victim, had resigned once before and then returned to Debianism citing the philosophical appeal.  The disrespect for people like Mr Klecker and Mr Pop by those who renegged on the EFF's values is disturbing for those like Mr Pocock who have been equally generous in sharing their time, their skill and their intellectual property.

667.     The EFF is violating Mr Pocock's first amendment rights while claiming to be a champion of the first amendment.

668.     The censored post to the EFF forum emphasized the sum of approximately $120,000 SPI and Debian Project spent on legal fees after Mr Pocock's father died to obfuscate the fact of this tragedy and paper over it with their gobbledygook about how joint authors should demonstrate submissive employee-like behavior when Google is around.

669.     Discussion about this money is particularly relevant because SPI has never accounted fully for revenue related to the Debian intellectual property.  Joint authors have been asked to leave their spouses at home and share rooms at the annual DebConf.  The joint authors are asked to volunteer their time to sell t-shirts and other merchandise at conferences.  When the developers attended DebConf23 in India, they were asked to contribute their own money towards a kayak activity on the day trip.  Abraham Raji, who had designed the logo and done substantial unpaid work organizing the conference, was left alone to swim when the other joint authors paid the kayak fee.  Raji was sucked into a drain and drowned.  The DebConf continued without him.  The fee paid for one hour with a Swiss lawyer could have paid for all the participants in the kayak trip and Abraham Raji would still be alive.

670.     Therefore, there is a compelling public interest in discussing where the money comes from and how it is directed, especially in a group that makes such loud statements about freedom and transparency.

*Daniel Pocock*, Debian Developer (Pro Se)

**US District Court**

*v.*

Southern District of New York

*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*

***AMENDED COMPLAINT***

*their overlords at Google et al.*

1:25-CV-03883-UA / 19 September 2025

## Techrights authors claim harassment by Debian co-author Matthew J . Garrett

671.       6 September 2024 Techrights publishes the article "Why We Are Suing Matthew J. Garrett for Harassment and Why It's Important to Everybody in the Community".  Matthew J. Garrett is one of the co-authors of Debian.  Dr Roy Schestowitz and his wife have had to make multiple civil and criminal complaints about certain people.

## GNOME removes American staff with public notice, secretly adds Albanian staff

672.       October 2024, the GNOME Foundation publicly states that two American employees, Caroline Henriksen (Creative Director) and Melissa Wu (Director of Community Development) were made redundant due to a budget shortfall.  A few weeks prior to this they had added the Albanian woman to the staff list but they did not make any public comment about her.  They only made a public comment about the American women who were removed.

## Google giving prominent positions to libel about Mr Pocock, formerly an unpaid volunteer for Google's own Summer of Code program

673.       As a consequence of these vigilantee packs attacking Mr Pocock and his family, Google displays the libel and privacy violations prominently in search results.  Facts about Mr Pocock's professional achievements, the fact he resigned from Google's own unpaid mentoring program at a time of grief and any attempts to post any right of reply are routinely censored from mailing lists, social media and missing from Google's own search results.

674.       During the Irish General Election in November 2024, Google search results showed a result from the June 2024 European Elections with the heading "ELIMINATED", giving the casual reader the impression that Mr Pocock was eliminated from the November general election, despite the fact no general election candidates had been eliminated.

675.       Mr Pocock observed problems during the general election campaign similar to the European campaign.  People exposed to social media and Google would behave in ways that were inconsistent with the actions and efforts of Mr Pocock, sometimes involving aggression or apprehensive behavior on the part of people who never met Mr Pocock before.

*Daniel Pocock*, Debian Developer (Pro Se)

**US District Court**
Southern District of New York

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*

***AMENDED COMPLAINT***

*their overlords at Google et al.*

1:25-CV-03883-UA  / 19 September 2025

676.     The voting results in the general election were also dismal, once again, Mr Pocock feels this can be attributed to the impact of libel.

## Zizian news reports prompt flashbacks for Debian victims and witnesses

677.     When the Zizian deaths were reported, Mr Pocock recalled the violence against Ted Walther at DebConf6, vandalism at the home of Dr Jacob Appelbaum, the Molly de Blanc "push others" speech, the stalking from Ariadne Conill and felt further apprehension about the way the Debian "Anti-Harassment" Team seeks to vilify independent professionals who ask ethical questions.

678.     Martina Ferrari of the Debian "Anti-Harassment" Team, Rhonda D'Vine of the Debian mailing list censors and Ariadne Conill of Alpine Linux are transgender while Enrico Zini of the Debian Account Managers team publicly spoke about being bisexual.  There are romantic and physical relationships linking these different teams within the organization.  When these groups collaborate to bring somebody down, they are not objective in any way.  Instead of due process, they use pillow talk.

679.     Mr Pocock feels there are strong similarities in the way a subculture of queer people have used their free time to take over gatekeeper roles in voluntary groups and use those gatekeeper roles to participate in these vendettas based on their persecution complex.  Up to now, other professionals have been afraid to challenge the blatant and unethical conflicts-of-interest because of the mantras about diversity.

680.     Mr Pocock and other victims feel great apprehension, based on what happened to Dr Appelbaum's home, based on the drawings of civil disorder, based on the way the Zizian group behaved, that if these vigilantee tendencies are not constrained then they will again manifest themselves in physical acts of vandalism or violence.

681.     On 9 January 2025 Mr Pocock contacted the investigations team at WIPO, raising concern about the UDRP procedure from 2024 and the LLW event that took place at the same time as the UDRP procedure.  The WIPO investigations unit decided to remove Mr Pocock's name from their web site.  It appears that the Debianists have seen the UDRP as a low-cost opportunity to shame unpaid volunteers by publishing their names and defamation about them.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

682.     Relationship between Google and the other cyberbullies, fake non-profits: Google donations and Google's employees are interacting with all the other entities. The other entities are all much smaller than Google. Some of the written evidence in emails suggests the smaller organizations received pressure from Google and made decisions based on influence from Google.

683.     On 8 February 2025, Maximilian Snyder from Zizian used the phone in his jail to transmit a statement, reminding me of the way Debian makes statements about people. Snyder / Zizian assert through the statement "You need to have a crisis of faith about whether animals are people. It is critical to saving the world." When I read that, I felt that Zizian wants to replace the laws of man with the law of the jungle, which is on par with the Debianists trying to impose their Code of Conduct gobbledygook on everybody they come into contact with. This smells like another case of Intentional Infliction of Emotional Distress.

## Presumption of innocence compromised by administrative procedures

684.     February 2025, Australian magazine *The Monthly* published a lengthy report by Louise Milligan under the headline "*The True Legacy of the Rapist George Pell*". The late Cardinal Pell was acquitted in the criminal procedure. Around the time he died, an administrative procedure, the National Redress Scheme, decided to give a payment to somebody making a claim about an incident unrelated to the criminal procedure.

685.     The administrative procedure lowers the bar significantly, allowing people making an allegation to get a payment in situations where it may not be possible to get a criminal conviction. The administrative procedure is asked to make payments on the basis of a "reasonable likelihood" rather than the criminal standard "beyond reasonable doubt". There was no trial and no jury.

686.     Statistically, when we are talking about a famous person or a whistleblower, it seems that claims will be presented to the administrative procedures over and over again until sooner or later, by random chance, it seems that one of those claims is going to be rubber stamped as a side effect of guesswork or a desire not to leave the claimants empty handed.

687.     Recall IBM Red Hat brought a UDRP dispute over the WeMakeFedora.org domain name (ADR Forum FA2201001980642). The administrative panel confirmed that Mr Pocock

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

was the victim of a witchhunt, an abuse of the administrative procedure.  People with deep pockets keep coming back and trying again until they find a lawyer without a conscience willing to smear a civilian.

688.     It feels very uncomfortable that procedures like the National Redress Scheme and the WIPO UDRP can bypass the jury process, bypass the presumption of innocence and give these verdicts on demand, especially in the case of people who are unable to defend themselves or submit an appeal to a procedure that can be initiated after their death.

689.     People of integrity may choose not to be a Catholic priest, a childcare worker or an open source software developer because in all of these fields, administrative procedures can now be used to arbitrarily denounce somebody.  The result is that some high quality candidates simply don't enter these professions at all.

690.     In Australia, major religions have voluntarily submitted to the National Redress Scheme while many smallers cults have not.  This means a deceased Catholic priest could be found "guilty" of a crime in the National Redress Scheme while a deceased cult leader could not be investigated in the scheme at all.


## GNOME closing bug reports, sacking Executive Directors without investigation

691.     On 21 April 2025 Jeremy Bícha from Canonical Ltd / Ubuntu went and unilaterally closed five of my bug reports about the GNOME desktop.  This is disrespectful of the time I put into investigating the original issues and writing the bug reports for them.  The Debian Social Contract (DSC), point 3 states "We won't hide problems" and the full text of the DSC emphasizes the importance of the bug reports.  Closing bug reports over aggressively obfuscates the issues raised, it creates the impression that the overall number of bugs is lower than it really is and it reduces the motivation of people who spend time testing the software and writing high quality bug reports.  The sudden manner in which Bícha did this is unprofessional.  It may not amount to a tort in its own right but combined with the other incidents in this complaint, it fits in the pattern of events under the umbrella Intentional Infliction of Emotional Distress.

*Daniel Pocock, Debian Developer (Pro Se)*                              **US District Court**
*v.*                                                            Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA / 19 September 2025

## Complaint filed in US federal court

692.        6 May 2025, on the eve of the conclave, a complaint about Debian cult behaviour is
filed in US District Court for the Southern District of New York.

693.        Coercive control is a major theme of the complaint, along with censorship, defamation
and harassment.

694.        The name of Cardinal George Pell is mentioned in the complaint and the conclave
elected the first ever American Pope Leo.

## Harassment convictions at Ubisoft, cult references

695.        In July 2025, news reports appear about the conviction and sentencing of Ubisoft
executives for real sexual harassment and psychological harassment.  Remember, in January
2019, Sylvestre Ledru of Mozilla & Debian had written a report praising collaboration with
Ubisoft immediately after the conviction of Cardinal George Pell, at the very same time they
were spreading false rumors about Mr Pocock and his family.  So the French court has proven
that at least one Debianist sided with the real bad guys and people like Mr Pocock are needed
more than ever to keep the industry honest.

696.        A detailed and lengthy research report by FranceInfo in June 2025, written in French,
describes coercive control and silence at Ubisoft.  "Close the eyes or grit the teeth" is the title.
One heading in the report, "Un roi tout-puissant" translates to "An all-powerful king", so much
like the dictators in other voluntary groups who use their CoC to silence ethical questions from
independent experts like Mr Pocock.  See the English translation.

## Phil Wyett, a new Debian victim steps up, GNOME and KDE follow suit

697.        17 August 2025, the day after Debian Day, Phil Wyett, a veteran of the British Army's
Royal Engineers writes an email "*Ending Debian Contribution*".  He states that he has been
discriminated against and "I have tried to carry on with Debian contribution, but cannot".

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

698.     It was scary to see this at 5:40am on a Sunday morning, another volunteer unable to sleep because of the toxic behaviour of certain people in Debian.

699.     It was fifteen years after the suicide of Frans Pop.  Pop sent his suicide note on 15 August 2010, the night before Debian Day.

700.     Given that cults are a form of social engineering, it is disturbing that former and potentially active military personnel are fooled, manipulated and exploited by the Debianism.

## Facebook's former regulatory chief, NIck Clegg, on bosses pretending to be victims

701.     23 August 2025, Nick Clegg, Facebooks former regulatory chief, is interviewed by The Guardian.

702.     Clegg states "In Silicon Valley, far from thinking they're lucky, they think they're hard done by, they're victims"

703.     The belief in victimhood appears to confirm that harassment rumours are false.

704.     If the rumours of harassment and abuse are false then the people who routinely spread those rumours are guilty of defamation and libel.

## GNOME and KDE purge continues

705.     A few days later, 29 August 2025, GNOME Foundation board publishes a blog post publicly sacking their Executive Director Steve Deobald.  Much like his predecessor Holly Millions, Deobald had only been in the job four months.  As a cult-like organization, they want to leave a scar, so instead of simply thanking him, their blog slights him with the words:

706.     GNOME Foundation board: "*Despite these many positive achievements, Steven and the board have come to the conclusion that Steven is not the right fit for the Executive Director role at this time. We are therefore bidding Steven a fond farewell.  I know that some members of the*

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

*GNOME community will be disappointed by this decision. I can assure everyone that it wasn't one that we took lightly, and had to consider from different perspectives.*"

707.　　　Mr Pocock has the perception that the corporate sponsors are not giving the Executive Director any real powers.  When somebody is hired and they come to realize they are just there to be a mouthpiece, they lose motivation and they quit.  The sponsors don't allow the Executive Director to make independent decisions about the budget or staffing.  Therefore, the title Executive Director is only used to fool the public about the significance of this role.  The role, which is often vacant, gives volunteers a false impression that GNOME is an independent group when it really feels like it is becoming a sweatshop extension of the corporate sponsors.

708.　　　14 September 2025, another victim presents himself publicly.  Jonathan Riddell, from the UK, writes about joining the development of the KDE Desktop in the year 2000 and alleges he has just been shafted by the joint authors of the project who abandoned their previous company Blue Systems and set up a new company, Techpaladin, without him.

709.　　　Quoting Mr Riddell:  *A couple weeks later we had anther video call but Nate called me first and told me I'd be excluded from it. No explanation was given beyond I had "made some comments and would not be happy". If someone is telling you what your emotions that is when controlling behaviour starts to become abusive. And thus ended my 25 years with KDE.*

710.　　　"*made some comments*" - it appears that Mr Riddell feels he was punished for simply speaking his mind in a community born out of the promise of free speech

711.　　　Mr Riddell concludes his blog post with the comments: *But in the end I lost my friends, my colleagues, my job, my career and my family. What's a spod who just tried to do the right thing for society to do? Dunno. For now, if you want me, you can find me surfing the endless wave whenever the sun sets over my digital nomad coliving paddleshack at the end of the world*.

712.　　　Riddell's former colleague Nate Graham has exercised a right of reply, publishing a blog post where he states: "*KDE is thriving, with competitive board elections this year and an increased base of donations it can use to assert a measure of independence from commercial entities.*"

*Daniel Pocock*, *Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

713.      In other words, Mr Graham seems to acknowledge that all these supposedly voluntary non-profit organizations come under significant influence from some of the world's largest corporations.  His comment appears to be optimistic about a future where that doesn't happen but his comment doesn't reveal the extent to which such influence exists today.  Having "a measure of independence" is not the same as being independent.

714.      Mr Riddell did 25 years of work and claims he was given the cold shoulder with no explanation and no severance benefit.  Mr Graham asserts "*I'm confident that no laws are being broken here; I exhaustively researched the employment laws of 7 countries and then confirmed my conclusions with a lawyer before moving forward with anything.*".  While these arrangements may be technically or legally correct or there may be steep legal costs for anybody to challenge these arrangements, that doesn't necessarily mean the situation is morally or ethically acceptable.

## Other observations about impact of cyberbullies' harassment of Mr Pocock and his family

715.      Ever since the campaign of harassment against Mr Pocock and his family, there have been strange incidents with a range of people, both in a social and professional context, including neighbors, friends, subcontractors, clients.

716.      By way of example, a neighbor came and started shouting over the fence on a Sunday.  It took five minutes for the neighbor to reveal the real reason he was angry was the libellous rumors on the Debian web site.  He had been totally sucked in by it and lost countless hours reading it, without realizing the simple fact that Mr Pocock had resigned from Google's unpaid mentoring at a time of grief.  Both the neighbor and Mr Pocock lost time and energy for no real reason.

717.      Anecdotally, some people have expressed fear that if they talk to Mr Pocock, they will be denounced or suffer some adverse consequences too.  This is a contagious form of blackmail that exists within cult-like groups.  Similar things happen in Scientology, people are told that if they can't recruit their mother they have to stop talking or "disconnect" their mother.

718.      Debian and Open source software started off in the spirit of collaboration analogous to the academic community.

_Daniel Pocock_, *Debian Developer (Pro Se)*

*Software in the Public Interest, Inc, Debian &* _Zizianism_,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

*v.*

719.    Sadly, some parts of the open source software ecosystem have descended into a racket.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

Tombstones of Joel "Espy" Klecker and Adrian von Bidder.

The Debian logo is etched into their tombstones for eternity.  The Debian values of transparency and freedom, inspired by the first amendment, have been eroded dramatically in such a short space of time.



*Daniel Pocock*, Debian Developer (Pro Se)
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

# LEGAL CLAIMS BASED ON THE FACTS ABOVE

## Inextricably intertwined disputes

The complaint identifies multiple corporate, non-profit and individual defendants.

The copyright interest in the joint works has accumulated over a period of decades.  Over that time, the plaintiff and individual defendants have collaborated in various contexts, including joint authorship of different works and membership of different associations.  Some of these arrangements were only short-lived, some lasted for many years.  Any joint authorship rights that have arisen in any of the software products are ongoing for seventy years beyond the death of the last author.

The allusions to first amendment free speech are closely intertwined with the collaboration agreements between joint authors and the stated goals of the various non-profit associations.

Therefore, the disputes between authors, whether those disputes relate to joint authorship or to the first amendment, have become inextricably interlinked over a period of decades.

The Universal Declaration of Human Rights, Article 27, encompasses both the right to participate and the right to moral recognition for works of joint authorship.  The fact that both of these things are grouped under the same article in the declaration emphasizes the inextricably intertwinded nature of the dispute:

Universal Declaration of Human Rights

Article 27:

1. Everyone has the right freely to participate in the cultural life of the community, to enjoy the arts and to share in scientific advancement and its benefits.

2. Everyone has the right to the protection of the moral and material interests resulting from any scientific, literary or artistic production of which he is the author.

## Copyright

Copyright is derived from the Universal Declaration of Human Rights Article 27(2) and it is recognized in the national laws of the countries where the joint authors reside.

In the United States, where joint authors began creating many of the related software products, copyright is federal law.

*Daniel Pocock*, Debian Developer (Pro Se)

v.

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

## Compilations and works of joint authorship

The software products being discussed have features of a compilation and they simultaneously have features of joint authorship.

In a compilation, an author takes works from third parties and the author makes decisions about which works to include (selection), how they are coordinated and how they are arranged.

The copyright in the components rests with the author(s) of each component.

The process of compiling (selection, coordinating and arranging the components) creates a work that is distinct from any other arrangement of the same components.  The person who engages in this process is an author for the collection.

In the Debian GNU/Linux software, some of the Debian joint authors have authorship rights in individual components and they also acquire rights for the process of arranging them in Debian.  The latter gives rise to the claim that all of those people, including the plaintiff and some of the individual defendants, have become joint authors in Debian GNU/Linux.

## Proving joint authorship under US law

To prove the regulations for joint authorship are applicable, there are multiple tests.

First of all, it must be demonstrated that the parties intended to create a work of joint authorship.  In some cases this can be hard to prove.  However, in the case of open source software, the software usually contains license statements and other governing documents asserting an intention to collaborate.  The GNU Public License (GPL), which comes in various versions, the BSD licenses, MIT license and similar licenses all authorize other parties to modify the source code.  The GPL goes further and encourages sharing of the source code so that third parties can also modify it.  These licenses enable authors to create derivative works and engage in joint authorship.  The Debian Manifesto, from 1993, states "By involving others with a wide range of abilities and backgrounds, Debian is able to be developed in a modular fashion.", hinting at a compilation of modules created by joint authors.  A Debian constitution has been approved by a subset of authors at various times, stating "The Debian Project is an association of individuals who have made common cause to create a free operating system.".  These are strong statements of the intent to create a work of joint authorship.

Secondly, it must be demonstrated that the parties claiming a right of joint authorship really did have a creative role and make some original contribution that is typically inseparable from the work of their colleagues.

*Daniel Pocock*, Debian Developer (Pro Se)

v.

*Software in the Public Interest, Inc, Debian & Zizianism,
Electronic Frontier Foundation, Inc,
their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

The assertion of joint authorship has been reaffirmed by many among the defendants over the years although they have tried to ignore it during the WIPO UDRP administrative censorship.

In October 2010, co-authors voted on *General Resolution: Debian Project members*.  The text of the resolution strongly affirms that a wide range of activities qualify as contributions:

"The Debian project aims at producing the best free operating system. To that end, the project benefits from various types of contributions, including, but not limited to: package maintenance, translations, infrastructure and website maintenance, porting, bug triaging and fixing, management activities, communication, testing, legal advice, quality assurance, etc."

Some of those contributions, for example, free legal advice to developers, may not give rise to a joint authorship interest.  Nonetheless, collaborating in many of those activities does appear to help give shape to the software, therefore, it is joint authorship.

Defendants publish a list of Debian contributors at https://contributors.debian.org and they publish another list at https://nm.debian.org

Anybody named in these lists has a strong claim to joint authorship rights.

Equality of contributions: the general resolution from 2010, along with the constitution from 1998, each proscribe a system of one person has one vote.  In other words, every joint author is equal.  The fact that there is a voting system and the fact that each vote is equal gives us further confirmation that every person entitled to vote is regarded as part of the decision making process for the selection, coordination and arrangement of packages/modules into the compilation.

Everybody added to the Debian keyring is granted equal authority, through technical access rights, to modify any package/module in the compilation.  Many other workplaces have a more fine-grained system of access rights but in Debian development all developers have always had equal levels of trust to modify any package/module, including one-off adjustments to packages that were originally or routinely maintained by one of their peers.

It is only logical to conclude that every person entitled to vote and entitled to modify the packages/modules is regarded as an equal.  As everybody is equal, everybody who has evern been included on the Debian Developer keyring is a joint author.

The plaintiff was added to the Debian keyring in November 2012 and remained on the Debian keyring to February 2019.  For such an extensive period of collaboration, in which three major releases of Debian occurred (Debian 7 "wheezy" 2013, Debian 8 "jessie" 2015 and Debian 9 "stretch" 2017), it is clear the plaintiff has become a joint author.

*Daniel Pocock*, Debian Developer (Pro Se)    **US District Court**
*v.*    Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*    ***AMENDED COMPLAINT***
*their overlords at Google et al.*    1:25-CV-03883-UA / 19 September 2025

During an administrative procedure in relation to the Swiss trademark in 2022, the defendants submitted a bundle of documents to the Swiss Intellectual Property Institute. Included very prominently in the bundle were the writings of the plaintiff himself. The fact that they relied on this material in a case against the plaintiff further affirms the fact that the plaintiff is one of those who has the status of a joint author.

## WIPO panel's assertion that copyright attribution is optional

In the WIPO UDRP administrative decision, the legal panel speculates that the disputed web sites contain a copyright notice and that as one of the parties mentioned in the copyright notice is the plaintiff's business, the copyright notice was put there on a discretionary basis to raise awareness of the business.

Including the full list of names in a copyright notice is not a discretionary undertaking. Anybody publishing or reusing a work is obliged to include the names of all relevant parties in a copyright notice.

If the plaintiff didn't have a choice about which names to include or exclude then it is not reasonable for the defendants to claim that the plaintiff arbitrarily chose to put the name of the business in the copyright notice.

The assertion of bad faith is offensive and defamatory. The WIPO decision didn't identify any defects in the content published on the web sites. By using the name found in the copyright notice, where it was no more prominent than other names, and not making any other complaint about the contents of those web sites, they are clutching at straws.

## The promise of recognition

The promise of recognition has been made in various forms and by various parties.

In typical copyright disputes, the works are generating financial income in the form of royalties and the authors seek to distribute the financial benefits according to the law and any agreements. Financial remuneration is not the basis of the claim here.

It has generally been made clear to contributors that they will not be remunerated financially with royalties or wages. Therefore, the promise of recognition is the only promise and it is an important one.

Retracting recognition is equivalent with bouncing a cheque.

*Daniel Pocock*, Debian Developer (Pro Se)

v.

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

Replacing recognition with assertions of bad faith is therefore worse than simply retracting the recogntion.

## Implying the existance of obligations that are not in any agreement

In the WIPO UDRP dispute, the defendant SPI, has referred to a trademark policy.

The rights arising from joint authorship pre-date the trademark registration and therefore those rights also pre-date the trademark use policy.

More significantly, a trademark use policy can grant rights to third parties but it can not extinguish rights that have a higher precedence.  The policy promoted by SPI, the trademark owner, seeks to deter joint authors from registering domain names, in contrast with the UDRP, which permits the trademark to be used where there is legitimate interest.

In an employment contract, the employer typically asks employees to consent to restrictions on the use of the trademark.  Third parties often have more rights to use a trademark than the employees of the trademark owner.  Yet Debian Developers are not employees and have never signed any agreements waiving first amendment rights or legitimate interest rights.

In a situation where the trademark owner does not pay anything for our collaboration, it is important that they should not be able to unilaterally baffle the individual co-authors about their rights under the legitimate interest clause.

*Daniel Pocock*, Debian Developer (Pro Se)

**US District Court**
Southern District of New York

v.

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

## Entitlement to first amendment free speech - 42 U.S.C. § 1983

The updated pleading of 19 September 2025 adds one additional defendant who was already identified in the original pleading.

Paul Tagliamonte informed us about joining the US Digital Service at the White House in October 2015 or thereabouts.

On 21 June 2016 Mr Tagliamonte joined a discussion about expelling and denouncing Dr Jacob Appelbaum based on rumours of sexual impropriety.  Mr Tagliamonte specifically encouraged the rumours to be spread through the "press team".  He did not specify why that was a wise thing to do.

Dr Appelbaum, at the time, was an American citizen living abroad.  At the time of this discussion, unidentified individuals had already defaced his home with the graffiti "rapist lives here".

The vendetta created stress for everybody and ever since then, various messages have appeared indicating that people have apprehension about exercising their first amendment right to speech.

People specifically recall the intense negativity of Mr Tagliamonte's words about not feeling safe.  He was working in the White House and the Pentagon, how can he not be safe?  After all, this was four years before President Biden arrived with his famous dogs Major and Champ.

A US Air Force publication from 8 May 2017 gave us a picture of Mr Tagliamonte with his colleagues. They are in the Pentagon.  They are safe.  Mr Tagliamonte's emails about not feeling safe have been added in exhibits at the end.  It appears that he migrated from US Digital Service to Defense Digital Service (DDS) at some point but he remained a government employee.

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

*Acting Secretary of the Air Force Lisa Disbrow and Air Force Chief of Staff Gen. David L. Goldfein discuss the importance of Defense Digital Service and what they bring to the fight with Chris Lynch (Rebellion co-founder), the team leader (right) and Paul Tagliamonte, a section member at the Pentagon, April 12. The DDS section is a unique team of industry experts assisting the Air Force. (U.S. Air Force photo/Wayne A. Clark)*



Mr Tagliamonte resurfaced in 2019 spreading rumours about the mental health of the plaintiff.  The email is included in the section of the pleading about injuries.

Remember, in October 2013, the German newspaper Die Spiegel, with help from Dr Appelbaum, had revealed the US Government NSA was spying on the German Chancellor Angela Merkel.  Therefore, people have the suspicion that White House employee Paul Tagliamonte spread rumours about Dr Appelbaum as a form of revenge or reprisal and a deterrant for anybody else who talks about surveillance or assists the fugitive Edward Snowden.

Given the high profile of those cases involving Merkel and Appelbaum, Tagliamonte's behaviour casts a long shadow over the Debian community and people are less willing to speak.  The recent email from Luke Faraone, the "Community Team FAQ", indicates people are still afraid to speak now.

*Daniel Pocock*, Debian Developer (Pro Se)

**US District Court**
Southern District of New York

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

## Entitlement to first amendment free speech - influence of International bodies

WIPO is an organ of the United Nations and the US Government is a member of the United Nations.

The WIPO Arbitration center operates at the request of trademark owners who may be private or public institutions.  In this case, the WIPO Arbitration center was asked to look at disputes from a non-government entity.

However, the rules and procedures are imposed by WIPO itself.  The rules, the pressure they create with the menace of denouncing people for "bad faith", have the effect of stiffling speech.

The legal panel was constituted by lawyer W. Scott Blackmer in the United States.

WIPO has a physical presence in both New York and Geneva.

The defendant SPI is domiciled in New York.

The practice of publicly denouncing people for "bad faith" has a chilling effect on all the remaining participants whether they are US citizens or not.

According to the web site DNSlytcis, there are over 2,700 web sites with the Debian trademark in the name of the web site.  Some of them are published in the United States or operated by US citizens.  The threat of making "bad faith" accusations is a threat to all those publishers.

_Daniel Pocock, Debian Developer (Pro Se)_
                    _v._
_Software in the Public Interest, Inc, Debian & Zizianism,_
_Electronic Frontier Foundation, Inc,_
_their overlords at Google et al._

**US District Court**
Southern District of New York

**_AMENDED COMPLAINT_**
1:25-CV-03883-UA  / 19 September 2025

Sylvestre Ledru (Mozilla Foundation), Paul Tagliamonte (White House) & the plaintiff in the offices of defendant Google, Google Summer of Code (GSoC) mentor summit 2013



_Daniel Pocock_, _Debian Developer (Pro Se)_                    **US District Court**
                                    _v._                         Southern District of New York
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_                           **_AMENDED COMPLAINT_**
_their overlords at Google et al._              1:25-CV-03883-UA  / 19 September 2025

## Entitlement to first amendment free speech

It is understood that the first amendment does not apply in every context.  For example, an employee of a private company understands it is unwise to denounce their employer and the first amendment does not necessarily protect them in such cases.  The first amendment does not prevent privately run social media companies from arbitrarily removing certain posts.

On the other hand, the agreements between joint authors have always included a strong emphasis on the first amendment.  For example, the Debian Social Contract, article 3, states "We will not hide problems".  All the most well known open source software collaborations have published similar statements in the form of the Mozilla Manifesto, the Fedora Foundations and such.  These statements always refer to openness, transparency, freedom and empowering the ordinary person.

On top of these promises, the associations seek to gain legitimacy in the eyes of the public at large by having made these claims of transparency.

They use these claims to recruit volunteers, to attract financial donations, to gain speaking opportunities and publicity and most of all, to encourage software developers to publish source code under royalty-free open source licenses.

When these associations denounce people, they are leaning on the reputation of the association, pretending that the associations are faultless.  Yet by violating free speech, both through censorship and through scaring people into silence, they are distorting the facts and gaining a reputation they may not deserve.

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

## Methods used to undermine first amendment free speech

Once again, this is where we get to the fact that the disputes with individual defendants are inextricably intertwined.

When one of the defendants decides to censor some fact, such as the revelation that a volunteer sent a suicide note on the night before the Debian Day, the efforts they use are wide ranging.

To begin with, the administrators of the mailing list will remove copies of the email from the mailing list archive that is browseable online.

The person who sent the email is then added to a blacklist preventing them from sending future email messages to the mailing lists of the same group.

Beyond blocking messages from that person, the mailing list administrators may also block all messages containing certain keywords.

Yet this is not enough for them.  Many of the joint authors and volunteers are participating in multiple groups with overlapping memberships.  The people who originally decided to censor a topic in one association begin a pestering campaign asking other associations to make equivalent censorship of the victim and the forbidden topics.

Some external associations are sufficiently infiltrated that they will surrender to this influence without asking any questions.

To propagate the censorship further, the association leading the effort seeks to denounce the victim in various ways.  To begin with, we see them making false statements about "harassment" and "abuse" as these are invisible things that nobody can verify.

After making these false statements, they exert influence and pay money to third parties to regurgitate the lies, for example, through lobbying journalists, paying money into the WIPO UDRP administrative procedure or through the secretive and corrupt judicial process in Switzerland.

In parallel to this, they use various types of blackmail, which is sometimes referred to a peer pressure but it is blackmail nonetheless.

The publicly boast about punishing and humiliating people and this public retribution, as well as being a tactic to undermine the credibility of people who speak up, simultaneously serves to terrify anybody else who may contemplate speaking up in future.

In the complaint, we demonstrate that various defendants have engaged in some combination of the tactics above.

_Daniel Pocock_, _Debian Developer (Pro Se)_                              **US District Court**
                                                      Southern District of New York
_v._
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_                      ***AMENDED COMPLAINT***
_their overlords at Google et al._                     1:25-CV-03883-UA  / 19 September 2025

Many of the other crimes and torts described in the claim did not arise spontaneously.  The offences arise as part of this coordinated effort to undermine first amendment free speech.

_Daniel Pocock_, _Debian Developer (Pro Se)_                                     **US District Court**
                                                        _v._                             Southern District of New York

_Software in the Public Interest, Inc, Debian & Zizianism,_
_Electronic Frontier Foundation, Inc,_                          ***AMENDED COMPLAINT***
_their overlords at Google et al._                          1:25-CV-03883-UA  / 19 September 2025

## Enforcing contracts between collaborators, allusions to the first amendment and the claim against the Electronic Frontier Foundation

42 U.S.C. § 1983 is normally applied for civil rights / first amendment cases involving government institutions and their officials.

None of the defendants is a government institution although it is not clear if any of the individual defendants are currently employees of the government.

Nonetheless, the defendants, most notably those who are non-profit associations, have proclaimed a commitment to free speech.  This is widely understood to mean the associations and individuals are consenting to be regulated by the first amendment or academic liberty to at least the same extent that it regulates the government and public higher education institutions.

American Association of University Professors published a guide Academic Freedom and the Law. They note that academic liberty in an employment contract would normally be disputed in state law in the state where the employer and employee are domiciled.  In this case, as we are talking about agreements that span different institutions and private individuals in multiple states and countries and given that it is intertwined with the dispute about joint authorship, the federal court can act on it as a contract dispute.

These are two-way and multi-way contracts between the associations, the participants and society at large.  For example, when a member of the public visits the Debian mailing lists, they believe they are seeing a discussion where all voices are presented.

Donors, volunteers and joint authors give money, skill and intellectual property and the entitlement to a framework of free speech is one of the few things expected in consideration.

Specific examples of written agreements and written promises creating the contractual obligation to the first amendment:

1. Debian Manifesto (1993)

2. Debian Social Contract (1997)

3. Debian Constitution (1998)

4. Fedora Foundations

5. Mozilla Manifesto

*Daniel Pocock*, *Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

6. All promises ever made on the web sites of the associations, including debian.org, fsfe.org, eff.org, gnome.org

7. All emails, blog posts, conference speeches, advertisements and similar statements ever sent by people in leadership positions

8. FSFE constitution (2021 and earlier)

9. GNU General Public License references to freedom, along with the FSF / RMS statement that they are about "free as in speech, not free as in beer"

Many documents also refer to the obligation indirectly.  For example, the FSFE constitution refers to the process of scientific discovery and that, in turn, implies the principle of academic liberty.

Subsequent to these contracts, many participants and observers have made statements over the years indicating they were under the impression that the principles of the first amendment or academic liberty are respected by these entities.

Consider the observations made in various books.  These carefully edited and reviewed manuscripts capture the participants' expectations and the public's expectation of the free software community:

Coding Freedom, The Ethics and Aesthetics of Hacking, E. Gabriella Coleman, Princeton University Press 2013: "These multiyear protests worked, I argue, to stabilize a relatively nascent cultural claim— nearly nonexistent before the early 1990s— that source code should be protected speech under the First Amendment (or among non- American developers, protected under free speech laws).".  First amendment, along with the names of the defendants, mentioned many times in the book.

The Hacker Conference: A Ritual Condensation and Celebration of a Lifeworld, Gabriella Coleman, Anthropological Quarterly, Volume 83, Number 1, Winter 2010, pp. 47-72 (Article), Published by George Washington University Institute for Ethnographic Research: "they nevertheless share a number of technical and ethical commitments, such as a commitment to free speech, the nature and effect of which have been the topic of a burgeoning literature (see Kelty 2005, 2008; Nissenbaum 2004; Galloway 2004; Wark 2004; Himanen 2001; Thomas 2002; Levy 1984; Turkle 1984; Sterling 1992; Jordan 2008).".

Communication and Collaboration in Virtual Teams. Did we get the Message? Rasters, G. 2004. "According to Lameter (2002) Debian was founded by an initiative of the Free Software foundation. Legend has it that Richard Stallmann was concerned about the rise of commercial Linux distributions (SLS, Slackware34) and wanted to make sure that a completely free (as in freedom, however also as in Free Speech, not in Free Beer!35) Linux distribution would come into being. He offered a grant for

*Daniel Pocock, Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

someone to develop a Linux distribution that would be done in the spirit of the Free Software Movement and where all software would be available under licensing of the Free Software Foundation. Ian Murdock responded to this ad he saw in a magazine."

The plaintiff is not the only person to believe that first amendment free speech has always been part of the deal when collaborating in free, open source software.

Moreover, given that substantial intellectual property has been created/contributed in consideration for the right to free speech, the contractual commitment to free speech is enduring as long as the copyright is valid.

Joel "Espy" Klecker, the volunteer who gave his youth to Debian while dying of terminal illness, explicitly put the EFF's Blue Ribbon Campaign logo, representing free speech, on his web site.  The web site espy.org is archived by the Wayback Machine.

Frans Pop, the volunteer who wrote his suicide note the night before Debian Day, had also written that these philosophical objectives were key to his contributions to Debian.

Given these contractual expectations are so widely understood in society, given that these public, collaborative software projects have been born out of these expectations and given that people have lived and planned their deaths around these expectations, we need to demonstrate the same obsession for ensuring free speech is not compromised.

The Electronic Frontier Foundation (EFF) is a private non-profit entity.

The EFF operates and EFF web site at https://www.eff.org and various other projects, including the Let's Encrypt project, with a discussion forum at https://community.letsencrypt.org

The EFF is registered as section 501(c)(3) charity receiving tax-deductable donations.

On 1 February 1996 the EFF launched the well known Blue Ribbon Online Free Speech Campaign. The EFF has received tax-deductible, in other words, taxpayer-subsidised donations as a consequence of their stated commitment to free speech online.

In the Blue Ribbon Campaign web pages, the EFF actively promotes the US Bill of Rights and the Universal Declaration of Human Rights.

Therefore, this is a special case of a private entity who has recruited volunteers and donors with a common understanding that they will be able to express themselves and they will be able to see the unfiltered opinions of their fellow volunteers.  Given the nature of the Blue Ribbon Campaign, volunteers and donors have come to expect these organizations are subjecting themselves to the first

*Daniel Pocock*, Debian Developer (Pro Se)

v.

*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

amendment.  If EFF controlled forums are not operating freely then the volunteers and donors have been deceived.

The content that was posted and censored by the EFF appears to be largely uncontroversial to the public at large.  It is a message telling people that Peter Eckersley's web site at https://pde.is has been restored from a backup copy.  The same post mentions the sum of money spent on legal fees in cases where Debian censored communications by joint authors.  Therefore, the dispute with EFF is not about content pushes the limit of free speech with adult themes, libel or private personal data.  The dispute is about EFF censoring content that most people would regard as respectful and mildly political.

We are interested to know if the law suit itself will be a banned topic in the EFF's own discussion forums.

As the censored topic in the EFF forum referenced the legal expenditure in Debian censorship and the EFF employee who did the censoring, Jacob Hoffman-Andrews, is a former employee of Google and Twitter/X, the cases are intertwined in subject matter and they share the common theme of voluntary associations who invited people to work together under an agreement/manifesto/social contract that alludes to first amendment rights for the volunteers.

The specific text the plaintiff posted to the EFF Lets Encrypt forum on 2 September 2022, which includes hyperlinks:

> ### ***Peter Eckersley's blog is back***
>
> *Today is the anniversary of Peter's passing on 2 September 2022.*
>
> *I've written a blog (here) about how I brought back Peter's blog at pde.is and some of the ethical issues involved.*
>
> *Please feel free to use this thread for discussion and let people know Peter's writing is back.*
>
> *The amount of money some people spent to censor critical commentary about Debian, over $120,000 and counting, is actually four times the amount raised on GoFundMe to freeze Peter's brain.  Go figure.*

The hyperlinks can be clicked in the original version of the complaint as a PDF document.  The hyperlinks go to original, trustworthy web sites:

https://danielpocock.com/peter-eckersley-back-online/

https://danielpocock.com/how-much-does-google-pay-to-destroy-a-man-and-his-family/

_Daniel Pocock_, *Debian Developer (Pro Se)*
                                            **US District Court**
                            *v.*                Southern District of New York

*Software in the Public Interest, Inc, Debian &* _Zizianism_,
*Electronic Frontier Foundation, Inc,*          ***AMENDED COMPLAINT***
*their overlords at Google et al.*              1:25-CV-03883-UA  / 19 September 2025

https://www.gofundme.com/f/peter-eckersleys-legacy-ai-objectives-institute

On 5 September 2024, and without any due process, the post was censored with a message from Jacob Hoffman-Andrews:

> *Hello,*
>
> *This is an automated message from Let's Encrypt Community Support to let you know that your post was removed.*
>
> *Your post was flagged for moderator attention: the community feels something about the post requires manual intervention by a staff member.*
>
> *This post was flagged by the community and a staff member opted to remove it.*
>
> *[ copy of original post ]*
>
> *Please review our community guidelines for details.*

Clearly, the content of the original post is not illegal in some way.

The EFF did not make any public announcement explaining that some posts are being censored from their discussion forums.  Therefore, the community and the public are fooled to believe that these discussion forums are generally free and contain the views of all volunteers.

_Daniel Pocock_, _Debian Developer (Pro Se)_
_v._
_Software in the Public Interest, Inc, Debian & Zizianism,_
_Electronic Frontier Foundation, Inc,_
_their overlords at Google et al._

**US District Court**
Southern District of New York

**_AMENDED COMPLAINT_**
1:25-CV-03883-UA / 19 September 2025

Main page of EFF web site has a very big heading and they ask for tax-payer subsidised donation:

**The leading nonprofit defending digital privacy, free speech, and innovation for 35 years and counting!**

and the EFF web site features a graphic about "Stop Censoring Abortion Campaign". The graphic for the campaign looks remarkably similar to the graphic of the topic EFF itself censored:





*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025



Fundamentally, each of these associations has loudly proclaimed the right to free speech, they have used the right to free speech to solicit taxpayer-subsidised donations, they have used the right to free speech as part of a compact between the volunteers, authors and the association and then they have violated free speech. On a web page recruiting volunteers, the EFF claims:

https://www.eff.org/about/opportunities/volunteer/coding-with-eff

EFF's technology development and research projects aim to defend the rights of free expression, and enhance security and privacy on the Internet. All of our work is released under free and open source licenses such as the GNU General Public License or Creative Commons licenses.

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

Volunteers who create and contribute their intellectual property as joint authors are led to believe they are participating in an environment where free speech is practiced.

Therefore, this is as much a contractual dispute as it is a dispute about civil rights under the first amendment.

## Racketeering

18 U.S. Code § 1951 refers to anybody interfering in commerce, with particular reference to extortion (b)(2).

Joint authors have waived the right to royalties and wages in the belief that their collaboration will lead to public and positive recognition.

The threat of sabotaging the public recognition and replacing it with public denouncements is a form of extortion.

Multiple people have participated in creating this culture of fear and silence.

Victims have lost the opportunity to gain other forms of remuneration for their time and intellectual property.

## Conspiracy

Conspiracy, as opposed to conspiracy theory, arises when two or more people agree to work in cahoots with each other to cause harm or loss to some third person or group of victims.

As the other acts described here have had multiple participants and as they have been pre-meditated they meet the technical but not necessarily the legal definition of conspiracy.

In the United States federal law, conspiracy is contemplated in Title 18, Part 1, Chapter 19 for very specific cases, including conspiracy against the United States, conspiracy against an officer of the government and thirdly, 18 U.S. Code § 373 - Solicitation to commit a crime of violence.

This latter type of conspiracy, as proscribed by US federal law, is alluded to in a general sense by the "push others" drawing prepared by Molly de Blanc in 2019.  She does not recruit a specific person to push for her and she does not identify somebody to push.  Nonetheless, the drawing presented in her speech is a very public confirmation that this mindset exists.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

"We can use our collective power to push others".  The drawing by the former OSI president shows us the Federal felony crime of civil disorder.

*Civil disorder (federal felony) definition: A public disturbance involving acts of violence by assemblages of **three or more persons**, which causes an immediate danger of or results in damage or injury to the property or person of any individual.*



de Blanc and Neil McGovern, being the two most senior employees of the GNOME Foundation in early 2021, advanced a "petition" as a form of virtual mob against Dr Richard Stallman (RMS).  Based on the previous online mobs, it was entirely foreseeable that this so-called "petition" may result in

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA / 19 September 2025

somebody doing actual physical harm to the victim, Dr Stallman. While they didn't proscribe the form of violence, they didn't set a deadline and they didn't offer any reward, 373 (a) is very broad and includes any mechanisms whatsoever that "induces, or otherwise endeavors to persuade such other person to engage in such conduct,". For 373(a) to apply, we need to be talking about the possibility that somebody exposed to the online lynching might commit violence or threaten violence having the character of a felony.

The recent statistics about political violence in the United States make it clear that the country is becoming much more polarized. Reports published after the assassination of Charlie Kirk demonstrate that political violence is up more than twenty percent compared to the same period in 2024.

When de Blanc and McGovern published their "petition" in 2021, it would have been clear to them that violence against Dr Stallman (RMS) was a possible outcome.

To satisfy the crime of conspiracy, it is not sufficient to say that they ignored the risk their petition could lead to violence. We need to be sure that at the very least, they contemplated violence as an acceptable outcome of their "petition". We can see that by looking at de Blanc's previous talks, for example, the "push others" drawing and we can find it in the wording of the 2021 petition, "Richard M. Stallman, frequently known as RMS, has been a dangerous force in the free software community for a long time. He has shown himself to be misogynist, ableist, and transphobic, among other serious accusations of impropriety.". The allegation of being transphobic is frequently used as a dog whistle tactic to incite an angry response. It is placed in the opening paragraph.

## Unauthorized and excessive credit card charges (Gandi SAS)

Prior to and during the WIPO UDRP dispute, Mr Pocock's credit card was charged for domain names that were subsequently transferred to the defendant SPI and used to denounce Mr Pocock. The domain names were pre-paid by Mr Pocock for a period of 12 months or longer. These pre-paid amounts have never been refunded to Mr Pocock and these amounts are in dispute.

From the beginning of the business relationship, Mr Pocock had given Gandi authorisation to automatically charge his credit card.

In August 2023, Gandi began charging a higher rate than authorised for domain renewals.

On 7 January 2025, Mr Pocock informed Gandi that he had detected an error in the billing and asked them to correct it.

Mr Pocock disabled automatic payments in his account with Gandi SAS.

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

Gandi continued taking payments from his credit card.

Mr Pocock completely deleted the credit card from his account with Gandi SAS.

Gandi continued taking payments from his credit card.

Mr Pocock logged in to the Gandi account and found the credit card had reappeared by itself.

All the payments from the August 2023 invoice onwards are approximately double what was authorised and the difference between the amount authorised and amount charged is in dispute.

All the payments from 20 January 2025 are completely unauthorised and the full amount of these transactions is disputed.

## WIPO UDRP appeal ignored, violation of arbitration contract terms

Under the WIPO UDRP, the losing party is entitled to appeal a decision within a certain number of days.

The defamation and violation of family privacy is a criminal matter in the jurisdiction where Gandi SAS is headquartered, Paris, France.

On this basis, Mr Pocock filed a criminal complaint within 10 days and provided the receipt to the WIPO arbitration center and Gandi SAS.

Gandi SAS ignored the notice of the criminal complaint and transferred the domain names to the defendant SPI regardless.

The defendant SPI immediately began using the domain names to denounce Mr Pocock, in violation of their signed declaration that the WIPO UDRP was not being using to harass the respondent.

## Defamation

The defendants engage in defamation and it is inextricably intertwined with undermining the positive right to recognition that accrues under copyright law.

In the "Statement on Daniel Pocock" published 6 June 2024, the defendants claim that there was a valid and final ruling from a tribunal in Vaud, Switzerland. They claim that the plaintiff "failed to comply". Yet as they know the order was invalid they know the plaintiff could not comply with it or appeal it.

The judge had written a subsequent letter annuling his previous communications.

Daniel Pocock, Debian Developer (Pro Se)
v.
Software in the Public Interest, Inc, Debian & Zizianism,
Electronic Frontier Foundation, Inc,
their overlords at Google et al.

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA  / 19 September 2025

The incomplete account of the dispute published by the defendant SPI and some of the individuals therefore creates a perception that is at odds with reality.

They wrongly imply the plaintiff liquidated his Swiss business entity to avoid payment of debts.  This is also a lie.  The plaintiff has clearly indicated in his correspondence to the tribunal that after the failings of the Swiss financial regulator, FINMA, the plaintiff had no confidence in the Swiss procedures.  The plaintiff had purchased Swiss legal fees insurance from a jurist who was subsequently banned by the regulator.  Under Swiss law, the regulator is responsible for the debts of the failed legal fees insurance scheme.

The plaintiff was concerned that the failed Swiss legal fees insurance scheme would be unable to assist in future disputes and for this reason, it was entirely appropriate to liquidate the Swiss entity.

They wrongly claim the plaintiff is responsible for a "heavy smear campaign", when in fact the former leader of Debian, Chris Lamb, started the smearing himself in mid 2018 and the plaintiff is the victim of the smearing and privacy violation.

Defendant Lamb started the heavy smearing campaign by sending defamatory emails with the subject line "Daniel Pocock & Debian".  Specifically, when defendant Lamb used the suffix "& Debian" in the email subject line, defendant Lamb has used the reputation of the Debian software, of which the plaintiff is a co-author, to smear the plaintiff.

Lamb started the smearing at a time of deep personal pain for the plaintiff's family.  This was a time when the plaintiff lost two family members.  Lamb unilaterally denounced the plaintiff for absence from an unpaid voluntary activity and then incited others to join him in denouncing and insulting the plaintiff.

The plaintiff, rather than "smearing", simply raised the alarm about previous suicides that occurred due to the overbearing demands of the group, including the death of Adrian von Bidder-Senn on the plaintiff's wedding day.

As the plaintiff has been provoked to publish information about the excesses of the group, it is wrong and defamatory to characterise the plaintiff as the source of the conflict.

As the defendants have committed to the Debian Social Contract, article 3, "we will not hide problems", the defendants can not accuse the plaintiff of a "heavy smearing campaign" simply for publishing "critical commentary".  Yet they paid the WIPO lawyer to write just that.

*Daniel Pocock*, Debian Developer (Pro Se)

**US District Court**
Southern District of New York

*v.*

*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**AMENDED COMPLAINT**
1:25-CV-03883-UA / 19 September 2025

## 18 U.S. Code § 2261A - Stalking and Intentional Infliction of Emotional Distress (IIED)

18 U.S. Code § 2261A - Stalking article (2) is Federal law concerned with stalking and harassment, including electronic and online forums of stalking and harassment.

IIED is New York state law. In this case, IIED is used as part of the tactics to impose upon federal law / constitutional free speech rights. In particular, IIED is used both to punish people who spoke up and to deter other people from speaking up.

The public rumours about bad faith or wrongdoing, which were constructed around a time of grief, when the plaintiff lost two family members, are a particular example of psychological harassment on the web sites of defendant WIPO, defendant Debian and in the search results of defendant Google.

For the purposes of 18 U.S. Code § 2261A - Stalking (2)(A) and (2)(B), which both concern stalking online, we can refer to the way the defendants WIPO and W. Scott Blackmer published rumours of harassment and bad faith on the web site of WIPO. The defendants Debian, SPI, Jean-Paul Giraud have published similar rumours on the web site of Debian and using email sent to Debian newsletter subscribers. The references to the plaintiff were placed on the main page of www.debian.org and the name of the plaintiff was placed in the subject line of the emails. This has caused unreasonable emotional distress to the plaintiff himself, as proscribed in 2261A (2)(B).

Furthermore, the placement of the defamation and insults incites and inspires third party vigilantism. Even if the attacks on the plaintiff do not explicitly call for violence, it is easy to see similar cases in the same community, including the attacks on Ted Walther at DebConf6 and the vandalism at the home of Dr Jacob Appelbaum. Naturally, each new victim of this toxic Debian behaviour, including the plaintiff, will recall the previous incidents of violence and have great apprehension about their family, friends, neighbours and the risk to their own person.

The plaintiff is acutely aware of the case of Radio Szczecin in Poland. Radio Szczecin is a state controlled public broadcaster. Under influence from the government, the station made a broadcast about a paedophile in an opposition political party. The victim was the 15-year old son of another politician. The court had made strict secrecy orders about the case to ensure the privacy of the victim. The radio broadcast violated the orders, the public were able to identify the victim and the victim subsequently committed suicide. When the plaintiff sees the defendants spreading ambiguous rumours about harassment and abuse, which began immediately after the conviction of Cardinal George Pell, he feels these rumours are an attack on the privacy of a family member who had received the scholarship to participate in the choir. It was the most high profile abuse trial in Australia at the time. The Debianists set off unfounded social media rumours about abuse within days of the conviction.

_Daniel Pocock_, Debian Developer (Pro Se)
v.
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_
_their overlords at Google et al._

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA / 19 September 2025

When the Debianists and other defendants attacked Dr Jacob Appelbaum in 2016, many emails were exchanged on the debian-private mailing list revealing the defendants are aware they have the power to destroy people's lives. Having seen these strategies discussed, we can be sure that the defendants have always been aware of the harm their smearing campaign can cause to the plaintiff and it has been their intent from the moment the rumour-mongering began.

## Bad Faith

The court can make findings of bad faith based on both state and federal law and rules of procedure.

What does "bad faith" mean?

The _Lawyer X_ Royal Commission cost taxpayers over $100 million. That is what taxpayers paid to the lawyers to talk about a lawyer. _Law Firm X_ was documented by an unpaid volunteer on the JuristGate.com web site. When caviar is consumed at a lawyer's picnic, has the word _picnic_ been used in bad faith to give the impression of a family-budget-compatible dining experience?

In terms of domain name disputes, we typically use the term bad faith for somebody who is a total stranger or imposter. It is not reasonable to use this term for somebody who has a genuine right of joint authorship, especially when authorship was undertaken without remuneration by unpaid volunteers.

When talking about the material published on a web site with a disputed domain name, the public expect action to be taken when the content itself is harmful or universally illegal. It is not reasonable to use this term for people publishing critical commentary.

Critical commentary is simply a synonym for inconvenient truth. Al Gore's well known documentary named _An Inconvenient Truth_ has taken close to $50 million at the box office. Inconvenient truth is a form of truth, therefore, critical commentary can not be bad faith.

The Debian Social Contract, article (3) "_we won't hide problems"_ is an agreement, authorization and invitation to publish critical commentary about the technical and ethical issues in the distribution of open source software. A WIPO UDRP legal panel, W. Scott Blackmer, has specifically written on 3 May 2024, World Press Freedom Day, that web sites were "used for critical commentary".

The Debian Open Logo License states that the Debian swirl logo, a registered trademark, can be used without authorization yet the use of the logo is disputed in the WIPO UDRP complaint. Therefore, as there was a pre-existing open license for everybody to use the logo, making complaints about use of the logo is itself bad faith.

*Daniel Pocock*, Debian Developer (Pro Se)

v.

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

Copyright law gives all joint authors a right to recognition at all times.  Copyright can not be extinguished by allusions of expulsion.  In private emails exerting coercive control over the plaintiff, the defendants use the term "demoted" yet in the complaint to the WIPO UDRP, the defendant SPI claims that the plaintiff's authorship rights have been extinguished by expulsion.  Being demoted and being expelled are not the same thing.  The references to expulsion are a form of brainwashing to subvert the strength of the joint authorship relationship.  Suggesting that any joint author can be "demoted" or "expelled" is therefore bad faith because it leaves the joint authors feeling unsure of their real rights under copyright law.

The fact they attempted this "demotion" trick on multiple people, including Santa, Daniel Baumann, the plaintiff and Dr Norbert Preining, suggests it is an ongoing pattern of bad faith.  If a joint author rejects the status of being less equal, if a joint author rejects being a slave, the defendants can retrospectively claim the victim was really expelled.  Yet analysis of the communications between the defendants and the victims always shows an intention for the victims to continue collaborating on the software.  The slithery manner in which the defendants pivot between claiming to demote people and claiming that people have been expelled is surely bad faith.

Then we have the question of whether Debian is a professional activity or a hobby.  Many open source software activities pivot between having meetings on weekdays or on weekends.  For example, the DebConf annual conference is typically held over eight or nine days, taking in two weekends and five week days.  It is held in the northern summer, typically July or August.  Some participants are using their paid vacation days to attend the conference while other people count the days as paid working days.  Employees of some companies, especially those in Europe, are entitled to count the weekend days as overtime hours and take extra days of vacation in lieu.  Debian and some other software initiatives have become unpaid jobs disguised as hobbies.  Yet the feeling victims get when some stranger says "Code of Conduct" is identical to the feeling one gets when you are at the pub on a Sunday evening and your boss shows up in the same pub.  Persistently and deliberately pretending work is a hobby is bad faith.

The defendants publish various documents and statements about diversity overflowing with mantras to the effect that "everybody is welcome".  Yet they keep a list of people who are banned/censored on the whim of the somebody's girlfriend and what makes her "feel safe".  The promise of diversity is bad faith.

Some truths are more inconvenient than others.  It isn't fair to randomly speculate about who is dating who in a voluntary organization or a hobby like Debian.  Extreme rumors about relationships were spread by leadership figures in late 2018.  Victims of the rumours, in defending their honour, have a right to expose conflicts of interest in the leadership and ask who really had a relationship.  These

*Daniel Pocock*, Debian Developer (Pro Se)
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
Electronic Frontier Foundation, Inc,
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA  / 19 September 2025

questions were not raised spontaneously.  These questions were not raised as a matter of reprisal.  The questions about the real relationships are raised to demonstrate conflicts of interest and to highlight unequal distribution of bursaries.  In these contexts, there is no sexism or bad faith.

The term Debian Developer can refer to somebody in at least three different ways.  Firstly, as a joint author, secondly, as an expert skilled in Debian technical work and thirdly, as somebody who chose to be a member of one of the optional associations.  The first definition, joint authors referring to themselves as Debian Developers was in common use from 1993 while the trademark and the first unincorporated association only appeared in 1998/1999.  A real joint author using the term Debian Developer in the original sense is not bad faith.  The WIPO legal panel was negligent in ignoring this argument.

In fact, the WIPO legal panel has deliberately cut and pasted a whole bunch of this disputed gobbledygook into their decision while not cut and pasting any of the arguments rebutting it.  The reader may be deceived to feel the plaintiff had not responded at all.

The WIPO web site claims "Arbitration is a confidential procedure" yet the defendants appear to be using the procedure to deliberately and publicly denounce the plaintiff by hanging out the dirty laundry on the WIPO web site.  Is WIPO's claim of confidentiality bad faith?

In United States law, the term bad faith is typically used for insurance disputes.  Ironically, in this particular case, the plaintiff's legal fees insurer was subject to enforcement action and then liquidated by Walder Wyss, the same law firm representing the rival party in the Swiss civil procedure.  The failure to assist the plaintiff was bad faith while handing the dossiers of insurance clients to a rival law firm goes far beyond bad faith.  It is the Swiss JuristGate scandal.

The Free Software Foundation Europe (FSFE, which is not the FSF) has been told to stop claiming an affinity to the real FSF.  On their web site, they presented a button and a form for volunteers to "Join" the FSFE.  People who fill in the form were asked to make an annual payment, given an fsfe.org email address, given an FSFE smart card and invited to vote in the annual fellowship election.  Over 1,500 people completed this "Join" process but the FSFE claims they were not members.  Only approximately 25 people were kept on the official membership register of the association.  Ninety-nine percent of the people who "Join" the FSFE are never invited to the annual general meeting (AGM).  The allusion to FSF-affiliation and the allusion to membership are both used in bad faith to get volunteer time and donations, subverting the real FSF in Boston, a genuine 501(c)(3) charity.

In the European Union, the regulation on email signatures requires people to identify their employer name in each work-related email.  Employees of Google, Ubuntu and other companies regularly collaborate in Debian mailing lists using private gmail.com email addresses.  They don't include any

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

details about their employer affiliation in their email signature or the email address.  Given that at least some of these people are obliged by law to have a corporate email signature, this practice amounts to bad faith.

In the history of the dispute, we looked at the way each of these situations arises.  Taken together, it paints a picture of bad faith by the defendants.

Back to the question of how we define bad faith.  There can be no bigger example of bad faith than using the term bad faith itself in bad faith, especially when the term bad faith is being used against the backdrop of one of the most extreme cases of abuse in religious institutions.

## Human trafficking and modern slavery

In the US and abroad, regulations to prevent exploitation are evolving.

The State Department published a very broad definition of modern slavery, asserting that the use of deception to procure and exploit somebody's work is just as bad as the use of force.

We have considered patterns of censorship and a pattern of bad faith behaviour.  Taken together, we can see that authors/developers/volunteers may be fooled about who really benefits from their work.

The US Federal Acquisition Regulation includes an Anti-Human Tafficking Rule.  These are strict provisions against fees incurred by potential employees during the recruitment process.  The rule prohibits, among other things, the use of unpaid labour by people hoping to be selected for a job and it prohibits potential employees paying their own visa fees.

It has become standard practice for US employers and companies in their supply chains to operate recruitment programs through the open source software communities.  A typical example of this is the presence of job fairs with on-the-spot interviews at technical conferences like DebConf.  The employers try to create the impression that Debian and DebConf are independent organizations and the participants continue to be asked to pay visa fees and some other expenses.

When the plaintiff applied for employment at a lab in the EPFL, one of the two well known Swiss polytechnic universities, the professors asked him to do a test in his own time.  The plaintiff realized it was about a week's work and it was a task that had already been discussed publicly in the open source software communities.  Defendant Google has been a funder of work in this particular lab, therefore, it is part of their supply chain and subject to the US Federal Acquisition Regulation.  The plaintiff reported the request for unpaid work to a Swiss legal insurer and the insurer agreed to pay for the work in an out-of-court settlement rather than commencing a procedure that would be embarrassing for the Swiss polytechnic institution.

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

The more insidious example of modern slavery is the "demotions" experiment, which has been imposed upon Santa, Daniel Baumann, the plaintiff and Dr Norbert Preining.  The victims are told that their key has been removed from the Debian keyring but no public explaination is given.  The gangmasters can retrospectively decide how to explain the removal of the key.  For example, some months later, the gangmasters could tell the public that the key was removed due to wrongdoing.  By removing the key without any valid reason, the gangmasters can hold their victim in a state of suspense.  The victims of these tricks have received written directions attempting to coerce their work to focus on the needs of third parties.  In the first case, Santa, he expressed displeasure with the slavery status and after about six months of Santa demonstrating he resented the blackmail, messages were secretly distributed denouncing him and telling people not to talk to him at all.  In the second case, Daniel Baumann, he was held in the state of suspense from 2014 to 2018, a period of approximately four years.  Throughout this period, Herr Baumann lived with the constant apprehension that the gangmasters could retrospectively create a public statement denouncing him if he wasn't submissive enough.  The third victim was the plaintiff in September 2018.  The plaintiff, in turn, observed when the gangmasters attempted the same tricks on Dr Preining in December 2018.

This trick creates a relationship where people are working under the threat of being publicly denounced.  From time to time, the gangmasters really do publicly denounce somebody to show off their powers, as was the case with the false harassment accusations against Dr Jacob Appelbaum.

On 19 March 2025, the recent email from Luke Faraone on behalf of the Debian Community Team (CT) demonstrates that the feeling of apprehension in the community is alive and well and the state of fear is well understood by the gangmasters:

> "There may be some misconceptions as to what the CT means when it writes to someone... We don't want people to feel intimidated that any interaction they have with CT is just a stone's-throw away from an adverse decision by DAM"

It is important to remember that defendant Google has made payments to defendant Debian / SPI coinciding with these "demotions" experiments in coercive control.

The vital evidence in these "demotions" are the emails explaining that the victims had to keep working.  If somebody was really expelled, the notion of them continuing to work together would not exist.  Real joint authorship, as in copyright law, implies equality between the authors.  The word "demotion" implies a master/slave relationship has been created but in this case there is no salary.  Unpaid work, under a framework of shaming, with the threat of public disclosure, is exploitation and violates various criminal codes on coercive control, modern slavery and anti-trafficking.

*Daniel Pocock*, Debian Developer (Pro Se)
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

As the federal anti-trafficking rule law applies to supply chains, there is an expectation that suppliers abroad will adhere to local labour laws.  For example, the UK Minimum Wage Act is not only applied to employees with a written contract.  The UK Minimum Wage Act is applicable to volunteers in certain situations.  For example, if Debian volunteers are being used to test new software, as in the infamous case of *systemd*, they are doing work equivalent to paid software testers.

A specific example of this displayed in public is the complaint of Phil Wyett in the UK.  He did a lot of work collaborating with people on the creation of packages over many years between 2017 and 2025.  He followed the procedure to have his name added to the list of Debian Developers.  Yet his application remained stalled.  He observed the names of other joint authors were added to the list within ten days but he was waiting over a year.  Eventually he lost all his motivation and energy.  When Mr Wyett began contributing, he believed this would eventually result in recognition and having his name on the list of Debian Developers.

*Daniel Pocock*, Debian Developer (Pro Se)

v.

*Software in the Public Interest, Inc, Debian &* *Zizianism*, *Electronic Frontier Foundation, Inc,* *their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

## Antitrust behaviour (Google, Ubuntu, but also exercised through the non-profit front groups)

The Code of Conduct gaslighting described in the claim and plaintiff's web site is an example of anti-competitive behaviour.

Victims of the Code of Conduct are slighted for "behaviour" that doesn't resemble the behaviour of employees.

But wait a minute - the volunteers are not paid.  They are not employees at all.  Some of them are employed by other organizations.

Follow the money: Google employees enter into a voluntary group like Debian or FSFE, they make donations to the group, they pay travel expenses and then they attack people from smaller companies.  The plaintiff founded a new company in the middle of a pandemic and he was attacked.  After the puppet organizations like Debian or FSFE attack somebody, the controlling corporations, like Google, circulate the defamation in their search results.  Therefore, Google resources enabled the conflict at the beginning and Google search results report the conflict at the end.

The overall cycle of money, defamation and coercive control is an example of anti-competitive behaviour.

Smaller companies, such as the plaintiff's attempt to establish a consultancy at Software Freedom Institute, are prevented from entering the market and the smaller companies are deterred from trading with each other.

Employees are treated as if they are "sacked" by companies that never employed them in the first place.  People have asked the plaintiff if he was "sacked" by Google.  He was never employed by Google.

This undermines the employment market for those who have been denounced and it undermines the market for employers seeking people with strong ethical practice.

Plaintiff posed ethical questions about Facebook and Twitter when attending the UN Forum on Business and Human Rights in November 2018 (video).

The European Union has already identified in the Digital Services Act that these companies have an excessive market power and they have been subject to special regulation when they are classified as Very Large Online Platforms (VLOPs) and Very Large Online Search Engines (VLOSEs).  This is a big hint that they are ripe for antitrust regulation.

*Daniel Pocock*, *Debian Developer (Pro Se)*

v.

*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA  / 19 September 2025

We can see the behaviour is collusive because the employees of these companies are parroting the same lines about Code of Conduct gaslighting or they are all in lock-step about being woke or not being woke or whatever is the issue of the day.

There are lots of minor examples of collusion, for example, the Debian-private discussion about using internal contacts at the hosting company OVH to seize the domain name debian-multimedia.org

The overzealous nature of the WIPO UDRP decisions making "bad faith" rulings for domain names that have not even been used yet suggests the legal panels are under significant pressure or influence to stifle critical commentary.  The FSFE Legal & Licensing Workshop, where some of these lawyers gather to plot against the volunteers, took place during April 2024, right in the middle of the period when the legal panel of W. Scott Blackmer was supposedly considering the Debian dispute.

Looking at the FSFE finances, we see they obtain sixty percent of their funds from the controlling corporations.  Many of the other associations don't even give us a breakdown of how much money and staff time they receive from the controlling corporations.  Nonetheless, if it is over fifty percent and if it is hidden then it serves to hide the fact that these non-profit organizations have become extensions of the corporations.  That, in turn, conceals the prospects for genuine volunteers and smaller companies who try to operate within the open source software market.

The manner in which certain types of corporation attempt to contol the culture of supposedly independent voluntary groups, the use of pseudo-legal diversity frameworks, the training in enforcement tactics, for example, the enforcer courses from Otter Tech, are an attempt to coerce and straightjacket people.  The fact that multiple corporations have coordinated around these practices and tried to impose them globally has a smell of antitrust collusion.

While the non-profit associations are not as financially influential as the controlling corporations, looking at their behaviour is like looking at lab samples of corruption growing in a petri dish.  For example, when the plaintiff established Software Freedom Institute in April 2021, in the height of a pandemic, multiple non-profit associations created statements denouncing the plaintiff and the Institute. Each of the associations created links to statements from the other associations.  Therefore, the associations are not really independent from each other, they are in collusion with each other to prevent new entrants from earning an income or sharing their ideas in the open source eco-system.

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
*v.*                                                   Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA  / 19 September 2025

## Summary of the legal claims

Debian GNU/Linux is a compilation that is produced by a process of joint authorship.

The founding documents of the various associations and their promises of freedom and transparency imply that the first amendment is applicable to the participants in free, open source software development.

The first amendment applies to all volunteers, whether they are joint authors or not.  In other words, people who do mentoring, training, publicity, testing, administrative work, support work and similar tasks, without payment, are not claimed to be joint authors but the first amendment does apply to them too when they participate alongside the joint authors in these unpaid, voluntary undertakings.

The Code of Conduct gaslighting contradicts the first amendment, therefore, it is being applied excessively.

The Code of Conduct gaslighting can not be applied retrospectively to people who had gained the status of joint authors prior to the Code of Conduct.

The Code of Conduct gaslighting can not be applied retrospectively to people who had gained the status of volunteers with first amendment protection prior to the Code of Conduct.

The civil procedure commenced by defendant SPI in the Canton of Vaud was compromised when the legal fees insurer for the plaintiff's company became subject to liquidation by Walder Wyss, the same law firm acting against the plaintiff's company on behalf of defendant SPI.

Furthermore, as the trademark was canceled and the cancelation received by the Swiss Intellectual Property Institute (IPI) before any judgment was attempted, there were no grounds for making a judgment.  Swiss civil procedure specifically states that a judgment can not be made if the object of the judgment no longer exists, as in the case of a trademark that has already been canceled.

As the Swiss judges were notified of the legal fees insurance scandal, they were notified of the role of Walder Wyss in the scandal and they were notified of the trademark cancelation and as the IPI eventually rejected their judgment, the judges' attempt to push ahead with making an invalid judgment against an unpaid volunteer who resigned at a time of grief was not only errant, it was tyrannical.

The defendants' attempts to promote the invalidated judgment, while knowing full well that it was invalidated, is both a libel and a deception.

*Daniel Pocock*, Debian Developer (Pro Se)                                    **US District Court**
                                     *v.*                                    Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                                    1:25-CV-03883-UA  / 19 September 2025

WIPO UDRP administrative decisions have previously stated that a copyright interest can take priority over the rights of a trademark registration, giving an author or a joint author what the procedure calls legitimate interest in using the trademark.

The plaintiff's submission to the UDRP administrative procedure included a strong claim of joint authorship and the administrative panel did not discuss or refute these joint authorship rights at all in their response.  Therefore, the administrative panel has been negligent.

As the panel has not responded to the plaintiff's evidence of joint authorship, the defendants do not appear to be overtly denying that the plaintiff has rights as a joint author.

There appear to be hundreds, maybe thousands of unpaid volunteers who have gained the rights of joint authors in the Debian GNU/Linux software and other related open source software.  It may be tedious to make a definitive list of everybody who has acquired joint authorship rights.

Nonetheless, based on each of these intermediate findings, it is important to find that the plaintiff is actually one of the joint authors.

The WIPO UDRP administrative procedure only applies the test for bad faith in the case where legitimate interests did not exist.  Therefore, if the administrative panel had examined the claim of joint authorship, if the panel had not been negligent in ignoring joint authorship, they would not have applied the test for bad faith at all.

Nonetheless, the assertion that publishing "critical commentary" amounts to bad faith may be valid for trademarks in a general sense, but the restriction on "critical commentary" can not be applied to participants in a group that encourage their participants to speak freely with the claim "we will not hide problems".  Therefore, in this context, the administrative panel's observation about "critical commentary" displayed in proximity to the trademark does not justify a finding of "bad faith".

The second attempt by the administrative panel to assert bad faith is based on the inclusion of a business name in a copyright notice.  As it is essential for copyright notices to be complete, the plaintiff did not have discretion in this matter and it is not appropriate to allege bad faith on this ground either.

Moreover, the original and amended complaints submitted to WIPO's procedure do not raise any concern about the presence of a company name in the copyright notice at the bottom of the disputed web sites.  Therefore, the plaintiff had no opportunity to consider whether the copyright notice should be amended or submit a response to the allegation.  The allegation of using a business name in the copyright notice was only introduced by the legal panel after the deadline for the response had passed. The administrative panel should not rule on matters that the respondents in the procedures never had the opportunity to respond to in the first place.

*Daniel Pocock*, Debian Developer (Pro Se)

v.

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA / 19 September 2025

The WIPO legal panel went as far as ruling bad faith for domain names that had not yet been used to publish web sites, in this case, the domain names were not used to publish critical commentary and they were not displaying the disputed copyright notice. The panel has written "it is difficult to conceive a legitimate, non-infringing use for those disputed domain names, and the Respondent has not demonstrated one", effectively making an allegation that the domain names will be used for bad faith in the future and so the plaintiff should be punished in advance just in case. Once again, with the words "has not demonstrated one", the panel totally ignored the evidence about joint authorship, without explaining why it is not taken into account and the panel rushed into the accusations of bad faith for each of the domain names that had not been used at all.

In context, Debian is a voluntary activity, an activity often undertaken in free time and weekends and without remuneration. The web sites operated by the plaintiff did not ask people for money and they did not direct visitors to install substitute software or anything else that may be harmful. In the circumstances, when talking about voluntary activities, the legal panel has been unreasonably harsh in nitpicking about the smallest technicalities, failing to give the plaintiff any opportunity to adapt the web sites, summarily taking all the domain names and publicly spreading rumours of bad faith. The summary punishment meted out by the legal panel was extraordinarily disproportionate to the voluntary hobbyist context and to the content of the web sites.

As legitimate interest exists and as both of the grounds for bad faith are unfounded, the overall finding of bad faith should not have been reached.

As the finding of bad faith should not have been reached, the domains should not have been transferred to the defendant SPI.

The defendant SPI, in their complaint to WIPO, had signed a statement that they would not use the procedure for harassment. Nonetheless, they explicitly admit that they started discriminating against the plaintiff in 2018, a period when he lost two family members. After obtaining the domain names, they used them exclusively for publishing accusations that any family would find offensive at a time of grief. Therefore, the defendant SPI has violated their declaration that they were not using the UDRP for harassment.

Given the scandal was born under the shadow of an institutional abuse prosecution, given that the paedophile closest to the highly discussed choir was a priest and given that the priest is named Father Daniel, as in the name of the plaintiff, the rumours of "bad faith" are an extreme violation of privacy and an extraordinary insult to the plaintiff's family, far beyond the evil of mere libel.

Various defendants have given the public a promise of transparency and they have given the plaintiff the impression of rights under the first amendment. By censoring the contributions of the plaintiff and

*Daniel Pocock, Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

other people, they have not only violated the rights of the plaintiff, they have violated their promise to the public at large.

The defendants' internal procedures for dispute resolution and grievances, whereby they use secret victims, secret evidence and secret trials without even telling the person that such a procedure is under way, the victims only receive a punishment at the end, amount to a gross violation of natural justice.

The violation of natural justice is so significant that the accusations and punishments amount to (cyber)bullying on the part of the defendants.

By deliberately denouncing the plaintiff to other people and organizations at a time of grief, the defendants have knowingly intended to undermine the ability of the plaintiff to work and earn an income.

The defendants alternate between asserting that they are "just a group of friends" who can arbitrary leave somebody out of their birthday party to claims that they are some supreme moral authority weaponizing their high profile web site and trademark to exclude people from society at large.

By disseminating references to harassment, abuse and problems with behaviour, the defendants are violating the privacy of harassment victims, abuse victims and those parties who really have been diagnosed with behavior disorders.

Beyond violating privacy, the defendants' conduct vilifies certain people and incites discrimination and retribution.

The overall conduct of the defendants amounts to a violation of article 27 of the Universal Declaration of Human Rights, which promises everybody the right to participation and the right to recognition.

The public discrimination and vilification of specific critics is not only an attack on the plaintiff and other named individuals, it constitutes intimidation of the rest of the community to remain silent about blackmail tactics and the conflicts of interest.

An undertaking of joint authorship does not come with any default confidentiality agreement. The publication of the debian-private messages has been discussed many times by the joint authors. Discussions in the community have regularly raised the point that the existence of the debian-private mailing list archive, containing more than 70,000 messages in 2018, contradicts the promise of the Debian Social Contract, where article 3 states "we will not hide problems". In the case of disputes that are raised in public, anybody subject to rumours of wrongdoing clearly has a right to publish any material to help demonstrate the lack of integrity on the part of those who regularly spread rumors. It is

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

important to state that the plaintiff and anybody else, whether they are subject to rumours or not, is not violating any law or contract when they publish or discuss the contents of these mailing lists.

The Fellowship had elected the plaintiff as their representative.  Given the FSFE promises of transparency and democracy, the fellows had a reasonable expectation that the plaintiff would provide them with critical commentary about the free software ecosystem and the plaintiff legitimately felt an obligation to fulfil that expectation through his exemplary publications of critical commentary.

The FSF (Boston s501(c)(3) non-profit) had expressed written concerns that the FSFE (Germans) is using the name of the real FSF without authorisation and in bad faith.  Therefore, the plaintiff's role, as elected Fellowship representative, required him to bring such a serious concern to the attention of fellows, volunteers and donors.  The definition of the Fellowship representative does not include any confidentiality provisions.  Therefore, it is important to confirm that the plaintiff, in his capacity as the elected Fellowship representative, was not breaching any alleged confidentiality agreements when he was reporting concerns about the very name of the FSFE to the fellows, volunteers and donors.

The individual defendants and non-profit associations named in the complaint have indicated they received extensive donations, sponsorships, use of staff time, subsidised use of Google services, employment opportunities, travel and publicity from Google at various times throughout the history of these disputes.  When intimidating people, censoring people and publicly denouncing people, from time to time, they have indicated that they are acting upon actual "complaints from Google".  In other situations, the enforcers have indicated they have concern about any "behaviour" that could undermine the "reputation" of the group with Google, suggesting the resources from Google have created an expectation that people have to be coerced into the behaviour of actual Google employees, whether salaried or not.  The cumulative effect of this phenomena is to conclude that the non-profit associations and individuals are not really independent of Google, they are operating as an extension of Google's will and therefore Google has responsibility for the negative impact on the plaintiff and other victims.

The individual defendants and non-profit associations named in the complaint have indicated they received extensive donations, sponsorships, use of staff time, free use of Launchpad services, employment opportunities, travel and publicity from Ubuntu at various times throughout the history of these disputes.  When intimidating people, censoring people and publicly denouncing people, from time to time, they have indicated that they are acting upon wishes of management at Canonical Group Ltd, the company behind Ubuntu.  In other situations, the enforcers have indicated they have concern about any "behaviour" that could undermine the "reputation" of the group with Ubuntu, suggesting the resources from Ubuntu and employment obligations have created an expectation that people have to be coerced into the behaviour of actual Ubuntu employees, whether salaried or not.  Mark Shuttleworth, the founder and CEO of Canonical/Ubuntu, has been a personal participant in the debian-private mailing list since the beginnings in the 1990s.  Frans Pop, the Debian Day volunteer suicide victim, had indicated the comment "We are not Ubuntu's slave even if they try hard to make it look like that"

*Daniel Pocock, Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA / 19 September 2025

resonated with him.  The cumulative effect of this phenomena is to conclude that the non-profit associations, especially Debian, and individuals are not really independent of Ubuntu, they are operating as an extension of Ubuntu's will and therefore Ubuntu has responsibility for the negative impact on the plaintiff and other victims.

Looking at the financial statements of the non-profits, the general pattern we see is that donations from the corporations are provided for specific projects or objectives.  The level of donations goes up and down substantially from one year to the next.  Without the donations from a few very specific corporations, the non-profit associations would have no funds at all.  The significant absence of other revenue sources and the absence of investments further supports the conclusion that the non-profit associations act as an extension of the will of certain corporations.

In the case of the GNOME Foundation, which employs an Executive Director and a few other staff, the last two people hired in the Executive Director role were both removed by the board after a period of only a few months in the job.  This further reinforces the perception that board members, under the influence of certain corporations, are seeking an Executive Director who acts as an extension of the donor corporations rather than somebody who builds a standalone, independent and credible non-profit association.  In the KDE software, which is analogous to GNOME, a developer has just announced that after twenty five years of collaboration, his colleagues suddenly cut him out and stopped speaking to him due to a perception he "made some comments and would not be happy".  Almost at the same time, another Debian Developer, the British Army veteran Phil Wyett, wrote publicly that he no longer has the will to contribute after being told he will never be a real developer.  These other cases, including both employees and volunteers, lead us to the finding that the plaintiff's case is not unique, the plaintiff is one of many people who have been bullied and discriminated against for reasons that relate to politics and not due to any genuine wrongdoing.

The defendants, unlike many other proprietary organizations, have made grand promises of freedom and transparency and these promises are used as a tool to recruit volunteers, donations and other benefits.  Given that these promises of transparency are so fundamental to the purported philosophy of these organizations, they can not censor somebody without a very extreme reason to do so.  Maintaining the illusion that the organizations are free and transparent appears to be a motive for them to create extremely negative rumors as they did to the plaintiff and other victims over the years.  It is important to declare the defamation is conducted with this particular motive.

The Fellowship had elected the plaintiff as their representative and he has proven that people contacted him about genuine cases of harassment and abuse, making him a witness to those incidents.  The defendants' campaign to denounce the plaintiff and intimidate other people from speaking up was intended to prevent more people making reports to their elected representative.

_Daniel Pocock_, _Debian Developer (Pro Se)_                    **US District Court**
_v._                                                         Southern District of New York
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_                        **_AMENDED COMPLAINT_**
_their overlords at Google et al._                           1:25-CV-03883-UA  / 19 September 2025

As the plaintiff had documented the risks to specific children in the open source software supply chain, as the plaintiff's wife had started cutting herself at fourteen years of age, as the plaintiff's cousin had been in the choir during the era of Cardinal George Pell and as the defendants began creating allusions of sexual improprietary immediately after the late Cardinal's conviction, the defendants' head-strong obsession with imposing public humiliation on the plaintiff at that moment violates privacy around actual victims and witnesses to child abuse.

The critical commentary published by the plaintiff pales into insignificance in comparison to the hidious violations of privacy referred to above.  The public has widespread revulsion for harassment and abuse, especially when children are involved, therefore, it is essential for the plaintiff to demonstrate the lack of integrity on the part of those who have systematically conspired to create allusions of impropriety involving multiple defamation victims, the plaintiff included, over many years.

One of the plaintiff's interns, Elena Gjevukaj of Kosovo, was subject to rumours of a relationship with the plaintiff, who was her mentor in Google Summer of Code.  It is vital to have a legal finding that not only were these rumours wrong but they were also deeply offensive and absurd, given that the intern had her wedding in the middle of the internship in the European summer of 2018.

The death of co-author Adrian von Bidder-Senn on the plaintiff's wedding day would be disturbing for anybody.  It is a disturbing fact to recall on your wedding anniversary.  The defendants' seeking to effectively snuff out the plaintiff in order to distance themselves from the death only compounds the trauma of the death in question.

_Daniel Pocock_, *Debian Developer (Pro Se)*                                    **US District Court**
*v.*                                                                            Southern District of New York
*Software in the Public Interest, Inc, Debian &* _Zizianism_,
*Electronic Frontier Foundation, Inc,*                                          *AMENDED COMPLAINT*
*their overlords at Google et al.*                                              1:25-CV-03883-UA / 19 September 2025

# INJURIES

The defendants Debian Project, Paul Tagliamonte and Hideki Yamane have appointed themselves as doctors and written a diagnosis of psychological injury, or is it just more libel? Nonetheless, if the defendants are so confident in their ability to practice medicine that they distribute these messages to millions of people who access the Debian web site every day then we can accept it as useful for the purposes of determining liability and calculating damages. If the defendants insist they have injured the plaintiff, if they insist that he does not have the work capacity to do the duties he performed before the death of his father then their accusations/admissions of causing psychological harm, which they have made without any duress, could be more relevant than any other medical evidence.

> *Subject: Re: Open Letter to Debian election candidates about Debian vendettas*
> *Date: Sun, 20 Mar 2022 21:00:02 +0900*
> *From: Hideki Yamane <henrich@iijmio-mail.jp>*
> *To: Daniel Pocock <daniel@pocock.pro>*
> *CC: debian-devel@lists.debian.org*
>
> *Hi,*
>
> *First, if there's a culture problem in the project or not, sending messages*
> *to people they do not want to receive is not good. Of course you have your*
> *opinion, but your such behavior is not acceptable at any communities including*
> *outside of Debian. Please stop it.*
>
> *Before talking, you should get counseling for a while since it seems that*
> *you have some cognitive troubles now. You'd be better to hear about your*
> *opinion and current your mind status from professional 3rd parties, not Debian.*
> *(If they say you're very healthy and good, then that's good. Don't you think so?)*
>
> *Without that, we cannot make a constructive conversation.*
> *As I said in my platform, "Be calm, stay cool, stay safe" - Hope you stay "cool"*
> *a bit with help from professionals, and you would to be able to a "contributor"*
> *to floss again.*
>
>
> *Life is short - to waste our time for fighting. Let's make more values for users.*

_Daniel Pocock_, _Debian Developer (Pro Se)_                              **US District Court**
                                 _v._                                 Southern District of New York
_Software in the Public Interest, Inc, Debian & Zizianism,_
_Electronic Frontier Foundation, Inc,_                                  ***AMENDED COMPLAINT***
_their overlords at Google et al._                              1:25-CV-03883-UA  / 19 September 2025

>                 --
>                 _Hideki Yamane <henrich@iijmio-mail.jp>_

Christmas 2019, Paul Tagliamonte spreads a diagnosis or just another libel?  The defendants are
insisting the plaintiff has suffered a psychological injury.

>                 _Subject: Re: Merry Christmas more debian private leaks_
>                 _Date: Tue, 24 Dec 2019 16:02:43 -0500_
>                 _From: Paul R. Tagliamonte <paultag@gmail.com>_
>                 _To: debian-project@lists.debian.org_
>                 _CC: debian-project@lists.debian.org_
>
>
>                 _Has anyone who's friends with pocock encouraged him to get help?_
>
>                 _Very sad and disturbed by all of his behavior. I very much hope he gets the help he needs_
>                 _and gets well soon._
>
>                 _Paul_

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian &* *Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

# IV. RELIEF

The transgender defendant Ariadne Conill who persistently spreads rumors about a young Google Summer of Code (GSoC) intern from Kosovo having a relationship with the plaintiff, having left these rumours on social media and chat forums. As the rumours were spread after the intern's wedding, it is libel, harassment and IIED at the same time. Conill to pay $10 million to the female intern and $10 million to a fund for Kosovan women, nominated by the plaintiff, being a total of $20 million to Kosovan women and $1 to the plaintiff himself.

The defendant Gandi charged registration fees in advance for domain names that were stolen and censored by the defendants. Gandi overcharged for other domain names in the period from 2023 to 2025 and after the plaintiff removed his credit card from Gandi's web site, the credit card re-appeared by itself and unauthorized charges were taken from the plaintiff's card in the first four months of 2025. Gandi can reimburse the plaintiff for the above amounts, rounded up to the sum of $5,000.

Order Defendants Gandi, SPI and Debian Project to effect the transfer of the domain names from the WIPO UDRP dispute back to the plaintiff.

The defendant Paul Tagliamonte, as a government employee, being in one of the most secure facilities in the world, the White House, spread rumours he did not "feel comfortable" or "safe". He did this as a reprisal against Dr Jacob Appelbaum's first amendment rights and he subsequently attacked the plaintiff. Tagliamonte simply needs to explain what would be more safe than the White House, without reference to ex-President Biden's dogs, and pay $1 to each of Dr Appelbaum and the plaintiff.

Decide the matters contended under copyright law:

1. Debian GNU/Linux is a compilation of software that is protected under copyright law
2. the regime of joint authorship is applicable to Debian GNU/Linux
3. anybody who has made a creative contribution prior to the Debian constitution of 1998 is a joint author,
4. somebody who has been granted voting rights under the Debian constitution of 1998 or any subsequent revision is a joint author,
5. inform all parties that this definition of joint authorship is applicable, as a minimum and without excluding anybody else who may have acquired rights through other means,
6. inform all parties that the plaintiff is a joint author,
7. direct all parties to give equal recognition, as promised, to all joint authors,
8. inform all parties that joint authors of Debian GNU/Linux and any included software have a contractual expectation of first amendment style free speech within Debian operated communications and publishing infrastructure

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

Direct the WIPO arbitration center to

1. retract and de-publish the UDRP administrative decisions concerning Debian disputes
2. revise all decisions published on their web site to anonymize the names of any parties who have been mentioned as respondant or in any other context in a decision
3. revise the UDRP rules so that
    1. the names of respondants and any other identifying details in a complaint or response are never published by default,
    2. the administrative process can be suspended more easily by external action, for example, a harassment complaint against the complainant,
    3. a complainant who has previously been found guilty of abuse of the procedure or any complainant who could be a proxy for such a respondant should be restricted from stalking the same respondant again,
    4. rather than examing the three tests in 3(b)(ix) in a single pass,
        1. the first test for trademark similarity (3(b)(ix)(1)) is decided and notified to the parties, with an appeal period and,
        2. the test for legitimate interests (3(b)(ix)(2)) is decided and notified to the parties, with another appeal period
        3. in the case of minor defects in a web site, rather than giving an immediate finding of bad faith, the panel gives the respondant a further period of 30 days to correct defects
        4. and only after the parties have had a chance to reflect on and possibly appeal each of the above, the panel would begin to make a decision on bad faith (3(b)(ix)(3))
4. recognize any findings the court makes about joint authorship and copyright in Debian GNU/Linux,
5. recognize that the Debian open use logo has been available for many years and people using the open use logo can't be accused of bad faith in the absence of other substantial reasons,
6. apologize for being negligent in their failure to suspend proceedings on receipt of a police complaint, their failure to handle a written complaint about privacy of those in proximity to real abuse, their failure to consider evidence about the open license for the logo and their failure to consider evidence about joint authorship,
7. being the only agency of the United Nations that ever made a profit, and after undermining the incomes and livelihoods of individual private citizens and volunteers, after allowing their administrative procedure to be used to subvert contractual obligations of academic liberty, publish defamation, violate privacy, impose upon volunteers, conduct psychological torture, negligently ignore and repudiate the joint authorship status of unpaid volunteers and spread rumours about "bad faith" to pay a sum of $15 billion to real victims of bad faith at the hands of Fr Daniel, pay $10 million to the Victoria Police sovereign citizen reward fund and pay $100 million to the plaintiff.

The defendant W. Scott Blackmer who was negligent and rude in disregarding the evidence of joint authorship, created defamation, imposed upon a volunteer, conduct psychological torture with

*Daniel Pocock*, Debian Developer (Pro Se)
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

references to "bad faith", enabled censorship, and spread rumours about "bad faith" to pay a sum of $100 million to real victims of abuse and bad faith in religious institutions and $100 million to the plaintiff.

Defendant GNOME Foundation, who publicly humiliated another Executive Director, Steven Deobald, even while the law suit is in progress

1. to pay $1 billion, divided equally among all GNOME's unpaid volunteers, staff and ex-staff, for *Intentional Infliction of Emotional Distress* resulting from the culture of public humiliation, including the most recent public sacking.
2. to recognize donors, volunteers, staff and joint authors of GNOME, Debian GNU/Linux and any related software and dependancies have a contractual expectation of first amendment style free speech within events, GNOME operated communications and publishing infrastructure

The defendant Electronic Frontier Foundation (EFF), who have acquired $46.7 million in assets, according to their 2023 accounts, for promoting the first amendment through their Blue Ribbon Campaign, while censoring their own discussion board,

1. to pay a sum of $46.7 million to Software Freedom Institute and $1 to the plaintiff,
2. to recognize donors, volunteers, staff and joint authors of any related software and dependancies have a contractual expectation of first amendment style free speech within events, EFF operated communications and publishing infrastructure
3. to re-instate and de-censor the Peter Eckersley topic created by the plaintiff in the Lets Encrypt forum

The defendant Jacob Hoffman-Andrews, being the EFF employee and former Google employee who censored the plaintiff's topic in the EFF's own Lets Encrypt about reinstating Peter Eckersley's blog (https://pde.is),

1. to make a public post in the same forum admitting that he censored something about Peter Eckersley,
2. to pay $1 million to the family of the late Peter Eckersley or another cause Peter supported, to be agreed by the plaintiff and $1 to the plaintiff.

The defendant Google, who exerted influence on the plaintiff's peers to bully the plaintiff. The influence and direction from Google was proven in written communications from other defendants. Google has made financial donations and donations of staff time over many years, to the extent that Debian is becoming an unpaid extension of their businesses. Given the overall relationships between this behaviour in groups funded by Google, including Debian, FSFE, FOSDEM, GNOME and others, it entered into the domain of antitrust concerns. The suicide cluster, including a death on the plaintiff's wedding day, occurred in this context.

1. Google to pay a sum of $15 billion to the plaintiff. That is the same figure President Trump 2.0 sued the New York Times in relation to news reporting that interferes with elections. The

*Daniel Pocock, Debian Developer (Pro Se)*

v.

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA  / 19 September 2025

Fellowship elected the plaintiff into the German FSFE on ANZAC day, 25 April 2017.
President Trump 1.0 was elected for the first time on the plaintiff's birthday in 2016.

2. Google to pay any legal costs and court costs that are not due to other defendants
3. defendant Google to cease referring to the plaintiff as a "politician" and give appropriate weight to his professional credentials as a software engineer and joint author of Debian GNU/Linux.
4. defendant Google and other monopolistic enterprises to cease censoring, graylisting or down-ranking links to the plaintiff's web site, his business and related web sites, especially where his publishing contains first amendment protected speech about ethical issues in Google's own business practices and supply chain.

Defendant Ubuntu has made financial donations and donations of staff time over many years, to the extent that Debian is becoming an unpaid extension of their businesses.  Given the overall relationships between this behaviour in groups funded by Ubuntu, including Debian, FSFE, FOSDEM, GNOME and others, it entered into the domain of antitrust concerns.  Mark Shuttleworth, Ubuntu founder, personally engaged in discussion about the suicides and the next death occurred on the plaintiff's wedding day.  The suicide cluster, including a death on the plaintiff's wedding day, occurred in this context of pressure and anticompetitive behaviour.

5. Ubuntu to pay a sum of $15 billion to the plaintiff.
6. Ubuntu to pay any legal costs and court costs that are not due to other defendants
7. stop censoring plaintiff's blog from Planet Ubuntu

Defendant FOSDEM vzw to

1. pay a sum of $10 million to real victims of abuse in religious institutions and $1 to the plaintiff,
2. remove references to abuse and discrimination from all FOSDEM communication platforms and archives, replacing them with a link to the apology and call for people not to discriminate against any colleagues who have been attacked in the past,
3. In consideration of the manner in which FOSDEM allowed another speaker to insult the plaintiff, FOSDEM conference organizers invite the plaintiff as a keynote speaker for the next edition of FOSDEM, in a similar time slot, venue and format as the other keynote speakers
4. distribute the apology based on the attached text

The defendant Software in the Public Interest, Inc (SPI) who has withheld information about revenues and expenses from the Debian GNU/Linux joint authors and funded legal action against the interests of joint authors,

1. pay $1 billion to the plaintiff,
2. give all joint authors an account of all revenues and expenditures identifying the source of each donation and the beneficiary of each travel grant, paid internship or anything else paid out,

*Daniel Pocock, Debian Developer (Pro Se)*
v.
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

3.  distribute the apology based on the attached text

The defendant Debian Project (unincorporated association) who has failed to protect its own members, the joint authors, from outside influences, denounced the plaintiff and exercised coercive influence on the plaintiff to

1.  pay $1 billion to the plaintiff,
2.  "rebase" the Debian keyring repository and Debian Planet repository to remove offensive modifications that incited discrimination and vilification of the plaintiff and other victims,
3.  cease demanding that joint authors retrospectively comply with agreements such as the flawed Code of Conduct, in other words, the Code of Conduct is not binding upon any joint author who did not affirm support for the general resolution.
4.  equal division of funds between joint authors, including restitution of expenditures that have already been made without consent.

The defendants Donald Norwood, Sam Hartman, Joerg Jaspert, Jonathan Wiltshire, Enrico Zini, Chris Lamb, Jonathan Carter, Andreas Tille, Jean-Pierre Giraud, Wouter Verhelst, Kurt Roeckx who used the Debian mailing lists, web site and trademark to denounce the plaintiff at a time of grief.  Their conduct is libellous, it is harassment, it is deceptive and it seeks to exert coercive control over the plaintiff and other joint authors.

1.  each of these defendants to pay a sum of $10 million to real victims of abuse and bad faith in religious institutions and $1 to the plaintiff

Luke Faraone who continues promoting the Community Team while admitting and knowing that people feel intimidated to pay a sum of $1 million to the plaintiff.

The defendant Free Software Foundation Europe e.V. (FSFE is not the FSF)

1.  to give the €150,000 bequest they received from a volunteer who died in 2016 to the real FSF in Boston, along with interest at 5% up to the date of judgment.  The sum was equivalent to $170,000 in August 2016 and it is $266,000 today with interest compounded daily at 5%,
2.  to offer all Fellows a full refund of the membership/fellowship fees paid by those who thought the FSFE was part of the FSF,
3.  for those Fellows who do not demand a refund, to ensure their names and contact details are correctly recorded on the membership roll of the incorporated association, ensuring they receive notices of meetings, voting rights and financial reports in compliance with applicable corporate law,
4.  to recognize all donors, volunteers, staff past and present and joint authors of any related software and dependancies have a contractual expectation of first amendment style free speech within events, FSFE operated communications and publishing infrastructure
5.  remove defamation and insults from meeting minutes and mailing list archives and all other communications channels.

*Daniel Pocock*, Debian Developer (Pro Se)                                    **US District Court**
                                   *v.*                                 Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                              ***AMENDED COMPLAINT***
*their overlords at Google et al.*                        1:25-CV-03883-UA  / 19 September 2025

6.   to stop using the name FSFE within 6 months unless they obtain authorisation from the real FSF and Dr Richard Stallman

For all of the defendants operating mailing lists and discussion forums, (Debian, FSFE, FOSDEM vzw, GNOME Foundation, EFF / Lets Encrypt) to

1.   immediately cease censoring/banning/moderating those participants who were censored for political reasons,
2.   publish a list of every communication that was censored and the justification for censoring it

All defendants who have published defamation or violated the privacy of individual, private volunteers and families are to replace the defamation with an apology.  At a minimum, the apology should contain the names and statements provided in this example:

> *Apology to the families of Daniel Pocock, Adrian von Bidder-Senn, Frans Pop, Dr Jacob Appelbaum, Dr Norbert Preining & Elena Gjevukaj*
>
> *Prior to and after the death of Frans Pop, fellow developers and the controlling corporations failed to provide adequate support to unpaid voluntary developers.*
>
> *We are saddened that the subsequent death, Adrian von Bidder-Senn, occurred within a year of Frans' suicide and on the wedding day of another respected Debian Developer, Daniel Pocock.  Given the circumstances of the death, we acknowledge that few things would make a more unpleasant memory on each wedding anniversary.*
>
> *In 2016, communications platforms operated by the Debian Project were used to subvert privacy rights under German law and spread defamation about Dr Jacob Appelbaum, a resident of Berlin.*
>
> *In 2017, Mr Pocock used private channels to raise legitimate concerns about coercive control of women and exploitation of underage volunteers, both male and female, in the Albanian voluntary group Open Labs.  Mr Pocock provided compelling evidence that money intended for diversity was enabling coercive control in a developing country. Fellow volunteers and the controlling corporations failed to provide Mr Pocock with any procedure to exit this situation amicably and failed to provide support to volunteers exposed to these situations.*
>
> *In 2018, Mr Pocock resigned from voluntary mentoring activities at a time of personal tragedy.  Colleagues developed an obsession with having a reason for Mr Pocock's resignation.  The behaviour of online groups in these situations, enabled by remote*

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

*working and the social media set, fails to respect the right of every colleague to the privacy of their family life.*

*Mr Pocock reached out to the former Debian Project Leader Chris Lamb who neglected the opportunity to meet Mr Pocock. This was a missed opportunity to avoid further conflict for the community and end-users.*

*At Christmas 2018, Mr Pocock realized that a colleague, Dr Norbert Preining, was also being subject to coercive control. Mr Pocock reached out to support Dr Preining in good faith. In February 2019, Mr Pocock was subject to further reprisals as a consequence of supporting his colleague.*

*We recognize that the attacks on Mr Pocock and Dr Preining violated the privacy of family life and violated a holiday season that is important for many families.*

*We recognize that the wrongful and totally untrue rumours about a relationship in Google Summer of Code violated the family life of the intern, Elena Gjevukaj, who celebrated her marriage during the summer of the internship. As her real wedding occurred during the time of the wrongly rumoured mentor/intern relationship, the rumours were rude in the extreme. This has created a situation where a second couple, Elena and her husband, have had the memory of their wedding day tainted by the toxic culture of Debian group behaviour.*

*We recognize that all of these people have made substantial contributions of their time and skill over many decades as unpaid volunteers. When disputes appeared, Debian leadership figures didn't take the time to even let these men tell their side of the story. That was wrong.*

*We acknowledge that working in a large group inevitably results in situations where everybody will not agree with each other and the people who ask ethical questions or express a dissenting opinion should not be slapped down with harsh reprisals from a leadership figure.*

*Asking an inconvenient question is not harassment. It is not abuse. It is not a problem with behavior. It is our duty.*

*We acknowledge that in many of these disputes, leadership figures have had commercial and romantic conflicts of interest that impaired their judgment.*

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

*We acknowledge that all Debian Developers have a status of joint authorship under copyright law and this status entitles all Debian Developers to equal recognition of their status that does not expire until 70 years after the death of the last author. We acknowledge that this recognition can't be revoked through any statement, decision or vote.*

*Opinions expressed freely by any individual joint author do not necessarily represent the majority. Nonetheless, we acknowledge that in a relationship of joint authorship, any author may express dissent or express their personal opinions at any time now or in the future, while simultaneously asserting their status as a joint author of Debian.*

*We acknowledge that every joint author has a legitimate interest in using the Debian trademark to achieve recognition for their work. We acknowledge that some joint authors have gained substantial financial benefits from their association with Debian and no other joint author should be prevented from taking credit for their Debian authorship in a commercial context.*

*We wholeheartedly apologize for rumours, accusations, SLAPP lawsuits and acts of discrimination against these valued colleagues. All rumours and previous statements imposing upon these colleagues and their families should be disregarded and, where they have appeared in public, be replaced with a copy of this apology.*

The damages charged to each defendant are made up of the following:

Special Damages, Presumed Damages, Actual Damages in relation to lost income from the time the vendettas started on 20 September 2018 up to anticipated retirement date, lost value of business share capital.

Special Damages, Presumed Damages, Actual Damages in relation to work performed and intellectual property contributed and created together since 1997 on the basis of positive recognition in lieu of payment.

Punitive damages, based on the extent to which the persistent violation of privacy over such an extended period of time impacts professional and private life, the intrusion at a time of grief, the motives of the organizations violating agreements and avoiding payment for work and weighted based on the relative size of the organizations responsible.

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
                                                                    Southern District of New York
                                    *v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                          1:25-CV-03883-UA  / 19 September 2025

Declaration that the Debian, Ubuntu and GNOME "Codes of Conduct", in their current form and in the way they are applied, amount to bad faith, vigilantism and especially "gobbledygook", the word chosen by District Judge Royce Lamberth when sentencing a proponent of the Sovereign Citizen philosophy.

Order that "interpreting the Code of Conduct", an expression that comes up frequently in these bun fights, is simply code for practicing law without a license and must cease immediately.

Order all groups that use Code of Conduct gaslighting to cease using these words and narratives that cherry-pick words from a real Code of Ethics for the purpose of shaming political targets and competitors.

Defendant Google to pay any and all court costs and legal costs of the plaintiff.
Order all groups that called for discrimination or vilification of the plaintiff or any other party to publicly withdraw those statements, admit that they were wrong and disrespectful to the plaintiff's family and ask for all participants, including the plaintiff, to be treated with mutual respect going forward.

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

# V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

19 September 2025                    Daniel Pocock, Debian Developer

16192 Coastal Highway
Lewes DE 19958

Phone: +1 302 319 4514          daniel@pocock.pro

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:      YES

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                              *v.*                    Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA  / 19 September 2025

# Exhibits

A selection of discussions revealing deaths and communications from our friend in the White House.

*Daniel Pocock*, *Debian Developer (Pro Se)*                          **US District Court**
                                    *v.*                          Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                          1:25-CV-03883-UA / 19 September 2025

Subject: Distressing news
Date: Sun, 9 Jul 2000 10:30:01 -0400
From: Ben Collins <bcollins@debian.org>
To: debian-private@lists.debian.org

For those of you that do not IRC....

06:42 *Espy* is saying 'goodbye' on IRC today, spread the word
06:42 <woot> Espy: oh?
06:44 <woot> Espy: would you elaborate on that?
06:46 <Espy> terminal illness      close to death
06:46 <Joy> Espy: you're kidding, right?
06:47 <Espy> uh, no
06:47 <woot> Espy: what brought this on?
06:48 <Joy> Espy: omg!
06:50 <woot> Espy: have you known about this long?
06:53 <Espy> I've had this disease my entire life
06:55 <Espy> been bedridden at least as long as I've been a developer
06:57 <Espy> Duchenne Muscular Dystrophy
07:02 <Espy> http://mdausa.org/disease/dmd.html

Espy is Joel Klecker, our long time devoted glibc maintainer. A few days
ago he joined IRC and told us he was giving up his packages to deal with
this very important juncture in his life. He has unsub'd from all lists
but -private, and one other.

Our thoughts and best wishes should go out to him. It might sound corny to
some, but since Joel has dedicated so much time to Debian, even though he
has also had to deal with this condition, I think we should dedicate our
next release to him.
--
 ----------========-=-=======-==========--------------========---------=-=------
/ Ben Collins  --  ...on that fantastic voyage...  --  Debian GNU/Linux  \
` bcollins@debian.org  --  bcollins@openldap.org  --  bcollins@linux.com '
 `---========-----=======--------------=-=-------=-===-===========--=--====-'

*Daniel Pocock*, Debian Developer (Pro Se)
 v.
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

## Subject: Re: Comdemn or sympathize?

Date: Wed, 12 Sep 2001 11:08:01 +0200
From: Russell Coker <russell@coker.com.au>
Reply-To: Russell Coker <russell@coker.com.au>
To: Nils Lohner <lohner@debian.org>, debian-private@lists.debian.org

On Wed, 12 Sep 2001 09:29, Nils Lohner wrote:
> The discussion regarding condemning the bombing have two sides, people
> for and people against. But the sentiments are the same, here's why:
>
> Sympathy means 'inclination to think or feel alike : emotional or
> intellectual accord'. This I think we all feel, and this I think is
> fine to express by having the debian pages black for a day or so to
> express our sympathy. This is NOT a political statement. I would like
> Debian to express sympathy.

Fine, then let's also express sympathy for people on the other side. Palestinean police officers killed or injured in attacks on police buildings, Columbian cocoa farmers who are getting royally screwed by the US government intervention (if they are to stop producing cocoa they should be protected from attack by the drug barons), Iraqi civilians who suffer from lack of food and medical treatment due to ongoing US bombing raids against their country, etc.

I oppose expressing sympathy for only one side in a conflict, I believe that would have to be considered a political act.

--
http://www.coker.com.au/bonnie++/ Bonnie++ hard drive benchmark
http://www.coker.com.au/postal/ Postal SMTP/POP benchmark
http://www.coker.com.au/projects.html Projects I am working on
http://www.coker.com.au/~russell/ My home page

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

---

Subject: Resignation
Date: Sun, 15 Aug 2010 21:41:18 +0200
From: Frans Pop <elendil@planet.nl>
To: debian-private@lists.debian.org

It's time to say goodbye. I don't want to say too much about it, except that I've been planning this for a long time.

Participating in Debian has been great.

For personal reasons I will be revoking my GPG key. However, it is not compromised and the validity of this mail can still be verified using my public key from current keyring packages.

My resignation means that the following three packages will need a new maintainer:
- debtree
- debmirror
- qcontrol (tbm?)

It also means the following tasks will need a successor:
- editor and release manager for the Installation Guide
- daily D-I builds for s390
- Dutch translator for website and various debconf/program translations

All mails I ever sent to d-private (and mails quoting them) shall remain private.

So long,
FJP

*Daniel Pocock*, Debian Developer (Pro Se)                          **US District Court**
                             *v.*                          Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                          1:25-CV-03883-UA / 19 September 2025

## Subject: Re: Privacy of -private list ; missing even one bit of common sense and decency

Date: Sun, 22 Aug 2010 10:50:19 +0100
From: Mark Shuttleworth <mark@ubuntu.com>
To: debian-private@lists.debian.org

On 22/08/10 01:45, Russell Coker wrote:
> On Sun, 22 Aug 2010, Samuel Thibault <sthibault@debian.org> wrote:
>> Patrick Ouellette, le Sat 21 Aug 2010 19:10:55 -0400, a écrit :
>>> I mourn the loss of life, and I have sympathy for those left to pick up
>>> and continue on. I will not, and can not honor the individual because of
>>> the last choice he made.
>> And I guess that quite a few people share your view. It's considered as
>> a crime or a sin in many religions.
>>
>> I personally do not like this point of view at all, but it unfortunately
>> probably has to be respected.
> As a general rule I don't think that we have to respect the views of a
> religious minority when they infringe on the rights of people who have
> different beliefs.

Regardless of religion, there is a proven danger in glorifying those who
commit suicide, it encourages others to do the same:

http://www.ncbi.nlm.nih.gov/pmc/articles/PMC1732435/pdf/v057p00238.pdf
http://www.ncbi.nlm.nih.gov/pubmed/19789643

Debian's close-knit culture, and the extent to which many DD's feel a
stronger affiliation to this group than any other, amplifies the danger
substantially. The need for validation and recognition from this group,
of this group, is stronger than any comparable organisation I can think
of. Dedicating a release to someone is the highest honour Debian can
offer, we should be extremely thoughtful about what incentives we are
creating when we do so.

As yourself this: if Frans had continued to give as generously of
himself through the release as he did in the past, would you have wanted
to celebrate that by dedicating the release to him? If not, what are you
celebrating in dedicating the release to him now?

*Daniel Pocock, Debian Developer (Pro Se)*                      **US District Court**
                                    *v.*                Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                  ***AMENDED COMPLAINT***
*their overlords at Google et al.*          1:25-CV-03883-UA / 19 September 2025

We are all, rightly, shocked and saddened by the loss of a colleague.
None of us should judge Frans' choices: there are many valid reasons to
choose one's end. But we should be careful not to put others at risk.

Biella may be in a good position to comment on the real human dynamics
for those who are at risk.

Mark

_Daniel Pocock_, _Debian Developer (Pro Se)_

_v._

_Software in the Public Interest, Inc, Debian & Zizianism,_
_Electronic Frontier Foundation, Inc,_
_their overlords at Google et al._

**US District Court**
Southern District of New York

**_AMENDED COMPLAINT_**
1:25-CV-03883-UA / 19 September 2025

Subject: Re: Death of Adrian von Bidder
Date: Wed, 27 Apr 2011 17:05:10 +0200
From: Gaudenz Steinlin <gaudenz@debian.org>
To: debian-private <debian-private@lists.debian.org>
CC: community@lists.debian.ch

Hi

This is indeed very shoking news. I remember too well the great
evening we had at my place just some weeks ago when we held the
deian.ch annual meeting. With Adrian live and kicking as our
secretary. He seemd very happy and helped me clean up the place after
all the others had already left. :-(

Excerpts from martin f krafft's message of 2011-04-21 07:24:59 +0200:
> The funeral service will be held as expected: Leonhardskirche in
> Basel, Thu 28 April, 11:00 Uhr.
>

I'm going to attend the funeral tomorrow with some fellow DDs from
debian.ch. We'll meet tomorrow at 10am at the meeting point of the
Basel main train station and go to Leonhardskirche together from
there. If someone else wants to join us, please reply to me by private
mail, so we know that we have to wait for you.

See you tomorrow and rest in peace Adrian!

Best,

Gaudenz -- Ever tried. Ever failed. No matter.
Try again. Fail again. Fail better.
~ Samuel Beckett ~

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                              *v.*                               Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                              1:25-CV-03883-UA / 19 September 2025

## Subject: Re: [VAC] Pillar Of Defense

Date: Thu, 15 Nov 2012 12:25:33 -0500
From: Paul Tagliamonte <paultag@debian.org>
To: Lior Kaplan <kaplan@debian.org>
CC: debian-private@lists.debian.org


On Thu, Nov 15, 2012 at 12:21 PM, Lior Kaplan <kaplan@debian.org <mailto:kaplan@debian.org>>
wrote:

Hi,

As rockets alerts just started in Tel Aviv, I'm not sure how
available I'll be in the next couple of days.


Stay safe.


I was dealing with
http://bugs.debian.org/cgi-bin/bugreport.cgi?bug=692613
<http://bugs.debian.org/cgi-bin/bugreport.cgi?bug=692613> and its
meanings for wheezy... disabling JSON in PHP isn't that easy and
will probably break a lot of other software.


Crockford's a dick.


Kaplan


Cheers,
  Paul


--
:wq

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                    *v.*                                Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA / 19 September 2025

Subject: Re: (My last) bits from the DPL
Date: Fri, 17 Apr 2015 20:42:39 +0100
From: Neil McGovern <neilm@debian.org>
To: debian-private@lists.debian.org

Hi Ian,

On Fri, Apr 17, 2015 at 06:21:17PM +0100, Ian Jackson wrote:
> Lucas Nussbaum writes ("Re: (My last) bits from the DPL"):
> > As a data point, I received a media query (sent to leader@) from Sam
> > Varghese in October 2014, which resulted in [1]. To prepare an answer, I
> > initiated a short discussion involving the press team (of which our new
> > DPL was a member at the time, and still is) and four other DDs. None of
> > them raised any concern about the fact that the questions were coming
> > from Sam Varghese. So, clearly, not everybody feels the same about the
> > need to ignore/boycott Sam Varghese. (When I was first elected, I also
> > ran an interview through the press team, with the same result.)
>
> Perhaps the press team weren't aware of the problem, or of the views
> of some Debian people about Sam. I don't know if any of the press
> team are reading this thread.
>

The "press team" is basically me, and has been for a while. Fortunately,
our great publicity team manages quite a bit of the outgoing messaging.
This is something that I hope to help resolve in my term.

> In Debian, decisions about whether to deal with any particular outside
> body are up to individuals.
[snip]
> The press team are - if they are provided with the right information
> and references - in a good position to brief Debian contributors about
> the journalists we are dealing with.
>
> I would like to hear their views on the possibility of them keeping
> this kind of information about journalists, and passing it on when a
> contributor needs it.

Indeed. (/me checks this is still on -private, hence please note the
below is very private)

_Daniel Pocock_, _Debian Developer (Pro Se)_                                     **US District Court**
                                        _v._                        Southern District of New York

_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_                          **_AMENDED COMPLAINT_**
_their overlords at Google et al._                    1:25-CV-03883-UA  / 19 September 2025

I'm very aware of Sam, and the exact nature of his level of journalism.
I've taken each request as it came and advised accordingly. In fact,
there have been times that I have advised that quotes should not come
from an individual[0] but a spokesperson due to the possibility of this
creating future problems.


> If a journalist has a history of unpleasant attack pieces, that should
> definitely make us less willing to provide with them access and
> material.

Personally, I find Sam deeply unpleasant, but in my press capacity, he
has been courteous to deal with, and seems to offer generally good press
/when talking about the project/, rather than individuals[1][2].

That's all slightly irrelevant though. Let us assume that he is hostile
to the project. The only real remedy we have to this is to threaten to
cut off access to the project, and hence deprive him/itwire of news.
(Note, I've seen this done in non-Debian contexts).
However, due to the nature of Debian, this probably won't affect him
much. He'll still be able to access debian-news, debian-announce, d-d-a
et al, and write whatever he wants. What it would do is to cut off any
chance for us to comment on the pieces, and try and influence them.

Instead, I have in the past, and continue to, advocate caution when
dealing with journalists (Sam isn't the only one) who are potentially
less than friendly. There's various strategies for this, but to find out
the secrets of media manipulation, you'll have to join the press
team.[3]

Now, I have been asked for an interview with Sam about my election, and
given the previous three DPLs all gave interviews with him, I currently
intend to submit answers to him, unless someone can come up with a good
reason why the _project_ (and when I speak as DPL, it is viewed as the
project) shouldn't respond.

Neil

[0] http://www.itwire.com/business-it-news/open-source/57003-debian-undecided-on-method-for-

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

secure-boot

[1] "Windows 8 is due for release on October 26. The Debian project, which has more than 1000 developers spread all over the world, produces a distribution that arguably has the best package management system among Linux distributions,"

[2] "Debian supports more architectures than any other GNU/Linux distribution."

[3] Or if people are actually interested, shout and I'll do a blog post at some point.

--

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                                  *v.*                     Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA / 19 September 2025

---

**Subject: [VAC] New Job, Chaos, Now -> Month or two?**
Date: Sun, 25 Oct 2015 21:27:13 -0400
From: Paul Tagliamonte <paultag@debian.org>
To: debian-private@lists.debian.org

Howdy, -private,

What's Up
=========

I've started a new job! Hooray! It's a bit intense (lots of culture to
learn, writing stuff in a language I don't know, YOLO), so I'm going to
need a quick break.

Basically, NMU anything if it gets in the way. Docker-land and Go-land
is well covered by tianon (and sECuRE has been around a bit lately, yay
to that too)

My new Job
==========

I'm working as a "Digital Services Expert" in the USDS[1], a rag-tag
group of hackers thrown into the White House (mostly SWE/SRE) to deal
with the Healthcare.gov[2] situation, and ended up being so useful to
deal with shit like this, that the White House expanded the program.
There are about 40 of us (designers, UX, PD, SWE, SRE, etc) now, and
it's really rad.

I've signed up to hack on helping the VA[3] out with the appeals
process.


Anyone with more questions should totally email me :)


With love,
Paul


[1]: http://whitehouse.gov/usds

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                                                          Southern District of New York
                    *v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                     ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA  / 19 September 2025

[2]: For anyone not privy to this LOL, you can read a bit at
https://en.wikipedia.org/wiki/HealthCare.gov
[3]: http://va.gov/ds/

_Daniel Pocock_, _Debian Developer (Pro Se)_                **US District Court**
                                   v.                    Southern District of New York
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_                   **AMENDED COMPLAINT**
_their overlords at Google et al._                1:25-CV-03883-UA / 19 September 2025

## Subject: Re: [VAC] New Job, Chaos, Now -> Month or two?

Date: Sun, 25 Oct 2015 22:19:03 -0400
From: Paul Tagliamonte <paultag@debian.org>
To: Matt Taggart <taggart@debian.org>
CC: debian-private@lists.debian.org

On Sun, Oct 25, 2015 at 07:14:20PM -0700, Matt Taggart wrote:
> Paul Tagliamonte writes:
> [snip]
> > ... so I'm going to need a quick break.
> [snip]
> > My new Job
> > ==========
> >
> > I'm working as a "Digital Services Expert" in the USDS[1], a rag-tag
> > group of hackers thrown into the White House (mostly SWE/SRE) to deal
> > with the Healthcare.gov[2] situation, and ended up being so useful to
> > deal with shit like this, that the White House expanded the program.
> > There are about 40 of us (designers, UX, PD, SWE, SRE, etc) now, and
> > it's really rad.
> >
> paultag isn't working on Debian?
>
> THANKS OBAMA!

Literally actually lol'd. I love you, Taggart.

https://vine.co/v/OPq02dpidBM

*Daniel Pocock, Debian Developer (Pro Se)*                **US District Court**
                               *v.*                     Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*              1:25-CV-03883-UA / 19 September 2025

## Subject: Re: Usenix LISA 2015, Washington

Date: Mon, 9 Nov 2015 17:41:01 -0500
From: Paul R. Tagliamonte <paultag@gmail.com>
To: Aaron M. Ucko <ucko@debian.org>
CC: Christoph Martin <martin@uni-mainz.de>, Debian Private List <debian-private@lists.debian.org>


I'm DC local, but currently in SF

I get back on Wednesday at 1AM, so I might miss it. CC me on plans, though!

Mikey, the head of USDS (the team I work on) is giving a talk there -- go see it, because Mikey is awesome.

Cheers,
  Paul

On Mon, Nov 9, 2015 at 3:47 PM, Aaron M. Ucko <ucko@debian.org <mailto:ucko@debian.org>>
wrote:

Christoph Martin <martin@uni-mainz.de <mailto:martin@uni-mainz.de>>
writes:

> Is anybody else at LISA or in Washington and likes to meet?

There is a decently sized Debian community, albeit mostly spread out among the suburbs:

http://wiki.debian.org/LocalGroups#DC_-_Washington
<http://wiki.debian.org/LocalGroups#DC_-_Washington>

Feel free to drop the list a line, but note that there are likely a handful of (friendly) non-DDs subscribed.

As for myself, I'm generally happy to meet anyone visiting the area. Wednesday might work best, because I'll have the day off.

At any rate, have a safe trip, and enjoy the conference!

_Daniel Pocock_, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* _Zizianism_,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA  / 19 September 2025

--
Aaron M. Ucko, KB1CJC (amu at alum.mit.edu <http://alum.mit.edu>,
ucko at debian.org <http://debian.org>)
http://www.mit.edu/~amu/ <http://www.mit.edu/~amu/> |
http://stuff.mit.edu/cgi/finger/?amu@monk.mit.edu
<http://stuff.mit.edu/cgi/finger/?amu@monk.mit.edu>


--
:wq

*Daniel Pocock*, *Debian Developer (Pro Se)*                                          **US District Court**
                                                                                Southern District of New York
                                            *v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                                         **AMENDED COMPLAINT**
*their overlords at Google et al.*                                    1:25-CV-03883-UA / 19 September 2025

---

## Subject: Re: Jacob Appelbaum and harrassement

Date: Wed, 15 Jun 2016 16:53:50 -0400
From: Paul R. Tagliamonte <paultag@gmail.com>     [ White House ]
To: Debian Private List <debian-private@lists.debian.org>

The DAM is not providing input into the criminal process.

The DAM will be providing input into who is and is not a Debian Project Member.

A member who threatens the safety of others should be removed, if we
trust that it's an issue.

We have Debian project members who can substantiate these claims, and
do not feel safe.

Will we act to create a safe space for our members?

On Wed, Jun 15, 2016 at 4:50 PM, Piotr Ożarowski <piotr@debian.org> wrote:
> [Rhonda D'Vine, 2016-06-15]
>> Come on. Really? Sorry, I consider your response pretty disgusting.
>
> so if we see another email with a message that some DD (about whom we
> might never heard before) will be expelled because there are "accusations"
> out there, we should just respond with "burn him alive!"?
>
> What if these accusations where not true? Don't we have courts for a
> reason? Since when is DAM qualified to evaluate criminal evidence?
>
> Don't get me wrong: I'm pretty sure I'd be demanding higher punishment
> for rapists, murderers and other degenerates than most of you... but
> AFTER proven guilty!
>
> --
> :wq

_Daniel Pocock_, _Debian Developer (Pro Se)_                    **US District Court**
                                    _v._                Southern District of New York
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_                    **AMENDED COMPLAINT**
_their overlords at Google et al._            1:25-CV-03883-UA / 19 September 2025

## Subject: Re: Jacob Appelbaum and harrassement

Date: Fri, 17 Jun 2016 08:53:57 -0400
From: Paul R. Tagliamonte <paultag@gmail.com>
To: Steffen Möller <steffen_moeller@gmx.de>
CC: Debian Private List <debian-private@lists.debian.org>

It's not about a badge, or DDs being "special" (spoiler: we're not),
or us giving some great honor by gracing him with our company, it's
about safety.

I am not comfortable with him around, in whatever form. I don't want
people like that in my community -- a community where my guard is
"down".

Illegal or not, even if he's productive or not (which I don't think he
is), his presence will result in contributors feeling less safe and
less able to do work they're spending their free time doing.

On Fri, Jun 17, 2016 at 8:49 AM, Steffen Möller <steffen_moeller@gmx.de> wrote:
>
> On 16/06/16 10:46, Miriam Ruiz wrote:
>> 2016-06-16 8:47 GMT+02:00 Ansgar Burchardt <ansgar@debian.org>:
>>
>>> I think he hasn't responded to the @TimeToDieJake Twitter account (and
>>> its successors) or the reported accusation on his house[1] either.
>>>
>>> [1] <https://twitter.com/Shidash/status/741332623306428416>
>>>
>>> I admit not being a fan of groups of people who think a nice lynch mob
>>> is the way to deal with accusations (be they true or not). But I guess
>>> nothing will be done to not have people gather such a nice mob: they
>>> deal out jistice after all...
>> This is harassment too, it should be condemned and it should not be
>> tolerated, encouraged or applauded. If we're starting to go back to
>> tribal justice based on the power of mobbing, and taking justice by
>> each own's hand, I'm out. Regardless of whether the accusations of
>> sexual harassment, rape, etc. are true or not, this is not a proper
>> way of doing things. If needed, we should also publicly state that
>> Debian abhores and rejects all kind of harassment, including revenge
>> harassment. This is not the Anonymous movement.

*Daniel Pocock, Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

>>
> +1
>
> How about blacklisting JA from Debian conferences/sprints/any physical
> meeting ... in complete analogy to how he would have been banned from
> our mailing lists if he said publicly on the list to what he said+did
> publicly
> on those meetings?
>
> I read this JA page. Quite some complains had the action in JAs rooms.
> We had a "let us share rooms to save money" initiative for our Sprints.
> Maybe
> it is good idea to set up a policy not to have people share and not
> apologise
> for €/$75 hotel rooms? Gender-combination agnostic, this means, obviously.
>
> In my mind, JA should be allowed to keep his DD status. Alternatively,
> should he be
> demoted to a DM but I do not want our current DMs to feel demoted. Or
> should he not even be allowed to upload? Our meetings apparently need
> some extra protection from him but I do not think our distro does.
> For punishment he should be sued - while I do accept the reasons stated
> not to sue, the chance for him to experience prison as a first offender and
> be physically harmed in there are rather low, so, don't feel too bad
> about it.
> Sue.
>
> Steffen
>
>
>


--
:wq

_Daniel Pocock_, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

---

## Subject: Re: Jacob Appelbaum and harrassement

Date: Fri, 17 Jun 2016 08:56:21 -0400
From: Paul R. Tagliamonte <paultag@gmail.com>
To: Steffen Möller <steffen_moeller@gmx.de>
CC: Debian Private List <debian-private@lists.debian.org>

I should be clear: people like that refer to his inability to grow,
heal, and move forward from this, owning things he did wrong.

As others have noted, rape culture is real, but his inability to
understand consent and boundaries is troubling, and his refusal to own
up to it and fix it makes me feel unsafe.

I'd be a lot more open if he owned it, faced what he needs to, made
amends with those he's hurt, and tried to move past this by changing
his behavior.

On Fri, Jun 17, 2016 at 8:53 AM, Paul R. Tagliamonte <paultag@gmail.com> wrote:
> It's not about a badge, or DDs being "special" (spoiler: we're not),
> or us giving some great honor by gracing him with our company, it's
> about safety.
>
> I am not comfortable with him around, in whatever form. I don't want
> people like that in my community -- a community where my guard is
> "down".
>
> Illegal or not, even if he's productive or not (which I don't think he
> is), his presence will result in contributors feeling less safe and
> less able to do work they're spending their free time doing.
>
> On Fri, Jun 17, 2016 at 8:49 AM, Steffen Möller <steffen_moeller@gmx.de> wrote:
>>
>> On 16/06/16 10:46, Miriam Ruiz wrote:
>>> 2016-06-16 8:47 GMT+02:00 Ansgar Burchardt <ansgar@debian.org>:
>>>
>>>> I think he hasn't responded to the @TimeToDieJake Twitter account (and
>>>> its successors) or the reported accusation on his house[1] either.
>>>>
>>>> [1] <https://twitter.com/Shidash/status/741332623306428416>
>>>>

*Daniel Pocock, Debian Developer (Pro Se)*

v.

*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

>>>> I admit not being a fan of groups of people who think a nice lynch mob
>>>> is the way to deal with accusations (be they true or not). But I guess
>>>> nothing will be done to not have people gather such a nice mob: they
>>>> deal out jistice after all...
>>> This is harassment too, it should be condemned and it should not be
>>> tolerated, encouraged or applauded. If we're starting to go back to
>>> tribal justice based on the power of mobbing, and taking justice by
>>> each own's hand, I'm out. Regardless of whether the accusations of
>>> sexual harassment, rape, etc. are true or not, this is not a proper
>>> way of doing things. If needed, we should also publicly state that
>>> Debian abhores and rejects all kind of harassment, including revenge
>>> harassment. This is not the Anonymous movement.
>>>
>> +1
>>
>> How about blacklisting JA from Debian conferences/sprints/any physical
>> meeting ... in complete analogy to how he would have been banned from
>> our mailing lists if he said publicly on the list to what he said+did
>> publicly
>> on those meetings?
>>
>> I read this JA page. Quite some complains had the action in JAs rooms.
>> We had a "let us share rooms to save money" initiative for our Sprints.
>> Maybe
>> it is good idea to set up a policy not to have people share and not
>> apologise
>> for €/$75 hotel rooms? Gender-combination agnostic, this means, obviously.
>>
>> In my mind, JA should be allowed to keep his DD status. Alternatively,
>> should he be
>> demoted to a DM but I do not want our current DMs to feel demoted. Or
>> should he not even be allowed to upload? Our meetings apparently need
>> some extra protection from him but I do not think our distro does.
>> For punishment he should be sued - while I do accept the reasons stated
>> not to sue, the chance for him to experience prison as a first offender and
>> be physically harmed in there are rather low, so, don't feel too bad
>> about it.
>> Sue.
>>
>> Steffen

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
                                    *v.*                                    Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                                    1:25-CV-03883-UA / 19 September 2025

>>
>>
>>
>
>
>
> --
> :wq


--
:wq

_Daniel Pocock_, _Debian Developer (Pro Se)_                    **US District Court**
                                    v.                           Southern District of New York
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_                          ***AMENDED COMPLAINT***
_their overlords at Google et al._                              1:25-CV-03883-UA  / 19 September 2025

## Subject: Re: Expulsion of Jacob Appelbaum <error>

Date: Tue, 21 Jun 2016 07:37:43 -0400
From: Paul R. Tagliamonte <paultag@gmail.com>          [ White House ]
To: Russell Coker <russell@coker.com.au>
CC: Debian Private List <debian-private@lists.debian.org>


Seems like a thing the Press team could help coordinate.

On Jun 21, 2016 7:27 AM, "Russell Coker" <russell@coker.com.au <mailto:russell@coker.com.au>>
wrote:

http://www.itwire.com/business-it-news/open-source/73441-appelbaum-banned-from-debian-events-
after-sexual-misconduct-charges.html
<http://www.itwire.com/business-it-news/open-source/73441-appelbaum-banned-from-debian-events-
after-sexual-misconduct-charges.html>

Well the DPL has decided to go public about it after all.

In future I think it would be better to have a plan for these
things. To have an argument on this list about whether information
should be released while the DPL is sending it all to a journalist
isn't the way things should go.

On 21 June 2016 8:57:56 PM AEST, Jonathan Dowland <jmtd@debian.org
<mailto:jmtd@debian.org>> wrote:
>Please do not CC me, I am subscribed to the list.
>
>On Tue, Jun 21, 2016 at 08:04:01PM +1000, Russell Coker wrote:
>> Mattia suggests that it's already public that he was expelled for
>anyone who
>> knows how to interpret it.
>>
>> Why can't we just state it outright instead of leaving clues in
>Wikipedia?
>> The social contract says that we won't hide problems. Why are we
>trying to
>> hide this problem?
>

*Daniel Pocock*, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

>I don't think Debian has taken ownership of whatever is written on
>Wikipedia,
>but we certainly aren't hiding it: It's there on the NM page in plain
>sight.
>There's a big difference between hiding something and making an active
>effort
>to draw attention to it.
>
>The action that has been taken has been for the sake of the safety and
>well
>being of other Debian members, NOT as some kind of white-knight
>publicity
>stunt. There's no *need* to shout it from the rooftops as that
does not
>further the former goal.

--
Sent from my Samsung Galaxy Note 3 with K-9 Mail.

*Daniel Pocock*, *Debian Developer (Pro Se)*                **US District Court**
                            *v.*                            Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                     ***AMENDED COMPLAINT***
*their overlords at Google et al.*                         1:25-CV-03883-UA / 19 September 2025

Subject: On coverage of Abbelbaum being "banned" from Debian
Date: Wed, 22 Jun 2016 09:34:50 +0200
From: Enrico Zini <enrico@enricozini.org>
To: andrew.matler@itwire.com
CC: debian-private@lists.debian.org

Dear Editor in Chief of iTWire,

you may want to do something about this article by Sam Varghese on
Debian revoking membership of Jacop Appelbaum:
http://www.itwire.com/business-it-news/open-source/73441-appelbaum-banned-from-debian-events-after-sexual-misconduct-charges.html

While the first part is factually correct in its DPL quote, the article
ends with baseless hints of Debian and Tor having fallen victims to
manipulations by GCHQ psyops.

I consider that to be psycological violence[1] against the various well
known people who came out to report abuse, and I wish that news coverage
about this situation could rather contribute to creating a community
that encourages victims of abuse to speak up.

Quoting the DPL again, "In reaching their decision, the Debian Account
Managers took into account the public disclosures from members of the
Tor project and others, and first-hand accounts from members of the
Debian community."

We are not talking about vague rumors spread by a couple of
infiltrators, we are talking about first-person accounts provided by
well known and respected members of both communities, with a track
record of contributions of many years.

These people who had the guts to speak up deserve credit and respect,
and the article published on your site gives them none.


[1] https://en.wikipedia.org/wiki/Gaslighting

Regards,

*Daniel Pocock, Debian Developer (Pro Se)*                    **US District Court**
                                        v.                     Southern District of New York
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*                        ***AMENDED COMPLAINT***
*their overlords at Google et al.*                            1:25-CV-03883-UA  / 19 September 2025

Enrico

--
GPG key: 4096R/634F4BD1E7AD5568 2009-05-08 Enrico Zini <enrico@enricozini.org>

_Daniel Pocock_, _Debian Developer (Pro Se)_                          **US District Court**
                                   _v._                        Southern District of New York
_Software in the Public Interest, Inc, Debian &_ _Zizianism_,
_Electronic Frontier Foundation, Inc,_                          ***AMENDED COMPLAINT***
_their overlords at Google et al._                       1:25-CV-03883-UA / 19 September 2025

Subject: Re: What is true and what is false in accusations against Jacob Appelbaum
Date: Sat, 13 Aug 2016 23:30:08 +0200
From: Patrick Matthäi <pmatthaei@debian.org>
To: Andreas Tille <andreas@an3as.eu>, Debian Private List <debian-private@lists.debian.org>


Am 13.08.2016 um 23:07 schrieb Andreas Tille:
> Hi folks,

Hi Andreas
>
> I just read this article
>
>    http://www.zeit.de/kultur/2016-08/jacob-appelbaum-rape-sexual-abuse-allegations
>
> I think that people who decided to expel Jacob had solid information
> from first person insight.  I have met Jakob at DebConf 15 in Heidelberg
> and I was quite sad to see him in a different light when we excluded him
> from Debian.  This article confused me even more since on one hand I
> personally do not subscribe to several things in this article but on the
> other hand I consider the "In doubt for the accused" principle violated.
>
> What do we in Debian really know about all this for sure?  Its not that
> I trust an article since its just in the news, but I never read any
> detailed information that has backed up our decision.

I already read the past e-mails about Jacob on private and did not
reacted on them, with a good reason..
WHO from our Debian community knows the truth except of Jacob (and/or
the maybe involved persons)? If most persons from here knew him as a
good person, is this relevant for the justice? Or is it relevant if he
was a troll..  We can watch the people only before their had!
I do not know what "discussing" this topic here will help to get new
information, it will just end in coursing.
I want to follow the german law, which says "not guilty till proven
otherwise". You are also german and I think this is a good law. Please
follow it also on this list.

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                            *v.*                    Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                    1:25-CV-03883-UA  / 19 September 2025

## Subject: Re: [off-topic] Rant & worry

Date: Tue, 14 Feb 2017 18:58:52 -0500
From: Paul R. Tagliamonte <paultag@gmail.com>
To: Debian Private List <debian-private@lists.debian.org>

In case folks have forgot, I remain employed by the White House & US Federal Government. It's been about 2 years.

Paul

On Feb 14, 2017 6:52 PM, "Steve Langasek" <vorlon@debian.org <mailto:vorlon@debian.org>>
wrote:

On Wed, Feb 15, 2017 at 12:34:08PM +1300, martin f krafft wrote:
> also sprach Steve Langasek <vorlon@debian.org
<mailto:vorlon@debian.org>> [2017-02-15 09:08 +1300]:
> > This message is private and not to be disclosed until after
I've been
> > put in a prison camp.

> I hope you guys all consider the likelihood that the NSA and
> possibly other government bodies and even terrorist formations have
> long ago infiltrated our project and happily read along…

Well, I guess I should cut out the gallows humor, then.  As we all know,
spooks only appreciate slapstick.

--
Steve Langasek                    Give me a lever long enough and a
Free OS
Debian Developer                    to set it on, and I can move the
world.
Ubuntu Developer http://www.debian.org/ <http://www.debian.org/>
slangasek@ubuntu.com <mailto:slangasek@ubuntu.com> vorlon@debian.org
<mailto:vorlon@debian.org>

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

*Daniel Pocock*, *Debian Developer (Pro Se)*                                    **US District Court**
                                    *v.*                                    Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*                                    1:25-CV-03883-UA  / 19 September 2025

## Subject: Re: Censorship in Debian

Date: Wed, 26 Dec 2018 10:36:08 -0500
From: Paul R. Tagliamonte <paultag@gmail.com>
To: Norbert Preining <norbert@preining.info>
CC: Bobby Tables <enrico@enricozini.org>, debian-project@lists.debian.org

On Wed, Dec 26, 2018, 9:59 AM Norbert

So where is the difference to a closed military court or gulag general?

I strongly encourage you to read about Gulags and understand for both mlitary tribunal and prison camp, the result is often death. Debian can not kill you. Debian can't silence you.

Removing a blog from the planet maybe marginally reduces readers, but readers who are part of the community. Debian can not rst connections to your blog. There is no speech being repressed.

You're a software engineer, living in very nice circumstances working with other people on a hobby project together.

Get some perspective.

To all on this thread: stop marginalizing those who actually face death and life in prison for speaking their mind. The comparison cheapens their life. Stand up for those who have fought for our rights by not drawing such petty comparisons.

Debian is not able to do anything anyone would do to anyone in a gulag.

Please, all, get some perspective and stop with the comparisons to labor camps, targeted killings, prisons and sentences of death. We sound like morons.

   Paul

*Daniel Pocock*, *Debian Developer (Pro Se)*                    **US District Court**
                                          *v.*                        Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                          ***AMENDED COMPLAINT***
*their overlords at Google et al.*                      1:25-CV-03883-UA / 19 September 2025

---

## Subject: History doesn't repeat itself, but it often rhymes

Date: Tue, 22 Feb 2022 12:29:53 -0500
From: Paul Tagliamonte <paultag@debian.org>
To: Debian Devel <debian-devel@lists.debian.org>, debian-project@lists.debian.org

Hello, Debianites,

Allow me, if you will, to talk a bit about something that's been on my mind
a bit over the last handful of years in Debian. It's something that's pretty
widely circulated in particular circles, but I don't think I've seen it on
a Debian list before, so here's some words that I've decided to put together.


I've intentionally not drawn lines to the 'discussions' going on (or the
'discussions' in the past I could point to) to avoid getting dragged into more
thrash, so if you reply, please do try to keep this clear of any specific
argument that you feel this may or may not apply to. This is a more general
note that I think could use some thought from anyone who's interested.


During World War II, the OSS (Office of Strategic Services)[1] distributed a
manual[2] (the Simple Sabotage Field Manual), which was used to train
"citizen-saboteur" resistance fighters, some of whom were told, not to pick up
arms, but to confound the bureaucracy by tying it up with an unmanageable
tangle of "innocent" behavior.

While no one is working within the Debian community member attempting to
subvert us sent from the shady conglomerate of nonfree operating systems by
following this playbook, this playbook is an outstanding illustration of how
some innocent behavior can destroy the effectiveness of an organization. It's
effective, precisely *because* it's not overly malicious, and these behaviors
-- while harmful -- are explainable or innocent. Section (3) covers this in
detail.

Most of the OSS Simple Sabotage Field Manual covers things like breaking
equipment or destroying tanks, but section (11) is "General Interference with
Organizations and Production". I'm just going to focus here.

Let's take a look at section (11):

*Daniel Pocock*, Debian Developer (Pro Se)                    **US District Court**
v.                                           Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                    ***AMENDED COMPLAINT***
*their overlords at Google et al.*          1:25-CV-03883-UA  / 19 September 2025

> (1) Insist on doing everything through "channels." Never permit short-cuts
> to be taken in order to expedite decisions.
>
> (2) Make "speeches." Talk as frequently as possible and at great length.
> Illustrate your "points" by long anecdotes and accounts of personal
> experiences. Never hesitate to make a few appropriate "patriotic" comments.
>
> (3) When possible, refer all matters to committees for "further study and
> consideration." Attempt to make committees as large as possible -- never
> less than five.
>
> (4) Bring up irrelevant issues as frequently as possible.
>
> (5) Haggle over precise wordings of communications, minutes, resolutions.
>
> (6) Refer back to matters decided upon at the last meeting and attempt to
> re-open the advisability of that decision.
>
> (7) Advocate "caution." Be "reasonable" and urge your fellow co-conferees to
> be "reasonable" and avoid haste which might result in embarrassments or
> difficulties later on.
>
> (8) Be worried about the propriety of any decision - raise the question of
> whether such action as is contemplated lies within the jurisdiction of
> the group or whether it might conflict with the policy of some higher
> echelon.

I won't go through each of these point-by-point since everyone reading this is
likely sharp enough to see how this relates to Debian (although I will point
out I find it particularly interesting to replace "patrotic" here with the
Debian-specific-patriotism -- Debianism? -- and re-read some of the more
heated threads)

I have a theory of large organizations I've been thinking a lot about that came
from conversations with a colleague, which is to think about an organization's
"metabolic overhead" -- i.e., the amount of energy that an organization
devotes to intra-organization communication. If you think about a car
manufacturing plant, the "metabolic overhead" is all the time spent on things

*Daniel Pocock*, *Debian Developer (Pro Se)*                                **US District Court**
                                  *v.*                                Southern District of New York
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*                              ***AMENDED COMPLAINT***
*their overlords at Google et al.*                         1:25-CV-03883-UA  / 19 September 2025

like paperwork, communication, planning. It's not possible (or desirable!) for
an organization to have 0% overhead, nor is it desirable (although this one *is*
possible) to spend 100% time on overhead. I think it *may* be possible to get
to above 100% overhead, if workplace contention spills out into drinks after
work.

All of the points in the OSS Simple Sabotage Manual are things designed to
increase the metabolic overhead of an organization, and to force organization
members to spend time *not* doing their core function (like making cars,
running trash pickup or ensuring the city has electricity), but rather, spend
their time litigating amongst themselves as the core function begins to
become harder and harder to maintain. This has the effect of degrading the
output/core function of an organization, without any specific cause
(like a power loss, etc).

I'd ask those who are reading this to consider how this relates to their time
spent in Debian. Is what you find something you're happy about with a hobby
project you're choosing to spend your free time on? Are you taking actions to
be a good participant?


To do a bit of grandstanding myself, do remember that it's not just your time
here -- when we spend significant resources litigating and playing bureaucracy
games, we spend others' time as well. People on the committees you refer matters
to, all project members in the case of a GR, all the Mailing List readers --
and that's all time that is taken from building and maintaining an operating
system. The output becomes degraded. There's no specific acute cause like
a buildd failure.

When I think about how Simple Sabotage works, I find myself unable to shake the
feeling that the best way to combat the organizational dysfunction outlined in
the OSS's Simple Sabotage Manual is to avoid "taking the bait", and to ensure
small, highly empowered teams of do-ers are able to execute. We need to avoid
being dragged into development by consensus -- while understanding that
communication and collaboration are good. We need to ensure that individuals
that continue to exhibit the behaviors contained within the Simple Sabotage
Manual understand the harm that can come from a system of individuals taking
actions like them -- even if their intent is sincere and come from a
constructive, helpful place. In some cases, ignoring the "sabotage"[3] outright

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

will work, in other cases, perhaps a gentile and respectful private note letting them know that their suggestion is actively harmful and to consider not doing it again. Engaging publicly makes things worse, since it will continue to suck people's time into litigating the "sabotage" (which is, itself, becomes "sabotage").

Taking an expensive action (like referring to a committee, re-opening an old decision, arguing about the precising wording and associated pedantry, and questioning the authority of those doing work) should only be done if the cost outweighs the benefit.

We don't need to be hostile or expel people for doing things outlined in the OSS Simple Sabotage Manual, since a lot of that behavior is -- at times -- desirable, but I think we do need a *LOT* of self-reflection (from *everyone* who actively engages with Debian politics) to consider our actions, and determine how (if at all) we feel that we (as individuals) should change.

Please don't beat eachother up with this calling each other saboteurs and claiming that everyone's emails are "sabotage", but please do consider using this mental framework when looking at our discussions from time to time.

With love!
paultag


[1]: Of its many notable members, Julia Child was the first one I think of -- yes, that Julia Child!
[2]: https://www.gutenberg.org/files/26184/page-images/26184-images.pdf
[3]: //maybe// not the best word, but I'm using it here for internal consistency

*Daniel Pocock, Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian & Zizianism,*
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

**AMENDED COMPLAINT**
1:25-CV-03883-UA  / 19 September 2025

## Subject: Re: Banning Norbert Preining from planet.d.o

Date: Wed, 23 Mar 2022 11:05:07 -0400
From: Paul Tagliamonte <paultag@debian.org>          [ White House ]
To: debian-project@lists.debian.org

I was also very very surprised to hear we allow members removed
because of their toxic behavior still allowed to use project resources
to amplify the very things that got them removed in the first place.

No idea why we wouldn't have removed the blog of anyone expelled from
planet.d.o as part of that action. It seems wholly inappropriate to
keep any expelled member of Debian's blog on the planet.


On Wed, Mar 23, 2022 at 11:02 AM Wouter Verhelst <wouter@debian.org> wrote:
>
> On Wed, Mar 23, 2022 at 02:51:10PM +0100, Adam Borowski wrote:
> > On Wed, Mar 23, 2022 at 08:38:02AM +0200, Jonathan Carter wrote:
> > > > Can we delete him from planet?
> > >
> > > Any DD can do that... oh wait that includes me... done!
> >
> > I went bold and reverted this removal; the detailed reason why and the
> > Planet rules I believe Jonathan has breached are in the commit message.
>
> I'm not going to play commit ping pong, but why do you think it is
> appropriate to continue to have someone on Planet Debian whom we have
> banned from the project, and whose appeal for that ban was rejected?
>
> Honestly, I was surprised to learn he still *was* on Planet. I don't
> think it makes any sense at all to keep people on Planet Debian who we
> threw out for cause.
>
> --
> w@uter.{be,co.za}
> wouter@{grep.be,fosdem.org,debian.org}
>

_Daniel Pocock_, *Debian Developer (Pro Se)*

*v.*

*Software in the Public Interest, Inc, Debian &* _Zizianism_,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA / 19 September 2025

--
:wq

*Daniel Pocock*, Debian Developer (Pro Se)
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

*AMENDED COMPLAINT*
1:25-CV-03883-UA / 19 September 2025

## 17 April 2011: Our wedding day, Adrian von Bidder-Senn's tombstone and death notice



Tages-Anzeiger - Donnerstag, 21. April 2011

*Je schöner und voller die Erinnerung,
desto schwerer ist die Trennung.
Man trägt das vergangene Schöne nicht wie einen Stachel,
sondern wie ein kostbares Geschenk in sich.*
Dietrich Bonhoeffer

Traueradresse:
Diana von Bidder
Spalentorweg 55, 4051 Basel

Unerwartet hat sein Herz aufgehört zu schlagen. Mit grossem Schmerz nehmen wir Abschied von

# Adrian von Bidder-Senn

7. März 1977 – 17. April 2011

und sind dankbar für die vielen schönen Momente, die wir bis zuletzt mit ihm geniessen durften.

*Diana von Bidder-Senn
Andrea und Urs von Bidder-Hufschmied
Sylvia von Bidder und Rolli Bhend
Verena und Werner Senn-Stoll
Sandra Senn
Verwandte, Freunde und Bekannte*

Die Trauerfeier findet am Donnerstag, 28. April 2011, um 11.00 Uhr in der St. Leonhardskirche, Leonhardskirchplatz 4, 4051 Basel statt. Die Urnenbeisetzung findet zu einem späteren Zeitpunkt im engsten Familienkreise statt.

Anstelle von Blumenspenden gedenke man AMICA Schweiz (PK 40-343638-2 / IBAN CH73 0900 0000 4034 3638 2).

EE7414ztgA

*Daniel Pocock*, *Debian Developer (Pro Se)*
*v.*
*Software in the Public Interest, Inc, Debian &* *Zizianism*,
*Electronic Frontier Foundation, Inc,*
*their overlords at Google et al.*

**US District Court**
Southern District of New York

***AMENDED COMPLAINT***
1:25-CV-03883-UA  / 19 September 2025

