# United States District Court
# Southern District of New York

|  |  |
|---|---|
| Daniel Pocock | APPLICATION FOR EXTENSION OF TIME TO REPLEAD |
| v. |  |
| Software in the Public Interest, Inc, et al. | Case:   1:25-cv-03883-LTS |

Application is hereby made for a Clerk's Order extending time within which the plaintiff may replead subsequent to the judge's order of 20 August 2025.

The plaintiff has submitted an updated complaint today, 19 September 2025 within the current deadline and is requesting further time to update the complaint:
- adding facts under the federal law issues copyright, antitrust and first amendment,
- seeking assistance from pro bono counsel or any other source of legal assistance

No previous extension has been obtained.

The judge's order was received on 21 August 2025.

Time to replead expires on 20 September 2025.

The extension is requested for a further 30 days up to 20 October 2025.

Sincerely,

*[signature: Daniel Pocock]*

Daniel POCOCK