# United States District Court
# Southern District of New York

Daniel Pocock

APPLICATION FOR COURT'S LEAVE
TO AMEND PLEADING (Rule 15(a)(2))

v.

Software in the Public Interest, Inc,
et al.

Case:    1:25-cv-03883-LTS

Application is hereby made under Rule 15(a)(2) for the court's leave to amend the pleading filed on 19 September 2025.

The plaintiff submitted an updated pleading, 19 September 2025 within the previous deadline and is requesting further time to amend the complaint:
- adding facts under the federal law issues copyright, antitrust and first amendment,
- seeking assistance from pro bono counsel or any other source of legal assistance

No previous extension has been obtained.

Sincerely,

Daniel POCOCK