## United States District Court
## Southern District of New York

|  |  |
|---|---|
| Daniel Pocock | APPLICATION FOR COURT'S LEAVE TO AMEND PLEADING (Rule 15(a)(2)) |
| v. |  |
| Software in the Public Interest, Inc, et al. | Case:   1:25-cv-03883-LTS |

Application is hereby made under Rule 15(a)(2) for the court's leave to amend the pleading filed on 24 October 2025.

The plaintiff submitted an updated pleading, 24 October 2025 within the previous deadline and is requesting further time to amend the complaint:
- adding facts under the federal law issues copyright, antitrust and first amendment,
- completing the new section at the beginning where the allegations against each defendant are itemized under the heading "Summary of claims against each defendant"
- seeking assistance from pro bono counsel or any other source of legal assistance

Leave to replead was granted on 24 September 2025 with an original deadline on 24 October 2025.

One of the defendants is a US Government employee.

On 4 October 2025, the court notified the plaintiff that all cases involving a US Government employee are subject to a stay due to the shutdown.

The pleading filed on 24 October 2025 adds the Civil Division of the US Attorney's office as counsel next to the name of the relevant defendant.

Sincerely,

*[signature: Daniel Pocock]*

Daniel POCOCK