UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL POCOCK,

                    Plaintiff,

        -against-

SOFTWARE IN THE PUBLIC INTEREST,
ET AL.,

                    Defendants.

25cv3883 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 26, 2026, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge*

*v. United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

 Dated:    May 28, 2026
           New York, New York


                                    /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                   Chief United States District Judge