UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daniel Pocock
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Software in the Public Interest
_____

(List the full name(s) of the defendant(s)/respondent(s).)

1:25 CV 03883 ( LTS )(    )

NOTICE OF APPEAL

Notice is hereby given that the following parties: Daniel Pocock
_____

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the      ☑ judgment      ☑ order      entered on: 28 May 2026

(date that judgment or order was entered on docket)

that:    IFP denied, case dismissed for failing to state a claim

(If the appeal is from an order, provide a brief description above of the decision in the order.)

29 June 2026
Dated

*Daniel Pcock*
Signature*

POCOCK, Daniel
Name (Last, First, MI)

16192 Coastal Hwy     Lewes     DE          19958
Address              City      State        Zip Code

_____
Telephone Number

daniel@pocock.pro
E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13